# EXHIBIT B

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B1**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Pat. No. 5,348,008, Cardiorespiratory Alert System, to Bornn,** *et al.* **("Bornn")**

Claims 1, 3, 4, 5, 6, 9-14, 19-21, 23, 24, 26-28. 30-38, 40-42, 44-46, 50-53, 55-58, 61-64, 67-71, 73, 74, 76-80, 82, 83, 85, and 86 are anticipated and/or rendered obvious by Bornn.

| '991 Patent: Claim 1 | Bornn |
|---|---|
| A medical system for monitoring body functions of a patient, comprising: | Bornn discloses a medical system for monitoring the body functions of a patient. |
| | Bornn discloses a medical system:  "The present invention is generally directed to medical alert systems, and more particularly to cardiorespiratory alert systems" (Bornn at col. 1, ll. 13-15). |
| | Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |
| at least one sensor capable of being arranged on the patient | Bornn discloses at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected |

| '991 Patent: Claim 1 | Bornn |
|---|---|
| and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | property into an electric signal.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal:  "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these sensor signals connect to an electrical analog multiplexer:  "… in patient unit **1000**, microphone **1030** picks up the patient's voice and converts it into an electrical analog signal.  Amplifier 1032 amplifies the analog signal and applies it to analog multiplexer **1022**.  Analog multiplexer receives data from other sources such as ecg signals on lines 1018." (Bornn at col. 20, ll. 40-45).<br><br>Figure 2A discloses the electrode of Bornn |

| '991 Patent: Claim 1 | Bornn |
|---|---|
| |  |

| '991 Patent: Claim 1 | Bornn |
|---|---|
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Bornn discloses at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data.<br><br>Bornn discloses multiple on-body patient units, each of which inlcudes at least one converter for converting the electric signal generated by the sensors into a digital value (e.g. digitized): "The leads-off/poor-contact signal and the ecg signals are applied to the inputs of an analog multiplexer **1022**.  Analog multiplexer **1022** also receives input signals from a low battery detector **1024**, an accelerometer **1026** (a sensor positioned in the band **14**), a respiration/pulse-block **1028**, and from a microphone **1030**, via amplifier **1032**.  The output from the analog multiplexer **1022** is amplified by amplifier **1034** and digitized by analog to digital converter **1036**" (Bornn at col. 11, ll. 12-20).<br><br>This analog to digital converter is illustrated in FIG. **3A** as block **1036**.<br><br>Bornn further discloses that this converter is within the covering.  First, Bornn discloses that the converter is part of Module **102B**, as shown in FIG. **3A**.  Bornn then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102B**. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; | Bornn discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient.<br><br>Bornn discloses multiple on-body patient units, each of which inlcudes at least one transmitter for transmitting the digital data to the receiver in the evaluation station (e.g. central base station): "Analog multiplexer receives data from other sources such as ecg signals on lines **1018**.  A/D converter **1036** digitizes the signal from analog multiplexer **1036** and supplies it to microprocessor **1006**.  In turn, microprocessor **1006** takes bytes representative of voice information, and bytes representative of data, and assembles them into groups for transmission via radio modem **1004**.  At the central base station, or at the nurse unit end, assuming that central |

| '991 Patent: Claim 1 | Bornn |
|---|---|
| | base station 2000 relayed the group directly to the nurse unit, radio modem **3010** [*sic*] receives the group and passes it on to microprocessor **3012**" (Bornn at col. 20, ll. 44-55).  See also col. 11, ll. 12-34 and col. 42, ll. 26-32. |
| and at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, | Bornn discloses at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station.

Bornn discloses multiple on-body patient units, each of which inlcudes at least one receiver for receiving data transmitted by the evaluation station (e.g. base station): "In addition to event-driven alerts from time-to-time, every ten seconds the on-body unit transmits a digital "status-check" signal to the base-station.  This will enable the on-body unit's transceiver to operate on a very limited duty-cycle, requiring a small battery.  The base-station responds by transmitting a status signal back to the on-body receiver." (Bornn at col. 42, ll. 26-32).

Bornn further discloses that this receiver is within the covering.  First, Bornn discloses that the receiver is part of Module **102A**, as shown in FIG. **3B**.  Bornn then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102A**. |
| the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Bornn discloses formatting data operable to change a format for transmission of digital data from the transmitter to the evaluator station.

"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). |

| '991 Patent: Claim 1 | Bornn |
|---|---|
| | The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br><br><br>Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed.<br><br>Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, |

| '991 Patent: Claim 1 | Bornn |
|---|---|
| | further reducing the bandwidth requirements of each channel."  Bornn at col. 21, ll. 35-38<br><br>Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 3 | Bornn |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Bornn discloses a sensor capable of being fastened to a surface of a skin of the patient.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 4 | Bornn |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the | Bornn discloses a sensor capable of being in contact with a finger of the patient. |

7

| '991 Patent: Claim 4 | Bornn |
|---|---|
| patient. | Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be secured to the finger of the patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 5 | Bornn |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Bornn discloses a sensor located in a fingerclip.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with a fingerclip.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 6 | Bornn |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the | Bornn discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In |

| '991 Patent: Claim 6 | Bornn |
|---|---|
| sensor in contact with the body. | accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 9 | Bornn |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | Bornn discloses a sensor, converter, transmitter, and receiver arranged on a garment.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 10 | Bornn |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a mattress. | Bornn discloses a sensor, converter, transmitter, and receiver arranged on a mattress. <br><br> Bornn discloses that the sensors, transmitter, and converter are in a worn torso band.  One of ordinary skill in the art would understand that if a patient were sleeping wearing such a band that the components would be arranged on the mattress. <br><br> "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 11 | Bornn |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | Bornn discloses measuring oxygen saturation. <br><br> Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation. <br><br> "An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 12 | Bornn |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | • ornn discloses monitoring the  pulse of a patient.<br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 13 | Bornn |
|---|---|
| 13. A medical system according to claim 1 wherein the received information is operable to change an amount of redundancy in the digital data. | Bornn discloses received information operable to change an amount of redundancy in the digital data<br><br>The evaluator station of Bornn can change the amount of redundancy in the digital data sent from the patient unit by switching between voice and data modes.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[1] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). |

---

[1] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

702913538

| '991 Patent: Claim 13 | Bornn |
|---|---|
| | The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). <br><br>  <br><br> As illustrated in Figure 8C, when in voice mode the individual bytes of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). <br><br> Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four packets (the twelve byte data packet is spread over four voice packets, with three bytes in |

| '991 Patent: Claim 13 | Bornn |
|---|---|
| | each voice packet). |

| '991 Patent: Claim 14 | Bornn |
|---|---|
| 14. A medical system according to claim 13 wherein the received information is operable to change channel coding of the digital data. | Bornn discloses received information operable to change channel coding of the digital data. First, as discussed with respect to claim 13, the evaluation station of Bornn  can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 13, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices. Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding. "Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 19 | Bornn |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Bornn discloses a second receiver operable to receive information from the evaluator station.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 19 | Bornn |
|---|---|
| | |

| '991 Patent: Claim 20 | Bornn |
|---|---|
| 20. A medical system according to claim 19 wherein the second receiver is on a different patient than the at least one receiver. | Bornn discloses a second receiver on a different patient than another receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example |

| '991 Patent: Claim 20 | Born |
|---|---|
| | sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Born at col. 7, ll. 5-10). |
| | First, Born discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Born at col. 7, ll. 14-21). |

| '991 Patent: Claim 21 | Born |
|---|---|
| 21. The medical system of claim 20 wherein the evaluator station is operable to communicate with both the at least one receiver and the second receiver. | Born discloses an evaluator station operable to communicate with both the at least one receiver and the second receiver. |
| | Born discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body. |
| | "In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Born at col. 2, ll. 58-61. |

| '991 Patent: Claim 23 | Bornn |
|---|---|
| 23. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from a second patient. | Bornn discloses a second transmitter operable to transmit digital data from a second patient.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29 |

| '991 Patent: Claim 24 | Bornn |
|---|---|
| 24. The medical system of claim 1 in which the at least one sensor is in contact with a body of the patient and another sensor in contact with a second body. | Bornn discloses one sensor in contact with a body of the patient and another sensor in contact with a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body. |

702913538

| '991 Patent: Claim 24 | Bornn |
|---|---|
| | "In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 26 | Bornn |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Bornn discloses a cover at least partially covering a receiver, transmitter, and converter.<br><br>Bornn discloses that the components are under a cover.<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 27 | Bornn |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a | Bornn discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>Bornn discloses that the components are under a cover. |

| '991 Patent: Claim 27 | Bornn |
|---|---|
| cover. | First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 28 | Bornn |
|---|---|
| 28. The medical system of claim 27 further comprising: a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of | Bornn discloses a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and |

| '991 Patent: Claim 28 | Bornn |
|---|---|
| being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. | receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body. "In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. The patient units are on multiple patients "The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and |

| '991 Patent: Claim 28 | Bornn |
|---|---|
| | radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal:  "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 30 | Bornn |
|---|---|
| 30. The medical system of claim 1 wherein the | Bornn discloses a transmitter responsive to the received information, the received information operative to |

| '991 Patent: Claim 30 | Bornn |
|---|---|
| transmitter is responsive to the received information, the received information operative to manipulate the digital data. | manipulate the digital data.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

| '991 Patent: Claim 30 | Bornn |
|---|---|



Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed.

Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel."  Bornn at col. 21, ll. 35-38

Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control

| '991 Patent: Claim 30 | Bornn |
|---|---|
| | information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 31 | Bornn |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Bornn discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter. |
| | Bornn discloses a medical system wherein the data transmitted by the evaluation station (e.g. base station) can control the data transmitted by the electrode (e.g. patient unit) to the evaluation station:  "A standard channel in accordance with the present invention is a bidirectional link operating at preferably 40K bits per second.  The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004**, and **3010**) … Each radio modem can switch frequencies (for each direction) under the control of the microprocessor in the unit, e.g. microprocessor **1006** in patient unit **1000**.  Normally, this capability is simply used to sequence through the frequencies for one particular channel.  However, the same capability can also be use [*sic*] to change channels dynamically.  When a particular frequency consistently fails to work – presumably due to interference – the modems are capable of sending information to each other (using control packets defined below) to switch to alternative frequencies" (Bornn at col. 16, ll. 55 through col. 17, ll. 32)  A person skilled in the art would understand that either modem could initiate this change in frequencies since it is possible that only one modem (and either modem) could be experiencing failures in a particular frequency (e.g. if errors were occurring only in one direction due to multi-path effects, etc.). |
| | Bornn also discloses other data modification features |
| | "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** |

| '991 Patent: Claim 31 | Bornn |
|---|---|
| | will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br><br>FIG. 8A<br><br>FIG. 8B<br><br>FIG. 8C<br><br>Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the |

702913538

26

| '991 Patent: Claim 31 | Bornn |
|---|---|
| | transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed. |

| '991 Patent: Claim 32 | Bornn |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | Bornn discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 33 | Bornn |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Bornn discloses an evaluator station comprising a display operable to display the digital data.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display 2022 and printer 2024. As discussed earlier, the CRT display is used to display patient identification information, physiological information, and other patient records" (Bornn at col. 12, ll. 36-67). |

| '991 Patent: Claim 34 | Bornn |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Bornn discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 35 | Bornn |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Bornn discloses digital data transmitted by the transmitter representing an electrical signal.<br><br>"Analog multiplexer receives data from other sources such as ecg signals on lines **1018**.  A/D converter **1036** digitizes the signal from analog multiplexer **1036** and supplies it to microprocessor **1006**.  In turn, microprocessor **1006** takes bytes representative of voice information, and bytes representative of data, and assembles them into groups for transmission via radio modem **1004**.  At the central base station, or at the nurse unit end, assuming that central base station 2000 relayed the group directly to the nurse unit, radio modem **3010** [*sic*] receives the group and passes it on to microprocessor **3012**" (Bornn at col. 20, ll. 44-55).  See also col. 11, ll. 12-34 and col. 42, ll. 26-32. |

| '991 Patent: Claim 36 | Bornn |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Bornn discloses digital data transmitted by the transmitter representing processed information.<br><br>"Referring to FIGS. 21A, 21B and 21C, one method for detecting respiration from the chest circumference transducer signals is illustrated. The method has a startup section in which a detection window is wide open and amplifier gain is increased until a threshold number of breaths are detected, e.g. four. Breath rate is also determined"  Bornn at col. 35, ll. 5-11.<br><br>Additionally, the audio and data coding (Figures 8A-8C) of Bornn involves processing. |

| '991 Patent: Claim 37 | Bornn |
|---|---|
| 37. A medical system for monitoring body functions of | Bornn discloses a medical system for monitoring body functions of a patient. |

| '991 Patent: Claim 37 | Bornn |
|---|---|
| a patient comprising: | Bornn discloses a medical system:  "The present invention is generally directed to medical alert systems, and more particularly to cardiorespiratory alert systems" (Bornn at col. 1, ll. 13-15).<br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Bornn discloses an evaluator station located remotely from a patient and operable for wireless data communication.<br><br>"The central base station 2000 can also relay an alert from the patient unit **1000** to the nurse unit **3000** which is worn by an ambulatory caregiver.  In addition, central base station **2000** archives data from the patient unit **1000**.  Such data can include information associated with alerts issued by the patient unit **1000**, as well as baseline data for the patient, trending data, and data from polling" (Bornn at col. 7, ll. 25-32).<br><br>Bornn further discloses that the radio modem incorporated into the evaluation station is for wireless digital data |

| '991 Patent: Claim 37 | Bornn |
|---|---|
| | transmission and receiving (e.g. implements a bi-directional byte-oriented radio link): "A standard channel in accordance with the present invention is a bidirectional link operating at preferable 40K bits per second.  The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004** and **3010**) one in each unit on the channel" (Bornn at col. 16, ll. 55-60).<br><br><br><br>Bornn further discloses that the radio modems have both a transmitter and receiver: "Control/transmit/receive block **3002** can include a radio modem for communicating with the radio modem **2006** [*sic*] of central base station **2000**, and if necessary to communicate directly with a radio modem in patient unit **1000**" (Bornn at col. 7, ll. 40-44). |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, | Bornn discloses a sensor capable of being arranged on a patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal:  "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these sensor signals connect to an electrical analog multiplexer:  "… in patient unit **1000**, microphone **1030** picks up the patient's voice and converts it into an electrical analog signal.  Amplifier |

| '991 Patent: Claim 37 | Bornn |
|---|---|
| | 1032 amplifies the analog signal and applies it to analog multiplexer **1022**.  Analog multiplexer receives data from other sources such as ecg signals on lines 1018." (Bornn at col. 20, ll. 40-45).<br><br>Figure 2A discloses the electrode of Bornn |

| '991 Patent: Claim 37 | Bornn |
|---|---|
| |  |

702913538

| '991 Patent: Claim 37 | Bornn |
|---|---|
| and operable to convert the detected property into an electric signal; | Bornn discloses a sensor operable to convert a detected property into an electric signal.<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal:  "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these sensor signals connect to an electrical analog multiplexer:  "… in patient unit **1000**, microphone **1030** picks up the patient's voice and converts it into an electrical analog signal.  Amplifier 1032 amplifies the analog signal and applies it to analog multiplexer **1022**.  Analog multiplexer receives data from other sources such as ecg signals on lines 1018." (Bornn at col. 20, ll. 40-45).<br><br>A person of ordinary skill in the art would know that the sensor signals are necessarily electric signals since they are received by an analog multiplexer designed to multiplex electric signals. |
| a converter coupled to the sensor, | Bornn discloses a converter coupled to the sensor.<br><br>Bornn discloses multiple on-body patient units, each of which inlcudes at least one converter for converting the electric signal generated by the sensors into a digital value (e.g. digitized): "The leads-off/poor-contact signal and the ecg signals are applied to the inputs of an analog multiplexer **1022**.  Analog multiplexer **1022** also receives input signals from a low battery detector **1024**, an accelerometer **1026** (a sensor positioned in the band **14**), a respiration/pulse-block **1028**, and from a microphone **1030**, via amplifier **1032**.  The output from the analog multiplexer **1022** is amplified by amplifier **1034** and digitized by analog to digital converter **1036**" (Bornn at col. 11, ll. 12-20). |

| '991 Patent: Claim 37 | Bornn |
| --- | --- |
| | This analog to digital converter is illustrated in FIG. **3A** as block **1036**. |
| the converter operable to convert the electric signal generated by the sensor into digital data; | Bornn discloses a converter operable to convert an electric signal generated by the sensor into digital data.<br><br>Bornn discloses multiple on-body patient units, each of which inlcudes at least one converter for converting the electric signal generated by the sensors into a digital value (e.g. digitized): "The leads-off/poor-contact signal and the ecg signals are applied to the inputs of an analog multiplexer **1022**. Analog multiplexer **1022** also receives input signals from a low battery detector **1024**, an accelerometer **1026** (a sensor positioned in the band **14**), a respiration/pulse-block **1028**, and from a microphone **1030**, via amplifier **1032**. The output from the analog multiplexer **1022** is amplified by amplifier **1034** and digitized by analog to digital converter **1036**" (Bornn at col. 11, ll. 12-20).<br><br>This analog to digital converter is illustrated in FIG. **3A** as block **1036**.<br><br>Bornn further discloses that this converter is within the covering. First, Bornn discloses that the converter is part of Module **102B**, as shown in FIG. **3A**. Bornn then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102B**. |
| and a transmitter coupled to the converter, | Bornn discloses a transmitter coupled to the converter.<br><br>Bornn discloses multiple on-body patient units, each of which inlcudes at least one transmitter for transmitting the digital data to the receiver in the evaluation station (e.g. central base station): "Analog multiplexer receives data from other sources such as ecg signals on lines **1018**. A/D converter **1036** digitizes the signal from analog |

| '991 Patent: Claim 37 | Born |
|---|---|
|  | multiplexer **1036** and supplies it to microprocessor **1006**.  In turn, microprocessor **1006** takes bytes representative of voice information, and bytes representative of data, and assembles them into groups for transmission via radio modem **1004**.  At the central base station, or at the nurse unit end, assuming that central base station 2000 relayed the group directly to the nurse unit, radio modem **3010** [*sic*] receives the group and passes it on to microprocessor **3012**" (Born at col. 20, ll. 44-55).  See also col. 11, ll. 12-34 and col. 42, ll. 26-32.<br><br>Born further discloses that this transmitter is within the covering.  First, Born discloses that the transmitter is part of Module **102A**, as shown in FIG. **3B**.  Born then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102A**. |
| the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Born discloses a transmitter operable to wirelessly transmit the digital data to the evaluator station.<br><br>Born discloses multiple on-body patient units, each of which inlcudes at least one transmitter for transmitting the digital data to the receiver in the evaluation station (e.g. central base station): "Analog multiplexer receives data from other sources such as ecg signals on lines **1018**.  A/D converter **1036** digitizes the signal from analog multiplexer **1036** and supplies it to microprocessor **1006**.  In turn, microprocessor **1006** takes bytes representative of voice information, and bytes representative of data, and assembles them into groups for transmission via radio modem **1004**.  At the central base station, or at the nurse unit end, assuming that central base station 2000 relayed the group directly to the nurse unit, radio modem **3010** [*sic*] receives the group and passes it on to microprocessor **3012**" (Born at col. 20, ll. 44-55).  See also col. 11, ll. 12-34 and col. 42, ll. 26-32.<br><br>Born further discloses that this transmitter is within the covering.  First, Born discloses that the transmitter is part of Module **102A**, as shown in FIG. **3B**.  Born then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102A**. |

36

| '991 Patent: Claim 37 | Bornn |
|---|---|
| | |
| a receiver operable to receive information from the evaluator station through wireless communication; | Bornn discloses a receiver operable to receive information from an evaluator station through wireless communication.<br><br>Bornn discloses multiple on-body patient units, each of which inlcudes at least one receiver for receiving data transmitted by the evaluation station (e.g. base station): "In addition to event-driven alerts from time-to-time, every ten seconds the on-body unit transmits a digital "status-check" signal to the base-station.  This will enable the on-body unit's transceiver to operate on a very limited duty-cycle, requiring a small battery.  The base-station responds by transmitting a status signal back to the on-body receiver." (Bornn at col. 42, ll. 26-32).<br><br>Bornn further discloses that this receiver is within the covering.  First, Bornn discloses that the receiver is part of Module **102A**, as shown in FIG. **3B**.  Bornn then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102A**. |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Bornn discloses an evaluator station operable to change the format of the digital data transmitted from the transmitter to the evaluator station.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. |

| '991 Patent: Claim 37 | Bornn |
|---|---|

21, ll. 26-32).

The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).



FIG. 8A

FIG. 8B

FIG. 8C

Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed.

| '991 Patent: Claim 37 | Bornn |
|---|---|
| | Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel."  Bornn at col. 21, ll. 35-38

Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 38 | Bornn |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Bornn discloses a first and second arrangements of components, the first arrangement including a converter, a transmitter, and a receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver.

Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.

"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 38 | Bornn |
|---|---|
| | The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 40 | Bornn |
|---|---|
| 40. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to different patients. | Bornn discloses first and second arrangements positionable adjacent to different patients.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>One of ordinary skill in the art would understand that if the sensor band is attached to a patient, part of the band is attached to the patient. |

| '991 Patent: Claim 40 | Bornn |
|---|---|
| | "In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 40 | Bornn |
|---|---|
|  | Bornn further discloses that these sensors convert the detected quantity into a signal:  "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 41 | Bornn |
|---|---|
| 41. The medical system of claim 37 wherein received information is operable to change an amount of redundancy in the digital | Bornn discloses received information operable to change an amount of redundancy in the digital data<br><br>Bornn can change the amount of redundancy in the digital data by switching between voice and data mode.  As |

| '991 Patent: Claim 41 | Bornn |
|---|---|
| data. | discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[2] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

---

[2] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

702913538

| '991 Patent: Claim 41 | Bornn |
|---|---|



As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

 Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet).

| '991 Patent: Claim 42 | Bornn |
|---|---|
| 42. The medical system of claim 41 wherein the received information is operable to change channel coding of the digital data. | Bornn discloses received information operable to change channel coding of the digital data.<br><br>First, as discussed with respect to claim 41, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 41, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 44 | Bornn |
|---|---|
| 44. The medical system of claim 37 wherein the | Bornn discloses a transmitter operable to wirelessly transmit the digital data with channel coding. |

702913538

| '991 Patent: Claim 44 | Bornn |
|---|---|
| transmitter is operable to wirelessly transmit the digital data with channel coding. | First, as discussed with respect to claim 41, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 41, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 45 | Bornn |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Bornn discloses an evaluator station operable to manipulate the digital data.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. |

| '991 Patent: Claim 45 | Bornn |
|---|---|

21, ll. 26-32).

The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).



FIG. 8A

FIG. 8B

FIG. 8C

Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed.

| '991 Patent: Claim 45 | Bornn |
|---|---|
| | Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel."  Bornn at col. 21, ll. 35-38<br><br>Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 46 | Bornn |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Bornn discloses an evaluator station operable to control the transmitter.<br><br>Bornn discloses a medical system wherein the data transmitted by the evaluation station (e.g. base station) can control the data transmitted by the electrode (e.g. patient unit) to the evaluation station:  "A standard channel in accordance with the present invention is a bidirectional link operating at preferably 40K bits per second.  The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004**, and **3010**) … Each radio modem can switch frequencies (for each direction) under the control of the microprocessor in the unit, e.g. microprocessor **1006** in patient unit **1000**.  Normally, this capability is simply used to sequence through the frequencies for one particular channel.  However, the same capability can also be use [*sic*] to change channels dynamically.  When a particular frequency consistently fails to work – presumably due to interference – the modems are capable of sending information to each other (using control packets defined below) to switch to alternative frequencies" (Bornn at col. 16, ll. 55 through col. 17, ll. 32)  A person skilled in the art would understand that either modem could initiate this change in frequencies since it is possible that only one modem (and either modem) could be experiencing failures in a particular frequency (e.g. if errors were occurring only in one direction due to multi-path effects, etc.). |

| '991 Patent: Claim 46 | Bornn |
|---|---|
|  | Bornn also discloses other data modification features<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

| '991 Patent: Claim 50 | Bornn |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or |

| '991 Patent: Claim 50 | Bornn |
|---|---|
| | V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 51 | Bornn |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Bornn discloses an evaluator station including a display.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display **2022**" (Bornn at col. 12, ll. 36-64). |

| '991 Patent: Claim 52 | Bornn |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, | Bornn discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and |

| '991 Patent: Claim 52 | Bornn |
|---|---|
| perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 53 | Bornn |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Bornn discloses a medical system for acquiring measured data, including measuring body functions. |
| | Bornn discloses a medical system: "The present invention is generally directed to medical alert systems, and more particularly to cardiorespiratory alert systems" (Bornn at col. 1, ll. 13-15). |
| | Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |
| a first set of components having a first sensor operable to contact a body, | Bornn discloses a first set of components having a first sensor operable to contact a body. |
| | Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological |

| '991 Patent: Claim 53 | Bornn |
| --- | --- |
|  | quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br><br>Bornn further discloses that these sensors convert the detected quantity into a signal:  "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these sensor signals connect to an electrical analog multiplexer:  "… in patient unit **1000**, microphone **1030** picks up the patient's voice and converts it into an electrical analog signal.  Amplifier 1032 amplifies the analog signal and applies it to analog multiplexer **1022**.  Analog multiplexer receives data from other sources such as ecg signals on lines 1018." (Bornn at col. 20, ll. 40-45).<br><br><br>Figure 2A discloses the electrode of Bornn |

| '991 Patent: Claim 53 | Bornn |
|---|---|
| |  |

| '991 Patent: Claim 53 | Bornn |
|---|---|
| a first transmitter, | Bornn discloses a first transmitter.<br><br>Bornn discloses multiple on-body patient units, each of which inlcudes at least one transmitter for transmitting the digital data to the receiver in the evaluation station (e.g. central base station): "Analog multiplexer receives data from other sources such as ecg signals on lines **1018**. A/D converter **1036** digitizes the signal from analog multiplexer **1036** and supplies it to microprocessor **1006**. In turn, microprocessor **1006** takes bytes representative of voice information, and bytes representative of data, and assembles them into groups for transmission via radio modem **1004**. At the central base station, or at the nurse unit end, assuming that central base station 2000 relayed the group directly to the nurse unit, radio modem **3010** [*sic*] receives the group and passes it on to microprocessor **3012**" (Bornn at col. 20, ll. 44-55). See also col. 11, ll. 12-34 and col. 42, ll. 26-32.<br><br>Bornn further discloses that this transmitter is within the covering. First, Bornn discloses that the transmitter is part of Module **102A**, as shown in FIG. **3B**. Bornn then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102A**.<br><br>Bornn also discloses an embodiment which incorporates a conventional cordless telephone to provide a link between the patient unit and the base station: "Alternatively, the link between the patient unit **1000** and base station **4000** can be by way of a conventional cordless telephone" (Bornn at col. 13, ll. 22-24). A person skilled in the art would know that all cordless telephones capable of use in Bornn's digital system would necessarily contain a transmitter for transmitting digital data (such as those compliant with the CT2, CT3, and DECT specifications). |
| and a first receiver, | Bornn discloses a first receiver. |

| '991 Patent: Claim 53 | Bornn |
|---|---|
| | Bornn discloses multiple on-body patient units, each of which inlcudes at least one receiver for receiving data transmitted by the evaluation station (e.g. base station): "In addition to event-driven alerts from time-to-time, every ten seconds the on-body unit transmits a digital "status-check" signal to the base-station.  This will enable the on-body unit's transceiver to operate on a very limited duty-cycle, requiring a small battery.  The base-station responds by transmitting a status signal back to the on-body receiver." (Bornn at col. 42, ll. 26-32).<br><br>Bornn further discloses that this receiver is within the covering.  First, Bornn discloses that the receiver is part of Module **102A**, as shown in FIG. **3B**.  Bornn then discloses that this module is located within the covering as illustrated in FIG. **1A** and FIG. **2A** by the enclosure marked **102A**.<br><br><br>Bornn also discloses an embodiment which incorporates a conventional cordless telephone to provide a link between the patient unit and the base station:  "Alternatively, the link between the patient unit **1000** and base station **4000** can be by way of a conventional cordless telephone" (Bornn at col. 13, ll. 22-24).  A person skilled in the art would know that all cordless telephones capable of use in Bornn's digital system would necessarily contain a receiver for receiving wireless digital data (such as those compliant with the CT2, CT3, and DECT specifications).  See also Bornn at col. 17, ll. 33-40. |
| the first set of components operable to rest close to the body; | Bornn discloses a first set of components operable to rest close to the body.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and |

| '991 Patent: Claim 53 | Bornn |
|---|---|
| | pulse" (Bornn at col. 7, ll. 5-10). |
| and an evaluator station having a second transmitter and a second receiver, | Bornn discloses an evaluator station having a second transmitter and a second receiver.<br><br>"The central base station 2000 can also relay an alert from the patient unit 1000 to the nurse unit 3000 which is worn by an ambulatory caregiver.  In addition, central base station 2000 archives data from the patient unit 1000.  Such data can include information associated with alerts issued by the patient unit 1000, as well as baseline data for the patient, trending data, and data from polling" (Bornn at col. 7, ll. 25-32).<br><br>Bornn further discloses that the radio modem incorporated into the evaluation station is for wireless digital data transmission and receiving (e.g. implements a bi-directional byte-oriented radio link): "A standard channel in accordance with the present invention is a bidirectional link operating at preferable 40K bits per second.  The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems 1004, 2004 and 3010) one in each unit on the channel" (Bornn at col. 16, ll. 55-60).<br><br>Bornn further discloses that the radio modems have both a transmitter and receiver: "Control/transmit/receive block 3002 can include a radio modem for communicating with the radio modem 2006 [*sic*] of central base station 2000, and if necessary to communicate directly with a radio modem in patient unit 1000" (Bornn at col. 7, ll. 40-44).<br><br>Bornn further discloses the central base station's transmitter and receiver (e.g. a transceiver) in Fig. 1B block |

56

| '991 Patent: Claim 53 | Bornn |
|---|---|
| | **2000**.<br><br>A person of ordinary skill in the art would understand that a transceiver comprises both a transmitter and a receiver.  See also Bornn at col. 17, ll. 33-40. |
| the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, | Bornn discloses an evaluator station operable to wirelessly communicate with the first transmitter and the first receiver.<br><br>"The central base station 2000 can also relay an alert from the patient unit **1000** to the nurse unit **3000** which is worn by an ambulatory caregiver.  In addition, central base station **2000** archives data from the patient unit **1000**. Such data can include information associated with alerts issued by the patient unit **1000**, as well as baseline data for the patient, trending data, and data from polling" (Bornn at col. 7, ll. 25-32).<br><br>Bornn further discloses that the radio modem incorporated into the evaluation station is for wireless digital data transmission and receiving (e.g. implements a bi-directional byte-oriented radio link): "A standard channel in accordance with the present invention is a bidirectional link operating at preferable 40K bits per second.  The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004** and **3010**) one in each unit on the channel" (Bornn at col. 16, ll. 55-60). |

| '991 Patent: Claim 53 | Bornn |
|---|---|
| | Bornn further discloses that the radio modems have both a transmitter and receiver: "Control/transmit/receive block **3002** can include a radio modem for communicating with the radio modem **2006** [*sic*] of central base station **2000**, and if necessary to communicate directly with a radio modem in patient unit **1000**" (Bornn at col. 7, ll. 40-44). |
| second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Bornn discloses second data transmitted from the second transmitter operable to control and manipulate first data transmitted by the first transmitter. <br><br> "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). <br><br> The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

58

| '991 Patent: Claim 53 | Bornn |
|---|---|



Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed.

Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel."  Bornn at col. 21, ll. 35-38.

Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control

| '991 Patent: Claim 53 | Born |
|---|---|
| | information of Figures 8A and 8B to only the control information of Figure 8B. |

Born also discloses a medical system wherein the data transmitted by the evaluation station (e.g. base station) can control the data transmitted by the electrode (e.g. patient unit) to the evaluation station: "A standard channel in accordance with the present invention is a bidirectional link operating at preferably 40K bits per second. The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004**, and **3010**) … Each radio modem can switch frequencies (for each direction) under the control of the microprocessor in the unit, e.g. microprocessor **1006** in patient unit **1000**. Normally, this capability is simply used to sequence through the frequencies for one particular channel. However, the same capability can also be use [*sic*] to change channels dynamically. When a particular frequency consistently fails to work – presumably due to interference – the modems are capable of sending control information to each other (using control packets defined below) to switch to alternative frequencies" (Born at col. 16, ll. 55 through col. 17, ll. 32) A person skilled in the art would understand that either modem could initiate this change in frequencies since it is possible that only one modem (and either modem) could be experiencing failures in a particular frequency (e.g. if errors were occurring only in one direction due to multi-path effects, etc.).

| '991 Patent: Claim 55 | Born |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Born discloses a first sensor capable of being fastened to a surface of a skin of the patient.<br><br>Born discloses a medical system in which the sensors in the patient unit are attached to the skin surface: "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation |

| '991 Patent: Claim 55 | Bornn |
|---|---|
| | between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 56 | Bornn |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | Bornn discloses first sensor capable of being in contact with a finger of the patient.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with the finger of a patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 57 | Bornn |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Bornn discloses a first sensor located in a fingerclip.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with the finger of a patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. |

702913538

| '991 Patent: Claim 57 | Bornn |
|---|---|
| | 44-45. |

| '991 Patent: Claim 58 | Bornn |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Bornn discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface: "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 61 | Bornn |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Bornn discloses measuring oxygen saturation.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated." Bornn at col. 3, ll. |

| '991 Patent: Claim 61 | Bornn |
|---|---|
| | 44-45. |

| '991 Patent: Claim 62 | Bornn |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Bornn discloses the pulse of a patient is monitored.<br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 63 | Bornn |
|---|---|
| 63. A medical system according to claim 53 wherein the first receiver is operable to receive the second data, the second data being operable to change an amount of redundancy in the first data. | Bornn discloses a first receiver operable to receive second data, the second data being operable to change an amount of redundancy in the first data.<br><br>Bornn can change the amount of redundancy in the digital data by switching between voice and data mode.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[3] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed. |

[3] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 63 | Bornn |
|---|---|
|  | "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels. When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br><br><br>As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are |

| '991 Patent: Claim 63 | Bornn |
|---|---|
|  | interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br> Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet). |

| '991 Patent: Claim 64 | Bornn |
|---|---|
| 64. A medical system according to claim 63 wherein the second data is operable to change channel coding of the first data. | Bornn discloses second data operable to change channel coding of the first data.<br><br>First, as discussed with respect to claim 63, the evaluation station of Bornn  can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 63, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 64 | Bornn |
| --- | --- |
| | |

| '991 Patent: Claim 67 | Bornn |
| --- | --- |
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Bornn discloses a third receiver operable to receive third data from the second transmitter.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 68 | Bornn |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | Bornn discloses a third receiver on a different patient than the first receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

702913538

| '991 Patent: Claim 69 | Bornn |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Bornn discloses  an evaluator station operable to communicate with both the first receiver and the third receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 70 | Bornn |
|---|---|
| 70. A medical system according to claim 67 wherein a third transmitter is operable to transmit third data from a second body. | Bornn discloses a third transmitter operable to transmit third data from a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 70 | Bornn |
|---|---|
| | The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 71 | Bornn |
|---|---|
| 71. The medical system of claim 53 in which a second sensor is in contact with a second body. | Bornn discloses a second sensor in contact with a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 71 | Bornn |
|---|---|
| | The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 73 | Bornn |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of | Bornn discloses a cover at least partially covering the first set of components. |

| '991 Patent: Claim 73 | Born |
|---|---|
| components. | First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal:  "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 74 | Born |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and a second sensor operable to | Bornn discloses a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components. |

71

| '991 Patent: Claim 74 | Bornn |
|---|---|
| contact a second human body, the second sensor being part of the second set of components. | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.

"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.

The patient units are on multiple patients

"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.

Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).

First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are |

| '991 Patent: Claim 74 | Bornn |
|---|---|
| | contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4). Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. Bornn discloses that these sensors and the covering are in contact with the patient's body. "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 76 | Bornn |
|---|---|
| 76. The medical system of | Bornn discloses an evaluator station further including an alarm unit capable of operation when the first sensor is |

| '991 Patent: Claim 76 | Bornn |
|---|---|
| claim 53 wherein the evaluator station further includes an alarm unit capable of operation when the first sensor is not responding properly. | not responding properly.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 77 | Bornn |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first | Bornn discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display 2022 and printer 2024. As discussed earlier, the CRT display is |

| '991 Patent: Claim 77 | Bornn |
|---|---|
| transmitter. | used to display patient identification information, physiological information, and other patient records" (Bornn at col. 12, ll. 36-67). |

| '991 Patent: Claim 78 | Bornn |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Bornn discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 79 | Bornn |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | Bornn discloses at least one transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves |

| '991 Patent: Claim 79 | Bornn |
|---|---|
| | digital modulation of data over an RF medium. |

| '991 Patent: Claim 80 | Bornn |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Bornn discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second. Bornn at col. 16, ll. 61-65. |

| '991 Patent: Claim 82 | Bornn |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | Bornn discloses a transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 83 | Bornn |
|---|---|
| 83. The medical system of claim 82 wherein the digital | Bornn discloses digital modulation comprising frequency variation, phase variation, amplitude variation or |

| '991 Patent: Claim 83 | Bornn |
|---|---|
| modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | combinations thereof.<br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second. Bornn at col. 16, ll. 61-65. |

| '991 Patent: Claim 85 | Bornn |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | Bornn discloses a first transmitter operable to wirelessly transmit with digital modulation.<br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 86 | Bornn |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Bornn discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second. Bornn at col. 16, ll. 61-65. |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B2**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in view of U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer")**

Claims 15, 17, 18, 22, 25,  29, 39, 43, 65, 66, 72, and 75 are rendered obvious by Bornn in view of Fischer.  Because both Bornn and Fischer

disclose systems and methods for wirelessly networking attached patient monitors and both attempt to solve similar problems, it would be obvious

for one of ordinary skill in the art to combine the features of Fischer and Bornn to improve the reliability of Bornn.

| '991 Patent: Claim 15 | Bornn & Fischer |
|---|---|
| 15. A medical system according to claim 14 wherein the channel coding comprises a deterministic code. | **Bornn**<br><br>Bornn discloses claim 14 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses channel coding comprising a deterministic code.<br><br><br>Fischer discloses Reed Solomon error codes in the wireless frames.  Fischer at col. 22, ll. 3-5. Reed Solomon codes are a type of block code, which is a type of deterministic code. It would be obvious to combine the Reed Solomon code of Fischer with a teaching of channel coding changes to obtain the subject matter of this claim. |

702913538

| '991 Patent: Claim 17 | Bornn & Fischer |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | **Bornn**<br><br>Bornn discloses claim 1 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station is operable to perform forward error correction.<br><br>Fischer discloses that the base station can use the channel coding (e.g. error correction codes) to perform direct or forward error correction (i.e. where error coding is used to recreate the missing data without requesting retransmission).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 18 | Bornn & Fischer |
|---|---|
| 18. A medical system according to claim 1 further | **Bornn** |

| '991 Patent: Claim 18 | Bornn & Fischer |
|---|---|
| comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Bornn discloses claim 1 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 22 | Bornn & Fischer |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | **Bornn**<br><br>Bornn discloses claim 1 as illustrated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses a second transmitter operable to transmit digital data from the patient.<br><br>Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments (each with its own receiver/transmitter) could be connected to a single patient.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected |

| '991 Patent: Claim 22 | Bornn & Fischer |
|---|---|
| | through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |

| '991 Patent: Claim 25 | Bornn & Fischer |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | **Bornn**<br><br>Bornn discloses claim 1 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station operable to perform error correction on the digital data transmitted by the at least one transmitter.<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 29 | Bornn & Fischer |
|---|---|
| 29. The medical system of claim 28 wherein the cover and the second cover each at least partially cover a respective error correction unit operable to correct | **Bornn**<br><br>Bornn discloses claim 28 as indicated in a preceding section.<br><br>**Fischer** |

81

| '991 Patent: Claim 29 | Bornn & Fischer |
|---|---|
| transmission errors in the data transmitted by the evaluator station. | Fischer discloses a cover and a second cover each at least partially cover a respective error correction unit operable to correct transmission errors in the data transmitted by the evaluator station.<br><br>As indicated above with respect to claim 28 each instrument includes a cover.<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 39 | Bornn & Fischer |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | **Bornn**<br><br>Bornn discloses claim 38 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses first and second arrangements positionable adjacent to the patient.<br><br>Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments could be attached to the same patient. One of ordinary skill in the art would also understand that if a pulse oximeter or blood pressure monitor were worn by a patient, part of the monitor would be adjacent to the patient. |

| '991 Patent: Claim 43 | Bornn & Fischer |
|---|---|
| 43. The medical system of claim 42 wherein an additional error correction unit of the evaluator station is operable to perform direct error correction as a function of the channel coding. | **Bornn**<br><br>Bornn discloses claim 42 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an additional error correction unit of the evaluator station operable to perform direct error correction as a function of the channel coding.<br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring retransmission of the data).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 65 | Bornn & Fischer |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | **Bornn**<br><br>Bornn discloses claim 53 as discussed in a preceding section.<br><br>**Fischer** |

| '991 Patent: Claim 65 | Bornn & Fischer |
|---|---|
|  | Fischer discloses an evaluator station operable to perform forward error correction. |
|  | Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. |
|  | Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 66 | Bornn & Fischer |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | **Bornn**<br><br>Bornn  discloses the subject matter of claim 53 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 72 | Bornn & Fischer |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | **Bornn**<br><br>Bornn discloses claim 53 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter.<br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring retransmission of the data).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 75 | Bornn & Fischer |
|---|---|
| 75. The medical system of claim 74 wherein the cover at least partially covers an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter. | **Bornn**<br><br>Bornn discloses claim 74 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses cover at least partially covering an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter.<br><br>As discussed with respect to claim 73 and 74, Fischer multiple instruments can communicate with the workstation and enclose components within a covering. |

| '991 Patent: Claim 75 | Bornn & Fischer |
|---|---|
| | Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B3**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in view of European Patent 0553372, "Method and System for Monitoring Vital Signs," to Pross. ("Pross")**

Claims 4, 5, 10, 56, and 57 are rendered obvious by Bornn in view of Pross.  Bornn discloses a mobile patient monitoring system which includes a mobile device transmitting information to a base station.  Pross discloses a portable patient monitor.  Pross, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Bornn and Pross to improve the sensing features of Bornn  as both relate to mobile/portable patient monitoring stations and both utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Bornn, when combined with Pross, discloses claims 4, 5, 10, 56, and 57 as  illustrated in the tables below.

| '991 Patent Claim 4 | Bornn & Pross |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | **Bornn**<br><br>Bornn discloses claim 1 as shown in the Bornn anticipation chart abov<br><br>**Pross**<br><br>Pross discloses a sensor capable of being in contact with a finger of the patient:<br><br>     "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 5 | Bornn & Pross |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | **Bornn**<br><br>Bornn discloses claim 1 as shown in a preceding section.<br><br>**Pross**<br><br>Pross discloses a sensor located in a fingerclip:<br><br>    "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 10 | Bornn & Pross |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a mattress. | **Bornn**<br><br>Bornn discloses claim 1 as shown in a preceding section.<br><br>**Pross**<br><br>Pross discloses a sensor, converter, transmitter, and receiver arranged on a mattress.<br><br>    "The combiner is placed or fixed near or at the bed of a patient 13."  Pross, col. 13, ll. 15-16.<br><br>    "In this embodiment, its housing is provided with a clamp 32 for attachment to a rod 33 which may be positioned near, or attached to, the patient's bed."  Pross, col. 16, ll. 10-18. |

| '991 Patent Claim 56 | Bornn & Pross |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | **Bornn**<br><br>Bornn discloses claim 53 as shown in a preceding section.<br><br>**Pross**<br><br>Pross discloses first sensor capable of being in contact with a finger of the patient. |

| '991 Patent Claim 56 | Born & Pross |
|---|---|
| | "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 57 | Born & Pross |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | **Born**<br><br>Born discloses claim 53 as shown in a preceding section.<br><br>**Pross**<br><br>Pross discloses a first sensor located in a fingerclip.<br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  Pross, col. 12, ll. 23-30. |

89

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B4**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in view of GB 2259772, "Biological Signal Monitor and Transmitter," to Kinoshita.  ("Kinoshita")**

Claim 9 is rendered obvious by Bornn in view of Kinoshita.  Bornn discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Kinoshita discloses a biological signal monitor and transmitter for monitoring patients. Kinoshita, p. 1, ll. 3-18.  It would have been obvious to one of ordinary skill in the art to combine Bornn and Kinoshita to improve the sensing features of Bornn  as both relate to patient monitoring and both utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Bornn, when combined with Kinoshita, discloses claim  9 as illustrated in the tables below.

| '991 Patent: Claim 9 | Bornn & Kinoshita |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | **Bornn**<br><br>Bornn discloses claim 1 as shown in a preceding section.<br><br>**Kinoshita**<br><br>Kinoshita discloses a sensor, converter, transmitter, and receiver arranged on a garment.<br><br>"A plurality of shirts 1 as shown in Fig. 2 are put on a plurality of persons to be monitored. As shown in Fig. 3, |

| '991 Patent: Claim 9 | Bornn & Kinoshita |
|---|---|
|  | each shirt 1 comprises a detector 12 including a pair of electrodes 10a and 10b for detecting a biological signal, such as an electrocardiogram waveform, generated by a person to be monitored, and a transmitter 13 including a coil 2 for transmitting the biological signal detected by the detector 12 in the form of an electromagnetic induction signal."  Kinoshita, p. 13, ll. 7-15.<br><br>"A shirt main body 9 has a shape of, e.g., an athletic-style shirt . The pair of electrodes 10a and l0b are arranged at the right and left underarm positions of the shirt main body 9 and brought into contact with the skin of a person to be monitored having the shirt 1 on."  Kinoshita, p. 14, ll. 19-24. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B5**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in view of U.S. Pat. No. 5,307,818, "Wireless Electrocardiographic Monitoring System and Wireless Electrode Assemblies for Same," to Segalowitz.  ("Segalowitz")**

Claims 22 and 29 are rendered obvious by Bornn in view of Segalowitz. Bornn discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Segalowitz discloses multiple electrodes with independent transmission capability. One of ordinary ordinary skill in the  art would be motivated to modify the disclosure of Bornn to add Segalowitz's disclosure of independent transmitters associated with each sensor to improve the sensing features of Bornn because both references disclose wireless monitoring and attempt to solve similar problems.

| '991 Patent: Claim 22 | Bornn & Segalowitz |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | **Bornn**<br><br>Bornn discloses claim 1 as illustrated in a preceding section.<br><br><br>**Segalowitz** |

| '991 Patent: Claim 22 | Bornn & Segalowitz |
|---|---|
| | Segalowitz discloses a second transmitter operable to transmit digital data from the patient.<br><br>Segalowitz discloses multiple electrodes, each with its own wireless transmitter, Segalowitz at Fig. 1, col. 8, l.54-col. 9, ll. 22.<br><br> |

| '991 Patent: Claim 39 | Bornn & Segalowitz |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | **Bornn**<br><br>Bornn discloses claim 38 as indicated in a preceding section<br><br>**Segalowitz**<br><br>Segalowitz discloses multiple electrodes, each with its own wireless transmitter, Segalowitz at Fig. 1, col. 8, l.54- col. 9, ll. 22.  One of ordinary skill in the art would understand that part of a worn sensor would be adjaced to the patient. |

94

| '991 Patent: Claim 39 | Bornn & Segalowitz |
|---|---|
| |  |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B6**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in view of GB 1543441, "Patient Monitoring System," to Kalman, *et al.* ("Kalman")**

Claims 2, 7, 8, 47, 48, 49, 54, 59, and 60 are rendered obvious by Bornn in view of Kalman. Bornn discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Kalman discloses a patient monitoring system with a plurality of monitoring stations that report to a single central station.  Kalman, p. 1, ll. 11-15.  Both Bornn and Kalman relate to monitoring a patient and then transmitting patient information over a radio link.  It would have been obvious to one of ordinary skill in the art to combine Bornn and Kalman to improve the sensing features of Bornn  as both relate to patient monitoring and both attempt to solve similar issues with patient monitoring.

| '991 Patent: Claim 2 | Bornn & Kalman |
|---|---|
| 2. A medical system according to claim 1 wherein the sensor, converter, transmitter, and receiver are integrated in one semiconductor chip. | **Bornn**<br><br>Bornn discloses claim 1 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman  discloses a sensor, converter, transmitter, and receiver integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits."  Kalman, p. 4, ll. 7-11. |

| '991 Patent: Claim 7 | Bornn & Kalman |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | **Bornn**<br><br>Bornn discloses claim 1 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch." Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 8 | Bornn & Kalman |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Bornn and Kalman discloses a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation.<br><br>**Bornn**<br><br>Bornn discloses the subject matter of claim 1 as illustrated in a preceding section.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45.<br><br>One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist.<br><br>**Kalman**<br><br>Kalman discloses a sensor placed on the wrist.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 8 | Bornn & Kalman |
|---|---|
| |  |

| '991 Patent: Claim 47 | Bornn & Kalman |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | **Bornn**<br><br>Bornn discloses claim 37 as shown in a preceding section.<br><br><br>**Kalman** |

99

| '991 Patent: Claim 47 | Bornn & Kalman |
|---|---|
| | Kalman discloses a converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 48 | Bornn & Kalman |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Bornn and Kalman disclose a sensor operable to be placed on a wrist of the patient.<br><br>**Bornn**<br><br>Bornn discloses claim 37 as illustrated in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 49 | Bornn & Kalman |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Bornn and Kalman  disclose measuring oxygen saturation.<br><br>**Bornn**<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45.<br><br>One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist. |

| '991 Patent: Claim 54 | Bornn  & Kalman |
|---|---|
| 54. A medical system according to claim 53 wherein the first set of components is integrated in one semiconductor chip. | **Kalman**<br><br>Bornn  discloses claim 53 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a first set of components integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits."  Kalman, p. 4, ll. 7-11. |

| '991 Patent: Claim 59 | Bornn & Kalman |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | **Bornn**<br><br>Bornn discloses 58 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a first sensor, first transmitter, and first receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 59 | Bornn & Kalman |
|---|---|
| |  |

| '991 Patent: Claim 60 | Bornn & Kalman |
|---|---|
| 60. A medical system according to claim 53 wherein the first sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Bornn discloses a first sensor placed on a wrist of a patient and wherein the medical system measures oxygen saturation.<br><br>**Bornn**<br><br>Bornn discloses the subject matter of claim 53 as illustrated in a preceding section.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation. |

| '991 Patent: Claim 60 | Bornn & Kalman |
|---|---|
| | "An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45.<br><br>One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist.<br><br>**Kalman**<br><br>Kalman discloses a sensor placed on the wrist.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B7**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in view of U.S. Pat. No. 4,409,594, "Apparatus for Performing Radio Frequency Pulse Modulation with Automatic Modulation Control," to Graziani. ("Graziani")**

Claims 79-87 are rendered obvious by Bornn in view of Graziani.  Bornn discloses mobile patient monitors in communication with a base station.  Graziani discloses an apparatus for  radio frequency pulse modulation.  Graziani, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Bornn and Graziani to improve the reliability of Bornn as Bornn uses radio frequency communication for which Graziani discloses an apparatus and improved techniques for communicating reliably.  As such, Bornn, when combined with Graziani, discloses claims 79-87 as illustrated in the tables below.

| '991 Patent: Claim 79 | Bornn & Graziani |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Bornn**<br><br>Bornn discloses claim 37 as shown in a preceding section.<br><br>**Graziani**<br><br>Even if Bornn did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency *input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having |

| '991 Patent: Claim 79 | Bornn & Graziani |
|---|---|
| | predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 80 | Bornn & Graziani |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | **<u>Graziani</u>**<br><br>Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-***frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous |

| '991 Patent: Claim 80 | Bornn & Graziani |
|---|---|
| | with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 81 | Bornn & Graziani |
|---|---|
| 81. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **Bornn** Bornn discloses claim 1 as shown in a preceding section. **Graziani** Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation: "1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-*frequency input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier |

| '991 Patent: Claim 81 | Bornn & Graziani |
|---|---|
| | signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 82 | Bornn & Graziani |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Bornn**<br><br>Bornn discloses claim 37 as shown in a preceding section.<br><br>**Graziani**<br><br><br>Even if Bornn did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency *input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to |

109

| '991 Patent: Claim 82 | Bornn & Graziani |
|---|---|
|  | each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 83 | Bornn & Graziani |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | **Graziani**<br><br>Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; ***fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video*** |

| '991 Patent: Claim 83 | Bornn & Graziani |
|---|---|
|  | ***pulse as a function of the corresponding control signal from said second means***; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 84 | Bornn & Graziani |
|---|---|
| 84. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **Bornn**<br><br>Bornn discloses claim 37 as shown in a preceding section.<br><br>**Graziani**<br><br>Graziani discloses a transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth |

| '991 Patent: Claim 84 | Bornn & Graziani |
|---|---|
|  | means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 85 | Bornn & Graziani |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | **Bornn**<br><br>Bornn discloses claim 53 as shown in a preceding section.<br><br>**Graziani**<br><br>Even if Bornn did not disclose this limitation, Graziani discloses a first transmitter operable to wirelessly transmit with digital modulation:<br><br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency ***input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of |

702913538

| '991 Patent: Claim 85 | Bornn & Graziani |
|---|---|
| | pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 86 | Bornn & Graziani |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof: <br><br> "1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 87 | Bornn & Graziani |
|---|---|
| 87. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with discrete pulse modulation. | **Bornn**<br><br>Bornn discloses claim 53 as shown in a preceding section.<br><br>**Graziani**<br><br>Graziani discloses a first transmitter operable to wirelessly transmit with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B8**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in view of U.S. Pat. No. 5,091,945, "Source Dependent Channel Coding with Error Protection," to Kleijn, ("Kleijn")**

Claim 16 is rendered obvious by Bornn in view of Kleijn. Bornn discloses a mobile patient monitoring system which includes a mobile device wirelessly transmitting information to hospitals. Bornn at 1. Kleijn discloses channel coding across a communication link. Kleijn, Abstract. It would have been obvious to one of ordinary skill in the art to combine Bornn and Kleijn to improve the reliability of Bornn as Bornn uses a communication link and Kleijn discloses an improved implementation for a communication link. As such, Bornn, when combined with Kleijn, discloses claim 16 as illustrated in the tables below.

| '991 Patent: Claim 16 | Bornn & Kleijn |
|---|---|
| 16. A medical system according to claim 14 wherein the channel coding comprises stochastic code. | **Bornn**<br><br>Bornn discloses claim 14 as shown in a preceding section.<br><br><br>**Kleijn**<br><br><br>Kleijn discloses channel coding comprising a stochastic code. |

| '991 Patent: Claim 16 | Bornn & Kleijn |
|---|---|
|  | "5.2. Results for the Stochastic Codebook The behavior of the mean distance function Di(rij) of the stochastic codebook does not show regularity like that of the adaptive codebook index. The mean distance of the candidate vectors to the target vector given that a certain sequence (D127(R127j)) provides the best match is illustrated in FIG. 14. The only structure which is clear in this figure results from the overlapping nature of the stochastic codebook (neighboring candidates are shifted by two samples); direct neighbors are often preferred candidates for single bit reversals of the label."  See, e.g., Kleijn at col. 3, l. 60 – col. 4, l. 3; col. 21, ll. 9-40. |

116

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B9**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference:U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer")**

Claims1,3-6, 10-13, 17-31, 33-41, 44-46, 50-53, 55-58, 61-63, 65-75, 77-80, 82, 83, 85, and 86 are anticipated and/or rendered obvious by Fischer.

| '991 Patent: Claim 1 | Fischer |
|---|---|
| 1. A medical system for monitoring body functions of a patient, comprising: | Fischer discloses a medical system for monitoring the body functions of a patient. |
| | "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |
| | In the medical system of Fischer an evaluator station (workstation 12 and its connected RF bridge 20) communicates wirelessly with wireless medical instruments such as the |

| '991 Patent: Claim 1 | Fischer |
|---|---|
| | Oximan pulse oximeter 48. |
| | The "Oximan[4]" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter. Fischer at col. 3, ll. 27-35. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Fischer discloses at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2.<br><br>"Among the instruments shown in FIG. 1 are pulse oximeters 28 and 30. Other pulse oximeters 32, 34 and 36 include a power base with wave form display and printer capabilities. Personal monitors 38, 40, 42 and 44 monitor heart rate, respiration, |

[4] "Oximan" is a brand of pulse oximeter sold by Nellcor, the assignee of the Fischer patent.

| '991 Patent: Claim 1 | Fischer |
|---|---|
|  | oxygen saturation and ECG waveforms. Monitors 38, 40 and 44 include a base unit 50, 52, 54, respectively, which provides a bedside waveform display capability. A display 56 is shown separately hooked up to hub 14. Also shown are blood pressure monitors 57, 58 and 60. The PNA gateway devices 18 and RF PNA gateway devices 19 allow older, existing instruments out in the field to be adapted for communication over the network of the present invention."  Fischer at col. 3, ll. 36-41.<br><br>See also Fig 1, 17:17-20, 4:44-45, 20:57-58 |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Fischer discloses at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2 |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital | Fischer discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient. |

| '991 Patent: Claim 1 | Fischer |
|---|---|
| data to an evaluator station located remotely from the patient; | Particularly, Fischer discloses one or more medical instruments (e.g. pulse oximeter, ECG) with integrated "wireless gateways" that enable them to transmit patient information.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30."<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24.<br><br>"A number of instruments are connected to the network through a radio frequency link that operates between radio-equipped gateways 19 and radio frequency (RF) bridges 20, 22 and 24 that serve as radio hubs and connect the RF network to the wired network."  Fischer at col. 3, ll. 30-35. |
| and at least one receiver operable to receive information through wireless | Fischer discloses at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator |

| '991 Patent: Claim 1 | Fischer |
|---|---|
| communication, the information including formatting data transmitted by the evaluator station, | station.<br><br>Particularly, Fischer discloses one or more medical instruments (e.g. pulse oximeter, ECG) with integrated "wireless gateways" that enable them to transmit patient information and receive commands and information from remote workstations.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30."<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24.<br><br>"A number of instruments are connected to the network through a radio frequency link that operates between radio-equipped gateways 19 and radio frequency (RF) bridges 20, 22 and 24 that serve as radio hubs and connect the RF network to the wired network."  Fischer at col. 3, ll. 30-35.<br><br>This communication is bidirectional<br><br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." col. 5, ll. 21-23. |
| the formatting data operable | Fischer discloses formatting data operable to change a format for transmission of |

| '991 Patent: Claim 1 | Fischer |
|---|---|
| to change a format for transmission of the digital data from the transmitter to the evaluator station. | digital data from the transmitter to the evaluator station.<br><br>Fischer discloses several ways in which the evaluation station can change the format of data sent from the patient.<br><br>First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products  was a change in redundancy and met the format change claim limitations of the '991 patent.<br><br>    "The transport layer **620** is responsible for moving the data stream between logical entities at various points on the network. Packetization, retransmission due to MAC layer  errors, and routing control are transparent to users of the  transport layer. The transport layer is provided by transport control state machines implemented in software on gateway(hub) processors, INAs [Internal Network Adapters], and RF bridges." Fischer at col. 13, ll. 31-38.<br><br>Next, Fischer discloses that the evaluation station (the workstation and RF bridge) can direct an instrument to send a "specially formatted" echo reply packet. Among other differences, the ECHO_REP packet includes a longer "INFO" field and special data appended to the end of the info field.  By directing the instrument to send a ECHO_REP packet, the evaluator station is changing the format of data transmitted |

| '991 Patent: Claim 1 | Fischer |
|---|---|
| | from the station.<br><br>"This flag is set = 1 to indicate that the only parcel in this packet contains the ECHO action. This flag may only be set on specially formatted packets used for transfer time measurement, and is further described in Section 5.8." Fischer at col. 24, ll. 36-41.<br><br>"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After<br><br>inserting this report, the value of byte 0 is incremented by 7. This report comprises:<br><br>The (3-byte) STID of the station, and<br><br>the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41 |

| '991 Patent: Claim 1 | Fischer |
|---|---|
| | Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47. |
| | The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges. |
| | "transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |
| | Accordingly, ECHO requests sent from the evaluator stations (workstation and RF bridge)  can change the format of the data sent from the wireless instruments by requesting specially formatted data packets. |
| | Additionally, Fischer discloses that the RF bridges can dynamically assign transmission slots to the wireless instruments through the transmission of synchronization signals. |
| | "The RF media arbitration uses TDMA (time-division multiple access), based on dynamically-assigned time slots, relative to synchronization signals generated by RF bridges." Fischer at col. 12, ll. 32-35. |

| '991 Patent: Claim 1 | Fischer |
| --- | --- |
| | |

| '991 Patent: Claim 3 | Fischer |
| --- | --- |
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Fischer discloses a sensor capable of being fastened to a surface of a skin of the patient.<br><br>Fischer discloses collection of ECG, pulse oximetry, and blood pressure information. One of ordinary skill in the art would understand that such information requires a sensor in contact with the skin.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2 |

| '991 Patent: Claim 3 | Fischer |
|---|---|
|  | Also, see Figure 1, illustrating non-invasive blood pressure units (NIBP). |

| '991 Patent: Claim 4 | Fischer |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Fischer discloses a sensor capable of being in contact with a finger of the patient.<br><br>Fisher discloses pulse oximetry sensors. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with the finger of the patient.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2 |

| '991 Patent: Claim 5 | Fischer |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Fischer discloses a sensor located in a fingerclip.<br><br>Fisher discloses pulse oximetry sensors. One of ordinary skill in the art would understand that a pulse oximeter would include a fingerclip.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2 |

| '991 Patent: Claim 6 | Fischer |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the | Fischer discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated |

| '991 Patent: Claim 6 | Fischer |
|---|---|
| body. | wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 10 | Fischer |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver | Bornn discloses a sensor, converter, transmitter, and receiver arranged on a mattress. |

| '991 Patent: Claim 10 | Fischer |
|---|---|
| are arranged on a mattress. | Fischer discloses wearable components such as a pulse oximeter with an internal network adapter.   One of ordinary skill in the art would understand that if a patient were sleeping wearing such a device that the components would be arranged on the mattress. |

| '991 Patent: Claim 11 | Fischer |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | Fischer discloses measuring oxygen saturation.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's |

| '991 Patent: Claim 11 | Fischer |
|---|---|
|  | stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 12 | Fischer |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Fischer discloses monitoring the  pulse of a patient.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 13 | Fischer |
|---|---|
| 13. A medical system according to claim 1 wherein the received information is operable to change an amount of redundancy in the digital | Fischer discloses received information operable to change an amount of redundancy in the digital data<br><br>Fischer discloses two ways in which redundancy can be changed in the data. |

130

| '991 Patent: Claim 13 | Fischer |
|---|---|
| data. | First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products was a change in redundancy and met the format change claim limitations of the '991 patent.<br><br>Second, Fischer discloses a change in the relative size of the error correction fields, which include redundant data, and accordingly a change in redundancy.<br><br>As discussed below, Fischer discloses that the workstations can request an ECHO packet in which the parcel has a longer length INFO field and extra 7 bytes of information. As indicated in Figure 1, the longer parcel forms part of the variable length parcel field in the Oxinet packets, which forms part of the variable length "INFO" field in the Oxinet RF Frames.<br><br><br><br>Accordingly, the transmission of an ECHO_REQ command to the instrument causes the INFO field of the responsive RF frames to be larger, relative to the Error |

| '991 Patent: Claim 13 | Fischer |
|---|---|
| | Correcting Codes ECC, which are fixed at six bytes.(" A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42). Because the ECC fields include redundant data, a change in the relative size of the ECC codes causes a change in the amount of redundancy. <br><br> "Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the <br><br> next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After <br><br> inserting this report, the value of byte 0 is incremented by 7. This report comprises: <br><br> The (3-byte) STID of the station, and <br><br> the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41 <br><br> Requester notes that a "station" is defined in Fischer as including all devices connected |

| '991 Patent: Claim 13 | Fischer |
|---|---|
| | to the network, including the instruments. Fischer at col. 6, ll. 43-47.<br><br>The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges.<br><br>"transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |

| '991 Patent: Claim 17 | Fischer |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Fischer discloses an evaluator station is operable to perform forward error correction.<br><br>Fischer discloses that the base station can use the channel coding (e.g. error correction codes) to perform direct or forward error correction (i.e. where error coding is used to |

| '991 Patent: Claim 17 | Fischer |
|---|---|
| | recreate the missing data without requesting retransmission).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 18 | Fischer |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 19 | Fischer |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Fischer discloses a second receiver operable to receive information from the evaluator station.<br><br>Fischer discloses multiple instruments capable of communicating bidirectionally with the workstations.<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received. " Fischer at col. 1, ll. 17-24<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." Fischer at col. 5, ll. 21-23. |

| '991 Patent: Claim 20 | Fischer |
|---|---|
| 20. A medical system | Fischer discloses a second receiver on a different patient than another receiver. |

135

| '991 Patent: Claim 20 | Fischer |
|---|---|
| according to claim 19 wherein the second receiver is on a different patient than the at least one receiver. | Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 20 | Fischer |
| --- | --- |
|  |  |

| '991 Patent: Claim 21 | Fischer |
| --- | --- |
| 21. The medical system of claim 20 wherein the evaluator station is operable to communicate with both the at least one receiver and the second receiver. | Fischer discloses an evaluator station operable to communicate with both the at least one receiver and the second receiver. |
|  | Fischer discloses multiple instruments capable of communicating bidirectionally with the workstations. |
|  | "In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24 |
|  | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |
|  | "Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." Fischer at col. 5, ll. 21-23. |

| '991 Patent: Claim 21 | Fischer |
|---|---|
|  |  |

| '991 Patent: Claim 22 | Fischer |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | Fischer discloses a second transmitter operable to transmit digital data from the patient.<br><br>Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments (each with its own receiver/transmitter) could be connected to a single patient.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |

| '991 Patent: Claim 23 | Fischer |
|---|---|
| 23. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from a second patient. | Fischer discloses a second transmitter operable to transmit digital data from a second patient.<br><br>Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients. |

| '991 Patent: Claim 23 | Fischer |
|---|---|
| | Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |

| '991 Patent: Claim 24 | Fischer |
|---|---|
| 24. The medical system of claim 1 in which the at least one sensor is in contact with a body of the patient and another sensor in contact with a second body. | Fischer discloses one sensor in contact with a body of the patient and another sensor in contact with a second body.<br><br>Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse |

| '991 Patent: Claim 24 | Fischer |
|---|---|
| | oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 25 | Fischer |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at | Fischer discloses an evaluator station operable to perform error correction on the digital data transmitted by the at least one transmitter. |

702913538

| '991 Patent: Claim 25 | Fischer |
|---|---|
| least one transmitter. | Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver. |
| | Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. |
| | Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 26 | Fischer |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Fischer discloses a cover at least partially covering a receiver, transmitter, and converter. |
| | Fischer discloses that the wireless transmitter can be integrated into the same covering as the sensor and converter. |
| | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |
| | The "Oximan" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter |

| '991 Patent: Claim 26 | Fischer |
|---|---|
| |  |

| '991 Patent: Claim 27 | Fischer |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Fischer discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>Fischer discloses that the wireless transmitter can be integrated into the same covering as the sensor and converter.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |

| '991 Patent: Claim 27 | Fischer |
|---|---|
| | The "Oximan" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter  |

| '991 Patent: Claim 28 | Fischer |
|---|---|
| 28. The medical system of claim 27 further comprising: a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a | Fischer discloses a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. |

| '991 Patent: Claim 28 | Fischer |
|---|---|
| second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. | Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 28 | Fischer |
|---|---|
|  |  |

| '991 Patent: Claim 29 | Fischer |
|---|---|
| 29. The medical system of claim 28 wherein the cover and the second cover each at least partially cover a respective error correction unit operable to correct transmission errors in the data transmitted by the evaluator station. | Fischer discloses a cover and a second cover each at least partially cover a respective error correction unit operable to correct transmission errors in the data transmitted by the evaluator station.<br><br>As indicated above with respect to claim 28 each instrument includes a cover.<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 30 | Fischer |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Fischer discloses a transmitter responsive to the received information, the received information operative to manipulate the digital data.<br><br>First, Fischer discloses that the evaluation station (the workstation and RF bridge) can direct an instrument to send a "specially formatted" echo reply packet. Among other differences, the ECHO_REP packet includes a longer "INFO" field and special data appended to the end of the info field.  By directing the instrument to send a ECHO_REP packet, the evaluator station is changing the format of data transmitted from the station.<br><br>"This flag is set = 1 to indicate that the only parcel in this packet contains the ECHO action. This flag may only be set on specially formatted packets used for transfer time measurement, and is further described in Section 5.8." Fischer at col. 24, ll. 36-41.<br><br>"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF |

| '991 Patent: Claim 30 | Fischer |
|---|---|
|  | byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After |
|  | inserting this report, the value of byte 0 is incremented by 7. This report comprises: |
|  | The (3-byte) STID of the station, and |
|  | the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41 |
|  | Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47. |
|  | The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges. |
|  | "transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |
|  | Accordingly, ECHO requests sent from the evaluator stations (workstation and RF bridge)  can change the format of the data sent from the wireless instruments by requesting specially formatted data packets. |

| '991 Patent: Claim 30 | Fischer |
|---|---|
| | Additionally, Fischer discloses that the RF bridges can dynamically assign transmission slots to the wireless instruments through the transmission of synchronization signals. "The RF media arbitration uses TDMA (time-division multiple access), based on dynamically-assigned time slots, relative to synchronization signals generated by RF bridges." Fischer at col. 12, ll. 32-35. See also Fig 1, Fig 2, Fischer at col. 1, ll. 17-24. 2:33, Fischer at col. 3, ll. 30-35. 3:59-64, 8:1-4, 11:35-48, 12:30-47, 13:19, 13:51, 18:4-8, 19:30-34, 20:20-22, 20:42-48, 21:18-27, 21:66-22:1, 22:23-30,  27:30-31, 27:52-53, 31:54, 33:49-53, 36:18-37:7 |

| '991 Patent: Claim 31 | Fischer |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Fischer discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter. Fischer discloses that data transmitted by said evaluation station to said electrode can manipulate the data transmitted by said electrode to the evaluation station. First, Fischer discloses that the RF bridges can dynamically assign transmission slots to the wireless instruments through the transmission of synchronization signals. |

| '991 Patent: Claim 31 | Fischer |
|---|---|
| | "The RF media arbitration uses TDMA (time-division multiple access), based on dynamically-assigned time slots, relative to synchronization signals generated by RF bridges." Fischer at col. 12, ll. 32-35.  During the *Nonin* litigation the plantiff identified time slot assignments as an exemplary form of "control."

Additionally, Fischer discloses that the evaluation station (the workstation and RF bridge) can direct an instrument to send a "specially formatted" echo packet. Among other differences, the ECHO_REP packet includes a longer "INFO" field and special data appended to the end of the info field.  By directing the instrument to send a ECHO_REP packet, the evaluator station is changing the format of data transmitted from the station.

"This flag is set = 1 to indicate that the only parcel in this packet contains the ECHO action. This flag may only be set on specially formatted packets used for transfer time measurement, and is further described in Section 5.8." Fischer at col. 24, ll. 36-41.

"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (0-origin) offset to the

next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the |

149

| '991 Patent: Claim 31 | Fischer |
|---|---|
|  | INFO field. After |
|  | inserting this report, the value of byte 0 is incremented by 7. This report comprises: |
|  | The (3-byte) STID of the station, and |
|  | the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41 |
|  | Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47. |
|  | The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges. |
|  | "transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |
|  | Accordingly, ECHO requests sent from the evaluator stations (workstation and RF bridge)  can change the format of the data sent from the wireless instruments by requesting specially formatted data packets. |

| '991 Patent: Claim 33 | Fischer |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Fischer discloses an evaluator station comprising a display operable to display the digital data.<br><br>Fig.4 illustrates a video card and video at the workstation.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with **a display control virtual service at the workstation**, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay." Fischer at col. 1, l. 55- col. 2, l. 2 |

| '991 Patent: Claim 34 | Fischer |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, | Fischer discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached |

| '991 Patent: Claim 34 | Fischer |
|---|---|
| perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 35 | Fischer |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Fischer discloses digital data transmitted by the transmitter representing the electrical signal.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 36 | Fischer |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Fischer discloses digital data transmitted by the transmitter representing processed information.<br><br>A pulse oximeter provides a digital service/application interface for a counterpart program on the workstation and accordingly must process information. Additionally, the packaging of digital information for transmission inherently includes processing.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Fischer discloses a medical system for monitoring body functions of a patient. |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2.<br><br><br>In the medical system of Fischer an evaluator station (workstation 12 and its connected RF bridge 20) communicates wirelessly with wireless medical instruments such as the Oximan pulse oximeter 48.<br><br> The "Oximan[5]" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter. Fischer at col. 3, ll. 27-35. |
| an evaluator station located remotely from a patient and operable for wireless data communication; | Fischer discloses an evaluator station located remotely from a patient and operable for wireless data communication.<br><br><br>The evaluator station is can be, for example workstation 12 and its connected RF |

---

[5] "Oximan" is a brand of pulse oximeter sold by Nellcor, the assignee of the Fischer patent.

702913538

| '991 Patent: Claim 37 | Fischer |
|---|---|
|  | bridge 20, illustrated above. |
|  | "In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received.  It would be desirable to have a system optimized for network communication from a number of medical or other instruments to a central computer."  Fischer at col. 1, ll. 17-24 |
|  | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |
|  | "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 53 - col. 2, l. 2 |
| a sensor capable of being | Fischer discloses a sensor capable of being arranged on a patient and operable to detect |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, | an electrical, physical, chemical, or biological property associated with the patient.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2.<br><br>"Among the instruments shown in FIG. 1 are pulse oximeters 28 and 30. Other pulse oximeters 32, 34 and 36 include a power base with wave form display and printer capabilities. Personal monitors 38, 40, 42 and 44 monitor heart rate, respiration, oxygen saturation and ECG waveforms. Monitors 38, 40 and 44 include a base unit 50, 52, 54, respectively, which provides a bedside waveform display capability. A display 56 is shown separately hooked up to hub 14. Also shown are blood pressure monitors 57, 58 and 60. The PNA gateway devices 18 and RF PNA gateway devices 19 allow older, existing instruments out in the field to be adapted for communication over the network of the present invention."  Fischer at col. 3, ll. 36-41. |
| and operable to convert the detected property into an electric signal; | Fischer discloses a sensor operable to convert a detected property into an electric signal. |

| '991 Patent: Claim 37 | Fischer |
|---|---|
|  | "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2<br><br>"Each workstation has other elements coupled to it. Work station 12 has a pair of annnunciator displays 62 and 64, a pair of interactive displays 66 and 68, a printer 70, and is coupled to a hospital's patient data management system 72. Workstation 26 is connected to a single interactive display 74 and a pair of annnunciator displays 76 and 78. Annunciator displays only present alert conditions. The interactive displays permit a user to request the display of alerts, status, data, trends and waveforms. " |
| a converter coupled to the sensor, | Fischer discloses a converter coupled to the sensor.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse |

702913538

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2<br><br>"Each workstation has other elements coupled to it. Work station 12 has a pair of annnunciator displays 62 and 64, a pair of interactive displays 66 and 68, a printer 70, and is coupled to a hospital's patient data management system 72. Workstation 26 is connected to a single interactive display 74 and a pair of annnunciator displays 76 and 78. Annunciator displays only present alert conditions. The interactive displays permit a user to request the display of alerts, status, data, trends and waveforms. " Fischer at col. 3, ll. 50-58 |
| the converter operable to convert the electric signal generated by the sensor into digital data; | Fischer discloses a converter operable to convert an electric signal generated by the sensor into digital data.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2 |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | "Each workstation has other elements coupled to it. Work station 12 has a pair of annnunciator displays 62 and 64, a pair of interactive displays 66 and 68, a printer 70, and is coupled to a hospital's patient data management system 72. Workstation 26 is connected to a single interactive display 74 and a pair of annnunciator displays 76 and 78. Annunciator displays only present alert conditions. The interactive displays permit a user to request the display of alerts, status, data, trends and waveforms."   Fischer at col. 3, ll. 50-58 |
| and a transmitter coupled to the converter, | Fischer discloses a transmitter coupled to the converter.<br><br>Particularly, Fischer discloses one or more medical instruments (e.g. pulse oximeter, ECG) with integrated "wireless gateways" that enable them to transmit patient information.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30."<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24. |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | "A number of instruments are connected to the network through a radio frequency link that operates between radio-equipped gateways 19 and radio frequency (RF) bridges 20, 22 and 24 that serve as radio hubs and connect the RF network to the wired network."  Fischer at col. 3, ll. 30-35. |
| the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Fischer discloses a transmitter operable to wirelessly transmit the digital data to the evaluator station. |
| | Particularly, Fischer discloses one or more medical instruments (e.g. pulse oximeter, ECG) with integrated "wireless gateways" that enable them to transmit patient information. |
| | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30." |
| | "In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24. |
| | "A number of instruments are connected to the network through a radio frequency link |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | that operates between radio-equipped gateways 19 and radio frequency (RF) bridges 20, 22 and 24 that serve as radio hubs and connect the RF network to the wired network." Fischer at col. 3, ll. 30-35.<br><br>"FIG. 2 is a block diagram of a peripheral network adapter or gateway 18 or 19 of FIG. 1. The connection to its associated instrument is through a serial port 210. The connection to the network is through a network interface 212 for wired gateways 18 or a radio interface 214 for RF gateways 19." Fischer at col. 3, ll. 59-64. |
| a receiver operable to receive information from the evaluator station through wireless communication; | Fischer discloses a receiver operable to receive information from an evaluator station through wireless communication.<br><br>Particularly, Fischer discloses one or more medical instruments (e.g. pulse oximeter, ECG) with integrated "wireless gateways" that enable them to transmit patient information and receive commands and information from remote workstations.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30."<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received." Fischer at col. 1, ll. 17-24.<br><br>"A number of instruments are connected to the network through a radio frequency link that operates between radio-equipped gateways 19 and radio frequency (RF) bridges 20, 22 and 24 that serve as radio hubs and connect the RF network to the wired |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | network."  Fischer at col. 3, ll. 30-35.<br><br>This communication is bidirectional<br><br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." col. 5, ll. 21-23. |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Fischer discloses an evaluator station operable to change the format of the digital data transmitted from the transmitter to the evaluator station.<br><br>Fischer discloses several ways in which the evaluation station can change the format of data sent from the patient.<br><br>First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products  was a change in redundancy and met the format change claim limitations of the '991 patent.<br><br>   "The transport layer **620** is responsible for moving the data stream between logical entities at various points on the network. Packetization, retransmission due to MAC layer  errors, and routing control are transparent to users of the  transport layer. The transport layer is provided by transport control state machines implemented in software on gateway(hub) processors, INAs [Internal Network Adapters], and RF bridges." |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | Fischer at col. 13, ll. 31-38.<br><br>Next, Fischer discloses that the evaluation station (the workstation and RF bridge) can direct an instrument to send a "specially formatted" echo reply packet. Among other differences, the ECHO_REP packet includes a longer "INFO" field and special data appended to the end of the info field.  By directing the instrument to send a ECHO_REP packet, the evaluator station is changing the format of data transmitted from the station.<br><br>"This flag is set = 1 to indicate that the only parcel in this packet contains the ECHO action. This flag may only be set on specially formatted packets used for transfer time measurement, and is further described in Section 5.8." Fischer at col. 24, ll. 36-41.<br><br>"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After |

| '991 Patent: Claim 37 | Fischer |
|---|---|
| | inserting this report, the value of byte 0 is incremented by 7. This report comprises:<br><br>The (3-byte) STID of the station, and<br><br>the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41<br><br><br>Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47.<br><br><br>The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges.<br><br><br>"transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38.<br><br><br>Accordingly, ECHO requests sent from the evaluator stations (workstation and RF bridge)  can change the format of the data sent from the wireless instruments by requesting specially formatted data packets.<br><br><br>Additionally, Fischer discloses that the RF bridges can dynamically assign transmission slots to the wireless instruments through the transmission of |

| '991 Patent: Claim 37 | Fischer |
|---|---|
|  | synchronization signals.

"The RF media arbitration uses TDMA (time-division multiple access), based on dynamically-assigned time slots, relative to synchronization signals generated by RF bridges." Fischer at col. 12, ll. 32-35. |

| '991 Patent: Claim 38 | Fischer |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Fischer discloses a first and second arrangements of components, the first arrangement including a converter, a transmitter, and a receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver.

Fischer discloses multiple instruments capable of communicating bidirectionally with the workstations.

"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24 |

| '991 Patent: Claim 38 | Fischer |
|---|---|
|  | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." Fischer at col. 5, ll. 21-23. |

| '991 Patent: Claim 39 | Fischer |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | Fischer discloses first and second arrangements positionable adjacent to the patient.<br><br>Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments could be attached to the same patient. One of ordinary skill in the art would also understand that if a pulse oximeter or blood pressure monitor were worn by a patient, part of the monitor would be adjacent to the patient. |

| '991 Patent: Claim 40 | Fischer |
|---|---|
| 40. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to different patients. | Fischer discloses first and second arrangements positionable adjacent to different patients.<br><br>Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that |

| '991 Patent: Claim 40 | Fischer |
|---|---|
| | multiple instances of the same instrument would be used on different patients.<br><br>One of ordinary skill in the art would also understand that if a pulse oximeter or blood pressure monitor were worn by a patient, part of the monitor would be adjacent to the patient.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 41 | Fischer |
|---|---|
| 41. The medical system of | Fischer discloses received information operable to change an amount of redundancy in |

| '991 Patent: Claim 41 | Fischer |
|---|---|
| claim 37 wherein received information is operable to change an amount of redundancy in the digital data. | the digital data<br><br>Fischer discloses two ways in which redundancy can be changed in the data.<br><br>First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products  was a change in redundancy and met the format change claim limitations of the '991 patent.<br><br>Second, Fischer discloses a change in the relative size of the error correction fields, which include redundant data, and accordingly a change in redundancy.<br><br>As discussed below, Fischer discloses that the workstations can request an ECHO packet in which the  parcel has a longer length INFO field and extra 7 bytes of information. As indicated in Figure 1, the longer parcel forms part of the variable length parcel field in the Oxinet packets, which forms part of the variable length "INFO" field in the Oxinet RF Frames. |

| '991 Patent: Claim 41 | Fischer |
|---|---|
|  |  Accordingly, the transmission of an ECHO_REQ command to the instrument causes the INFO field of the responsive RF frames to be larger, relative to the Error Correcting Codes ECC, which are fixed at six bytes.(" A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42). Because the ECC fields include redundant data, a change in the relative size of the ECC codes causes a change in the amount of redundancy.<br><br>"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After |

| '991 Patent: Claim 41 | Fischer |
|---|---|
| | inserting this report, the value of byte 0 is incremented by 7. This report comprises: |
| | The (3-byte) STID of the station, and |
| | the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41 |
| | Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47. |
| | The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges. |
| | "transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |

| '991 Patent: Claim 44 | Fischer |
|---|---|
| 44. The medical system of | Fischer discloses a transmitter operable to wirelessly transmit the digital data with |

| '991 Patent: Claim 44 | Fischer |
|---|---|
| claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with channel coding. | channel coding. Fischer discloses the use of error correcting codes, which is a type of channel coding. Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 45 | Fischer |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Fischer discloses an evaluator station operable to manipulate the digital data. First, Fischer discloses that the evaluation station (the workstation and RF bridge) can direct an instrument to send a "specially formatted" echo reply packet. Among other differences, the ECHO_REP packet includes a longer "INFO" field and special data appended to the end of the info field.  By directing the instrument to send a ECHO_REP packet, the evaluator station is changing the format of data transmitted from the station. |

171

| '991 Patent: Claim 45 | Fischer |
|---|---|
| | "This flag is set = 1 to indicate that the only parcel in this packet contains the ECHO action. This flag may only be set on specially formatted packets used for transfer time measurement, and is further described in Section 5.8." Fischer at col. 24, ll. 36-41.<br><br>"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After<br><br>inserting this report, the value of byte 0 is incremented by 7. This report comprises:<br><br>The (3-byte) STID of the station, and<br><br>the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41<br><br>Requester notes that a "station" is defined in Fischer as including all devices connected |

| '991 Patent: Claim 45 | Fischer |
|---|---|
| | to the network, including the instruments. Fischer at col. 6, ll. 43-47. |
| | The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges. |
| | "transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |
| | Accordingly, ECHO requests sent from the evaluator stations (workstation and RF bridge)  can change the format of the data sent from the wireless instruments by requesting specially formatted data packets. |
| | Additionally, Fischer discloses that the RF bridges can dynamically assign transmission slots to the wireless instruments through the transmission of synchronization signals. |
| | "The RF media arbitration uses TDMA (time-division multiple access), based on dynamically-assigned time slots, relative to synchronization signals generated by RF bridges." Fischer at col. 12, ll. 32-35. |
| | See also Fig 1, Fig 2, Fischer at col. 1, ll. 17-24. 2:33, Fischer at col. 3, ll. 30-35. 3:59-64, 8:1-4, 11:35-48, 12:30-47, 13:19, 13:51, 18:4-8, 19:30-34, 20:20-22, 20:42-48, |

| '991 Patent: Claim 45 | Fischer |
|---|---|
|  | 21:18-27, 21:66-22:1, 22:23-30,  27:30-31, 27:52-53, 31:54, 33:49-53, 36:18-37:7 |

| '991 Patent: Claim 46 | Fischer |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Fischer discloses an evaluator station operable to control the transmitter.<br><br>First, Fischer discloses that the RF bridges can dynamically assign transmission slots to the wireless instruments through the transmission of synchronization signals.<br><br>"The RF media arbitration uses TDMA (time-division multiple access), based on dynamically-assigned time slots, relative to synchronization signals generated by RF bridges." Fischer at col. 12, ll. 32-35. During the *Nonin* litigation, the plaintiff identified time slot assignments as an exemplary form of control.<br><br>Additionally, Fischer discloses that the evaluation station (the workstation and RF bridge) can direct an instrument to send a "specially formatted" echo packet. Among other differences, the ECHO_REP packet includes a longer "INFO" field and special data appended to the end of the info field.  By directing the instrument to send a ECHO_REP packet, the evaluator station is changing the format of data transmitted from the station.<br><br>"This flag is set = 1 to indicate that the only parcel in this packet contains the ECHO action. This flag may only be set on specially formatted packets used for transfer time measurement, and is further described in Section 5.8." Fischer at col. 24, ll. 36-41. |

| '991 Patent: Claim 46 | Fischer |
|---|---|
| | "Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After<br><br>inserting this report, the value of byte 0 is incremented by 7. This report comprises:<br><br>The (3-byte) STID of the station, and<br><br>the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41<br><br><br>Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47.<br><br><br>The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges.<br><br><br>"transport layer is provided by transport control state machines implemented in |

| '991 Patent: Claim 46 | Fischer |
|---|---|
| | software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. <br><br> Accordingly, ECHO requests sent from the evaluator stations (workstation and RF bridge)  can change the format of the data sent from the wireless instruments by requesting specially formatted data packets. |

| '991 Patent: Claim 50 | Fischer |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | Fischer discloses an evaluator station including an alarm unit. <br><br> "The parcels can be of varying size and number. Each parcel includes precedence information in the header which indicates the relative delivery importance of the information contained in the parcel. For example, an alarm indication parcel would have a highest precedence level, while real-time data would have lower precedence (with further distinctions between types of data: general data would be higher precedence than detailed data which would be higher precedence than stored data that could be resent if necessary). The gateway transmits the highest precedence level parcels first. If buffer space at the gateway is exhausted, parcels having the lowest precedence level are discarded. If only high precedence parcels are present, older parcels are overwritten with the newer parcels from the same source."  2:14-28. |

702913538

| '991 Patent: Claim 51 | Fischer |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Fischer discloses an evaluator station including a display.<br><br>Fig. 4 illustrates a graphics adapter and video in the workstation.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 52 | Fischer |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter | Fischer discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual |

| '991 Patent: Claim 52 | Fischer |
|---|---|
| signals, electrodermal activity, patient position, patient motion, and combinations thereof. | services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Fischer discloses a medical system for acquiring measured data, including measuring body functions.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| | "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. <br><br> In the medical system of Fischer an evaluator station (workstation 12 and its connected RF bridge 20) communicates wirelessly with wireless medical instruments such as the Oximan pulse oximeter 48. <br> The "Oximan[6]" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter. Fischer at col. 3, ll. 27-35. |
| a first set of components having a first sensor operable to contact a body, | Fischer discloses a first set of components having a first sensor operable to contact a body. |

---

[6] "Oximan" is a brand of pulse oximeter sold by Nellcor, the assignee of the Fischer patent.

| '991 Patent: Claim 53 | Fischer |
|---|---|
| | For example, Fischer discloses that the instruments include ECGs and pulse oximeters. One of ordinary skill in the art would understand that pulse oximeters and ECG leads are in contact with the body. "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. "Among the instruments shown in FIG. 1 are pulse oximeters 28 and 30. Other pulse oximeters 32, 34 and 36 include a power base with wave form display and printer capabilities. Personal monitors 38, 40, 42 and 44 monitor heart rate, respiration, oxygen saturation and ECG waveforms. Monitors 38, 40 and 44 include a base unit 50, 52, 54, respectively, which provides a bedside waveform display capability. A display 56 is shown separately hooked up to hub 14. Also shown are blood pressure monitors 57, 58 and 60. The PNA gateway devices 18 and RF PNA gateway devices 19 allow older, existing instruments out in the field to be adapted for communication over the network of the present invention."  Fischer at col. 3, ll. 36-41. |
| a first transmitter, | Fischer discloses a first transmitter. |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| | Particularly, Fischer discloses one or more medical instruments (e.g. pulse oximeter, ECG) with integrated "wireless gateways" that enable them to transmit patient information.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30."<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24.<br><br>"A number of instruments are connected to the network through a radio frequency link that operates between radio-equipped gateways 19 and radio frequency (RF) bridges 20, 22 and 24 that serve as radio hubs and connect the RF network to the wired network."  Fischer at col. 3, ll. 30-35. |
| and a first receiver, | Fischer discloses a first receiver.<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| | remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received." Fischer at col. 1, ll. 17-24.<br><br>"A number of instruments are connected to the network through a radio frequency link that operates between radio-equipped gateways 19 and radio frequency (RF) bridges 20, 22 and 24 that serve as radio hubs and connect the RF network to the wired network." Fischer at col. 3, ll. 30-35.<br><br>This communication is bidirectional<br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." col. 5, ll. 21-23. |
| the first set of components operable to rest close to the body; | Fischer discloses a first set of components operable to rest close to the body.<br><br>Fischer discloses pulse oximeters with fully integrated wireless components. One of ordinary skill in the art would understand that a pulse oximeter with integrated wireless capacity would be attached (*i.e.* close) to the body.<br><br> "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30."<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached |

| '991 Patent: Claim 53 | Fischer |
|---|---|
|  | may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. |
| and an evaluator station having a second transmitter and a second receiver, | Fischer discloses an evaluator station having a second transmitter and a second receiver.<br><br>The evaluator station is can be, for example workstation 12 and its connected RF bridge 20, illustrated above.<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received.  It would be desirable to have a system optimized for network communication from a number of medical or other instruments to a central computer." Fischer at col. 1, ll. 17-24 |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 53 - col. 2, l. 2<br><br>"Microcontroller 218 controls the assembling of parcels into packets for transmission. If a radio interface is used, RF network interface 240, radio modem 42, and RF antenna 244 transmit to a RF bridge as shown in FIG. 1. The RF bridge contains a microcontroller similar to microcontroller 218 25 and an ARCNET controller similar to controller 238. Also shown in the radio interface 214 is an infrared location interface 246. This is used to receive signals from an infrared transmitter in a hospital room to indicate the location of the instrument."  Fischer at col. 4, ll. 20-29.<br><br>This communication is bidirectional<br><br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." col. 5, ll. 21-23. |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, | Fischer discloses an evaluator station operable to wirelessly communicate with the first transmitter and the first receiver. <br><br> "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 53 - col. 2, l. 2 <br><br> "Microcontroller 218 controls the assembling of parcels into packets for transmission. If a radio interface is used, RF network interface 240, radio modem 42, and RF antenna 244 transmit to a RF bridge as shown in FIG. 1. The RF bridge contains a microcontroller similar to microcontroller 218 25 and an ARCNET controller similar to controller 238. Also shown in the radio interface 214 is an infrared location interface 246. This is used to receive signals from an infrared transmitter in a hospital room to indicate the location of the instrument."  Fischer at col. 4, ll. 20-29. <br><br> This communication is bidirectional <br><br> "Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." col. 5, ll. 21-24 |
| second data transmitted from the second transmitter is | Fischer discloses second data transmitted from the second transmitter operable to |

185

| '991 Patent: Claim 53 | Fischer |
|---|---|
| operable to control and manipulate first data transmitted by the first transmitter. | control and manipulate first data transmitted by the first transmitter. |
| | Fischer discloses several ways in which the evaluation station can manipulate the format of data sent from the patient. |
| | First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products  met the format change claim limitations of the '991 patent (format changes are type of manipulation). |
| | "The transport layer **620** is responsible for moving the data stream between logical entities at various points on the network. Packetization, retransmission due to MAC layer  errors, and routing control are transparent to users of the  transport layer. The transport layer is provided by transport control state machines implemented in software on gateway(hub) processors, INAs [Internal Network Adapters], and RF bridges." Fischer at col. 13, ll. 31-38. |
| | Next, Fischer discloses that the evaluation station (the workstation and RF bridge) can direct an instrument to send a "specially formatted" echo reply packet. Among other differences, the ECHO_REP packet includes a longer "INFO" field and special data appended to the end of the info field.  By directing the instrument to send a ECHO_REP packet, the evaluator station is changing the format of data transmitted from the station. |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| | "This flag is set = 1 to indicate that the only parcel in this packet contains the ECHO action. This flag may only be set on specially formatted packets used for transfer time measurement, and is further described in Section 5.8." Fischer at col. 24, ll. 36-41.<br><br>"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After<br><br>inserting this report, the value of byte 0 is incremented by 7. This report comprises:<br><br>The (3-byte) STID of the station, and<br><br>the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41<br><br>Requester notes that a "station" is defined in Fischer as including all devices connected |

| '991 Patent: Claim 53 | Fischer |
|---|---|
| | to the network, including the instruments. Fischer at col. 6, ll. 43-47. |
| | The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges. |
| | "transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |
| | Accordingly, ECHO requests sent from the evaluator stations (workstation and RF bridge) can change the format of the data sent from the wireless instruments by requesting specially formatted data packets. |
| | Additionally, Fischer discloses that the RF bridges can dynamically assign transmission slots to the wireless instruments through the transmission of synchronization signals. |
| | "The RF media arbitration uses TDMA (time-division multiple access), based on dynamically-assigned time slots, relative to synchronization signals generated by RF bridges." Fischer at col. 12, ll. 32-35. |

188

| '991 Patent: Claim 55 | Fischer |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Fischer discloses a first sensor capable of being fastened to a surface of a skin of the patient.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2<br><br>See also Figure 1, illustrating a non-invasive blood pressure (NIBP) sensor. |

| '991 Patent: Claim 56 | Fischer |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact | Fischer discloses first sensor capable of being in contact with a finger of the patient.<br><br>Fisher discloses pulse oximetry sensors. One of ordinary skill in the art would |

702913538

| '991 Patent: Claim 56 | Fischer |
|---|---|
| with a finger of the patient. | understand that a pulse oximeter would be in contact with the finger of the patient.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2 |

| '991 Patent: Claim 57 | Fischer |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Fischer discloses a first sensor located in a fingerclip.<br><br>Fisher discloses pulse oximetry sensors. One of ordinary skill in the art would understand that a pulse oximeter would include a fingerclip.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time |

| '991 Patent: Claim 57 | Fischer |
|---|---|
| | data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2 |

| '991 Patent: Claim 58 | Fischer |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Fischer discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body. |
| | Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body. |
| | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |
| | "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may |

| '991 Patent: Claim 58 | Fischer |
|---|---|
|  | communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 61 | Fischer |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Fischer discloses measuring oxygen saturation.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 62 | Fischer |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Fischer discloses the pulse of a patient is monitored.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 63 | Fischer |
|---|---|
| 63. A medical system according to claim 53 wherein the first receiver is operable to receive the second data, the second data being operable to change an amount of redundancy in the first data. | Fischer discloses a first receiver operable to receive second data, the second data being operable to change an amount of redundancy in the first data.<br><br>Fischer discloses two ways in which redundancy can be changed in the data.<br><br>First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products  was a change in redundancy and |

| '991 Patent: Claim 63 | Fischer |
|---|---|
| | met the format change claim limitations of the '991 patent.<br><br>Second, Fischer discloses a change in the relative size of the error correction fields, which include redundant data, and accordingly a change in redundancy.<br><br>As discussed below, Fischer discloses that the workstations can request an ECHO packet in which the parcel has a longer length INFO field and extra 7 bytes of information. As indicated in Figure 1, the longer parcel forms part of the variable length parcel field in the Oxinet packets, which forms part of the variable length "INFO" field in the Oxinet RF Frames.<br><br><br><br>Accordingly, the transmission of an ECHO_REQ command to the instrument causes the INFO field of the responsive RF frames to be larger, relative to the Error Correcting Codes ECC, which are fixed at six bytes.(" A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42). Because the ECC fields include redundant data, a change in the relative size of the ECC codes causes a |

| '991 Patent: Claim 63 | Fischer |
|---|---|
| | change in the amount of redundancy. "Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After inserting this report, the value of byte 0 is incremented by 7. This report comprises: The (3-byte) STID of the station, and the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41 Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47. The ECHO functions described above are handled by "state machines." That are |

| '991 Patent: Claim 63 | Fischer |
|---|---|
| | present on both the instruments and the RF bridges.<br><br>"transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |

| '991 Patent: Claim 65 | Fischer |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Fischer discloses an evaluator station operable to perform forward error correction.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would |

| '991 Patent: Claim 65 | Fischer |
| --- | --- |
| | understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 66 | Fischer |
| --- | --- |
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Fischer discloses an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. <br><br> Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. <br><br> Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 67 | Fischer |
| --- | --- |
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Fischer discloses a third receiver operable to receive third data from the second transmitter. <br><br> Fischer discloses multiple instruments capable of communicating bidirectionally with |

| '991 Patent: Claim 67 | Fischer |
|---|---|
|  | the workstations. |
|  | "In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24 |
|  | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |
|  | "Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." Fischer at col. 5, ll. 21-23. |

| '991 Patent: Claim 68 | Fischer |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | Fischer discloses a third receiver on a different patient than the first receiver. |
|  | Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients. |

| '991 Patent: Claim 68 | Fischer |
|---|---|
| | Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 69 | Fischer |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable | Fischer discloses  an evaluator station operable to communicate with both the first receiver and the third receiver. |

| '991 Patent: Claim 69 | Fischer |
|---|---|
| to communicate with both the first receiver and the third receiver. | Fischer discloses multiple instruments capable of communicating bidirectionally with the workstations.<br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received."  Fischer at col. 1, ll. 17-24<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." Fischer at col. 5, ll. 21-23. |

| '991 Patent: Claim 70 | Fischer |
|---|---|
| 70. A medical system according to claim 67 wherein a third transmitter is operable to transmit third data | Fischer discloses a third transmitter operable to transmit third data from a second body. |

| '991 Patent: Claim 70 | Fischer |
|---|---|
| from a second body. | Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48). One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 71 | Fischer |
|---|---|
| 71. The medical system of claim 53 in which a second sensor is in contact with a second body. | Fischer discloses a second sensor in contact with a second body.<br><br>Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's |

| '991 Patent: Claim 71 | Fischer |
| --- | --- |
| | stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 72 | Fischer |
| --- | --- |
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Fischer discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter.<br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring retransmission of the data).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

702913538

| '991 Patent: Claim 73 | Fischer |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Fischer discloses a cover at least partially covering the first set of components.<br><br>Fischer discloses that the wireless transmitter can be integrated into the same covering as the sensor and converter.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>The "Oximan" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter<br><br>OXIMAN |

| '991 Patent: Claim 74 | Fischer |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components. | Fischer discloses a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components.<br><br>Fischer discloses a cover on each instrument as indicated with respect to claim 73.<br><br>Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse |

| '991 Patent: Claim 74 | Fischer |
|---|---|
| | value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 75 | Fischer |
|---|---|
| 75. The medical system of claim 74 wherein the cover at least partially covers an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter. | Fischer discloses cover at least partially covering an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter.<br><br>As discussed with respect to claim 73 and 74, Fischer multiple instruments can communicate with the workstation and enclose components within a covering.<br><br> Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would |

| '991 Patent: Claim 75 | Fischer |
|---|---|
| | understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 77 | Fischer |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Fischer discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with **a display control virtual service at the workstation**, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay" Fischer at col. 1, l. 55- col. 2, l. 2 |

| '991 Patent: Claim 78 | Fischer |
|---|---|
| 78. The medical system of claim 53 wherein the sensor | Fischer discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG |

207

| '991 Patent: Claim 78 | Fischer |
|---|---|
| is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room." Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 79 | Fischer |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | Fischer discloses at least one transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>Fischer discloses that digital data is transmitted as a spread spectrum signal. One of ordinary skill in the art would understand that this includes digital modulation (*i.e.* modulation of a digital signal on an analog carrier).<br><br>"However, the different characteristics of the wired and RF (wireless) networks dictate |

| '991 Patent: Claim 79 | Fischer |
|---|---|
| | differences in the network-layer strategies for the two types of physical media. The RF network, for example, is implemented with Wireless Telemetry System (WTS) spread spectrum RF transceivers."  Fischer at col. 11, ll. 42-47. |

| '991 Patent: Claim 80 | Fischer |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Fischer discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>Fischer discloses the use of spread spectrum transmission, which includes variation in frequency.<br><br> "However, the different characteristics of the wired and RF (wireless) networks dictate differences in the network-layer strategies for the two types of physical media. The RF network, for example, is implemented with Wireless Telemetry System (WTS) spread spectrum RF transceivers."  Fischer at col. 11, ll. 42-47. |

| '991 Patent: Claim 82 | Fischer |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | Fischer discloses a transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>Fischer discloses that digital data is transmitted as a spread spectrum signal. One of |

| '991 Patent: Claim 82 | Fischer |
|---|---|
| | ordinary skill in the art would understand that this includes digital modulation (*i.e.* modulation of a digital signal on an analog carrier). "However, the different characteristics of the wired and RF (wireless) networks dictate differences in the network-layer strategies for the two types of physical media. The RF network, for example, is implemented with Wireless Telemetry System (WTS) spread spectrum RF transceivers."  Fischer at col. 11, ll. 42-47. |

| '991 Patent: Claim 83 | Fischer |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Fischer discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof. Fischer discloses the use of spread spectrum transmission, which includes variation in frequency. "However, the different characteristics of the wired and RF (wireless) networks dictate differences in the network-layer strategies for the two types of physical media. The RF network, for example, is implemented with Wireless Telemetry System (WTS) spread spectrum RF transceivers."  Fischer at col. 11, ll. 42-47. |

| '991 Patent: Claim 85 | Fischer |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to | Fischer discloses a first transmitter operable to wirelessly transmit with digital modulation. |

| '991 Patent: Claim 85 | Fischer |
|---|---|
| wirelessly transmit with digital modulation. | Fischer discloses that digital data is transmitted as a spread spectrum signal. One of ordinary skill in the art would understand that this includes digital modulation (*i.e.* modulation of a digital signal on an analog carrier). "However, the different characteristics of the wired and RF (wireless) networks dictate differences in the network-layer strategies for the two types of physical media. The RF network, for example, is implemented with Wireless Telemetry System (WTS) spread spectrum RF transceivers."  Fischer at col. 11, ll. 42-47. |

| '991 Patent: Claim 86 | Fischer |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Fischer discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof. Fischer discloses the use of spread spectrum transmission, which includes variation in frequency. "However, the different characteristics of the wired and RF (wireless) networks dictate differences in the network-layer strategies for the two types of physical media. The RF network, for example, is implemented with Wireless Telemetry System (WTS) spread spectrum RF transceivers."  Fischer at col. 11, ll. 42-47. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B10**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer") in view of  U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn")**

Claims 14, 15,  32, 42, 43, 50, 64, and 76 are rendered obvious by Fischer in view of Bornn.  Because both Bornn and Fischer disclose systems and methods for wirelessly networking attached patient monitors and attempt to solve similar problems, it would be obvious for one of ordinary skill in the art to combine the features of Fischer and Bornn to improve the reliability of Fischer.

| '991 Patent: Claim 14 | Fischer & Bornn |
|---|---|
| 14. A medical system according to claim 13 wherein the received information is operable to change channel coding of the digital data. | **Fischer**<br><br>Fischer discloses claim 13 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses received information operable to change channel coding of the digital data.<br><br><br>First, as discussed below, the evaluation station of Bornn  can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed below, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.  Finally, as discussed below, the evaluation station of Bornn can modify the bandwidth used by the voice channels. |

| '991 Patent: Claim 14 | Fischer & Bornn |
| --- | --- |
| | The evaluator station of Bornn can change the amount of redundancy in the digital data sent from the patient unit by switching between voice and data modes.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[7] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed. |
| | "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). |
| | The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

---

[7] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 14 | Fischer & Bornn |
| --- | --- |
| |  |

As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

 Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet).

Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.

| '991 Patent: Claim 14 | Fischer & Bornn |
|---|---|
|  | "Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 15 | Fischer & Bornn |
|---|---|
| 15. A medical system according to claim 14 wherein the channel coding comprises a deterministic code. | Fischer discloses channel coding comprising a deterministic code. Fischer discloses Reed Solomon error codes in the wireless frames. Fischer at col. 22, ll. 3-5. Reed Solomon codes are a type of block code, which is a type of deterministic code. It would be obvious to combine the Reed Solomon code of Fischer with a teaching of channel coding changes to obtain the subject matter of this claim. |

| '991 Patent: Claim 32 | Fischer & Bornn |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | **Fischer** Fischer discloses claim 1 as illustrated in a preceding section. **Bornn** Bornn discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. Bornn discloses a system alert indicating that the ECG or other parts of the sensor band |

| '991 Patent: Claim 32 | Fischer & Bornn |
|---|---|
| | are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 42 | Fischer & Bornn |
|---|---|
| 42. The medical system of claim 41 wherein the received information is operable to change channel coding of the digital data. | **Fischer**<br><br>Fischer discloses claim 41 as illustrated in a preceding section<br><br>**Bornn**<br><br>First, as discussed below, the evaluation station of Bornn  can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed below, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.  Finally, as discussed below, the evaluation station of Bornn can modify the bandwidth |

| '991 Patent: Claim 42 | Fischer & Bornn |
|---|---|
| | used by the voice channels.<br><br>The evaluator station of Bornn can change the amount of redundancy in the digital data sent from the patient unit by switching between voice and data modes.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[8] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

---

[8] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 42 | Fischer & Bornn |
| --- | --- |
| |  |

As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

 Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet).

Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.

702913538

| '991 Patent: Claim 42 | Fischer & Bornn |
|---|---|
| | "Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 43 | Fischer & Bornn |
|---|---|
| 43. The medical system of claim 42 wherein an additional error correction unit of the evaluator station is operable to perform direct error correction as a function of the channel coding. | Fischer discloses an additional error correction unit of the evaluator station operable to perform direct error correction as a function of the channel coding.<br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring retransmission of the data).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

219

| '991 Patent: Claim 50 | Fischer & Bornn |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | **Fischer**<br><br>Fischer discloses claim 37 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 64 | Fischer & Bornn |
|---|---|
| 64. A medical system according to claim 63 wherein the second data is | **Fischer**<br><br>Fischer discloses claim 63 as illustrated in a preceding section. |

| '991 Patent: Claim 64 | Fischer & Bornn |
|---|---|
| operable to change channel coding of the first data. | **Bornn**<br><br>Bornn discloses second data operable to change channel coding of the first data.<br><br>First, as discussed with respect to claim 63, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 63, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 76 | Fischer & Bornn |
|---|---|
| 76. The medical system of claim 53 wherein the evaluator station further includes an alarm unit | **Fischer**<br><br>Fischer discloses claim 53 as indicated in a preceding section.<br><br>**Bornn** |

| '991 Patent: Claim 76 | Fischer & Bornn |
|---|---|
| capable of operation when the first sensor is not responding properly. | Bornn discloses an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B11**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer") in view of European Patent 0553372, "Method and System for Monitoring Vital Signs," to Pross. ("Pross")**

Claims 4, 5, 10, 56, and 57 are rendered obvious by Fischer in view of Pross.  Fischer discloses a mobile patient monitoring system which includes a mobile device transmitting information to a base station.  Pross discloses a portable patient monitor.  Pross, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Fischer and Pross to improve the sensing features of Fischer  as both relate to mobile/portable patient monitoring stations and both utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Fischer, when combined with Pross, discloses claims 4, 5, 10, 56, and 57 as illustrated in the tables below.

| '991 Patent Claim 4 | Fischer & Pross |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | **Fischer**<br><br>Fischer discloses claim 1 as shown in the Fischer anticipation chart above.<br><br>**Pross**<br><br><br>Pross discloses a sensor capable of being in contact with a finger of the patient:<br><br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 l c could be connected with a temperature |

| '991 Patent Claim 4 | Fischer & Pross |
|---|---|
|  | probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 5 | Fischer & Pross |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | **Fischer**<br><br>Fischer discloses claim 1 as shown in the Fischer anticipation chart above.<br><br>**Pross**<br><br><br>Pross discloses a sensor located in a fingerclip:<br><br><br>        "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 10 | Fischer & Pross |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver | **Fischer**<br><br>Fischer discloses claim 1 as shown in the Fischer anticipation chart above.<br><br>**Pross** |

| '991 Patent Claim 10 | Fischer & Pross |
|---|---|
| are arranged on a mattress. | Pross discloses a sensor, converter, transmitter, and receiver arranged on a mattress.<br><br>    "The combiner is placed or fixed near or at the bed of a patient 13."  Pross, col. 13, ll. 15-16.<br>    "In this embodiment, its housing is provided with a clamp 32 for attachment to a rod 33 which may be positioned near, or attached to, the patient's bed."  Pross, col. 16, ll. 10-18. |

| '991 Patent Claim 56 | Fischer & Pross |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | **Fischer**<br>Fischer discloses claim 53 as shown in the Fischer anticipation chart above.<br>**Pross**<br>Pross discloses first sensor capable of being in contact with a finger of the patient.<br><br>    "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 57 | Fischer & Pross |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | **Fischer**<br><br>Fischer discloses claim 53 as shown in the Fischer anticipation chart above.<br><br>**Pross**<br><br>Pross discloses a first sensor located in a fingerclip.<br><br>    "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B12**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer") in view of GB 2259772, "Biological Signal Monitor and Transmitter," to Kinoshita.  ("Kinoshita")**

Claim 9 is rendered obvious by Fischer in view of Kinoshita. Fischer discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Kinoshita discloses a biological signal monitor and transmitter for monitoring patients. Kinoshita, p. 1, ll. 3-18.  It would have been obvious to one of ordinary skill in the art to combine Fischer and Kinoshita to improve the sensing features of Fischer  as both relate to patient monitoring and both utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Fischer, when combined with Kinoshita, discloses claim  9 as illustrated in the tables below.

| '991 Patent: Claim 9 | Fischer & Kinoshita |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | **Fischer**<br><br>Fischer discloses claim 1 as shown in the Fischer anticipation chart above.<br><br><br>**Kinoshita**<br><br><br>Kinoshita discloses a sensor, converter, transmitter, and receiver arranged on a garment. |

| '991 Patent: Claim 9 | Fischer & Kinoshita |
|---|---|
| | "A plurality of shirts 1 as shown in Fig. 2 are put on a plurality of persons to be monitored. As shown in Fig. 3, each shirt 1 comprises a detector 12 including a pair of electrodes 10a and 10b for detecting a biological signal, such as an electrocardiogram waveform, generated by a person to be monitored, and a transmitter 13 including a coil 2 for transmitting the biological signal detected by the detector 12 in the form of an electromagnetic induction signal."  Kinoshita, p. 13, ll. 7-15.<br><br>"A shirt main body 9 has a shape of, e.g., an athletic-style shirt . The pair of electrodes 10a and l0b are arranged at the right and left underarm positions of the shirt main body 9 and brought into contact with the skin of a person to be monitored having the shirt 1 on."  Kinoshita, p. 14, ll. 19-24. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B13**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer") in view of U.S. Pat. No. 5,307,818, "Wireless Electrocardiographic Monitoring System and Wireless Electrode Assemblies for Same," to Segalowitz, ("Segalowitz")**

Claims 22 and 29 are rendered obvious by Fischer in view of Segalowitz.  Fischer discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Segalowitz discloses multiple electrodes with independent transmission capability. It would be obvious for one of ordinary skill in the art to modify the disclosure of Fischer to add Segalowitz's disclosure of independent transmitters associated with each sensor to improve the sensing features of Fischer  because both references disclose wireless monitoring and attempt to solve similar problems. Accordingly, Fischer and Segalowitz render claims 22 and 29 obvious.

| '991 Patent: Claim 22 | Fischer & Segalowitz |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | **Fischer**<br><br>Fischer discloses claim 1 as illustrated in a preceding section.<br><br><br>**Segalowitz** |

| '991 Patent: Claim 22 | Fischer & Segalowitz |
|---|---|
| | Segalowitz discloses a second transmitter operable to transmit digital data from the patient.<br><br>Segalowitz discloses multiple electrodes, each with its own wireless transmitter, Segalowitz at Fig. 1, col. 8, l.54- col. 9, ll. 22.<br><br> |

| '991 Patent: Claim 39 | Fischer  & Segalowitz |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | **Fischer**<br><br>Fischer discloses claim 38 as indicated in a preceding section<br><br><br>**Segalowitz**<br><br><br>Segalowitz discloses multiple electrodes, each with its own wireless transmitter, Segalowitz at Fig. 1, col. 8, l.54- col. 9, ll. 22.  One of ordinary skill in the art would understand that part of a worn sensor would be adjaced to the patient. |

| '991 Patent: Claim 39 | Fischer & Segalowitz |
|---|---|
| |  |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B14**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer") in view of GB 1543441, "Patient Monitoring System," to Kalman, *et al.* ("Kalman")**

Claims 2, 7, 8, 47, 48, 49, 54, 59, and 60 are rendered obvious by Fischer in view of Kalman.  Fischer discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Kalman discloses a patient monitoring system with a plurality of monitoring stations that report to a single central station.  Kalman, p. 1, ll. 11-15.  Both Fischer and Kalman relate to monitoring a patient and then transmitting patient information over a radio link.  It would have been obvious to one of ordinary skill in the art to combine Fischer and Kalman to improve the sensing features of Fischer as both relate to patient monitoring and both attempt to solve similar issues with patient monitoring.

| '991 Patent: Claim 2 | Fischer & Kalman |
| --- | --- |
| 2. A medical system according to claim 1 wherein the sensor, converter, transmitter, and receiver are integrated in one semiconductor chip. | **Fischer**<br><br>Fischer discloses claim 1 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman  discloses a sensor, converter, transmitter, and receiver integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits."  Kalman, p. 4, ll. 7-11. |

| '991 Patent: Claim 7 | Fischer & Kalman |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | **Fischer**<br><br>Fischer discloses claim 1 as shown in the Fischer anticipation chart above.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 8 | Fischer & Kalman |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Fischer and Kalman disclose a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation.<br><br>**Fischer**<br><br>Fischer discloses the subject matter of claim 1 as illustrated in a preceding section.<br><br>Fischer discloses measuring oxygen saturation.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2.  One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist.<br><br>**Kalman**<br><br>Kalman discloses a sensor placed on the wrist.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 8 | Fischer & Kalman |
|---|---|
| |  |

| '991 Patent: Claim 47 | Fischer & Kalman |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | **Fischer**<br><br>Fischer discloses claim 37 as shown in a preceding section.<br><br><br>**Kalman** |

702913538

| '991 Patent: Claim 47 | Fischer & Kalman |
|---|---|
|  | Kalman discloses a converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

702913538

| '991 Patent: Claim 48 | Fischer & Kalman |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Fischer and Kalman disclose a sensor operable to be placed on a wrist of the patient.<br><br>**Fischer**<br><br>Fischer discloses claim 37 as illustrated in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 49 | Fischer & Kalman |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Fischer discloses measuring oxygen saturation.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room. "  Fischer at col. 1, l. 55 - col. 2, l. 2.  One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist. |

| '991 Patent: Claim 54 | Fischer  & Kalman |
|---|---|
| 54. A medical system according to claim 53 wherein the first set of components is integrated in one semiconductor chip. | **Kalman**<br><br>Fischer  discloses claim 53 as shown in a preceding section.<br><br>**Kalman**<br><br>Fischer discloses a first set of components integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits."  Kalman, p. 4, ll. 7-11. |

702913538

| '991 Patent: Claim 59 | Fischer & Kalman |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | **Fischer**<br><br>Fischer and Kalman disclose claim 58 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a first sensor, first transmitter, and first receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 59 | Fischer & Kalman |
|---|---|
| | <br><br>*Fig 2*<br><br><br><br>*Fig. 3* |

| '991 Patent: Claim 60 | Fisher & Kalman |
|---|---|
| 60. A medical system according to claim 53 wherein the first sensor is placed on a wrist of the patient and wherein the medical system measures | Fischer and Kalman disclose a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation.<br><br>**Fischer**<br><br>Fischer discloses the subject matter of claim 53 as illustrated in a preceding section.<br><br>Fischer discloses measuring oxygen saturation. |

702913538

| '991 Patent: Claim 60 | Fisher & Kalman |
|---|---|
| oxygen saturation. | "For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."  Fischer at col. 1, l. 55 - col. 2, l. 2.  One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist.<br><br>**Kalman**<br><br>Kalman discloses a sensor placed on the wrist.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 60 | Fisher & Kalman |
|---|---|
| |  |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B15**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer") in view of U.S. Pat. No. 4,409,594, "Apparatus for Performing Radio Frequency Pulse Modulation with Automatic Modulation Control," to Graziani. ("Graziani")**

Claims 79-87 are rendered obvious by Fischer in view of Graziani.  Fischer discloses mobile patient monitors in communication with a base station.  Graziani discloses an apparatus for  radio frequency pulse modulation.  Graziani, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Fischer and Graziani to improve the reliability of Fischer as Fischer uses radio frequency communication for which Graziani discloses an apparatus and improved techniques for communicating reliably.  As such, Fischer, when combined with Graziani, discloses claims 79-87 as illustrated in the tables below.

| '991 Patent: Claim 79 | Fischer & Graziani |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Fischer**<br><br>Fischer discloses claim 37 as shown in the Fischer anticipation chart above.<br><br>**Graziani**<br><br>Even if Fischer did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency ***input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having |

| '991 Patent: Claim 79 | Fischer & Graziani |
|---|---|
| | predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 80 | Fischer & Graziani |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | <u>**Graziani**</u><br><br>Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-***frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous |

| '991 Patent: Claim 80 | Fischer & Graziani |
|---|---|
| | with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; ***fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;*** and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 81 | Fischer & Graziani |
|---|---|
| 81. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **Fischer**<br><br>Fischer discloses claim 1 as shown in the Fischer anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-***frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier |

| '991 Patent: Claim 81 | Fischer & Graziani |
|---|---|
|  | signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 82 | Fischer & Graziani |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Fischer** <br><br> Fischer discloses claim 37 as shown in the Fischer anticipation chart above. <br><br> **Graziani** <br><br> Even if Fischer did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation: <br><br> "1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency *input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to |

| '991 Patent: Claim 82 | Fischer & Graziani |
|---|---|
| | each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 83 | Fischer & Graziani |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | **Graziani**<br><br>Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; ***fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video*** |

| '991 Patent: Claim 83 | Fischer & Graziani |
|---|---|
| | *pulse as a function of the corresponding control signal from said second means*; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 84 | Fischer & Graziani |
|---|---|
| 84. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **Fischer**<br><br>Fischer discloses claim 37 as shown in the Fischer anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses a transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth |

| '991 Patent: Claim 84 | Fischer & Graziani |
|---|---|
| | means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 85 | Fischer & Graziani |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | **Fischer**<br><br>Fischer discloses claim 53 as shown in the Fischer anticipation chart above.<br><br>**Graziani**<br><br>Even if Fischer did not disclose this limitation, Graziani discloses a first transmitter operable to wirelessly transmit with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency *input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of |

| '991 Patent: Claim 85 | Fischer & Graziani |
|---|---|
|  | pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 86 | Fischer & Graziani |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | **Fischer**<br><br>Fischer and Graziani disclose claim 85 as shown in a preceding section.<br><br>**Graziani**<br><br>Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; ***fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;*** and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said |

| '991 Patent: Claim 86 | Fischer & Graziani |
|---|---|
|  | video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 87 | Fischer & Graziani |
|---|---|
| 87. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with discrete pulse modulation. | **Fischer**<br><br>Fischer discloses claim 53 as shown in the Fischer anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses a first transmitter operable to wirelessly transmit with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B16**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer") in view of  U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in further view of U.S. Pat. No. 5,091,945, "Source Dependent Channel Coding with Error Protection," to Kleijn, ("Kleijn")**

Claim 16 is rendered obvious by Fischer in view of Bornn in further view of Kleijn.  Bornn and Fischer disclose mobile patient monitoring systems which include  mobiles device wirelessly transmitting information to hospitals.   Kleijn discloses channel coding across a communication link.  Kleijn, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Fischer, Bornn and  Kleijn to improve the reliability of Fischer  as Bornn and Fischer use communication links and Kleijn discloses an improved implementation for a communication link.

| '991 Patent: Claim 16 | Fischer, Bornn & Kleijn |
|---|---|
| 16. A medical system according to claim 14 wherein the channel coding comprises stochastic code. | **Fischer & Bornn**<br><br>Fischer & Bornn disclose claim 14 as shown in a preceding section.<br><br>**Kleijn** |

253

| '991 Patent: Claim 16 | Fischer, Bornn & Kleijn |
|---|---|
| | Kleijn discloses channel coding comprising a stochastic code.<br><br>   "5.2. Results for the Stochastic Codebook The behavior of the mean distance function Di(rij) of the stochastic codebook does not show regularity like that of the adaptive codebook index. The mean distance of the candidate vectors to the target vector given that a certain sequence (D127(R127j)) provides the best match is illustrated in FIG. 14. The only structure which is clear in this figure results from the overlapping nature of the stochastic codebook (neighboring candidates are shifted by two samples); direct neighbors are often preferred candidates for single bit reversals of the label."  See, e.g., Kleijn at col. 3, l. 60 – col. 4, l. 3; col. 21, ll. 9-40. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B17**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder")**

Claims 1, 2, 12, 14, 18, 30, 31, 33-37, 45, 46, 51-54, 55, 58, 62, 66, 77-80, 82, 83, 85, and 86 are anticipated and/or rendered obvious by Synder.

| '991 Patent: Claim 1 | Snyder |
|---|---|
| A medical system for monitoring body functions of a patient, comprising: | Snyder discloses a medical system for monitoring the body functions of a patient.<br><br>"We have developed a protocol permitting an implant to report its status to external monitoring equipment on a periodic basis, while permitting bidirectional communications when necessary. . . .  The protocol was designed to provide wireless communications for artificial hearts and assist devices, and has been tested in animals in that application."<br><br>"It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power systems."  Snyder at 253. |
| at least one sensor capable of being arranged on the patient | Snyder discloses at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated |

| '991 Patent: Claim 1 | Snyder |
|---|---|
| and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | with the patient, and operable to convert the detected property into an electric signal.<br><br>"It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power systems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. . . .  The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br><br>Based on the fact that the system gathers information regarding aspects of system operations that cannot be determined from the outside, one of ordinary skill in the art would understand that the system must inherently contain a sensor to detect that information.  Moreover, one of ordinary skill in the art would understand that data regarding the timing of events in blood pumps, the state of the device's control system, and the states of power delivery and backup power systems are properties associated with the patient. |
| at least one converter coupled to the sensor, the converter operable to convert the | Snyder discloses at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data. |

| '991 Patent: Claim 1 | Snyder |
|---|---|
| electric signal generated by the sensor into digital data; | "To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. . . .  The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>"For outgoing transmission, the microcontroller's serial output line drives a single-chip, 32 MHz FSK oscillator whose output is buffered and coupled to the energy transmission receiving coil.  The coil and its connecting wire provide a path for the RF signal outside the titanium container that houses the electronics."  Snyder at 254.<br><br>Based on the fact that the information is ultimately transmitted to the evaluator station, one of ordinary skill in the art would understand that the electric signal generated by the sensor must necessarily be converted into digital data for transmission. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; | Snyder discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient.<br><br>"For outgoing transmission, the microcontroller's serial output line drives a single-chip, 32 MHz FSK oscillator whose output is buffered and coupled to the energy transmission receiving coil.  The coil and its connecting wire provide a path for the RF signal outside the titanium container that houses the electronics."  Snyder at 254. |

| '991 Patent: Claim 1 | Snyder |
|---|---|
| | "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds." Snyder at 254. |
| and at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, | Snyder discloses at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station.<br><br>"We use an inexpensive commercial receiver and a small custom circuit to demodulate the RF signal and provide a buffered RS-232 signal."  Snyder at 254.<br><br>"The RS-232 lines at the outside end of the link are attached to a serial port on a conventional personal computer.  The PC software, which we simply call the monitor, implements the outside agent side of the protocol, provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254. |
| the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Snyder discloses formatting data operable to change a format for transmission of digital data from the transmitter to the evaluator station. |

| '991 Patent: Claim 1 | Snyder |
|---|---|
| | "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds.  Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254. <br><br> The disclosure makes clear that Snyder does not merely disclose a two-way communication system.  Instead, the system is capable of changing the format for transmission of the digital data from 300 baud to 1200 baud.  Snyder discloses that the transmitter changes a baud rate in response to formatting data received from the evaluator station. One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time. |

| '991 Patent: Claim 2 | Snyder |
|---|---|
| 2. A medical system according to claim 1 wherein the sensor, converter, transmitter, and receiver are integrated in one semiconductor chip. | Snyder discloses a sensor, converter, transmitter, and receiver integrated in one semiconductor chip. <br><br> "The communications electronics share a single printed circuit board with the power electronics that control the motor and those that rectify and regulate power received on a transcutaneous inductive link."  Snyder at 253. |

| '991 Patent: Claim 12 | Snyder |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the | Snyder discloses monitoring the  pulse of a patient. |

| '991 Patent: Claim 12 | Snyder |
|---|---|
| patient is monitored. | "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power systems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. The locations copied are those we expect to be of interest in evaluating the operation of the system. The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>One of ordinary skill in the art would understand that the information regarding aspects of system operations would include pulse.  One of ordinary skill in the art would also understand that by collecting data regarding the timing of events of blood pumps, Snyder would monitor the pulse of a patient. |

| '991 Patent: Claim 14 | Snyder |
|---|---|
| 14. A medical system according to claim 13 wherein the received information is operable to change channel coding of the | Snyder discloses received information operable to change channel coding of the digital data.<br><br>Snyder discloses the use of error correction coding and CRC codes, with a CRC code and Hamming coding applied to each fixed length message. Snyder at , 255, 256.<br><br>Snyder also discloses that the baud rate can be changed in response to a command from |

| '991 Patent: Claim 14 | Snyder |
|---|---|
| digital data. | the monitoring station. One of ordinary skill in the art would understand that changing the baud rate would increase the amount of error coding sent per unit time and accordingly change the channel coding.<br><br>"Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds.  Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254 |

| '991 Patent: Claim 18 | Snyder |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Snyder discloses an error correction unit at the evaluation station.<br><br>Snyder discloses CRC codes attached to messages from the implant that are used to correct errors<br><br>   "Error detection is provided by a 16-bit CRC frame check appended to each message. The contents of the snapshot buffer are then queued to the serial output port. When transmission is completed, the implant goes silent for a set delay, during which mcssages from the external system may be accepted. In the absence of a valid message from the outside, a new snapshot is assembled and the cycle repeats. Error detection is provided by a 16-bit CRC frame check appended to each message. "  Snyder at 254. |

261

| '991 Patent: Claim 18 | Snyder |
|---|---|
| | "A silent or corrupted ingoing link will cause resumption of status reporting. At the end of the next status broadcast, thc implant listens for a ncw command, rcgardlcss of its state when the link went silent." Snyder at 255. |
| | Snyder also discloses a more elaborate error recovery system. While it is discussed in the context of correcting transmissions from the programming unit, one of ordinary skill in the art would understand that given the presence of CRC codes in transmissions from the implant, that such processes are used in both directions. |
| | "The first line of defense in error detection is the Hamming spacing of the valid commands and CRC frame check in the reply packet. The implant ignores any invalid command: it neither elicits a response nor prevents  the snapshot delay timer from expiring. On failure to receive a reply, or receipt of an invalid frame check, the extemal system retries the operation. Since a valid reply packet contains command state information, the extemal system can readily re-synchronize with the implant after an error occurs. |
| | The implant places restrictions on timing of incoming packets as a second means of error detection. The implant's serial I/O routines accept characters full duplex, but the protocol enforces half-duplex operation: it will not accept a command or argument during its reply to the previous incoming message, or during a status transmission. A half duplex violation is an indication of a malfunctioning external system and causes the implant to revert to command state. clear its address registers, and ignore all input until the next status transmission has completed. |
| | The third mechanism is a means of error avoidance and recovery: preventing the writing of erroneous data to the implant. The implant will copy the Data Pending register to the referenced location only if the argument to the Write Data command is the Write Verify code. The external system will not issue a Write Data command until it receives a valid reply packet containing the correct address and pending data. If the reply to Write Data contains incorrect values, contains an incorrect CRC, or fails to arrive, the external system will not issue the Write Verify code. In such a case, the |

262

| '991 Patent: Claim 18 | Snyder |
|---|---|
| | external system can either send a benign command (other than Write Verify) to elicit another reply and re-synchronize, or go silent and re-synchronize by permitting status broadcast " to resume" Snyder at p. 256. |

| '991 Patent: Claim 30 | Snyder |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Snyder discloses a transmitter responsive to the received information, the received information operative to manipulate the digital data.<br><br>    "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds. Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254.<br><br>    The disclosure makes clear that Snyder does not merely disclose a two-way communication system.  Instead, the system is capable of manipulating the digital data for transmission of the digital data from 300 baud to 1200 baud.  Snyder discloses that the transmitter changes a baud rate in response to formatting data received from the evaluator station. One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time. |

702913538

| '991 Patent: Claim 31 | Snyder |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Snyder discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter.<br><br>    "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds. Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254.<br><br>The disclosure makes clear that Snyder does not merely disclose a two-way communication system.  Instead, the system is capable controlling the transmitter to switch the transmission of the digital data from 300 baud to 1200 baud. |

| '991 Patent: Claim 33 | Snyder |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Snyder discloses an evaluator station comprising a display operable to display the digital data.<br><br>    "The RS-232 lines at the outside end of the link arc attached to a serial port on a conventional personal computer. The PC software. which we simply call the monitor. implements the outside agent side of the protocol. provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254. |

264

| '991 Patent: Claim 34 | Snyder |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Snyder discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. The locations copied are those we expect to be of interest in evaluating the operation of the system. The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>One of ordinary skill in the art would understand that the information regarding aspects of system operations would include data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. |

| '991 Patent: Claim 35 | Snyder |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Snyder discloses digital data transmitted by the transmitter representing an electrical signal.<br><br>"It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. The locations copied are those we expect to be of interest in evaluating the operation of the system. The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>One of ordinary skill in the art would understand that the digital data transmitted by the transmitter represents the electrical signal of Claim 1 (see above). |

| '991 Patent: Claim 36 | Snyder |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the | Snyder discloses digital data transmitted by the transmitter representing processed information. |

266

| '991 Patent: Claim 36 | Snyder |
|---|---|
| transmitter represents processed information. | "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. The locations copied are those we expect to be of interest in evaluating the operation of the system. The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>One of ordinary skill in the art would understand that the digital data transmitted by the transmitter represents processed information. |

| '991 Patent: Claim 37 | Snyder |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Snyder discloses a medical system for monitoring body functions of a patient.<br><br>"We have developed a protocol permitting an implant to report its status to external monitoring equipment on a periodic basis, while permitting bidirectional |

| '991 Patent: Claim 37 | Snyder |
|---|---|
| | communications when necessary. . . .  The protocol was designed to provide wireless communications for artificial hearts and assist devices, and has been tested in animals in that application." <br><br><br> "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Snyder discloses an evaluator station located remotely from a patient and operable for wireless data communication. <br><br><br> "The RS-232 lines at the outside end of the link arc attached to a serial port on a conventional personal computer. The PC software. which we simply call the monitor. implements the outside agent side of the protocol. provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the | Snyder discloses a sensor capable of being arranged on a patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient. <br><br><br> "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely |

| '991 Patent: Claim 37 | Snyder |
|---|---|
| detected property into an electric signal; | implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>    "To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. . . .  The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>Based on the fact that the system gathers information regarding aspects of system operations that cannot be determined from the outside, one of ordinary skill in the art would understand that the system must inherently contain a sensor to detect that information.  Moreover, one of ordinary skill in the art would understand that data regarding the timing of events in blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems are properties associated with the patient. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Snyder discloses a converter coupled to the sensor.<br><br>    "To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. . . .  The copying operation is synchronized with device operation so that all data come from the same beat of the |

| '991 Patent: Claim 37 | Snyder |
|---|---|
| | artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>     "For outgoing transmission, the microcontroller's serial output line drives a single-chip, 32 MHz FSK oscillator whose output is buffered and coupled to the energy transmission receiving coil.  The coil and its connecting wire provide a path for the RF signal outside the titanium container that houses the electronics."  Snyder at 254.<br><br>Based on the fact that the information is ultimately transmitted to the evaluator station, one of ordinary skill in the art would understand that the electric signal generated by the sensor must necessarily be converted into digital data for transmission. |
| and a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Snyder discloses a transmitter coupled to the converter.<br><br>     "For outgoing transmission, the microcontroller's serial output line drives a single-chip, 32 MHz FSK oscillator whose output is buffered and coupled to the energy transmission receiving coil.  The coil and its connecting wire provide a path for the RF signal outside the titanium container that houses the electronics."  Snyder at 254.<br><br>     "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds." Snyder at 254. |

| '991 Patent: Claim 37 | Snyder |
|---|---|
| a receiver operable to receive information from the evaluator station through wireless communication; | Snyder discloses a receiver operable to receive information from an evaluator station through wireless communication.<br><br>     "We use an inexpensive commercial receiver and a small custom circuit to demodulate the RF signal and provide a buffered RS-232 signal."  Snyder at 254.<br><br>     "The RS-232 lines at the outside end of the link are attached to a serial port on a conventional personal computer.  The PC software, which we simply call the monitor, implements the outside agent side of the protocol, provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254. |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Snyder discloses an evaluator station operable to change the format of the digital data transmitted from the transmitter to the evaluator station.<br><br>  "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds.  Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254.<br><br>The disclosure makes clear that Snyder does not merely disclose a two-way communication system.  Instead, the system is capable of changing the format for transmission of the digital data from 300 baud to 1200 baud.  Snyder discloses that the transmitter changes a baud rate in response to formatting data received from the evaluator station. One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger |

| '991 Patent: Claim 37 | Snyder |
|---|---|
| | number of bits would be included in any given subsection of time. |

| '991 Patent: Claim 45 | Snyder |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Snyder discloses an evaluator station operable to manipulate the digital data.<br><br>"Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds. Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254.<br><br>The disclosure makes clear that Snyder does not merely disclose a two-way communication system.  Instead, the system is capable of manipulating the digital data for transmission of the digital data from 300 baud to 1200 baud.  Snyder discloses that the transmitter changes a baud rate in response to formatting data received from the evaluator station. One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time. |

702913538

| '991 Patent: Claim 46 | Snyder |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Snyder discloses an evaluator station operable to control the transmitter.<br><br>    "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds. Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254.<br><br>The disclosure makes clear that Snyder does not merely disclose a two-way communication system.  Instead, the system is capable controlling the transmitter to switch the transmission of the digital data from 300 baud to 1200 baud. |

| '991 Patent: Claim 51 | Snyder |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Snyder discloses an evaluator station including a display.<br><br>    "The RS-232 lines at the outside end of the link arc attached to a serial port on a conventional personal computer. The PC software. which we simply call the monitor. implements the outside agent side of the protocol. provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254. |

| '991 Patent: Claim 52 | Snyder |
|---|---|
| 52. The medical system of | Snyder discloses a sensor capable of collecting data selected from the group consisting |

| '991 Patent: Claim 52 | Snyder |
|---|---|
| claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. The locations copied are those we expect to be of interest in evaluating the operation of the system. The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>One of ordinary skill in the art would understand that the information regarding aspects of system operations would include data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. |

274

| '991 Patent: Claim 53 | Snyder |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Snyder discloses a medical system for acquiring measured data, including measuring body functions.<br><br> "We have developed a protocol permitting an implant to report its status to external monitoring equipment on a periodic basis, while permitting bidirectional communications when necessary. . . .  The protocol was designed to provide wireless communications for artificial hearts and assist devices, and has been tested in animals in that application."<br><br> "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253. |
| a first set of components having a first sensor operable to contact a body, | Snyder discloses a first set of components having a first sensor operable to contact a body.<br><br> "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of |

702913538

| '991 Patent: Claim 53 | Snyder |
|---|---|
| | system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>   "To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. . . .  The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>Based on the fact that the system gathers information regarding aspects of system operations that cannot be determined from the outside, one of ordinary skill in the art would understand that the system must inherently contain a sensor to detect that information.  Moreover, one of ordinary skill in the art would understand that data regarding the timing of events in blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems are properties associated with the patient. |
| a first transmitter, | Snyder discloses a first transmitter.<br><br>       "For outgoing transmission, the microcontroller's serial output line drives a single-chip, 32 MHz FSK oscillator whose output is buffered and coupled to the energy transmission receiving coil.  The coil and its connecting wire provide a path for the RF signal outside the titanium container that houses the electronics."  Snyder at 254. |

| '991 Patent: Claim 53 | Snyder |
|---|---|
|  | "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds." Snyder at 254. |
| and a first receiver, | Snyder discloses a first receiver.<br><br>"We use an inexpensive commercial receiver and a small custom circuit to demodulate the RF signal and provide a buffered RS-232 signal."  Snyder at 254.<br><br>"The RS-232 lines at the outside end of the link are attached to a serial port on a conventional personal computer.  The PC software, which we simply call the monitor, implements the outside agent side of the protocol, provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254.<br><br>"It is necessary when starting the device after implantation, and useful thereafter, to be able to modify the system's operation by changing control settings or forcing the control system into a desired state. It may also be desirable at times, especially in the research setting, to make queries for data not normally included in the standard status update. These requirements give rise to the need for two-way communications with the implant"  Snyder at 253.<br><br>One of ordinary skill in the art would understand that Snyder discloses a first receiver. |
| the first set of components operable to rest close to the | Snyder discloses a first set of components operable to rest close to the body. |

| '991 Patent: Claim 53 | Snyder |
|---|---|
| body; | "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. . . .  The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254. |
| and an evaluator station having a second transmitter and a second receiver, | Snyder discloses an evaluator station having a second transmitter and a second receiver.<br><br>"We use an inexpensive commercial receiver and a small custom circuit to demodulate the RF signal and provide a buffered RS-232 signal."  Snyder at 254.<br><br>"The RS-232 lines at the outside end of the link are attached to a serial port on a conventional personal computer.  The PC software, which we simply call the |

278

| '991 Patent: Claim 53 | Snyder |
|---|---|
|  | monitor, implements the outside agent side of the protocol, provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254. |
| the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, | Snyder discloses an evaluator station operable to wirelessly communicate with the first transmitter and the first receiver.<br><br>      "We use an inexpensive commercial receiver and a small custom circuit to demodulate the RF signal and provide a buffered RS-232 signal."  Snyder at 254.<br><br>      "The RS-232 lines at the outside end of the link are attached to a serial port on a conventional personal computer.  The PC software, which we simply call the monitor, implements the outside agent side of the protocol, provides status displays, and provides means for modifying settings via the two-way protocol."  Snyder at 254. |
| second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Snyder discloses second data transmitted from the second transmitter operable to control and manipulate first data transmitted by the first transmitter.<br><br>      "It is necessary when starting the device after implantation, and useful thereafter, to be able to modify the system's operation by changing control settings or forcing the control system into a desired state. It may also be desirable at times, especially in the research setting, to make queries for data not normally included in the standard status update. These requirements give rise to the need for two-way communications with the implant"  Snyder at 253.<br><br>      "Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second |

| '991 Patent: Claim 53 | Snyder |
|---|---|
| | inter-message delay, yielding fresh status information about every 25 seconds.  Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254.<br><br>The disclosure makes clear that Snyder does not merely disclose a two-way communication system.  Instead, the system is capable of controlling and manipulating data transmitted by the first transmitter.  Snyder discloses that the transmitter changes a baud rate in response to formatting data received from the evaluator station. One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time. |

| '991 Patent: Claim 54 | Snyder |
|---|---|
| 54. A medical system according to claim 53 wherein the first set of components is integrated in one semiconductor chip. | Snyder discloses a first set of components integrated in one semiconductor chip.<br><br>"The communications electronics share a single printed circuit board with the power electronics that control the motor and those that rectify and regulate power received on a transcutaneous inductive link."  Snyder at 253. |

| '991 Patent: Claim 55 | Snyder |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is | Snyder discloses a first sensor capable of being fastened to a surface of a skin of the patient. |

280

| '991 Patent: Claim 55 | Snyder |
|---|---|
| capable of being fastened to a surface of a skin of the patient. | Snyder discloses that the power supply for the sensors is external and transfers power through the skin to the device. One of ordinary skill in the art would understand that the external components of an implantable heart would need to be fastened to the skin so that they do not fall off as the user moves around.<br><br>"These electric motor driven devices require a continuous supply of five to fifteen Watts. This is  supplied most of the time by a transcutanous energy transmission system, which uses inductive coupling between implanted and external coils to transmit power across the intact skin." Snyder at 254.<br><br>Additionally an implanted device would necessarily abut the innards of the patient's body. |

| '991 Patent: Claim 58 | Snyder |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Snyder  discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body.<br><br>An implantable heart would necessary rest on internal portions of the chest cavity, which is part of the body. |

| '991 Patent: Claim 62 | Snyder |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Snyder discloses the pulse of a patient is monitored.<br><br>    "It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>    "To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. The locations copied are those we expect to **be** of interest in evaluating the operation of the system. The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>One of ordinary skill in the art would understand that the information regarding aspects of system operations would include pulse.  One of ordinary skill in the art would also understand that by collecting data regarding the timing of events of blood pumps, Snyder would monitor the pulse of a patient. |

| '991 Patent: Claim 66 | Snyder |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Snyder discloses an error correction unit at the evaluation station which performs error correction on the data received from the implantable unit.<br><br>Snyder discloses CRC codes attached to messages from the implant that are used to correct errors<br><br><br>"Error detection is provided by a 16-bit CRC frame check appended to each message. The contents of the snapshot buffer are then queued to the serial output port. When transmission is completed, the implant goes silent for a set delay, during which messages from the external system may be accepted. In the absence of a valid message from the outside, a new snapshot is assembled and the cycle repeats. Error detection is provided by a 16-bit CRC frame check appended to each message. " Snyder at 254.<br><br>"**A** silent or corrupted ingoing link will cause resumption of status reporting. At the end of the next status broadcast, the implant listens for a new command, regardless of its state when the link went silent." Snyder at 254.<br><br>Snyder also discloses a more elaborate error recovery system. While it is discussed in the context of correcting transmissions from the programming unit, one of ordinary skill in the art would understand that given the presence of CRC codes in transmissions from the implant, that such processes are used in both directions.<br><br>"The first line of defense in error detection is the Hamming spacing of the valid commands and CRC frame check in the reply packet. The implant ignores any invalid command: it neither elicits a response nor prevents  the snapshot delay timer from expiring. On failure to receive a reply, or receipt of an invalid frame check, the external system retries the operation. Since a valid reply packet contains command state information, the external system can readily re-synchronize with the implant after an error occurs.<br><br>The implant places restrictions on timing of incoming packets as a second means of error detection. The implant's serial I/O routines accept characters full duplex, but the |

| '991 Patent: Claim 66 | Snyder |
|---|---|
| | protocol enforces half-duplex operation: it will not accept a command or argument during its reply to the previous incoming message, or during a status transmission. A half duplex violation is an indication of a malfunctioning external system and causes the implant to revert to command state. clear its address registers, and ignore all input until the next status transmission has completed.<br><br>The third mechanism is a means of error avoidance and recovery: preventing the writing of erroneous data to the implant. The implant will copy the Data Pending register to the referenced location only if the argument to the Write Data command is the Write Verify code. The external system will not issue a Write Data command until it receives a valid reply packet containing the correct address and pending data. If the reply to Write Data contains incorrect values, contains an incorrect CRC, or fails to arrive, the external system will not issue the Write Verify code. In such a case, the external system can either send a benign command (other than Write Verify) to elicit another reply and re-synchronize, or go silent and re-synchronize by permitting status broadcast " to resume" Snyder at p. 256. |

| '991 Patent: Claim 77 | Snyder |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Snyder discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"The RS-232 lines at the outside end of the link arc attached to a serial port on a conventional personal computer. The PC software. which we simply call the monitor. implements the outside agent side of the protocol. provides status displays, and provides means for modifying settings via the two-way protocol." Snyder at 254. |

| '991 Patent: Claim 78 | Snyder |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Snyder discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"It is common for implanted systems to require communications with extracorporeal equipment for both diagnostics and adjustment of operation.  The case of completely implanted artificial hearts and heart assist systems presents a specific set of requirements.  It is of great value, especially in the research and development and clinical research settings, for us to obtain timely information regarding aspects of system operations that cannot be determined from the outside: data regarding the timing of events in the blood pumps, the state of the device's control system, and the states of power delivery and backup power subsystems."  Snyder at 253.<br><br>"To generate a status packet, the implanted microcontroller copies the contents of certain RAM locations to a separate buffer. The locations copied are those we expect to be of interest in evaluating the operation of the system. The copying operation is synchronized with device operation so that all data come from the same beat of the artificial heart or assist pump, so the buffer is said to contain a snapshot of device operation."  Snyder at 254.<br><br>One of ordinary skill in the art would understand that the information regarding aspects of system operations would include data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and |

| '991 Patent: Claim 78 | Snyder |
|---|---|
|  | combinations thereof. |

| '991 Patent: Claim 79 | Snyder |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | Snyder discloses at least one transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>"The external coil excitation circuit shifts its frequency according to the state of an RS-232 compatible input. A digital FSK demodulator is implemented on a portion of a programmable logic device in the implanted control package. As its frequency reference, the demodulator uses the crystal-tuned clock on the microcontroller that performs all system control functions. The demodulated signal is blanked when a drop in the secondary voltage indicates that the external coil has been removed (operating on implanted battery).  Otherwise, it is applied to the serial input line on the microcontroller. We transmit over this link at 300 baud." Snyder at 254. |

| '991 Patent: Claim 80 | Snyder |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Snyder discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>"The external coil excitation circuit shifts its frequency according to the state of an RS-232 compatible input. A digital FSK [Frequency-Shift Keying] demodulator is implemented on a portion of a programmable logic device in the implanted control package. As its frequency reference, the demodulator uses the crystal-tuned clock on |

| '991 Patent: Claim 80 | Snyder |
|---|---|
| | the microcontroller that performs all system control functions. The demodulated signal is blanked when a drop in the secondary voltage indicates that the external coil has been removed (operating on implanted battery).  Otherwise, it is applied to the serial input line on the microcontroller. We transmit over this link at 300 baud."  Snyder at 254. |

| '991 Patent: Claim 82 | Snyder |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | Snyder discloses a transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>    "The external coil excitation circuit shifts its frequency according to the state of an RS-232 compatible input. A digital FSK demodulator is implemented on a portion of a programmable logic device in the implanted control package. **As** its frequency reference, the demodulator uses the crystal-tuned clock on the microcontroller that performs all system control functions. The demodulated signal is blanked when a drop in the secondary voltage indicates that the external coil has been removed (operating on implanted battery).  Otherwise, it is applied to the serial input line on the microcontroller. We transmit over this link at 300 baud."  Snyder at 254. |

| '991 Patent: Claim 83 | Snyder |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises frequency variation, phase | Snyder discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof. |

287

| '991 Patent: Claim 83 | Snyder |
|---|---|
| variation, amplitude variation or combinations thereof. | "The external coil excitation circuit shifts its frequency according to the state of an RS-232 compatible input. A digital FSK demodulator is implemented on a portion of a programmable logic device in the implanted control package. **As** its frequency reference, the demodulator uses the crystal-tuned clock on the microcontroller that performs all system control functions. The demodulated signal is blanked when a drop in the secondary voltage indicates that the external coil has been removed (operating on implanted battery).  Otherwise, it is applied to the serial input line on the microcontroller. We transmit over this link at 300 baud."  Snyder at 254. |

| '991 Patent: Claim 85 | Snyder |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | Snyder discloses a first transmitter operable to wirelessly transmit with digital modulation.<br><br>        "The external coil excitation circuit shifts its frequency according to the state of an RS-232 compatible input. A digital FSK demodulator is implemented on a portion of a programmable logic device in the implanted control package. **As** its frequency reference, the demodulator uses the crystal-tuned clock on the microcontroller that performs all system control functions. The demodulated signal is blanked when a drop in the secondary voltage indicates that the external coil has been removed (operating on implanted battery).  Otherwise, it is applied to the serial input line on the microcontroller. We transmit over this link at 300 baud."  Snyder at 254. |

| '991 Patent: Claim 86 | Snyder |
|---|---|
| 86. The medical system of | Snyder discloses digital modulation comprising frequency variation, phase variation, |

| '991 Patent: Claim 86 | Snyder |
|---|---|
| claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | amplitude variation or combinations thereof.<br><br>"The external coil excitation circuit shifts its frequency according to the state of an RS-232 compatible input. A digital FSK demodulator is implemented on a portion of a programmable logic device in the implanted control package. **As** its frequency reference, the demodulator uses the crystal-tuned clock on the microcontroller that performs all system control functions. The demodulated signal is blanked when a drop in the secondary voltage indicates that the external coil has been removed (operating on implanted battery).  Otherwise, it is applied to the serial input line on the microcontroller. We transmit over this link at 300 baud."  Snyder at 254. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B18**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn")**

Claims 3, 4, 5, 6, 9-15, 19-21, 23, 24, 26-28. 30-36, 38, 40-42, 44-46, 50-52, 55-58, 61-64, 67-71, 73, 74, 76-80, 82, 83, 85, and 86 are rendered obvious by Snyder in view of Bornn.  Because both Snyder and Bornn disclose systems and methods for wirelessly networking attached patient monitors and attempt to solve similar problems, it would be obvious for one of ordinary skill in the art to combine the features of Snyder and Bornn to improve the reliability of Snyder.

| '991 Patent: Claim 3 | Snyder & Bornn |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the |

| '991 Patent: Claim 3 | Snyder & Bornn |
| --- | --- |
| | patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 4 | Snyder & Bornn |
| --- | --- |
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor capable of being in contact with a finger of the patient.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be secured to the finger of the patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 5 | Snyder & Bornn |
| --- | --- |
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor located in a fingerclip. |

702913538

| '991 Patent: Claim 5 | Snyder & Bornn |
|---|---|
|  | Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with a fingerclip.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 6 | Snyder & Bornn |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 9 | Snyder & Bornn |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br><br>Bornn discloses a sensor, converter, transmitter, and receiver arranged on a garment.<br><br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 10 | Snyder & Bornn |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a mattress. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br><br>Bornn discloses a sensor, converter, transmitter, and receiver arranged on a mattress. |

| '991 Patent: Claim 10 | Snyder & Bornn |
|---|---|
| | Bornn discloses that the sensors, transmitter, and converter are in a worn torso band. One of ordinary skill in the art would understand that if a patient were sleeping wearing such a band that the components would be arranged on the mattress. "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 11 | Snyder & Bornn |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | **Snyder** Snyder discloses claim 1 as illustrated in a preceding section. **Bornn** Bornn discloses measuring oxygen saturation. Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse |

| '991 Patent: Claim 11 | Snyder & Bornn |
|---|---|
| | oximeter would measure oxygen saturation.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 12 | Snyder & Bornn |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses monitoring the  pulse of a patient.<br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

702913538

| '991 Patent: Claim 13 | Snyder & Bornn |
|---|---|
| 13. A medical system according to claim 1 wherein the received information is operable to change an amount of redundancy in the digital data. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses received information operable to change an amount of redundancy in the digital data<br><br>The evaluator station of Bornn can change the amount of redundancy in the digital data sent from the patient unit by switching between voice and data modes.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[9] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

---

[9] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 13 | Snyder & Bornn |
|---|---|
| |  |

As illustrated in Figure 8C, when in voice mode the individual bytes of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet).

702913538

| '991 Patent: Claim 14 | Snyder & Bornn |
|---|---|
| 14. A medical system according to claim 13 wherein the received information is operable to change channel coding of the digital data. | Bornn discloses received information operable to change channel coding of the digital data.<br><br>First, as discussed with respect to claim 13, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 13, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 15 | Snyder & Bornn |
|---|---|
| 15. A medical system according to claim 14 wherein the channel coding | Snyder discloses that the channel coding includes a deterministic code.<br>Snyder discloses the use of Hamming coding, which is a type of deterministic code. |

| '991 Patent: Claim 15 | Snyder & Bornn |
|---|---|
| comprises a deterministic code. | "These are Hamming coded so that the number of bits which must be changed in order to change one valid command to another(the Hamming distance between them) is maximized." Snyder at p. 255. |

| '991 Patent: Claim 19 | Snyder & Bornn |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br><br><br>Bornn discloses a second receiver operable to receive information from the evaluator station.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central |

| '991 Patent: Claim 19 | Snyder & Bornn |
|---|---|
| | location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 20 | Snyder & Bornn |
|---|---|
| 20. A medical system according to claim 19 wherein the second receiver is on a different patient than the at least one receiver. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn** |

| '991 Patent: Claim 20 | Snyder & Bornn |
|---|---|
| | Bornn discloses a second receiver on a different patient than another receiver. |
| | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body. |
| | "In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |
| | The patient units are on multiple patients |
| | "The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |
| | Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

702913538

| '991 Patent: Claim 20 | Snyder & Bornn |
|---|---|
| | First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 21 | Snyder & Bornn |
|---|---|
| 21. The medical system of claim 20 wherein the evaluator station is operable to communicate with both the at least one receiver and the second receiver. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station operable to communicate with both the at least one receiver and the second receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central |

| '991 Patent: Claim 21 | Snyder & Bornn |
| --- | --- |
| | location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 23 | Snyder & Bornn |
| --- | --- |
| 23. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from a second patient. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br><br><br>Bornn discloses a second transmitter operable to transmit digital data from a second patient.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 23 | Snyder & Bornn |
|---|---|
| | The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 24 | Snyder & Bornn |
|---|---|
| 24. The medical system of claim 1 in which the at least one sensor is in contact with a body of the patient and another sensor in contact with a second body. | **Snyder**<br>Snyder discloses claim 1 as illustrated in a preceding section.<br>**Bornn**<br><br>Bornn discloses one sensor in contact with a body of the patient and another sensor in contact with a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body. |

| '991 Patent: Claim 24 | Snyder & Bornn |
|---|---|
| | "In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 26 | Snyder & Bornn |
|---|---|
| 26. The medical system of claim 1 further including a | **Snyder** |

| '991 Patent: Claim 26 | Snyder & Bornn |
|---|---|
| cover at least partially covering the receiver, the transmitter, and the converter. | Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a cover at least partially covering a receiver, transmitter, and converter.<br><br>Bornn discloses that the components are under a cover.<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 27 | Snyder & Bornn |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>Bornn discloses that the components are under a cover.<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

702913538

| '991 Patent: Claim 27 | Snyder & Bornn |
|---|---|
|  |  |

| '991 Patent: Claim 28 | Snyder & Bornn |
|---|---|
| 28. The medical system of claim 27 further comprising: a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. | Bornn discloses a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system.

Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.

"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.

The patient units are on multiple patients

"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at |

| '991 Patent: Claim 28 | Snyder & Bornn |
|---|---|
| | col. 3, ll. 27-29.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's |

| '991 Patent: Claim 28 | Snyder & Bornn |
|---|---|
| | body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 30 | Snyder & Bornn |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | **Snyder**<br>Snyder discloses claim 1 as illustrated in a preceding section.<br>**Bornn**<br><br>Bornn discloses a transmitter responsive to the received information, the received information operative to manipulate the digital data.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). |

702913538

| '991 Patent: Claim 30 | Snyder & Bornn |
|---|---|
| | The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br><br>**FIG. 8A**<br>**FIG. 8B**<br>**FIG. 8C**<br><br>Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of |

| '991 Patent: Claim 30 | Snyder & Bornn |
|---|---|
|  | redundancy is changed.<br><br>Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel." Bornn at col. 21, ll. 35-38<br><br>Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 31 | Snyder & Bornn |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter.<br><br>Bornn discloses a medical system wherein the data transmitted by the evaluation station (e.g. base station) can control the data transmitted by the electrode (e.g. patient unit) to the evaluation station:  "A standard channel in accordance with the present invention is a bidirectional link operating at preferably 40K bits per second.  The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems |

| '991 Patent: Claim 31 | Snyder & Bornn |
|---|---|
| | **1004**, **2004**, and **3010**) … Each radio modem can switch frequencies (for each direction) under the control of the microprocessor in the unit, e.g. microprocessor **1006** in patient unit **1000**.  Normally, this capability is simply used to sequence through the frequencies for one particular channel.  However, the same capability can also be use [*sic*] to change channels dynamically.  When a particular frequency consistently fails to work – presumably due to interference – the modems are capable of sending information to each other (using control packets defined below) to switch to alternative frequencies" (Bornn at col. 16, ll. 55 through col. 17, ll. 32)  A person skilled in the art would understand that either modem could initiate this change in frequencies since it is possible that only one modem (and either modem) could be experiencing failures in a particular frequency (e.g. if errors were occurring only in one direction due to multi-path effects, etc.). |
| | Bornn also discloses other data modification features |
| | "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). |
| | The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

| '991 Patent: Claim 31 | Snyder & Bornn |
|---|---|
| | <br><br>Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed. |

| '991 Patent: Claim 32 | Snyder & Bornn |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator | **Snyder** |

314

| '991 Patent: Claim 32 | Snyder & Bornn |
|---|---|
| station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | Snyder discloses claim 1 as illustrated in a preceding section. **Bornn** Bornn discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12. Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 33 | Snyder & Bornn |
|---|---|
| 33. The medical system of | **Snyder** |

| '991 Patent: Claim 33 | Snyder & Bornn |
|---|---|
| claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station comprising a display operable to display the digital data.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display 2022 and printer 2024. As discussed earlier, the CRT display is used to display patient identification information, physiological information, and other patient records" (Bornn at col. 12, ll. 36-67). |

| '991 Patent: Claim 34 | Snyder & Bornn |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient |

| '991 Patent: Claim 34 | Snyder & Bornn |
|---|---|
| activity, patient position, patient motion, and combinations thereof. | motion, and combinations thereof.<br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 35 | Snyder & Bornn |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br><br><br>Bornn discloses digital data transmitted by the transmitter representing an electrical signal.<br><br><br>"Analog multiplexer receives data from other sources such as ecg signals on lines **1018**.  A/D converter **1036** digitizes the signal from analog multiplexer **1036** and supplies it to microprocessor **1006**.  In turn, microprocessor **1006** takes bytes representative of voice information, and bytes representative of data, and assembles them into groups for transmission via radio modem **1004**.  At the central base station, |

| '991 Patent: Claim 35 | Snyder & Bornn |
|---|---|
| | or at the nurse unit end, assuming that central base station 2000 relayed the group directly to the nurse unit, radio modem **3010** [*sic*] receives the group and passes it on to microprocessor **3012**" (Bornn at col. 20, ll. 44-55).  See also col. 11, ll. 12-34 and col. 42, ll. 26-32. |

| '991 Patent: Claim 36 | Snyder & Bornn |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Bornn discloses digital data transmitted by the transmitter representing processed information.<br><br>"Referring to FIGS. 21A, 21B and 21C, one method for detecting respiration from the chest circumference transducer signals is illustrated. The method has a startup section in which a detection window is wide open and amplifier gain is increased until a threshold number of breaths are detected, e.g. four. Breath rate is also determined" Bornn at col. 35, ll. 5-11.<br><br>Additionally, the audio and data coding (Figures 8A-8C) of Bornn involves processing. |

| '991 Patent: Claim 38 | Snyder & Bornn |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a first and second arrangements of components, the first arrangement including a converter, a transmitter, and a receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. |

| '991 Patent: Claim 38 | Snyder & Bornn |
|---|---|
| additional transmitter, and an additional receiver. | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 40 | Snyder & Bornn |
|---|---|
| 40. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to | Bornn discloses first and second arrangements positionable adjacent to different patients. |

| '991 Patent: Claim 40 | Snyder & Bornn |
|---|---|
| different patients. | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>One of ordinary skill in the art would understand that if the sensor band is attached to a patient, part of the band is attached to the patient.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 40 | Snyder & Bornn |
|---|---|
| | First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 41 | Snyder & Bornn |
|---|---|
| 41. The medical system of claim 37 wherein received information is operable to change an amount of redundancy in the digital data. | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses received information operable to change an amount of redundancy in the digital data<br><br>Bornn can change the amount of redundancy in the digital data by switching between voice and data mode.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[10] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

---

[10] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 41 | Snyder & Bornn |
|---|---|
| | 

As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet). |

| '991 Patent: Claim 42 | Snyder & Bornn |
|---|---|
| 42. The medical system of | Bornn discloses received information operable to change channel coding of the digital |

323

| '991 Patent: Claim 42 | Snyder & Bornn |
|---|---|
| claim 41 wherein the received information is operable to change channel coding of the digital data. | data.<br><br>First, as discussed with respect to claim 41, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 41, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 44 | Snyder & Bornn |
|---|---|
| 44. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with channel coding. | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a transmitter operable to wirelessly transmit the digital data with |

| '991 Patent: Claim 44 | Snyder & Bornn |
|---|---|
| | channel coding. |
| | First, as discussed with respect to claim 41, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 41, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices. |
| | Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding. |
| | "Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 45 | Snyder & Bornn |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station operable to manipulate the digital data.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the |

| '991 Patent: Claim 45 | Snyder & Bornn |
|---|---|
| | channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br><br><br>Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the |

| '991 Patent: Claim 45 | Snyder & Bornn |
|---|---|
| | patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed.

Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel." Bornn at col. 21, ll. 35-38

Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 46 | Snyder & Bornn |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | **Snyder**

Snyder discloses claim 37 as indicated in a preceding section.

**Bornn**

Bornn discloses an evaluator station operable to control the transmitter.

Bornn discloses a medical system wherein the data transmitted by the evaluation station (e.g. base station) can control the data transmitted by the electrode (e.g. patient unit) to the evaluation station: "A standard channel in accordance with the present invention is a bidirectional link operating at preferably 40K bits per second. The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004**, and **3010**) … Each radio modem can switch frequencies (for each direction) under the control of the microprocessor in the unit, e.g. microprocessor **1006** |

| '991 Patent: Claim 46 | Snyder & Bornn |
|---|---|
| | in patient unit **1000**.  Normally, this capability is simply used to sequence through the frequencies for one particular channel.  However, the same capability can also be use [*sic*] to change channels dynamically.  When a particular frequency consistently fails to work – presumably due to interference – the modems are capable of sending information to each other (using control packets defined below) to switch to alternative frequencies" (Bornn at col. 16, ll. 55 through col. 17, ll. 32)  A person skilled in the art would understand that either modem could initiate this change in frequencies since it is possible that only one modem (and either modem) could be experiencing failures in a particular frequency (e.g. if errors were occurring only in one direction due to multi-path effects, etc.). <br><br> Bornn also discloses other data modification features <br><br> "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). <br><br> The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

| '991 Patent: Claim 50 | Snyder & Bornn |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 51 | Snyder & Bornn |
|---|---|
| 51. The medical system of claim 37 wherein the | **Snyder** |

| '991 Patent: Claim 51 | Snyder & Bornn |
|---|---|
| evaluator station includes a display. | Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses an evaluator station including a display.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display **2022**" (Bornn at col. 12, ll. 36-64). |

| '991 Patent: Claim 52 | Snyder & Bornn |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body |

| '991 Patent: Claim 52 | Snyder & Bornn |
|---|---|
|  | when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 55 | Snyder & Bornn |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a first sensor capable of being fastened to a surface of a skin of the patient.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 56 | Snyder & Bornn |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses first sensor capable of being in contact with a finger of the patient. |

702913538

| '991 Patent: Claim 56 | Snyder & Bornn |
|---|---|
|  | Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with the finger of a patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 57 | Snyder & Bornn |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | **Snyder**<br>Snyder discloses claim 53 as indicated in a preceding section.<br>**Bornn**<br>Bornn discloses a first sensor located in a fingerclip.<br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with the finger of a patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 58 | Snyder & Bornn |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the | Bornn discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body. |

| '991 Patent: Claim 58 | Snyder & Bornn |
|---|---|
| first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 61 | Snyder & Bornn |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br><br>Bornn discloses measuring oxygen saturation.<br><br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation.<br><br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 62 | Snyder & Bornn |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses the pulse of a patient is monitored.<br><br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 63 | Snyder & Bornn |
|---|---|
| 63. A medical system according to claim 53 wherein the first receiver is operable to receive the second data, the second data being operable to change an amount of redundancy in the first data. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a first receiver operable to receive second data, the second data being operable to change an amount of redundancy in the first data.<br><br>Bornn can change the amount of redundancy in the digital data by switching between |

| '991 Patent: Claim 63 | Snyder & Bornn |
|---|---|
|  | voice and data mode.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[11] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.

"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).


The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

---

[11] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 63 | Snyder & Bornn |
|---|---|
| | 

As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

 Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet). |

| '991 Patent: Claim 64 | Snyder & Bornn |
|---|---|
| 64. A medical system according to claim 63 wherein the second data is operable to change channel coding of the first data. | Bornn discloses second data operable to change channel coding of the first data.<br><br>First, as discussed with respect to claim 63, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 63, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 67 | Snyder & Bornn |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data | **<u>Snyder</u>**<br>Snyder discloses claim 53 as indicated in a preceding section.<br>**<u>Bornn</u>** |

| '991 Patent: Claim 67 | Snyder & Bornn |
|---|---|
| from the second transmitter. | Bornn discloses a third receiver operable to receive third data from the second transmitter.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 68 | Snyder & Bornn |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | Bornn discloses a third receiver on a different patient than the first receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 69 | Snyder & Bornn |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third | Bornn discloses an evaluator station operable to communicate with both the first receiver and the third receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, |

| '991 Patent: Claim 69 | Snyder & Bornn |
|---|---|
| receiver. | converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 70 | Snyder & Bornn |
|---|---|
| 70. A medical system according to claim 67 wherein a third transmitter is operable to transmit third data from a second body. | Bornn discloses a third transmitter operable to transmit third data from a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients |

| '991 Patent: Claim 70 | Snyder & Bornn |
|---|---|
| | "The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 71 | Snyder & Bornn |
|---|---|
| 71. The medical system of claim 53 in which a second sensor is in contact with a second body. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a second sensor in contact with a second body.<br><br>Bornn discloses one sensor in contact with a body of the patient and another sensor in contact with a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 71 | Snyder & Bornn |
|---|---|
|  | The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 73 | Snyder & Bornn |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | **Snyder**<br>Snyder discloses claim 53 as indicated in a preceding section.<br>**Bornn**<br>Bornn discloses a cover at least partially covering the first set of components. |

| '991 Patent: Claim 73 | Snyder & Bornn |
|---|---|
| | First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 74 | Snyder & Bornn |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part | Bornn discloses a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and |

| '991 Patent: Claim 74 | Snyder & Bornn |
|---|---|
| of the second set of components. | conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the |

| '991 Patent: Claim 74 | Snyder & Bornn |
|---|---|
| | signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 76 | Snyder & Bornn |
|---|---|
| 76. The medical system of claim 53 wherein the | **Snyder** |

| '991 Patent: Claim 76 | Snyder & Bornn |
|---|---|
| evaluator station further includes an alarm unit capable of operation when the first sensor is not responding properly. | Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 77 | Snyder & Bornn |
|---|---|
| 77. The medical system of claim 53 wherein the | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section. |

| '991 Patent: Claim 77 | Snyder & Bornn |
|---|---|
| evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | **Bornn**<br><br>Bornn discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display 2022 and printer 2024. As discussed earlier, the CRT display is used to display patient identification information, physiological information, and other patient records" (Bornn at col. 12, ll. 36-67). |

| '991 Patent: Claim 78 | Snyder & Bornn |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different |

| '991 Patent: Claim 78 | Snyder & Bornn |
|---|---|
|  | physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 79 | Snyder & Bornn |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Snyder**<br><br>Snyder discloses claim 51 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses at least one transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 80 | Snyder & Bornn |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Bornn discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second.  Bornn at col. 16, ll. 61-65. |

| '991 Patent: Claim 82 | Snyder & Bornn |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 83 | Snyder & Bornn |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises | Bornn discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof. |

| '991 Patent: Claim 83 | Snyder & Bornn |
|---|---|
| frequency variation, phase variation, amplitude variation or combinations thereof. | Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second.  Bornn at col. 16, ll. 61-65. |

| '991 Patent: Claim 85 | Snyder & Bornn |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a first transmitter operable to wirelessly transmit with digital modulation.<br><br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 86 | Snyder & Bornn |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Bornn discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second.  Bornn at col. 16, ll. 61-65. |

350

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B19**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer")**

Claims 15, 17, 18,  22, 25, 27-29, 38, 39, 41-43, 65, 66, and 72-75 are rendered obvious by Snyder in view of Fischer.   Because both Snyder and Fischer disclose systems and methods for wirelessly transmitting patient information and address similar problems,  it would be obvious for one of ordinary skill in the art to combine the features of Snyder and Fischer to improve the reliability of Snyder.

| '991 Patent: Claim 15 | Snyder & Fischer |
|---|---|
| 15. A medical system according to claim 14 wherein the channel coding comprises a deterministic code. | **Snyder**<br><br>Snyder discloses claim 14 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses channel coding comprising a deterministic code.<br><br>Fischer discloses Reed Solomon error codes in the wireless frames.  Fischer at col. 22, ll. 3-5. Reed Solomon codes are a type of block code, which is a type of deterministic code. It would be obvious to combine the Reed Solomon code of Fischer with a teaching of channel coding changes to obtain the subject matter of this claim. |

| '991 Patent: Claim 17 | Snyder & Fischer |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | **Snyder**<br><br>Snyder discloses claim 1 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station is operable to perform forward error correction.<br><br>Fischer discloses that the base station can use the channel coding (e.g. error correction codes) to perform direct or forward error correction (i.e. where error coding is used to recreate the missing data without requesting retransmission).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 18 | Snyder & Fischer |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on | **Snyder**<br><br>Snyder discloses claim 1 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an error correction unit operable to perform error correction on the |

| '991 Patent: Claim 18 | Snyder & Fischer |
|---|---|
| the information received by the at least one receiver. | information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 22 | Snyder & Fischer |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses a second transmitter operable to transmit digital data from the patient. |

353

| '991 Patent: Claim 22 | Snyder & Fischer |
|---|---|
| | Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments (each with its own receiver/transmitter) could be connected to a single patient.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |

| '991 Patent: Claim 25 | Snyder & Fischer |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | **Snyder**<br><br>Snyder discloses claim 1 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station operable to perform error correction on the |

| '991 Patent: Claim 25 | Snyder & Fischer |
|---|---|
| | digital data transmitted by the at least one transmitter. |
| | Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver. |
| | Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. |
| | Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 27 | Snyder & Fischer |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | **<u>Snyder</u>**<br><br>Snyder discloses claim 1 as illustrated in a preceding section. |

| '991 Patent: Claim 27 | Snyder & Fischer |
|---|---|
| | **Fischer** |
| | Fischer discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover. |
| | Fischer discloses that the wireless transmitter can be integrated into the same covering as the sensor and converter. |
| | "Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |
| | The "Oximan" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter |

| '991 Patent: Claim 27 | Snyder & Fischer |
|---|---|
| |  |

| '991 Patent: Claim 28 | Fischer & Snyder |
|---|---|
| 28. The medical system of claim 27 further comprising: a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second | Fischer discloses a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system.<br><br>Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that |

357

| '991 Patent: Claim 28 | Fischer & Snyder |
|---|---|
| set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. | multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room. "  Fischer at col. 1, l. 55 - col. 2, l. 2. |

702913538

| '991 Patent: Claim 29 | Snyder & Fischer |
|---|---|
| 29. The medical system of claim 28 wherein the cover and the second cover each at least partially cover a respective error correction unit operable to correct transmission errors in the data transmitted by the evaluator station. | Fischer discloses a cover and a second cover each at least partially cover a respective error correction unit operable to correct transmission errors in the data transmitted by the evaluator station.<br><br>As indicated above with respect to claim 28 each instrument includes a cover.<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 38 | Snyder & Fischer |
|---|---|

| '991 Patent: Claim 38 | Snyder & Fischer |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | **Snyder**<br><br>Snyder discloses claim 37 as indicated in a preceding section.<br><br><br>**Fischer**<br><br><br>Fischer discloses a first and second arrangements of components, the first arrangement including a converter, a transmitter, and areceiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver.<br><br><br><br>Fischer discloses multiple instruments capable of communicating bidirectionally with the workstations.<br><br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received. "  Fischer at col. 1, ll. 17-24<br><br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter |

| '991 Patent: Claim 38 | Snyder & Fischer |
|---|---|
|  | (PNA) 18". Fischer at col. 3, ll. 27-30. "Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." Fischer at col. 5, ll. 21-23. |

| '991 Patent: Claim 39 | Snyder & Fischer |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | Fischer discloses first and second arrangements positionable adjacent to the patient. Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments could be attached to the same patient. One of ordinary skill in the art would also understand that if a pulse oximeter or blood pressure monitor were worn by a patient, part of the monitor would be adjacent to the patient. |

| '991 Patent: Claim 41 | Snyder & Fischer |
|---|---|
| 41. The medical system of claim 37 wherein received information is operable to | Snyder and Fischer disclose discloses received information operable to change an amount of redundancy in the digital data |

361

| '991 Patent: Claim 41 | Snyder & Fischer |
|---|---|
| change an amount of redundancy in the digital data. | **<u>Snyder</u>**<br><br>Snyder discloses claim 37 as illustrated in a preceding section.<br><br>**<u>Fischer</u>**<br><br>Fischer discloses two ways in which redundancy can be changed in the data.<br><br>First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products  was a change in redundancy and met the format change claim limitations of the '991 patent.<br><br>Second, Fischer discloses a change in the relative size of the error correction fields, which include redundant data, and accordingly a change in redundancy.<br><br>As discussed below, Fischer discloses that the workstations can request an ECHO packet in which the  parcel has a longer length INFO field and extra 7 bytes of information. As indicated in Figure 1, the longer parcel forms part of the variable |

| '991 Patent: Claim 41 | Snyder & Fischer |
|---|---|
| | length parcel field in the Oxinet packets, which forms part of the variable length "INFO" field in the Oxinet RF Frames.<br><br><br><br>Accordingly,  the transmission of an ECHO_REQ command to the instrument causes the INFO field of the responsive RF frames to be larger, relative to the Error Correcting Codes ECC, which are fixed at six bytes.(" A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42). Because the ECC fields include redundant data, a change in the relative size of the ECC codes causes a change in the amount of redundancy.<br><br><br>"Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the<br><br>next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF |

| '991 Patent: Claim 41 | Snyder & Fischer |
|---|---|
| | byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After<br><br>inserting this report, the value of byte 0 is incremented by 7. This report comprises:<br><br>The (3-byte) STID of the station, and<br><br>the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41<br><br><br>Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47.<br><br><br>The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges.<br><br><br>"transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |

| '991 Patent: Claim 42 | Snyder & Fischer |
|---|---|
| 42. The medical system of | Snyder and Fischer disclose received information operable to change channel coding of |

| '991 Patent: Claim 42 | Snyder & Fischer |
|---|---|
| claim 41 wherein the received information is operable to change channel coding of the digital data. | the digital data.<br><br>Snyder also discloses that the baud rate can be changed in response to a command from the monitoring station. One of ordinary skill in the art would understand that changing the baud rate would increase the amount of error coding sent per unit time and accordingly change the channel coding.<br><br>"Currently, our system transmits a 450 byte snapshot at 300 baud, with a ten-second inter-message delay, yielding fresh status information about every 25 seconds.  Upon request via the two-way protocol, the system will shift to 1200 baud for snapshot transmission, yielding status updates every 14 seconds."  Snyder at 254 |

| '991 Patent: Claim 43 | Snyder & Fischer |
|---|---|
| 43. The medical system of claim 42 wherein an additional error correction unit of the evaluator station is operable to perform direct error correction as a function of the channel coding. | Snyder and Fischer disclose an additional error correction unit of the evaluator station operable to perform direct error correction as a function of the channel coding.<br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring retransmission of the data).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." |

| '991 Patent: Claim 43 | Snyder & Fischer |
|---|---|
| | Fischer at col. 12, ll. 40-42. |
| | Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 65 | Snyder & Fischer |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | **Snyder**<br><br>Snyder discloses claim 53 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station operable to perform forward error correction.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 66 | Snyder & Fischer |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | **<u>Snyder</u>**<br><br><br>Snyder discloses claim 53 as illustrated in a preceding section.<br><br><br>**<u>Fischer</u>**<br><br><br><br><br>Fischer discloses an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data.<br><br><br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 72 | Snyder & Fischer |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br><br>**Fischer**<br><br>Fischer discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter.<br><br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring retransmission of the data).<br><br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. |

| '991 Patent: Claim 72 | Snyder & Fischer |
|---|---|
| | Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 73 | Snyder & Fischer |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | **Snyder**<br><br>Snyder discloses claim 53 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses a cover at least partially covering the first set of components.<br><br>Fischer discloses that the wireless transmitter can be integrated into the same covering as the sensor and converter.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>The "Oximan" pulse oximeters illustrated in Figure 1 include their own internal |

369

| '991 Patent: Claim 73 | Snyder & Fischer |
|---|---|
| | wireless capacity, while other devices include an attached mobile network adapter  |

| '991 Patent: Claim 74 | Snyder & Fischer |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and a second sensor operable to | Fischer discloses a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components. |

| '991 Patent: Claim 74 | Snyder & Fischer |
|---|---|
| contact a second human body, the second sensor being part of the second set of components. | Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room. "  Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 75 | Snyder & Fischer |
|---|---|
| 75. The medical system of claim 74 wherein the cover at least partially covers an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter. | Fischer discloses cover at least partially covering an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter.<br><br>As discussed with respect to claim 73 and 74, Fischer multiple instruments can communicate with the workstation and enclose components within a covering.<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B20**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of  U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in further view of U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer")**

Claim 43 is rendered obvious by Snyder in view of Bornn in further view of Fischer.  Because Snyder, Fischer, and Bornn disclose systems and methods for wirelessly transmitting patient information and address similar problems, it would be obvious for one of ordinary skill in the art to combine the features of Snyder, Fischer, and Bornn to improve the reliability of Snyder.   Accordingly, Snyder , Fischer, and Bornn disclose the subject matter of claim 43.

| '991 Patent: Claim 43 | Snyder, Bornn & Fischer |
|---|---|
| 43. The medical system of claim 42 wherein an additional error correction unit of the evaluator station is operable to perform direct error correction as a function of the channel coding. | **Snyder & Bornn**<br><br>Snyder and Bornn disclose claim 42  as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an additional error correction unit of the evaluator station operable to perform direct error correction as a function of the channel coding.<br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring |

| '991 Patent: Claim 43 | Snyder, Bornn & Fischer |
|---|---|
| | retransmission of the data). |
| | Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. |
| | Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B21**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of U.S. Pat. No. 5,307,818, "Wireless Electrocardiographic Monitoring System and Wireless Electrode Assemblies for Same," to Segalowitz ("Segalowitz")**

Claim 22 is rendered obvious by Snyder in view of Segalowitz.  Snyder discloses a mobile monitoring system which includes a mobile sensor transmitting information to a base station.  Segalowitz discloses multiple electrodes with independent transmission capability. It would be obvious for one of ordinary skill in the art to modify the disclosure of Snyder to add additional sensors to Snyder, each having its own transmitter to improve the sensing features of Snyder. Accordingly, Snyder and Segalowitz render claim 22 obvious.

| '991 Patent: Claim 22 | Snyder & Segalowitz |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | **Snyder**<br><br>Snyder discloses claim 1 as illustrated in a preceding section.<br><br><br>**Segalowitz** |

| '991 Patent: Claim 22 | Snyder & Segalowitz |
|---|---|
|  | Segalowitz discloses a second transmitter operable to transmit digital data from the patient.<br><br>Segalowitz discloses multiple electrodes, each with its own wireless transmitter, Segalowitz at Fig. 1, col. 8, l.54- col. 9, ll. 22.<br><br> |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B22**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of European Patent 0553372, "Method and System for Monitoring Vital Signs," to Pross ("Pross")**

Claims 4, 5, 10, 56, and 57 are rendered obvious by Snyder in view of Pross. Snyder discloses a method for wirelessly transmitting from an implantable heart to a monitor.  Pross discloses a portable patient monitor.  Pross, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Snyder and Pross to improve the sensing features of Snyder as both relate to mobile/portable patient monitoring stations and both utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Snyder, when combined with Pross, discloses claims 4, 5, 10, 56, and 57 as illustrated in the tables below.

| '991 Patent Claim 4 | Snyder & Pross |
| --- | --- |
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | **Snyder**<br><br>Snyder discloses claim 1 as shown in the Snyder anticipation chart abov e<br><br>**Pross**<br><br><br>Pross discloses a sensor capable of being in contact with a finger of the patient:<br><br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature |

| '991 Patent Claim 4 | Snyder & Pross |
|---|---|
|  | probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 5 | Snyder & Pross |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | **Snyder**<br><br>Snyder discloses claim 1 as shown in the Snyder anticipation chart above.<br><br>**Pross**<br><br><br>Pross discloses a sensor located in a fingerclip:<br><br><br>     "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 11 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 10 | Snyder & Pross |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver | **Snyder**<br><br>Snyder discloses claim 1 as shown in the Snyder anticipation chart above.<br><br>**Pross** |

| '991 Patent Claim 10 | Snyder & Pross |
|---|---|
| are arranged on a mattress. | Pross discloses a sensor, converter, transmitter, and receiver arranged on a mattress.<br><br>      "The combiner is placed or fixed near or at the bed of a patient 13."  Pross, col. 13, ll. 15-16.<br>      "In this embodiment, its housing is provided with a clamp 32 for attachment to a rod 33 which may be positioned near, or attached to, the patient's bed."  Pross, col. 16, ll. 10-18. |

| '991 Patent Claim 56 | Snyder & Pross |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | **Snyder**<br>Snyder discloses claim 53 as shown in the Snyder anticipation chart above.<br>**Pross**<br>Pross discloses first sensor capable of being in contact with a finger of the patient.<br><br>      "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 57 | Snyder & Pross |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | **Snyder**<br><br>Snyder discloses claim 53 as shown in the Snyder anticipation chart above.<br><br>**Pross**<br><br><br>Pross discloses a first sensor located in a fingerclip.<br><br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B23**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of GB 2259772, "Biological Signal Monitor and Transmitter," to Kinoshita ("Kinoshita")**

Claim 9 is rendered obvious by Snyder in view of Kinoshita. Snyder discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Kinoshita discloses a biological signal monitor and transmitter for monitoring patients. Kinoshita, p. 1, ll. 3-18.  It would have been obvious to one of ordinary skill in the art to combine Snyder and Kinoshita to improve the sensing features of Snyder as both relate to patient monitoring and both utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Snyder, when combined with Kinoshita, discloses claim  9 as illustrated in the tables below.

| '991 Patent: Claim 9 | Snyder & Kinoshita |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | **Snyder**<br><br>Snyder discloses claim 1 as shown in the Snyder anticipation chart above.<br><br><br>**Kinoshita**<br><br><br>Kinoshita discloses a sensor, converter, transmitter, and receiver arranged on a garment. |

| '991 Patent: Claim 9 | Snyder & Kinoshita |
|---|---|
|  | "A plurality of shirts 1 as shown in Fig. 2 are put on a plurality of persons to be monitored. As shown in Fig. 3, each shirt 1 comprises a detector 12 including a pair of electrodes 10a and 10b for detecting a biological signal, such as an electrocardiogram waveform, generated by a person to be monitored, and a transmitter 13 including a coil 2 for transmitting the biological signal detected by the detector 12 in the form of an electromagnetic induction signal."  Kinoshita, p. 13, ll. 7-15.<br><br>"A shirt main body 9 has a shape of, e.g., an athletic-style shirt . The pair of electrodes 10a and l0b are arranged at the right and left underarm positions of the shirt main body 9 and brought into contact with the skin of a person to be monitored having the shirt 1 on."  Kinoshita, p. 14, ll. 19-24. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B24**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of  WO 91/18550, "Pulse Responsive Drive," to Mathews ("Mathews")**

Claims 7, 8, 47-49, 59, and 60 are rendered obvious by Snyder in view of Mathews.   Snyder discloses a system for wirelessly transmitting patient information.   Mathews discloses a device for measuring and transmitting patient information.   It would have been obvious to one of ordinary skill in the art to combine Snyder and Matthews to improve the sensing features of Snyder as both relate to patient monitoring and both attempt to solve similar issues with patient monitoring.

| '991 Patent: Claim 7 | Snyder & Mathews |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | **Snyder**<br><br>Snyder discloses claim 1 as shown in the Snyder anticipation chart above.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist.<br><br><br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist |

| '991 Patent: Claim 7 | Snyder & Mathews |
|---|---|
| | or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 8 | Snyder & Mathews |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Snyder and Mathews discloses a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation.<br><br>**Snyder**<br><br>Snyder discloses the subject matter of claim 1 as illustrated in a preceding section.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist. One of ordinary skill in the art would understand that a pulse oximeter measures oxygen saturation.<br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 47 | Snyder & Mathews |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | **Snyder**<br><br>Snyder discloses claim 37 as shown in a preceding section.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist.<br><br><br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 48 | Snyder & Mathews |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Snyder and Mathews disclose a sensor operable to be placed on a wrist of the patient.<br>**Snyder**<br><br>Snyder discloses claim 37 as illustrated in a preceding section.<br>**Mathews** |

702913538

| '991 Patent: Claim 48 | Snyder & Mathews |
|---|---|
|  | Matthews discloses a pulse oximetry device that may be worn on the wrist.<br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 49 | Snyder & Mathews |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Snyder and Mathews  disclose measuring oxygen saturation.<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist. One of ordinary skill in the art would understand that a pulse oximeter measures oxygen saturation.<br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

386

| '991 Patent: Claim 59 | Snyder & Mathews |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | **Snyder**<br><br>Snyder discloses claim 58 as shown in a preceding section.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist.<br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 60 | Snyder & Mathews |
|---|---|
| 60. A medical system according to claim 53 | Snyder and Mathews discloses a sensor placed on a wrist of a patient and wherein a |

| '991 Patent: Claim 60 | Snyder & Mathews |
|---|---|
| wherein the first sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | medical system measures oxygen saturation. <br><br>**Snyder** <br><br>Snyder discloses the subject matter of claim 53 as illustrated in a preceding section. <br><br>**Mathews** <br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist. One of ordinary skill in the art would understand that a pulse oximeter measures oxygen saturation. <br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35. <br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B25**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of GB 1543441, "Patient Monitoring System," to Kalman, *et al.* ("Kalman")**

Claims 2, 7, 47, 48, 54, and 59 are rendered obvious by Snyder in view of Kalman. Snyder discloses a system for wirelessly transmitting patient information. Kalman discloses a patient monitoring system with a plurality of monitoring stations that report to a single central station. Kalman, p. 1, ll. 11-15. Both Snyder and Kalman relate to monitoring a patient and then transmitting patient information over a radio link. It would have been obvious to one of ordinary skill in the art to combine Snyder and Kalman to improve the sensing features of Snyder as both relate to patient monitoring and both attempt to solve similar issues with patient monitoring. As such, Snyder, when combined with Kalman, discloses claims 2, 7, 47, 48, 54, and 59 as illustrated in the tables below.

| '991 Patent: Claim 2 | Snyder & Kalman |
|---|---|
| 2. A medical system according to claim 1 wherein the sensor, converter, transmitter, and receiver are integrated in one semiconductor chip. | **Snyder**<br><br>Snyder discloses claim 1 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor |

| '991 Patent: Claim 2 | Snyder & Kalman |
|---|---|
| | (CMOS) integrated circuits."  Kalman, p. 4, ll. 7-11. |

| '991 Patent: Claim 7 | Snyder & Kalman |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | **Snyder**<br><br>Snyder discloses claim 1 as shown in the Snyder anticipation chart above.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

702913538

| '991 Patent: Claim 7 | Snyder & Kalman |
|---|---|
| |  |

/

| '991 Patent: Claim 47 | Snyder & Kalman |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | **Snyder**<br><br>Snyder discloses claim 37 as shown in a preceding section.<br><br>**Kalman** |

702913538

| '991 Patent: Claim 47 | Snyder & Kalman |
|---|---|
| | Kalman discloses a converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."   Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 48 | Snyder & Kalman |
|---|---|
| 48. The medical system of claim 37 wherein the sensor | Snyder and Kalman disclose a sensor operable to be placed on a wrist of the patient. |

702913538

| '991 Patent: Claim 48 | Snyder & Kalman |
|---|---|
| is operable to be placed on a wrist of the patient. | **Snyder**<br><br>Snyder discloses claim 37 as illustrated in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 54 | Snyder & Kalman |
|---|---|
| 54. A medical system according to claim 53 wherein the first set of components is integrated in one semiconductor chip. | **Kalman**<br><br>Snyder discloses claim 53 as shown in a preceding section.<br><br>**Kalman**<br><br>Snyder discloses a first set of components integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits." Kalman, p. 4, ll. 7-11. |

| '991 Patent: Claim 59 | Snyder & Kalman |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | **Snyder**<br><br>Snyder discloses claim 58 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a first sensor, first transmitter, and first receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch." Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 59 | Snyder & Kalman |
|---|---|
| |  |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B26**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of  U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in further view of GB 1543441, "Patient Monitoring System," to Kalman, *et al.* ("Kalman")**

Claims 8 and 49 are rendered obvious by Snyder in view of Bornn in further view of Kalman.  Snyder discloses a method for wirelessly communicating with an implantable heart.  Kalman and Bornn disclose sensor apparatuses that wirelessly communicate with monitors. Since Snyder,  Kalman, and Bornn  relate to monitoring a patient and then transmitting patient information over a radio link and all address similar problems.  It would have been obvious to one of ordinary skill in the art to combine Snyder , Bornn, and Kalman to improve the sensing features of Snyder as both relate to patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Snyder, when combined with Kalman, discloses claims 8 and 49 as illustrated in the tables below.

| '991 Patent: Claim 8 | Snyder, Bornn & Kalman |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the | Bornn and Kalman discloses a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation.<br><br>**Snyder** |

| '991 Patent: Claim 8 | Snyder, Bornn & Kalman |
|---|---|
| medical system measures oxygen saturation. | Snyder discloses the subject matter of claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45.<br><br>One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist.<br><br>**Kalman**<br><br>Kalman discloses a sensor placed on the wrist.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

702913538

| '991 Patent: Claim 8 | Snyder, Bornn & Kalman |
|---|---|
| |  |

| '991 Patent: Claim 49 | Snyder, Bornn & Kalman |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Snyder, Bornn and Kalman  disclose measuring oxygen saturation. **Snyder and Kalman** Snyder and Kalman disclose the subject matter of claim 1 as illustrated in a preceding section. **Bornn** |

| '991 Patent: Claim 49 | Snyder, Bornn & Kalman |
|---|---|
|  | Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation. "An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B27**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of U.S. Pat. No. 4,409,594, "Apparatus for Performing Radio Frequency Pulse Modulation with Automatic Modulation Control," to Graziani ("Graziani")**

Claims 79-87 are rendered obvious by Snyder in view of Graziani.  Snyder discloses a patient monitor that wirelessly communicates with a base station.  Graziani discloses an apparatus for  radio frequency pulse modulation.  Graziani, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Snyder and Graziani to improve the reliability of Snyder as Snyder uses radio frequency communication for which Graziani discloses an apparatus and improved techniques for communicating reliably.  As such, Snyder, when combined with Graziani, discloses claims 79-87 as illustrated in the tables below.

| '991 Patent: Claim 79 | Snyder & Graziani |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Snyder**<br><br>Snyder discloses claim 37 as shown in the Snyder anticipation chart above.<br><br>**Graziani**<br><br>Even if Snyder did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency ***input to a pulse-modulated carrier signal*** and to a further frequency video |

| '991 Patent: Claim 79 | Snyder & Graziani |
|---|---|
|  | pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 80 | Snyder & Graziani |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | <u>Graziani</u><br><br>Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-***frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude*** |

| '991 Patent: Claim 80 | Snyder & Graziani |
|---|---|
|  | *level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 81 | Snyder & Graziani |
|---|---|
| 81. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **<u>Snyder</u>**<br><br>Snyder discloses claim 1 as shown in the Snyder anticipation chart above.<br><br>**<u>Graziani</u>**<br><br>Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-*frequency input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous |

| '991 Patent: Claim 81 | Snyder & Graziani |
|---|---|
| | with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; ***fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;*** and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 82 | Snyder & Graziani |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Snyder**<br><br>Snyder discloses claim 37 as shown in the Snyder anticipation chart above.<br><br>**Graziani**<br><br>Even if Snyder did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency ***input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier |

| '991 Patent: Claim 82 | Snyder & Graziani |
|---|---|
| | signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 83 | Snyder & Graziani |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | **Graziani**<br><br>Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of* |

| '991 Patent: Claim 83 | Snyder & Graziani |
|---|---|
| | *said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means*; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 84 | Snyder & Graziani |
|---|---|
| 84. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **Snyder**<br><br>Snyder discloses claim 37 as shown in the Snyder anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses a transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse |

| '991 Patent: Claim 84 | Snyder & Graziani |
|---|---|
| | as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 85 | Snyder & Graziani |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | **Snyder**<br><br>Snyder discloses claim 53 as shown in the Snyder anticipation chart above.<br><br>**Graziani**<br><br>Even if Snyder did not disclose this limitation, Graziani discloses a first transmitter operable to wirelessly transmit with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency *input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth |

| '991 Patent: Claim 85 | Snyder & Graziani |
|---|---|
|  | means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 86 | Snyder & Graziani |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof: "1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 87 | Snyder & Graziani |
|---|---|
| 87. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with discrete pulse modulation. | **Snyder**<br><br>Snyder discloses claim 53 as shown in the Snyder anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses a first transmitter operable to wirelessly transmit with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B28**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: "A Secure Communications and Status Reporting Protocol for Implanted Devices" by Snyder ("Snyder") in view of U.S. Pat. No. 5,091,945, "Source Dependent Channel Coding with Error Protection," to Kleijn ("Kleijn")**

Claim 16 is rendered obvious by Snyder in view of Kleijn.  Snyder  discloses a patient monitoring system which includes a mobile device wirelessly transmitting information to a monitoring station.  Kleijn discloses channel coding across a communication link.  Kleijn, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Snyder and Kleijn to improve the reliability of  Snyder as Snyder uses a communication link and Kleijn discloses an improved implementation for a communication link.  As such, Snyder, when combined with Kleijn, discloses claim 16 as illustrated in the tables below.

| '991 Patent: Claim 16 | Snyder & Kleijn |
|---|---|
| 16. A medical system according to claim 14 wherein the channel coding comprises stochastic code. | **Snyder**<br><br>Snyder discloses claim 14 as shown in the Snyder anticipation chart above.<br><br><br>**Kleijn**<br><br><br>Kleijn discloses channel coding comprising a stochastic code. |

| '991 Patent: Claim 16 | Snyder & Kleijn |
|---|---|
| | "5.2. Results for the Stochastic Codebook The behavior of the mean distance function Di(rij) of the stochastic codebook does not show regularity like that of the adaptive codebook index. The mean distance of the candidate vectors to the target vector given that a certain sequence (D127(R127j)) provides the best match is illustrated in FIG. 14. The only structure which is clear in this figure results from the overlapping nature of the stochastic codebook (neighboring candidates are shifted by two samples); direct neighbors are often preferred candidates for single bit reversals of the label."  See, e.g., Kleijn at col. 3, l. 60 – col. 4, l. 3; col. 21, ll. 9-40. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B29**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, *et al.* ("Stone")**

Claims 1, 3, 12, 30, 34- 37, 50-53, 55, 58, 61, 62, 65, 66, 76-80, and 82-87 are anticipated and/or rendered obvious by Stone.

| '991 Patent: Claim 1 | Stone |
|---|---|
| A medical system for monitoring body functions of a patient, comprising: | Stone discloses a medical system for monitoring the body functions of a patient.<br><br>"A pacemaker is provided which is capable of obtaining and storing information about a patient's cardiac function and about a pacemaker's operation during a brief exercise interval." Stone, Abstract. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Stone discloses at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal.<br><br>"FIG. 1 shows generally where a rate-responsive, dual chamber pacemaker 10 in accordance with one embodiment of the present invention may be implanted in a patient 11….One or more conventional pacemaker leads are electrically coupled to pacemaker 10 and extend into the patient's heart 16 via a vein 18. In FIGS. 1 and 2, two such leads, a ventricular lead 14 and an atrial lead 15, are shown. Located on the distal end of leads 14 and 15 are one or more exposed conductive electrodes for receiving electrical cardiac signals and/or for delivering electrical pacing stimuli to the heart 16." Stone, col. 9, ll. 18-32. |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Stone discloses at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data.<br><br>"An analog-to-digital converter (ADC) and multiplexer unit 36 digitizes analog signals and voltages to provide "real-time" telemetry intracardiac signals and battery end-of- |

411

| '991 Patent: Claim 1 | Stone |
|---|---|
|  | life (EOL) replacement function."  Stone, col. 12, ll. 10-14. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; | Stone discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient.<br><br>"An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al."  Stone, col. 11, ll. 52-67. |
| and at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, | Stone discloses at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station.<br><br>"An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al."  Stone, col. 11, ll. 52-67. |
| the formatting data operable | Stone discloses formatting data operable to change a format for transmission of digital |

| '991 Patent: Claim 1 | Stone |
|---|---|
| to change a format for transmission of the digital data from the transmitter to the evaluator station. | data from the transmitter to the evaluator station.<br><br>Stone discloses two ways in which data format is changed.<br><br>First, Stone, through its incorporation of the telemetry technology of Wyborny, discloses that an identifier pulse is placed in a different location depending on the type of information requested from a remote system. This creates a differently formatted packet with a different arrangement, timing, and structure of the transmitted pulses.<br><br>"The 9760 programmer is a microprocessor-based device which provides a series of encoded signals to pacemaker 10 by means of a programming head which transmits radio-frequency (RF) encoded signals to pacemaker according to the telemetry system laid out, for example, in U.S. Pat. No. 5,127,404 to Wyborny et al. entitled "Improved Telemetry Format", which is assigned<br>to the assignee of the present invention and which is incorporated herein by reference in its entirety ." Stone at col. 10, ll. 24-33.<br><br><br>"Software associated with RF uplink 26 is started at element 130, usually by a down-linked command to transfer data. Element 132 schedules the requested transmission via the uplink facilities. This scheduling prioritizes uplink transmission requests. Lower priority is given to continuous real time transfers, such as EGM and battery voltage, whereas higher priority is given to single occurrence transmissions of status information" Wyborny at col 7, ll. 6-15.<br><br>The system of Wyborny includes a different location for an identifier pulse depending on the type of data requested .<br><br>    "This identifier code comprises an identifier RF pulse 36 which is pulse position modulated within the identifier range 38. The position of identifier pulse 36 within identifier range 38 identifies the nature or type of data found within each frame 30 which is being transmitted, such as peak sense, peak pressure, sense threshold and others, as described in further detail below. Shown at 40, time interval *tn2* thus |

| '991 Patent: Claim 1 | Stone |
|---|---|
|  | uniquely represents the value of identifier pulse 36, which value in turn identifies the data type being transmitted within frame 30. " Wyborny at col.5, ll. 1-10<br><br>        Second,  Stone discloses both regular transmission of ECG information and, upon request from the programmer, transmission of electrogram data. As discussed below, Stone through its incorporation of Thompson, discloses a specific encoding format for electrograms.  Accordingly, when the system of Stone requests that the monitor provide electrogram information, it changes the format of the data transmitted from the monitoring device.<br><br>        "Pacemaker 10 of FIG. 2 is programmable by means of an external programming unit (not shown in FIG. 2)."  Stone, col. 10, ll. 19-20.<br><br>        "The electrogram signals developed by V-EGM amplifier 42 and A-EGM amplifier 43 are used on those occasions when the implanted device is being interrogated by an external programmer, to transmit by uplink telemetry a representation of the analog electrogram of the patient's electrical heart activity, such as described in U.S. Pat. No. 4,556,063, issued to Thompson et al., assigned to the assignee of the present invention and incorporated herein by reference."  Stone, col. 12, ll. 53-62.<br><br>        "Likewise, circuit 31 asserts the A-TRIG signal on line 46 to initiate delivery of an atrial stimulating pulse to heart 16 via pace/sense lead 15. Output amplifier circuit 44 provides a ventricular pacing pulse (V-PACE) to the right ventricle of heart 16 in response to the V-TRIG signal developed by digital controller/timer circuit 31 each time the ventricular escape interval times out, or an externally transmitted pacing command has been received, or in response to other stored commands as is well known in the pacing art."  Stone, col. 13, ll. 1-10.<br><br>        "Also, programmer should be capable of interrogating the pacemaker's internal memory."  Stone, col. 10, ll. 43-45.<br><br>Thompson, which is incorporated by reference for its disclosure of the electrogram encoding scheme, discloses a specific digital encoding scheme and carrier frequency |

| '991 Patent: Claim 1 | Stone |
|---|---|
| | selection mechanism (Fig. 2). |

| '991 Patent: Claim 3 | Stone |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Stone discloses a sensor capable of being fastened to a surface of a skin of the patient. "Isolated analog circuitry 60 in interface module 57 is provided to receive ECG and EP signals. In particular, analog circuitry 60 receives ECG signals from patient skin electrodes and processes these signals before providing them to the remainder of the programmer system. Circuitry 60 further operates to receive electrophysiologic (EP) stimulation pulses from an external EP stimulator, for the purposes of non-invasive EP studies, as would be appreciated by those of ordinary skill in the art."  Stone, col. 14, ll. 49-58. |

| '991 Patent: Claim 12 | Stone |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Stone discloses monitoring the  pulse of a patient. "A rate-responsive pacemaker system, comprising an implantable pulse generator unit and an external programming unit, wherein said implantable pulse generator unit comprises… processing means coupled to said control means and to said memory means, for computing and storing in said memory means, data reflecting percentages of paced cardiac events occurring during each one of a succession of predefined intervals, and further comprising means for storing in said memory means, data reflecting said sensor output signal during each one of said succession of predefined intervals, data reflecting heart rate during each one of said succession of predefined intervals, and data reflecting AV interval durations of each one of a succession of |

415

| '991 Patent: Claim 12 | Stone |
|---|---|
| | cardiac cycles…."  Stone, col. 26, ll. 37-65. |

| '991 Patent: Claim 30 | Stone |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Stone discloses a transmitter responsive to the received information, the received information operative to manipulate the digital data.<br><br>        "Pacemaker 10 of FIG. 2 is programmable by means of an external programming unit (not shown in FIG. 2)."  Stone, col. 10, ll. 19-20.<br><br><br>            "The electrogram signals developed by V-EGM amplifier 42 and A-EGM amplifier 43 are used on those occasions when the implanted device is being interrogated by an external programmer, to transmit by uplink telemetry a representation of the analog electrogram of the patient's electrical heart activity, such as described in U.S. Pat. No. 4,556,063, issued to Thompson et al., assigned to the assignee of the present invention and incorporated herein by reference."  Stone, col. 12, ll. 53-62.<br><br><br>            "Likewise, circuit 31 asserts the A-TRIG signal on line 46 to initiate delivery of an atrial stimulating pulse to heart 16 via pace/sense lead 15. Output amplifier circuit 44 provides a ventricular pacing pulse (V-PACE) to the right ventricle of heart 16 in response to the V-TRIG signal developed by digital controller/timer circuit 31 each time the ventricular escape interval times out, or an externally transmitted pacing command has been received, or in response to other stored commands as is well known in the pacing art."  Stone, col. 13, ll. 1-10.<br><br>            "Also, programmer should be capable of interrogating the pacemaker's |

| '991 Patent: Claim 30 | Stone |
|---|---|
|  | internal memory."  Stone, col. 10, ll. 43-45.<br><br>Thompson, which is incorporated by reference for its disclosure of the electrogram encoding scheme, discloses a specific digital encoding scheme and carrier frequency selection mechanism (Fig. 2,  col. 2, l. 55 - col. 3, l. 3).  Accordingly, one of ordinary skill in the art would understand that a transmitted electrocardiogram would have a different format and carrier frequency than other heart rate data transmitted in Stone. |

| '991 Patent: Claim 34 |  |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Stone  discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"Isolated analog circuitry 60 in interface module 57 is provided to receive ECG and EP signals. In particular, analog circuitry 60 receives ECG signals from patient skin electrodes and processes these signals before providing them to the remainder of the programmer system. Circuitry 60 further operates to receive electrophysiologic (EP) stimulation pulses from an external EP stimulator, for the purposes of non-invasive EP studies, as would be appreciated by those of ordinary skill in the art."  Stone, col. 14, ll. 49-58. |

| '991 Patent: Claim 35 | Stone |
|---|---|
| 35. The medical system of | Stone discloses digital data transmitted by the transmitter representing an electrical |

| '991 Patent: Claim 35 | Stone |
|---|---|
| claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | signal.<br><br>"A rate-responsive pacemaker system, comprising an implantable pulse generator unit and an external programming unit, wherein said implantable pulse generator unit comprises… processing means coupled to said control means and to said memory means, for computing and storing in said memory means, data reflecting percentages of paced cardiac events occurring during each one of a succession of predefined intervals, and further comprising means for storing in said memory means, data reflecting said sensor output signal during each one of said succession of predefined intervals, data reflecting heart rate during each one of said succession of predefined intervals, and data reflecting AV interval durations of each one of a succession of cardiac cycles…." Stone, col. 26, ll. 37-65. |

| '991 Patent: Claim 36 | Stone |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Stone discloses digital data transmitted by the transmitter representing processed information.<br><br>A rate-responsive pacemaker system, comprising an implantable pulse generator unit and an external programming unit, wherein said implantable pulse generator unit comprises… processing means coupled to said control means and to said memory means, for computing and storing in said memory means, data reflecting percentages of paced cardiac events occurring during each one of a succession of predefined intervals, and further comprising means for storing in said memory means, data reflecting said sensor output signal during each one of said succession of predefined intervals, data reflecting heart rate during each one of said succession of predefined intervals, and data reflecting AV interval durations of each one of a succession of cardiac cycles…." Stone, col. 26, ll. 37-65. |

702913538

| '991 Patent: Claim 37 | Stone |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Stone discloses a medical system for monitoring body functions of a patient.<br><br>"A pacemaker is provided which is capable of obtaining and storing information about a patient's cardiac function and about a pacemaker's operation during a brief exercise interval." Stone, Abstract. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Stone discloses an evaluator station located remotely from a patient and operable for wireless data communication.<br><br>"Pacemaker 10 of FIG. 2 is programmable by means of an external programming unit (not shown in FIG. 2)." Stone, col. 10, ll. 19-20.<br><br>"The external programmer should also preferably be capable of displaying both text and graphics, as will be hereinafter become apparent. Also, programmer should be capable of interrogating the pacemaker's internal memory." Stone, col. 10, ll. 41-45.<br><br>"An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein." Stone, col. 11, l. 52-col. 12, l. 4. |
| a sensor capable of being arranged on the patient and operable to detect an | Stone discloses a sensor capable of being arranged on a patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient. |

| '991 Patent: Claim 37 | Stone |
|---|---|
| electrical, physical, chemical, or biological property associated with the patient, | "FIG. 1 shows generally where a rate-responsive, dual chamber pacemaker 10 in accordance with one embodiment of the present invention may be implanted in a patient 11….One or more conventional pacemaker leads are electrically coupled to pacemaker 10 and extend into the patient's heart 16 via a vein 18. In FIGS. 1 and 2, two such leads, a ventricular lead 14 and an atrial lead 15, are shown. Located on the distal end of leads 14 and 15 are one or more exposed conductive electrodes for receiving electrical cardiac signals and/or for delivering electrical pacing stimuli to the heart 16." Stone, col. 9, ll. 18-32. |
| and operable to convert the detected property into an electric signal; | Stone discloses a sensor operable to convert a detected property into an electric signal.<br><br>"FIG. 1 shows generally where a rate-responsive, dual chamber pacemaker 10 in accordance with one embodiment of the present invention may be implanted in a patient 11….One or more conventional pacemaker leads are electrically coupled to pacemaker 10 and extend into the patient's heart 16 via a vein 18. In FIGS. 1 and 2, two such leads, a ventricular lead 14 and an atrial lead 15, are shown. Located on the distal end of leads 14 and 15 are one or more exposed conductive electrodes for receiving electrical cardiac signals and/or for delivering electrical pacing stimuli to the · · · · · ·ᵒ· · · · · · · · · · · · · · · Å· · · · · · · · · · · · · ·ᵃ· · · · · · · a converter |
| a converter coupled to the sensor, | Stone discloses a converter coupled to the sensor.<br><br>"An analog-to-digital converter (ADC) and multiplexer unit 36 digitizes analog signals and voltages to provide "real-time" telemetry intracardiac signals and battery end-of-life (EOL) replacement function." Stone, col. 12, ll. 10-14. |
| the converter operable to convert the electric signal generated by the sensor into digital data; | Stone discloses a converter operable to convert an electric signal generated by the sensor into digital data.<br><br>"An analog-to-digital converter (ADC) and multiplexer unit 36 digitizes analog signals and voltages to provide "real-time" telemetry intracardiac signals and battery end-of-life (EOL) replacement function." Stone, col. 12, ll. 10-14. |
| and a transmitter coupled to | Stone discloses a transmitter coupled to the converter. |

| '991 Patent: Claim 37 | Stone |
|---|---|
| the converter, | "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al."  Stone, col. 11, ll. 52-67. |
| the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Stone discloses a operable to transmit  information to  the evaluator station.<br><br>    "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al." Stone, col. 11, ll. 52-67. |
| a receiver operable to receive information from the evaluator station through wireless communication; | Stone discloses a receiver operable to receive information from the evaluator station<br><br>    "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference |

| '991 Patent: Claim 37 | Stone |
|---|---|
| | in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished by means of the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al." Stone, col. 11, ll. 52-67. |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Stone discloses an evaluator station operable to change the format of the digital data transmitted from the transmitter to the evaluator station. |
| | Stone discloses two ways in which data format is changed. |
| | First, Stone, through its incorporation of the telemetry technology of Wyborny, discloses that an identifier pulse is placed in a different location depending on the type of information requested from a remote system. |
| | "The 9760 programmer is a microprocessor-based device which provides a series of encoded signals to pacemaker 10 by means of a programming head which transmits radio-frequency (RF) encoded signals to pacemaker according to the telemetry system laid out, for example, in U.S. Pat. No. 5,127,404 to Wyborny et al. entitled "Improved Telemetry Format", which is assigned to the assignee of the present invention and which is incorporated herein by reference in its entirety ." Stone at col. 10, ll. 24-33. |
| | "Software associated with RF uplink 26 is started at element 130, usually by a down-linked command to transfer data. Element 132 schedules the requested transmission via the uplink facilities. This scheduling prioritizes uplink transmission requests. Lower priority is given to continuous real time transfers, such as EGM and battery voltage, whereas higher priority is given to single occurrence transmissions of status information" Wyborny at col 7, ll. 6-15. |
| | The system of Wyborny includes a different location for an identifier pulse depending on the type of data requested . |

| '991 Patent: Claim 37 | Stone |
|---|---|
| | "This identifier code comprises an identifier RF pulse 36 which is pulse position modulated within the identifier range 38. The position of identifier pulse 36 within identifier range 38 identifies the nature or type of data found within each frame 30 which is being transmitted, such as peak sense, peak pressure, sense threshold and others, as described in further detail below. Shown at 40, time interval *tn2* thus uniquely represents the value of identifier pulse 36, which value in turn identifies the data type being transmitted within frame 30. " Wyborny at col.5, ll. 1-10<br><br>Second,  Stone discloses both regular transmission of ECG information and, upon request from the programmer, transmission of electrogram data. As discussed below, Stone through its incorporation of Thompson, discloses a specific encoding format for electrograms.  Accordingly, when the system of Stone requests that the monitor provide electrogram information, it changes the format of the data transmitted from the monitoring device.<br><br>Second, as discussed below, Stone, through its incorporation of Wyborny, discloses a particular telemetry data frame structure . This telemetry format includes different data formats depending on whether regular status  information is being provided or programmer-solicited information.<br><br>"Pacemaker 10 of FIG. 2 is programmable by means of an external programming unit (not shown in FIG. 2)."  Stone, col. 10, ll. 19-20.<br><br>"The electrogram signals developed by V-EGM amplifier 42 and A-EGM amplifier 43 are used on those occasions when the implanted device is being interrogated by an external programmer, to transmit by uplink telemetry a representation of the analog electrogram of the patient's electrical heart activity, such as described in U.S. Pat. No. 4,556,063, issued to Thompson et al., assigned to the assignee of the present invention and incorporated herein by reference."  Stone, col. 12, ll. 53-62.<br><br>"Likewise, circuit 31 asserts the A-TRIG signal on line 46 to initiate delivery of an atrial stimulating pulse to heart 16 via pace/sense lead 15. Output |

| '991 Patent: Claim 37 | Stone |
|---|---|
| | amplifier circuit 44 provides a ventricular pacing pulse (V-PACE) to the right ventricle of heart 16 in response to the V-TRIG signal developed by digital controller/timer circuit 31 each time the ventricular escape interval times out, or an externally transmitted pacing command has been received, or in response to other stored commands as is well known in the pacing art."  Stone, col. 13, ll. 1-10.<br><br>                    "Also, programmer should be capable of interrogating the pacemaker's internal memory."  Stone, col. 10, ll. 43-45.<br><br>Thompson, which is incorporated by reference for its disclosure of the electrogram encoding scheme), discloses a specific digital encoding scheme and carrier frequency selection mechanism (Fig. 2). |

| '991 Patent: Claim 50 | Stone |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | Stone discloses an evaluator station including an alarm unit.<br><br>In order to ensure proper positioning of programming head 61 over implanted device 10, circuitry is commonly provided for providing feedback to the user that programming head 61 is in satisfactory communication with and is receiving sufficiently strong RF signals from pacemaker 10. This feedback may be provided, for example, by means of a head position indicator, designated as 61 in FIG. 3. Head position indicator 62 may be, for example, a light-emitting diode (LED) or the like that is lighted to indicate a stable telemetry channel."  Stone, col. 14, ll. 59-68. |

| '991 Patent: Claim 51 | Stone |
|---|---|
| 51. The medical system of claim 37 wherein the | Stone discloses an evaluator station including a display. |

| '991 Patent: Claim 51 | Stone |
|---|---|
| evaluator station includes a display. | "Graphics circuit 53, in turn, is coupled to a graphics display screen 55, which in the case of the Medtronic Model 9760 programmer is a cathode ray tube (CRT) screen 55 having a resolution of 720x348 pixels. In the presently preferred embodiment of the invention, screen 55 is of the well-known "touch sensitive" type, such that a user of programmer 11 may interact therewith through the use of a stylus 56, also coupled to graphics circuit 53, which is used to point to various locations on screen 55. Various touch-screen assemblies are known and commercially available."  Stone, col. 13, l. 63-col. 14, l. 5; *see also* Stone, col. 8, ll. 16-23 and col. 10, ll. 41-45. |

| '991 Patent: Claim 52 | Stone |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Stone discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"FIG. 1 shows generally where a rate-responsive, dual chamber pacemaker 10 in accordance with one embodiment of the present invention may be implanted in a patient 11….One or more conventional pacemaker leads are electrically coupled to pacemaker 10 and extend into the patient's heart 16 via a vein 18. In FIGS. 1 and 2, two such leads, a ventricular lead 14 and an atrial lead 15, are shown. Located on the distal end of leads 14 and 15 are one or more exposed conductive electrodes for receiving electrical cardiac signals and/or for delivering electrical pacing stimuli to the heart 16."  Stone, col. 9, ll. 18-32.<br><br>"A rate-responsive pacemaker system, comprising an implantable pulse generator unit and an external programming unit, wherein said implantable pulse generator unit comprises… processing means coupled to said control means and to said memory means, for computing and storing in said memory means, data reflecting percentages of paced cardiac events occurring during each one of a succession of predefined intervals, and further comprising means for storing in said memory means, data reflecting said sensor output signal during each one of said succession of predefined intervals, data reflecting heart rate during each one of said succession of |

| '991 Patent: Claim 52 | Stone |
|---|---|
| | predefined intervals, and data reflecting AV interval durations of each one of a succession of cardiac cycles…."  Stone, col. 26, ll. 37-65. |

| '991 Patent: Claim 53 | Stone |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Stone discloses a medical system for acquiring measured data, including measuring body functions.<br><br>    "A pacemaker is provided which is capable of obtaining and storing information about a patient's cardiac function and about a pacemaker's operation during a brief exercise interval."  Stone, Abstract. |
| a first set of components having a first sensor operable to contact a body, | Stone discloses a first set of components having a first sensor operable to contact a body.<br><br>"FIG. 1 shows generally where a rate-responsive, dual chamber pacemaker 10 in accordance with one embodiment of the present invention may be implanted in a patient 11….One or more conventional pacemaker leads are electrically coupled to pacemaker 10 and extend into the patient's heart 16 via a vein 18. In FIGS. 1 and 2, two such leads, a ventricular lead 14 and an atrial lead 15, are shown. Located on the distal end of leads 14 and 15 are one or more exposed conductive electrodes for receiving electrical cardiac signals and/or for delivering electrical pacing stimuli to the heart 16."  Stone, col. 9, ll. 18-32. |
| a first transmitter, | Stone discloses a first transmitter.<br><br>    "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may |

| '991 Patent: Claim 53 | Stone |
|---|---|
| | correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al." Stone, col. 11, ll. 52-67. |
| and a first receiver, | Stone discloses a first receiver.<br><br>     "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al." Stone, col. 11, ll. 52-67. |
| the first set of components operable to rest close to the body; | Stone discloses a first set of components operable to rest close to the body.<br><br>     "A pacemaker is provided which is capable of obtaining and storing information about a patient's cardiac function and about a pacemaker's operation during a brief exercise interval."  Stone, Abstract. |
| and an evaluator station having a second transmitter and a second receiver, | Stone discloses an evaluator station having a second transmitter and a second receiver.<br><br>     "Pacemaker 10 of FIG. 2 is programmable by means of an external programming unit (not shown in FIG. 2)."  Stone, col. 10, ll. 19-20.<br><br>     "The external programmer should also preferably be capable of displaying both text and graphics, as will be hereinafter become apparent. Also, programmer |

427

| '991 Patent: Claim 53 | Stone |
|---|---|
| | should be capable of interrogating the pacemaker's internal memory." Stone, col. 10, ll. 41-45.<br><br>      "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein." Stone, col. 11, l. 52-col. 12, l. 4. |
| the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, | Stone discloses an evaluator station operable to wirelessly communicate with the first transmitter and the first receiver.<br><br>      "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein." Stone, col. 11, l. 52-col. 12, l. 4. |
| second data transmitted from | Stone discloses second data transmitted from the second transmitter operable to control |

| '991 Patent: Claim 53 | Stone |
|---|---|
| the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | and manipulate first data transmitted by the first transmitter.<br><br>Stone discloses two ways in which data format is changed.<br><br>First,  Stone, through its incorporation of the telemetry technology of Wyborny, discloses that an identifier pulse is placed in a different location depending on the type of information requested from a remote system.  This creates a differently formatted packet with a different arrangement, timing, and structure of the transmitted pulses.<br><br>"The 9760 programmer is a microprocessor-based device which provides a series of encoded signals to pacemaker 10 by means of a programming head which transmits radio-frequency (RF) encoded signals to pacemaker according to the telemetry system laid out, for example, in U.S. Pat. No. 5,127,404 to Wyborny et al. entitled "Improved Telemetry Format", which is assigned to the assignee of the present invention and which is incorporated herein by reference in its entirety ."  Stone  at col. 10, ll. 24-33.<br><br><br>"Software associated with RF uplink 26 is started at element 130, usually by a down-linked command to transfer data. Element 132 schedules the requested transmission via the uplink facilities. This scheduling prioritizes uplink transmission requests. Lower priority is given to continuous real time transfers, such as EGM and battery voltage, whereas higher priority is given to single occurrence transmissions of status information" Wyborny at col 7, ll. 6-15.<br><br>The system of Wyborny includes a different location for an identifier pulse depending on the type of data requested .<br><br>     "This identifier code comprises an identifier RF pulse 36 which is pulse position modulated within the identifier range 38. The position of identifier pulse 36 within identifier range 38 identifies the nature or type of data found within each frame 30 which is being transmitted, such as peak sense, peak pressure, sense threshold and others, as described in further detail below. Shown at 40, time interval $tn2$ thus uniquely represents the value of identifier pulse 36, which value in turn identifies the data type being transmitted within frame 30. " Wyborny at col.5, ll. 1-10 |

| '991 Patent: Claim 53 | Stone |
|---|---|
| | Second, Stone discloses both regular transmission of ECG information and, upon request from the programmer, transmission of electrogram data. As discussed below, Stone through its incorporation of Thompson, discloses a specific encoding format for electrograms. Accordingly, when the system of Stone requests that the monitor provide electrogram information, it changes the format of the data transmitted from the monitoring device.<br><br>"Pacemaker 10 of FIG. 2 is programmable by means of an external programming unit (not shown in FIG. 2)." Stone, col. 10, ll. 19-20.<br><br>"The electrogram signals developed by V-EGM amplifier 42 and A-EGM amplifier 43 are used on those occasions when the implanted device is being interrogated by an external programmer, to transmit by uplink telemetry a representation of the analog electrogram of the patient's electrical heart activity, such as described in U.S. Pat. No. 4,556,063, issued to Thompson et al., assigned to the assignee of the present invention and incorporated herein by reference." Stone, col. 12, ll. 53-62.<br><br>"Likewise, circuit 31 asserts the A-TRIG signal on line 46 to initiate delivery of an atrial stimulating pulse to heart 16 via pace/sense lead 15. Output amplifier circuit 44 provides a ventricular pacing pulse (V-PACE) to the right ventricle of heart 16 in response to the V-TRIG signal developed by digital controller/timer circuit 31 each time the ventricular escape interval times out, or an externally transmitted pacing command has been received, or in response to other stored commands as is well known in the pacing art." Stone, col. 13, ll. 1-10.<br><br>"Also, programmer should be capable of interrogating the pacemaker's internal memory." Stone, col. 10, ll. 43-45.<br><br>Thompson, which is incorporated by reference for its disclosure of the electrogram encoding scheme, discloses a specific digital encoding scheme and carrier frequency selection mechanism (Fig. 2). |

| '991 Patent: Claim 55 | Stone |
|---|---|
| 55. A medical system | Stone discloses a first sensor capable of being fastened to a surface of a skin of the |

| '991 Patent: Claim 55 | Stone |
|---|---|
| according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | patient.<br><br>"Isolated analog circuitry 60 in interface module 57 is provided to receive ECG and EP signals. In particular, analog circuitry 60 receives ECG signals from patient skin electrodes and processes these signals before providing them to the remainder of the programmer system. Circuitry 60 further operates to receive electrophysiologic (EP) stimulation pulses from an external EP stimulator, for the purposes of non-invasive EP studies, as would be appreciated by those of ordinary skill in the art."  Stone, col. 14, ll. 49-58. |

| '991 Patent: Claim 58 | Stone |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Stone  discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body.<br><br>Stone discloses a transmitting/receiving apparatus in an implantable pacemaker. One of ordinary skill in the art would understand that an implantable pacemaker is "on" the chest cavity. Additionally, Stone discloses external ECG sensors.<br><br>"Software associated with RF uplink 26 is started at element 130, usually by a down-linked command to transfer data. Element 132 schedules the requested transmission via the uplink facilities. This scheduling prioritizes uplink transmission requests. Lower priority is given to continuous real time transfers, such as EGM and battery voltage, whereas higher priority is given to single occurrence transmissions of status information" Wyborny at col 7, ll. 6-15.<br><br>"Isolated analog circuitry 60 in interface module 57 is provided to receive ECG and EP signals. In particular, analog circuitry 60 receives ECG signals from patient skin electrodes and processes these signals before providing them to the remainder of the programmer system. Circuitry 60 further operates to receive electrophysiologic (EP) stimulation pulses from an external EP stimulator, for the purposes of non-invasive EP studies, as would be appreciated by those of ordinary skill in the art."  Stone, col. 14, ll. 49-58. |

702913538

| '991 Patent: Claim 61 | Stone |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Stone discloses measuring oxygen saturation.<br><br>"This invention relates to the field of implantable medical devices, and more particularly relates to cardiac pacemakers which respond to a patient's metabolic demand for oxygenated blood and vary the pacing rate in accordance therewith." Stone, col. 1, ll. 6-10.<br><br>"…it is also to be understood that the present invention may be advantageously practiced in conjunction with pacemakers having other types of sensors (*e.g.,* pressure, blood-oxygen, impedance, temperature, etc . . . ) which provide an indication of a patient's metabolic demand for oxygenated blood." Stone, col. 10, ll. 3-9.<br><br>"A rate-responsive pacemaker system, comprising an implantable pulse generator unit and an external programming unit, wherein said implantable pulse generator unit comprises…sensor means for producing a sensor output signal reflecting a patient's metabolic demand for oxygenated blood…." Stone, col. 26, ll. 37-65. |

| '991 Patent: Claim 62 | Stone |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Stone discloses the pulse of a patient is monitored.<br><br>"FIG. 1 shows generally where a rate-responsive, dual chamber pacemaker 10 in accordance with one embodiment of the present invention may be implanted in a patient 11….One or more conventional pacemaker leads are electrically coupled to pacemaker 10 and extend into the patient's heart 16 via a vein 18. In FIGS. 1 and 2, two such leads, a ventricular lead 14 and an atrial lead 15, are shown. Located on the distal end of leads 14 and 15 are one or more exposed conductive electrodes for receiving electrical cardiac signals and/or for delivering electrical pacing stimuli to the heart 16." Stone, col. 9, ll. 18-32.<br><br>"A rate-responsive pacemaker system, comprising an implantable pulse generator unit and an external programming unit, wherein said implantable pulse generator unit comprises… processing means coupled to said control means and to said |

| '991 Patent: Claim 62 | Stone |
|---|---|
| | memory means, for computing and storing in said memory means, data reflecting percentages of paced cardiac events occurring during each one of a succession of predefined intervals, and further comprising means for storing in said memory means, data reflecting said sensor output signal during each one of said succession of predefined intervals, data reflecting heart rate during each one of said succession of predefined intervals, and data reflecting AV interval durations of each one of a succession of cardiac cycles...."  Stone, col. 26, ll. 37-65. |

| '991 Patent: Claim 65 | Stone |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Stone discloses an evaluator station operable to perform forward error correction.<br><br>Stone, through its incorporation of the telemetry technology of Wyborny, discloses a cyclic redundancy code used for forward error correction.<br><br>"The 9760 programmer is a microprocessor-based device which provides a series of encoded signals to pacemaker 10 by means of a programming head which transmits radio-frequency (RF) encoded signals to pacemaker according to the telemetry system laid out, for example, in U.S. Pat. No. 5,127,404 to Wyborny et al. entitled "Improved Telemetry Format", which is assigned to the assignee of the present invention and which is incorporated herein by reference in its entirety ."  Stone  at col. 10, ll. 24-33.<br><br>Wyborny discloses  the use of forward error correction by the evaluation station.<br><br>"Circuitry (CRC) for generating and analyzing the cyclic redundancy code used to forward error detect telemetry data transmitted over RF uplink 26 is indicated at 112. In the preferred embodiment, it is also used for data received by implantable pulse generator 10 via a downlink (not shown). Circuitry (DMA) for providing direct memory access to RAM 104 is indicated at 114, thus permitting multiple byte transfers without constant management by microprocessor 102."  Wyborny at col. 6, ll. 35-44 |

| '991 Claim 66 | Stone |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Stone discloses an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data.<br><br>Stone, through its incorporation of the telemetry technology of Wyborny, discloses a cyclic redundancy code used for forward error correction.<br><br>"The 9760 programmer is a microprocessor-based device which provides a series of encoded signals to pacemaker 10 by means of a programming head which transmits radio-frequency (RF) encoded signals to pacemaker according to the telemetry system laid out, for example, in U.S. Pat. No. 5,127,404 to Wyborny et al. entitled "Improved Telemetry Format", which is assigned<br>to the assignee of the present invention and which is incorporated herein by reference in its entirety ."  Stone  at col. 10, ll. 24-33.<br><br>Wyborny discloses forward error correction by the evaluation station.<br><br>"Circuitry (CRC) for generating and analyzing the cyclic redundancy code used to forward error detect telemetry data transmitted over RF uplink 26 is indicated at 112. In the preferred embodiment, it is also used for data received by implantable pulse generator 10 via a downlink (not shown). Circuitry (DMA) for providing direct memory access to RAM 104 is indicated at 114, thus permitting multiple byte transfers without constant management by microprocessor 102."  Wyborny at col. 6, ll. 35-44 |

| '991 Patent: Claim 76 | Stone |
|---|---|
| 76. The medical system of claim 53 wherein the evaluator station further includes an alarm unit capable of operation when the first sensor is not responding properly. | Stone discloses an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly.<br><br>     In order to ensure proper positioning of programming head 61 over implanted device 10, circuitry is commonly provided for providing feedback to the user that programming head 61 is in satisfactory communication with and is receiving sufficiently strong RF signals from pacemaker 10. This feedback may be provided, for example, by means of a head position indicator, designated as 61 in FIG. 3. Head position indicator 62 may be, for example, a light-emitting diode (LED) or the like that is lighted to indicate a stable telemetry channel." Stone, col. 14, ll. 59-68. |

| '991 Patent: Claim 77 | Stone |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Stone discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>     "Graphics circuit 53, in turn, is coupled to a graphics display screen 55, which in the case of the Medtronic Model 9760 programmer is a cathode ray tube (CRT) screen 55 having a resolution of 720.times.348 pixels. In the presently preferred embodiment of the invention, screen 55 is of the well-known "touch sensitive" type, such that a user of programmer 11 may interact therewith through the use of a stylus 56, also coupled to graphics circuit 53, which is used to point to various locations on screen 55. Various touch-screen assemblies are known and commercially available." Stone, col. 13, l. 63-col. 14, l. 5; *see also* Stone, col. 8, ll. 16-23 and col. 10, ll. 41-45. |

| '991 Patent: Claim 78 | Stone |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter | Stone discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>     "FIG. 1 shows generally where a rate-responsive, dual chamber pacemaker 10 in accordance with one embodiment of the present invention may be implanted in a patient 11….One or more conventional pacemaker leads are electrically coupled to |

| '991 Patent: Claim 78 | Stone |
|---|---|
| signals, electrodermal activity, patient position, patient motion, and combinations thereof. | pacemaker 10 and extend into the patient's heart 16 via a vein 18. In FIGS. 1 and 2, two such leads, a ventricular lead 14 and an atrial lead 15, are shown. Located on the distal end of leads 14 and 15 are one or more exposed conductive electrodes for receiving electrical cardiac signals and/or for delivering electrical pacing stimuli to the heart 16."  Stone, col. 9, ll. 18-32.<br><br>        "Isolated analog circuitry 60 in interface module 57 is provided to receive ECG and EP signals. In particular, analog circuitry 60 receives ECG signals from patient skin electrodes and processes these signals before providing them to the remainder of the programmer system. Circuitry 60 further operates to receive electrophysiologic (EP) stimulation pulses from an external EP stimulator, for the purposes of non-invasive EP studies, as would be appreciated by those of ordinary skill in the art."  Stone, col. 14, ll. 49-58.<br><br>        "A rate-responsive pacemaker system, comprising an implantable pulse generator unit and an external programming unit, wherein said implantable pulse generator unit comprises… processing means coupled to said control means and to said memory means, for computing and storing in said memory means, data reflecting percentages of paced cardiac events occurring during each one of a succession of predefined intervals, and further comprising means for storing in said memory means, data reflecting said sensor output signal during each one of said succession of predefined intervals, data reflecting heart rate during each one of said succession of predefined intervals, and data reflecting AV interval durations of each one of a succession of cardiac cycles…."  Stone, col. 26, ll. 37-65. |

| '991 Patent: Claim 79 | Stone |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et |

| '991 Patent: Claim 79 | Stone |
|---|---|
| | al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all disclosed first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein." Stone, Col 11, l. 52-col. 12, l. 4. |

| '991 Patent: Claim 80 | Stone |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | One of ordinary skill in the art would understand that the pulse modulation of Stone is a form of phase modulation.<br><br>"An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein." Stone, Col 11, l. 52-col. 12, l. 4.changed 100 times per second. |

| '991 Patent: Claim 82 | Stone |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | Stone discloses a transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>"An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein."  Stone, Col 11, l. 52-col. 12, l. 4. |

| '991 Patent: Claim 83 | Stone |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Stone discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>One of ordinary skill in the art would understand that the pulse position modulation of Stone is a type of phase variation.<br><br>An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may |

| '991 Patent: Claim 83 | Stone |
|---|---|
|  | be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein." Stone, Col 11, l. 52-col. 12, l. 4. |

| '991 Patent: Claim 84 | Stone |
|---|---|
| 84. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | Stone discloses a transmitter operable to wirelessly transmit the digital data with discrete pulse modulation.<br><br>One of ordinary skill in the art would understand that the pulse position modulation of Stone is a type of discrete pulse modulation.<br><br>"An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein." Stone, Col 11, l. 52-col. 12, l. 4. |

| '991 Patent: Claim 85 | Stone |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | Stone discloses a first transmitter operable to wirelessly transmit with digital modulation.<br><br>    "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein."  Stone, Col 11, l. 52-col. 12, l. 4. |

| '991 Patent: Claim 86 | Stone |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Stone discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>One of ordinary skill in the art would understand that the pulse position modulation of Stone is a type of phase variation.<br><br><br>    "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data |

| '991 Patent: Claim 86 | Stone |
|---|---|
|  | first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein."  Stone, Col 11, l. 52-col. 12, l. 4. |

| '991 Patent: Claim 87 | Stone |
|---|---|
| 87. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with discrete pulse modulation. | Stone discloses a first transmitter operable to wirelessly transmit with discrete pulse modulation.<br><br>One of ordinary skill in the art would understand that the pulse position modulation of Stone is a type of discrete pulse modulation.<br><br>        "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF transmitter and receiver unit 33. Unit 33 may correspond to the telemetry and program logic employed in U.S. Pat. No. 4,556,063 issued to Thompson et al. on Dec. 3, 1985 and U.S. Pat. No. 4,257,423 issued to McDonald et al. on Mar. 24, 1981, both of which are incorporated herein by reference in their entirety. Telemetering analog and/or digital data between antenna 23 and an external device, such as the aforementioned external programmer (not shown in FIG. 2), may be accomplished in the presently disclosed embodiment by means of all data first being digitally encoded and then pulse-position modulated on a damped RF carrier, as substantially described in the above-reference patent to Wyborny et al. The particular programming and telemetry scheme chosen is not believed to be important for the purposes of the present invention so long as it provides for entry and storage of values of operational parameters, and for the interrogation of pacemaker memory, as discussed herein."  Stone, Col 11, l. 52-col. 12, l. 4. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B30**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, *et al.* ("Stone") in view of  U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn")**

Claims 3, 4, 5, 6, 9-15, 19-21, 23, 24, 26-28. 30-36, 38, 40-46, 50- 52, 55-58, 61-64, 67-71, 73, 74, 76-80, 82, 83, 85, and 86 are rendered

obvious by Stone in view of Bornn.   Because both Stone and Bornn disclose systems and methods for wirelessly networking attached patient

monitors and attempt to solve similar problems, it would be obvious for one of ordinary skill in the art to combine the features of Stone and Bornn

to improve the reliability of Stone.

| '991 Patent: Claim 3 | Stone & Bornn |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor capable of being fastened to a surface of a skin of the patient.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the |

| '991 Patent: Claim 3 | Stone & Bornn |
|---|---|
| | patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 4 | Stone & Bornn |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor capable of being in contact with a finger of the patient.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be secured to the finger of the patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 5 | Stone & Bornn |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor located in a fingerclip. |

| '991 Patent: Claim 5 | Stone & Bornn |
|---|---|
|  | Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with a fingerclip.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated." Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 6 | Stone & Bornn |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | **<u>Stone</u>**<br>Stone discloses claim 1 as illustrated in a preceding section.<br>**<u>Bornn</u>**<br><br>Bornn discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface: "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 9 | Stone & Bornn |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor, converter, transmitter, and receiver arranged on a garment.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 10 | Stone & Bornn |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a mattress. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor, converter, transmitter, and receiver arranged on a mattress. |

702913538

| '991 Patent: Claim 10 | Stone & Bornn |
|---|---|
|  | Bornn discloses that the sensors, transmitter, and converter are in a worn torso band. One of ordinary skill in the art would understand that if a patient were sleeping wearing such a band that the components would be arranged on the mattress. <br><br> "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 11 | Stone & Bornn |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | **<u>Stone</u>** <br><br> Stone discloses claim 1 as illustrated in a preceding section. <br><br> **<u>Bornn</u>** <br><br><br> Bornn discloses measuring oxygen saturation. <br><br><br> Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse |

446

| '991 Patent: Claim 11 | Stone & Bornn |
|---|---|
| | oximeter would measure oxygen saturation.

"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 12 | Stone & Bornn |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | **Stone**

Stone discloses claim 1 as illustrated in a preceding section.

**Bornn**

Bornn discloses monitoring the  pulse of a patient.

Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 13 | Stone & Bornn |
|---|---|
| 13. A medical system according to claim 1 wherein the received information is operable to change an amount of redundancy in the digital data. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses received information operable to change an amount of redundancy in the digital data<br><br>The evaluator station of Bornn can change the amount of redundancy in the digital data sent from the patient unit by switching between voice and data modes.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[12] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

---

[12] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 13 | Stone & Bornn |
|---|---|
| |  |

FIG. 8A

FIG. 8B

FIG. 8C

As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

 Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet).

| '991 Patent: Claim 14 | Stone & Bornn |
|---|---|
| 14. A medical system according to claim 13 wherein the received information is operable to change channel coding of the digital data. | Bornn discloses received information operable to change channel coding of the digital data.<br><br>First, as discussed with respect to claim 13, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 13, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 15 | Stone & Bornn |
|---|---|
| 15. A medical system according to claim 14 wherein the channel coding | Stone discloses that the channel coding includes a deterministic code.<br>Stone, through its incorporation of the telemetry technology of Wyborny, discloses a cyclic redundancy code used for forward error correction.  A cyclic redundancy code is |

| '991 Patent: Claim 15 | Stone & Bornn |
|---|---|
| comprises a deterministic code. | a type of linear block code, which is a deterministic code |
| | "The 9760 programmer is a microprocessor-based device which provides a series of encoded signals to pacemaker 10 by means of a programming head which transmits radio-frequency (RF) encoded signals to pacemaker according to the telemetry system laid out, for example, in U.S. Pat. No. 5,127,404 to Wyborny et al. entitled "Improved Telemetry Format", which is assigned |
| | to the assignee of the present invention and which is incorporated herein by reference in its entirety ."  Stone  at col. 10, ll. 24-33. |
| | Wyborny discloses the use of CRC error detection codes. A CRC code is a type of deterministic code. |
| | "Circuitry (CRC) for generating and analyzing the cyclic redundancy code used to forward error detect telemetry data transmitted over RF uplink 26 is indicated at 112. In the preferred embodiment, it is also used for data received by implantable pulse generator 10 via a downlink (not shown). Circuitry (DMA) for providing direct memory access to RAM 104 is indicated at 114, thus permitting multiple byte transfers without constant management by microprocessor 102."  Wyborny at col. 6, ll. 35-44 |

| '991 Patent: Claim 19 | Stone & Bornn |
|---|---|
| 19. A medical system according to claim 1 wherein | |

702913538

| '991 Patent: Claim 19 | Stone & Bornn |
|---|---|
| a second receiver is operable to receive information from the evaluator station. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a second receiver operable to receive information from the evaluator station.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules |

| '991 Patent: Claim 19 | Stone & Bornn |
|---|---|
| | **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 20 | Stone & Bornn |
|---|---|
| 20. A medical system according to claim 19 wherein the second receiver is on a different patient than the at least one receiver. | Bornn discloses a second receiver on a different patient than another receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at |

| '991 Patent: Claim 20 | Stone & Bornn |
|---|---|
| | col. 3, ll. 27-29.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 21 | Stone & Bornn |
|---|---|
| 21. The medical system of claim 20 wherein the evaluator station is operable to communicate with both the at least one receiver and the | Bornn discloses an evaluator station operable to communicate with both the at least one receiver and the second receiver. |

454

| '991 Patent: Claim 21 | Stone & Bornn |
|---|---|
| second receiver. | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 23 | Stone & Bornn |
|---|---|
| 23. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from a second patient. | **Stone**<br>Stone discloses claim 1 as illustrated in a preceding section.<br>**Bornn**<br><br>Bornn discloses a second transmitter operable to transmit digital data from a second patient. |

702913538

| '991 Patent: Claim 23 | Stone & Bornn |
|---|---|
| | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 24 | Stone & Bornn |
|---|---|
| 24. The medical system of claim 1 in which the at least | **<u>Stone</u>**<br>Stone discloses claim 1 as illustrated in a preceding section. |

456

| '991 Patent: Claim 24 | Stone & Bornn |
|---|---|
| one sensor is in contact with a body of the patient and another sensor in contact with a second body. | **Bornn**<br><br>Bornn discloses one sensor in contact with a body of the patient and another sensor in contact with a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body. |

702913538

| '991 Patent: Claim 24 | Stone & Bornn |
|---|---|
| | "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 26 | Stone & Bornn |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a cover at least partially covering a receiver, transmitter, and converter.<br><br>Bornn discloses that the components are under a cover.<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

702913538

| '991 Patent: Claim 26 | Stone & Bornn |
|---|---|
| | Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 27 | Stone & Bornn |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Bornn discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>Bornn discloses that the components are under a cover.<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4). |

| '991 Patent: Claim 27 | Stone & Bornn |
|---|---|
| | Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 28 | Stone & Bornn |
|---|---|
| 28. The medical system of claim 27 further comprising: a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. | Bornn discloses a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 28 | Stone & Bornn |
|---|---|
| | The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).<br><br><br>First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two |

461

| '991 Patent: Claim 28 | Stone & Bornn |
|---|---|
| | parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. Bornn discloses that these sensors and the covering are in contact with the patient's body. "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 30 | Stone & Bornn |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | **Stone** <br> Stone discloses claim 1 as illustrated in a preceding section. <br> **Bornn** <br> Bornn discloses a transmitter responsive to the received information, the received information operative to manipulate the digital data. <br> "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and |

| '991 Patent: Claim 30 | Stone & Bornn |
|---|---|
| | none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br><br><br>Thus when the base station instructs the patient unit to switch between voice mode and |

| '991 Patent: Claim 30 | Stone & Bornn |
|---|---|
| | normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed. <br><br> Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel." Bornn at col. 21, ll. 35-38 <br><br> Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 31 | Stone & Bornn |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | **Stone** <br><br> Stone discloses claim 1 as illustrated in a preceding section. <br><br> **Bornn** <br><br> Bornn discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter. <br><br> Bornn discloses a medical system wherein the data transmitted by the evaluation station (e.g. base station) can control the data transmitted by the electrode (e.g. patient |

| '991 Patent: Claim 31 | Stone & Bornn |
|---|---|
| | unit) to the evaluation station: "A standard channel in accordance with the present invention is a bidirectional link operating at preferably 40K bits per second.  The channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004**, and **3010**) … Each radio modem can switch frequencies (for each direction) under the control of the microprocessor in the unit, e.g. microprocessor **1006** in patient unit **1000**.  Normally, this capability is simply used to sequence through the frequencies for one particular channel.  However, the same capability can also be use [*sic*] to change channels dynamically.  When a particular frequency consistently fails to work – presumably due to interference – the modems are capable of sending information to each other (using control packets defined below) to switch to alternative frequencies" (Bornn at col. 16, ll. 55 through col. 17, ll. 32)  A person skilled in the art would understand that either modem could initiate this change in frequencies since it is possible that only one modem (and either modem) could be experiencing failures in a particular frequency (e.g. if errors were occurring only in one direction due to multi-path effects, etc.).<br><br>Bornn also discloses other data modification features<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn |

| '991 Patent: Claim 31 | Stone & Bornn |
|---|---|
| | at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br><br><br>Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed. |

702913538

| '991 Patent: Claim 32 | Stone & Bornn |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 33 | Stone & Bornn |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station comprising a display operable to display the digital data.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display 2022 and printer 2024. As discussed earlier, the CRT display is used to display patient identification information, physiological information, and other patient records" (Bornn at col. 12, ll. 36-67). |

| '991 Patent: Claim 34 | Stone & Bornn |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, |

468

| '991 Patent: Claim 34 | Stone & Bornn |
|---|---|
| signals, electrodermal activity, patient position, patient motion, and combinations thereof. | EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 35 | Stone & Bornn |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Bornn**<br><br><br><br>Bornn discloses digital data transmitted by the transmitter representing an electrical signal.<br><br><br>"Analog multiplexer receives data from other sources such as ecg signals on lines **1018**.  A/D converter **1036** digitizes the signal from analog multiplexer **1036** and supplies it to microprocessor **1006**.  In turn, microprocessor **1006** takes bytes representative of voice information, and bytes representative of data, and assembles |

| '991 Patent: Claim 35 | Stone & Bornn |
|---|---|
| | them into groups for transmission via radio modem **1004**.  At the central base station, or at the nurse unit end, assuming that central base station 2000 relayed the group directly to the nurse unit, radio modem **3010** [*sic*] receives the group and passes it on to microprocessor **3012**" (Bornn at col. 20, ll. 44-55).  See also col. 11, ll. 12-34 and col. 42, ll. 26-32. |

| '991 Patent: Claim 36 | Stone & Bornn |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Bornn discloses digital data transmitted by the transmitter representing processed information.

"Referring to FIGS. 21A, 21B and 21C, one method for detecting respiration from the chest circumference transducer signals is illustrated. The method has a startup section in which a detection window is wide open and amplifier gain is increased until a threshold number of breaths are detected, e.g. four. Breath rate is also determined" Bornn at col. 35, ll. 5-11.

Additionally, the audio and data coding (Figures 8A-8C) of Bornn involves processing. |

| '991 Patent: Claim 38 | Stone & Bornn |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an | **Stone**

Stone discloses claim 37 as indicated in a preceding section.

**Bornn**

Bornn discloses a first and second arrangements of components, the first arrangement including a converter, a transmitter, and a receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. |

| '991 Patent: Claim 38 | Stone & Bornn |
|---|---|
| additional converter, an additional transmitter, and an additional receiver. | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 40 | Stone & Bornn |
|---|---|
| 40. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to | Bornn discloses first and second arrangements positionable adjacent to different patients. |

| '991 Patent: Claim 40 | Stone & Bornn |
|---|---|
| different patients. | Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>  One of ordinary skill in the art would understand that if the sensor band  is attached to a patient, part of the band is attached to the patient.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.<br><br>Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 40 | Stone & Bornn |
|---|---|
| | First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**.<br><br>Bornn discloses that these sensors and the covering are in contact with the patient's body.<br><br>"In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 41 | Stone & Bornn |
|---|---|
| 41. The medical system of claim 37 wherein received information is operable to change an amount of redundancy in the digital data. | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses received information operable to change an amount of redundancy in the digital data<br><br>Bornn can change the amount of redundancy in the digital data by switching between voice and data mode.  As discussed below,  the evaluator station of Bornn can initiate a change between voice and data modes.  The data modes have checksums[13] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed.<br><br>"… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

[13] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

702913538

| '991 Patent: Claim 41 | Stone & Bornn |
|---|---|
| | <br><br>As illustrated in Figure 8C, when in voice mode  the individual bytes  of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br> Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four  packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet). |

| '991 Patent: Claim 42 | Stone & Bornn |
|---|---|
| 42. The medical system of | Bornn discloses received information operable to change channel coding of the digital |

| '991 Patent: Claim 42 | Stone & Bornn |
|---|---|
| claim 41 wherein the received information is operable to change channel coding of the digital data. | data.<br><br>First, as discussed with respect to claim 41, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 41, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 43 | Stone & Bornn |
|---|---|
| 43. The medical system of claim 42 wherein an additional error correction unit of the evaluator station is operable to perform direct error correction as a function of the channel coding. | Stone discloses an additional error correction unit of the evaluator station operable to perform direct error correction as a function of the channel coding.<br><br>Stone, through its incorporation of the telemetry technology of Wyborny, discloses a cyclic redundancy code used for forward error correction.<br><br>"The 9760 programmer is a microprocessor-based device which provides a series of encoded signals to pacemaker 10 by means of a programming head which transmits |

| '991 Patent: Claim 43 | Stone & Bornn |
|---|---|
| | radio-frequency (RF) encoded signals to pacemaker according to the telemetry system laid out, for example, in U.S. Pat. No. 5,127,404 to Wyborny et al. entitled "Improved Telemetry Format", which is assigned |
| | to the assignee of the present invention and which is incorporated herein by reference in its entirety ."  Stone  at col. 10, ll. 24-33. |
| | Wyborny discloses the use of CRC forward error correction code by the evaluation station. |
| | "Circuitry (CRC) for generating and analyzing the cyclic redundancy code used to forward error detect telemetry data transmitted over RF uplink 26 is indicated at 112. In the preferred embodiment, it is also used for data received by implantable pulse generator 10 via a downlink (not shown). Circuitry (DMA) for providing direct memory access to RAM 104 is indicated at 114, thus permitting multiple byte transfers without constant management by microprocessor 102."  Wyborny at col. 6, ll. 35-44 |

| '991 Patent: Claim 44 | Stone & Bornn |
|---|---|
| 44. The medical system of claim 37 wherein the transmitter is operable to | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section. |

| '991 Patent: Claim 44 | Stone & Bornn |
|---|---|
| wirelessly transmit the digital data with channel coding. | **Bornn**<br><br>Bornn discloses a transmitter operable to wirelessly transmit the digital data with channel coding.<br><br>First, as discussed with respect to claim 41, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 41, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 45 | Stone & Bornn |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station operable to manipulate the digital data. |

| '991 Patent: Claim 45 | Stone & Bornn |
|---|---|
| | "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32).<br><br>The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).<br><br> |

| '991 Patent: Claim 45 | Stone & Bornn |
|---|---|
| | Thus when the base station instructs the patient unit to switch between voice mode and normal mode, it manipulates the data transmitted by the patient unit by instructing the patient unit to change the format of the transmitted data. Because the voice data of "voice mode" does not have a checksum like the data and alert packets, the amount of redundancy is changed.<br><br>Bornn also discloses that "The central base station can also instruct patient units not to send data packets at all, further reducing the bandwidth requirements of each channel." Bornn at col. 21, ll. 35-38<br><br>Additionally, because normal mode includes both status and data, when the base station instructs patient units "not to send data packets at all", the base station is changing the format of the data from the data and control information of Figures 8A and 8B to only the control information of Figure 8B. |

| '991 Patent: Claim 46 | Stone & Bornn |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station operable to control the transmitter.<br><br>Bornn discloses a medical system wherein the data transmitted by the evaluation station (e.g. base station) can control the data transmitted by the electrode (e.g. patient unit) to the evaluation station:  "A standard channel in accordance with the present invention is a bidirectional link operating at preferably 40K bits per second.  The |

| '991 Patent: Claim 46 | Stone & Bornn |
|---|---|
| | channel is implemented by preferably byte-oriented radio modems (e.g. radio modems **1004**, **2004**, and **3010**) … Each radio modem can switch frequencies (for each direction) under the control of the microprocessor in the unit, e.g. microprocessor **1006** in patient unit **1000**.  Normally, this capability is simply used to sequence through the frequencies for one particular channel.  However, the same capability can also be use [*sic*] to change channels dynamically.  When a particular frequency consistently fails to work – presumably due to interference – the modems are capable of sending information to each other (using control packets defined below) to switch to alternative frequencies" (Bornn at col. 16, ll. 55 through col. 17, ll. 32)  A person skilled in the art would understand that either modem could initiate this change in frequencies since it is possible that only one modem (and either modem) could be experiencing failures in a particular frequency (e.g. if errors were occurring only in one direction due to multi-path effects, etc.). <br><br> Bornn also discloses other data modification features <br><br> "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). <br><br> The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

| '991 Patent: Claim 50 | Stone & Bornn |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 51 | Stone & Bornn |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses an evaluator station including a display.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display **2022**" (Bornn at col. 12, ll. 36-64). |

| '991 Patent: Claim 52 | Stone & Bornn |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses an evaluator station including an alarm unit.<br><br>Bornn discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. |

| '991 Patent: Claim 52 | Stone & Bornn |
|---|---|
|  | "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 55 | Stone & Bornn |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a first sensor capable of being fastened to a surface of a skin of the patient.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 56 | Stone & Bornn |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn** |

| '991 Patent: Claim 56 | Stone & Bornn |
|---|---|
| with a finger of the patient. | Bornn discloses first sensor capable of being in contact with a finger of the patient. |
| | Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with the finger of a patient. |
| | "An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 57 | Stone & Bornn |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a first sensor located in a fingerclip.<br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would be in contact with the finger of a patient.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 58 | Stone & Bornn |
|---|---|
| 58. A medical system | Bornn discloses a first sensor, first transmitter, and first receiver operable to be worn |

702913538

| '991 Patent: Claim 58 | Stone & Bornn |
|---|---|
| according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | on a body of the patient with the first sensor in contact with the body.<br><br>Bornn discloses a medical system in which the sensors in the patient unit are attached to the skin surface:  "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 61 | Stone & Bornn |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br><br>Bornn discloses measuring oxygen saturation.<br><br><br>Bornn discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation.<br><br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Bornn at col. 3, ll. 44-45. |

| '991 Patent: Claim 62 | Stone & Bornn |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses the pulse of a patient is monitored.<br><br><br>Bornn further discloses that the medical system is for acquiring measured data, in particular for monitoring body functions: "It is a still further object of the present invention to provide a cardiorespiratory alert system in which multiple sensors are used to monitor physiological conditions …" (Bornn at col. 4, ll. 56-59)  and "The patient unit **1000** provides a sensor assembly having a multiplicity of sensors … which are positioned with respect to the patient's body when the assembly is worn by the patient. These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10). |

| '991 Patent: Claim 63 | Stone & Bornn |
|---|---|
| 63. A medical system according to claim 53 wherein the first receiver is operable to receive the second data, the second data being operable to change an amount of redundancy in the first data. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a first receiver operable to receive second data, the second data being operable to change an amount of redundancy in the first data.<br><br><br>Bornn can change the amount of redundancy in the digital data by switching between voice and data mode.  As discussed below,  the evaluator station of Bornn can initiate a |

487

| '991 Patent: Claim 63 | Stone & Bornn |
|---|---|
|  | change between voice and data modes.  The data modes have checksums[14] (redundant information) in every packet. As discussed below, the  audio mode packet has less frequent checksums, so the redundancy is changed. |
|  | "… it is possible that a situation will arise where all working radio modems **2004** in the central base station **2000** will be in full-time voice mode with particular channels and none is available for monitoring other channels.  When this occurs, one or more of the channels in voice mode are switched back to normal mode." (Bornn at col. 21, ll. 26-32). |
|  | The "voice" and "normal" modes of Bornn utilize different data formats, with the normal mode transmitting both data and control/alert packets and the  voice mode also including voice, with the data multiplexed into certain sections of data packets. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28). |

[14] A checksum is a number representing the sum of other data in a file or packet, which is used for verifying data integrity. Because it contains information that is in other parts of the packet (the sum of the data values) it is redundant information.

| '991 Patent: Claim 63 | Stone & Bornn |
|---|---|
| | 

FIG. 8A

FIG. 8B

FIG. 8C

As illustrated in Figure 8C, when in voice mode the individual bytes of the data packets of Figure 8B are interleaved into the fourth, eight, and twelfth slots of the voice packets of Figure 8C. (Bornn at col. 18, ll. 53-62, col. 20, ll. 13-28).

 Thus, instead of a checksum byte (redundant information) being transmitted in every packet, a checksum byte is transmitted every four packets (the twelve byte data packet is spread over four voice packets, with three bytes in each voice packet). |

| '991 Patent: Claim 64 | Stone & Bornn |
|---|---|

| '991 Patent: Claim 64 | Stone & Bornn |
|---|---|
| 64. A medical system according to claim 63 wherein the second data is operable to change channel coding of the first data. | Bornn discloses second data operable to change channel coding of the first data.<br><br>First, as discussed with respect to claim 63, the evaluation station of Bornn can change the coding and interleaving of the two-way channel between data only and data and digital voice encoded and multiplexed together.  Also, as discussed with respect to claim 63, Bornn can change the frequency of the checksum(an error detection code) exchanged between the devices.<br><br>Additionally, the  evaluator station of Bornn can also change the bandwidth of the voice data exchanged between the devices, which inherently requires a change in channel coding.<br><br>"Alternatively, when other channels need to have additional bandwidth in order to send data and other information associated with an alert, those channels already in voice mode can be made to reduce the bandwidth being used for voice transmission." Bornn at col. 21, ll. 30-34. |

| '991 Patent: Claim 67 | Stone & Bornn |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data | **Stone**<br>Stone discloses claim 53 as indicated in a preceding section.<br>**Bornn** |

| '991 Patent: Claim 67 | Stone & Bornn |
|---|---|
| from the second transmitter. | Bornn discloses a third receiver operable to receive third data from the second transmitter.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |

| '991 Patent: Claim 68 | Stone & Bornn |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | Bornn discloses a third receiver on a different patient than the first receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.<br><br>The patient units are on multiple patients<br><br>"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 69 | Stone & Bornn |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third | Bornn discloses an evaluator station operable to communicate with both the first receiver and the third receiver.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, |

| '991 Patent: Claim 69 | Stone & Bornn |
|---|---|
| receiver. | converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.

"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 70 | Stone & Bornn |
|---|---|
| 70. A medical system according to claim 67 wherein a third transmitter is operable to transmit third data from a second body. | Bornn discloses a third transmitter operable to transmit third data from a second body.

Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors combined under a single covering.

"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.

The patient units are on multiple patients |

| '991 Patent: Claim 70 | Stone & Bornn |
|---|---|
| | "The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |

| '991 Patent: Claim 71 | Stone & Bornn |
|---|---|
| 71. The medical system of claim 53 in which a second sensor is in contact with a second body. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a second sensor in contact with a second body.<br><br>Bornn discloses one sensor in contact with a body of the patient and another sensor in contact with a second body.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in contact with a patient's body.<br><br>"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61. |

| '991 Patent: Claim 71 | Stone & Bornn |
|---|---|
| | The patient units are on multiple patients |
| | "The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29. |
| | Bornn discloses that these sensors and the covering are in contact with the patient's body. |
| | "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body. … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 73 | Stone & Bornn |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a cover at least partially covering the first set of components.<br><br>First, Bornn discloses that signal processing and telemetry components of the electrode |

| '991 Patent: Claim 73 | Stone & Bornn |
|---|---|
| | (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21).<br><br>Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4).<br><br>Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |

| '991 Patent: Claim 74 | Stone & Bornn |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of | Bornn discloses a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components.<br><br>Bornn discloses both multiple patient units (each of which has its own sensors, converter, and receiver/transmitter) and that each patient unit has multiple sensors and conversion/receiving/transmitting components combined under a single covering in |

| '991 Patent: Claim 74 | Stone & Bornn |
|---|---|
| components. | contact with a patient's body.

"In a Hospital Configuration of the present invention, several patient units can communicate with the base station, and the base station can be located at a central location such as a nurses' station." Bornn at col. 2, ll. 58-61.

The patient units are on multiple patients

"The nurse unit is able to display alerts for multiple patients simultaneously." Bornn at col. 3, ll. 27-29.

Bornn discloses a patient unit, which includes sensors for detecting electric, physical, chemical and biological quantities:"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at col. 7, ll. 5-10).

First, Bornn discloses that signal processing and telemetry components of the electrode (e.g. patient unit) are contained within two modules (e.g. **102A** and **102B**): "Modules **102A** and **102B**, include signal processing and radiotelemetry modules which condition the signals from the sensors, for example sensors **24** and **26**, evaluate the signals, detect whether potentially life-threatening events are occurring, then |

| '991 Patent: Claim 74 | Stone & Bornn |
|---|---|
| | communicate with either or both the patient and the central base station **2000** and/or the remote unit" (Bornn at col. 7, ll. 14-21). |
| | Bornn further discloses that these sensors convert the detected quantity into a signal: "Module **102B** is a processing module which receives signals from the various sensors in the patient unit …" (Bornn at col. 10, ll. 3-4). |
| | Bornn further discloses that these modules are located within a covering split into two parts as illustrated in FIG. 1A and FIG. 2A by enclosures marked **102A** and **102B**. |
| | Bornn discloses that these sensors and the covering are in contact with the patient's body. |
| | "In accordance with the present invention, the onboard processor, radiotelemetry device, power source, and sensors of the patient unit are positioned on and cushioned by a torso band and optional shoulder band which provide resilient tension to maintain the sensors in proper physical orientation with respect to the patient's body.  … The cushioning and resilient tension of the torso band operate to partially offset forces which can cause separation between the electrode and the patient's skin. In turn this reduces artifact." (Bornn at col. 3, ll. 4-15). |

| '991 Patent: Claim 76 | Stone & Bornn |
|---|---|
| 76. The medical system of claim 53 wherein the evaluator station further | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section. |

| '991 Patent: Claim 76 | Stone & Bornn |
|---|---|
| includes an alarm unit capable of operation when the first sensor is not responding properly. | **Bornn**<br><br>Bornn discloses an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly.<br><br>Bornn discloses a system alert indicating that the ECG or other parts of the sensor band are not connected. Bornn at Appendix 2 at 26-28.  These alerts can be transmitted to caregivers. Bornn at col. 41, ll.  2-12.<br><br>Bornn discloses that the evaluation station has an alarm unit (e.g. audio and visual alerts): "When a high rate alert is generated, it is indicative that V-T (Ventricular Tachycardia), or SV-T (Supraventricular Tachycardia), or V-Fib (Ventricular Fibrillation) is occurring, for example,  In that case, a tactile, audio tone, and synthesized voice alert would be provided at the patient unit; an audio tone and visual alert would be provided at the optional hospital slave bedside display; the hospital nurse unit would provide an audio and visual alert; the alternate site/home unit would provide audio and visual alerts, and the remote dispatched would receive audio and visual alerts" (Bornn at col. 40, ll. 12-23) and "On the patient unit **1000**, each system alert can result in a distinctive tactile alert or one tactile alert to notify the patient of a general system problem identified more specifically by a visual alert on the "hospital nurse unit, central base station, or slave bedside unit display" or "alternate site/home base station" and remote dispatcher" (Bornn at col. 40, ll. 53-59). |

| '991 Patent: Claim 77 | Stone & Bornn |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn** |

| '991 Patent: Claim 77 | Stone & Bornn |
|---|---|
| display information representative of the first data transmitted by the first transmitter. | Bornn discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"Moving now to FIG. **4**, the functional block of the central base station **2000** of the Hospital Configuration of the present invention will be described in greater detail … As mentioned earlier, computer **2008** can be a dedicated personal computer.  As shown in FIG. **4**, computer **2008** can also have: … 4) a conventional video/printer interface board **2020** for driving a CRT display 2022 and printer 2024. As discussed earlier, the CRT display is used to display patient identification information, physiological information, and other patient records" (Bornn at col. 12, ll. 36-67). |

| '991 Patent: Claim 78 | Stone & Bornn |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The patient unit **1000** provides a sensor assembly having a multiplicity of sensors, for example sensors **24** and **26**, which are positioned with respect to the patient's body when the assembly is worn by the patient.  These sensors measure different physiological parameters of the patient, including ecg, respiration and pulse" (Bornn at |

| '991 Patent: Claim 78 | Stone & Bornn |
|---|---|
|  | col. 7, ll. 5-10). |

| '991 Patent: Claim 79 | Stone & Bornn |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Stone**<br><br>Stone discloses claim 51 as illustrated in a preceding section.<br><br>**Bornn**<br><br>Bornn discloses at least one transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 80 | Stone & Bornn |
|---|---|
| 80. The medical system of | Bornn discloses digital modulation comprising frequency variation, phase variation, |

| '991 Patent: Claim 80 | Stone & Bornn |
|---|---|
| claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | amplitude variation or combinations thereof.<br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second.  Bornn at col. 16, ll. 61-65. |

| '991 Patent: Claim 82 | Stone & Bornn |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Stone**<br>Stone discloses claim 37 as indicated in a preceding section.<br>**Bornn**<br>Bornn discloses a transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 83 | Stone & Bornn |
|---|---|
| 83. The medical system of | Bornn discloses digital modulation comprising frequency variation, phase variation, |

| '991 Patent: Claim 83 | Stone & Bornn |
|---|---|
| claim 82 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | amplitude variation or combinations thereof.<br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second.  Bornn at col. 16, ll. 61-65. |

| '991 Patent: Claim 85 | Stone & Bornn |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | **Stone**<br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Bornn**<br>Bornn discloses a first transmitter operable to wirelessly transmit with digital modulation.<br><br>Bornn discloses that the digital patient information is transmitted via RF frequency signals in a spread spectrum format. Bornn at col. 16, ll. 61-65. One of ordinary skill would understand that this process inherently involves digital modulation of data over an RF medium. |

| '991 Patent: Claim 86 | Stone & Bornn |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation | Bornn discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof.<br><br>Bornn discloses spread spectrum frequency hopping in which the frequency is changed 100 times per second.  Bornn at col. 16, ll. 61-65. |

| '991 Patent: Claim 86 | Stone & Bornn |
|---|---|
| or combinations thereof. | |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B31**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, *et al.* ("Stone") in view of U.S. Pat. No. 5,502,726, "Serial Layered Medical Network," to Fischer ("Fischer")**

Claims 17, 18,  22, 25, 27-29, 38, 39, 41, 65, 66, and 72-75 are rendered obvious by Stone in view of Fischer.  Because both Stone and Fischer disclose systems and methods for wirelessly transmitting patient information and address similar problems,  it would be obvious for one of ordinary skill in the art to combine the features of Stone and Fischer to improve the reliability of Stone.

| '991 Patent: Claim 17 | Stone & Fischer |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | **Stone**<br><br>Stone discloses claim 1 as discussed in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station is operable to perform forward error correction.<br><br>Fischer discloses that the base station can use the channel coding (e.g. error correction codes) to perform direct or forward error correction (i.e. where error coding is used to recreate the missing data without requesting retransmission). |

| '991 Patent: Claim 17 | Stone & Fischer |
|---|---|
| | Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 18 | Stone & Fischer |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | **Stone**<br>Stone discloses claim 1 as discussed in a preceding section.<br><br>**Fischer**<br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 22 | Stone & Fischer |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses a second transmitter operable to transmit digital data from the patient.<br><br>Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments (each with its own receiver/transmitter) could be connected to a single patient.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30. |

| '991 Patent: Claim 25 | Stone & Fischer |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | **Stone**<br><br>Stone discloses claim 1 as indicated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses an evaluator station operable to perform error correction on the digital data transmitted by the at least one transmitter.<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 27 | Stone & Fischer |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Fischer**<br><br><br>Fischer discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>Fischer discloses that the wireless transmitter can be integrated into the same covering as the sensor and converter.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>The "Oximan" pulse oximeters illustrated in Figure 1 include their own internal |

702913538

| '991 Patent: Claim 27 | Stone & Fischer |
|---|---|
|  | wireless capacity, while other devices include an attached mobile network adapter  |

| '991 Patent: Claim 28 | Stone & Fischer |
|---|---|
| 28. The medical system of claim 27 further comprising: a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of | Fischer discloses a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. |

| '991 Patent: Claim 28 | Stone & Fischer |
|---|---|
| being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. | Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that multiple instances of the same instrument would be used on different patients.<br><br>Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br>"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. |

511

| '991 Patent: Claim 29 | Stone & Fischer |
|---|---|
| 29. The medical system of claim 28 wherein the cover and the second cover each at least partially cover a respective error correction unit operable to correct transmission errors in the data transmitted by the evaluator station. | Fischer discloses a cover and a second cover each at least partially cover a respective error correction unit operable to correct transmission errors in the data transmitted by the evaluator station.<br><br>As indicated above with respect to claim 28 each instrument includes a cover.<br><br>Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 38 | Stone & Fischer |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | **Stone**<br><br>Stone discloses claim 37 as indicated in a preceding section.<br><br><br>**Fischer**<br><br><br>Fischer discloses a first and second arrangements of components, the first arrangement including a converter, a transmitter, and areceiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver.<br><br><br><br>Fischer discloses multiple instruments capable of communicating bidirectionally with the workstations.<br><br><br>"In a number of fields, such as the medical field, it is desirable to be able to connect remote instruments to a central computer workstation. Typically, the instruments will gather data and have minimal processing power. The large bulk of data is typically transmitted from the instruments to the computer. In addition to the data, there may be alarm signals which need to be transmitted and immediately received. "  Fischer at col. 1, ll. 17-24<br><br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter |

| '991 Patent: Claim 38 | Stone & Fischer |
|---|---|
| | (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>"Transmissions primarily take place from the instruments to the workstation, and from the workstation to the instruments." Fischer at col. 5, ll. 21-23. |

| '991 Patent: Claim 39 | Stone & Fischer |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | Fischer discloses first and second arrangements positionable adjacent to the patient.<br><br>Figure 1 illustrates instruments of different types  such as noninvasive blood pressure units and pulse oximeters. One of ordinary skill in the art would understand that different instruments could be attached to the same patient. One of ordinary skill in the art would also understand that if a pulse oximeter or blood pressure monitor were worn by a patient, part of the monitor would be adjacent to the patient. |

| '991 Patent: Claim 41 | Stone & Fischer |
|---|---|
| 41. The medical system of claim 37 wherein received information is operable to | Stone and Fischer disclose discloses received information operable to change an amount of redundancy in the digital data |

| '991 Patent: Claim 41 | Stone & Fischer |
|---|---|
| change an amount of redundancy in the digital data. | **Stone**<br><br>Stone discloses claim 37 as illustrated in a preceding section.<br><br>**Fischer**<br><br>Fischer discloses two ways in which redundancy can be changed in the data.<br><br>First Fischer, discloses that the wireless network layer (which is used in both directions) can request retransmission of missed data, thus changing the redundancy. In a March 25, 2004 Petition to Make Special, the applicants argued that that this type of retransmission of data in a competitor's products  was a change in redundancy and met the format change claim limitations of the '991 patent.<br><br>Second, Fischer discloses a change in the relative size of the error correction fields, which include redundant data, and accordingly a change in redundancy.<br><br>As discussed below, Fischer discloses that the workstations can request an ECHO packet in which the  parcel has a longer length INFO field and extra 7 bytes of information. As indicated in Figure 1, the longer parcel forms part of the variable |

| '991 Patent: Claim 41 | Stone & Fischer |
|---|---|
| | length parcel field in the Oxinet packets, which forms part of the variable length "INFO" field in the Oxinet RF Frames.  Accordingly,  the transmission of an ECHO_REQ command to the instrument causes the INFO field of the responsive RF frames to be larger, relative to the Error Correcting Codes ECC, which are fixed at six bytes.(" A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42). Because the ECC fields include redundant data, a change in the relative size of the ECC codes causes a change in the amount of redundancy. "Receipt of an ECHO_REQ results in an immediate ECHO_ REP without any other processing. This parcel has a maximum- length INFO field to ensure that no other parcels occupy the same packet. The T-bit in the PKTF byte must be 25 set=l to activate the necessary timestamping of this parcel. The ECHO action, and packets containing ECHO_REQ and ECHO_REP parcels, are special cases among all network control actions. The entity gnerating the ECHO_REQ parcel creates a maximum-length INFO field, and initializes the first byte of this field=1. This byte is used as a (O-origin) offset to the next available byte of the INFO field. Whenever a packet with the T-bit in the PKTF |

| '991 Patent: Claim 41 | Stone & Fischer |
|---|---|
| | byte=l enters or leaves a station, a 7 -byte report is appended to the end of the INFO field. The first byte of the report is placed at the location indicated by byte 0 of the INFO field. After |
| | inserting this report, the value of byte 0 is incremented by 7. This report comprises: |
| | The (3-byte) STID of the station, and |
| | the (4-byte) timestamp copied from the local millisecond timer." Fischer at col. 36, ll. 20-41 |
| | Requester notes that a "station" is defined in Fischer as including all devices connected to the network, including the instruments. Fischer at col. 6, ll. 43-47. |
| | The ECHO functions described above are handled by "state machines." That are present on both the instruments and the RF bridges. |
| | "transport layer is provided by transport control state machines implemented in software on gateway,(hub) processors, INAs, and RF bridges." Fischer at. col. 13, ll. 36-38. |

| '991 Patent: Claim 65 | Stone & Fischer |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | **<u>Stone</u>**<br><br>Stone discloses claim 53 as discussed in a preceding section.<br><br>**<u>Fischer</u>**<br><br>Fischer discloses an evaluator station operable to perform forward error correction.<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 66 | Stone & Fischer |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | **<u>Stone</u>**<br><br><br>Stone discloses claim 53  as illustrated in a preceding section.<br><br><br>**<u>Fischer</u>**<br><br><br><br><br>Fischer discloses an error correction unit of the first set of components; the error |

| '991 Patent: Claim 66 | Stone & Fischer |
|---|---|
| | correction unit operable to perform error correction on the second data. |
| | Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. |
| | Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 72 | Stone & Fischer |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | **Stone**<br><br>Stone discloses claim 53 as indicated in a preceding section.<br><br>**Fischer** |

| '991 Patent: Claim 72 | Stone & Fischer |
|---|---|
| | Fischer discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter.<br><br>Fischer discloses that the base station can use the channel coding (e.g., error correction codes) to perform direct or forward error correction (i.e. without requiring retransmission of the data).<br><br>Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42.<br><br>Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

| '991 Patent: Claim 73 | Stone & Fischer |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of | **Stone** |

| '991 Patent: Claim 73 | Stone & Fischer |
|---|---|
| components. | Stone discloses claim 53 as indicated in a preceding section<br><br>**Fischer**<br><br>Fischer discloses a cover at least partially covering the first set of components.<br><br>Fischer discloses that the wireless transmitter can be integrated into the same covering as the sensor and converter.<br><br>"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.<br><br>The "Oximan" pulse oximeters illustrated in Figure 1 include their own internal wireless capacity, while other devices include an attached mobile network adapter |

| '991 Patent: Claim 73 | Stone & Fischer |
|---|---|
| |  |

| '991 Patent: Claim 74 | Stone & Fischer |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of | Fischer discloses a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components.<br><br>Fischer discloses in Figure 1, multiple instances of the same type of instrument (Oximan 42, Oximan 48).  One of ordinary skill in the art would understand that |

| '991 Patent: Claim 74 | Stone & Fischer |
|---|---|
| components. | multiple instances of the same instrument would be used on different patients.

Fischer discloses blood pressure monitors and pulse oximeters with fully integrated wireless circuits. One of ordinary skill in the art would understand that a pulse oximeter would be worn in close contact with the body.

"Each of the other instruments connected to the network either contains its own internal gateway or is connected through a gateway called a peripheral network adapter (PNA) 18". Fischer at col. 3, ll. 27-30.

"For example, a gateway [wireless network adapter] with a pulse oximeter attached may establish a session with a workstation. The pulse oximeter would provide virtual services for real time data streams for oxygen saturation values, ECG values and pulse values. A separate virtual service called trend service would periodically store real time data for subsequent retrieval. These would communicate with virtual services in the workstation over a single established session. The oxygen saturation and ECG may communicate with a display control virtual service at the workstation, while the pulse value service communicates with an annunciator service at the workstation, for instance. The workstation can simultaneously carry on other sessions with other pulse oximeters or other instruments. A single session may last the duration of a patient's stay in a hospital room."   Fischer at col. 1, l. 55 - col. 2, l. 2. |

| '991 Patent: Claim 75 | Stone & Fischer |
|---|---|
| 75. The medical system of claim 74 wherein the cover at least partially covers an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter. | Fischer discloses cover at least partially covering an error correction unit operable to correct transmission errors in the second data transmitted from the second transmitter. <br><br> As discussed with respect to claim 73 and 74, Fischer multiple instruments can communicate with the workstation and enclose components within a covering. <br><br> Fischer discloses an error correction unit operable to perform error correction on the information received by a receiver. <br><br> Fischer discloses that "A 6-byte error-correcting code is used to permit most errors in the contents of the Oxinet2 packet to be corrected without requiring retransmission." Fischer at col. 12, ll. 40-42. <br><br> Because the error correction field is included in all packets one of ordinary skill would understand that error correction is performed on both ends of the transmission. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B32**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: 31.    U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, et al. ("Stone") in view of U.S. Pat. No. 5,307,818, "Wireless Electrocardiographic Monitoring System and Wireless Electrode Assemblies for Same," to Segalowitz.  ("Segalowitz")**

Claim 22 is rendered obvious by Stone in view of Segalowitz.  Stone discloses a mobile monitoring system which includes a mobile sensor transmitting information to a base station.  Segalowitz discloses multiple electrodes with independent transmission capability. It would be obvious for one of ordinary skill in the art to modify the disclosure of Stone to add additional sensors to Stone, each having its own transmitter to improve the sensing features of Stone. Accordingly, Stone and Segalowitz render claim 22 obvious.

| '991 Patent: Claim 22 | Stone & Segalowitz |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | **Stone**<br><br>Stone discloses claim 1 as illustrated in a preceding section.<br><br>**Segalowitz**<br><br>Segalowitz discloses a second transmitter operable to transmit digital data from the |

| '991 Patent: Claim 22 | Stone & Segalowitz |
|---|---|
|  | patient. |
|  | Segalowitz discloses multiple electrodes, each with its own wireless transmitter, Segalowitz at Fig. 1, col. 8, l.54- col. 9, ll. 22. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B33**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

1. **§ 103 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone,** *et al.* **("Stone") in view of European Patent 0553372, "Method and System for Monitoring Vital Signs," to Pross ("Pross")**

Claims 4, 5, 10, 56, and 57 are rendered obvious by Stone in view of Pross.   Stone discloses a method for wirelessly transmitting from an

implantable heart to a monitor.  Pross discloses a portable patient monitor.  Pross, Abstract.  It would have been obvious to one of ordinary skill in

the art to combine Stone and Pross improve the sensing features of Stone as both relate to mobile/portable patient monitoring stations and both

utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Stone, when

combined with Pross, discloses claims 4, 5, 10, 56, and 57 as illustrated in the tables below.

| '991 Patent Claim 4 | Stone & Pross |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | **Stone**<br><br>Stone discloses claim 1 as shown in the Stone anticipation chart above<br><br>**Pross**<br><br><br><br>Pross discloses a sensor capable of being in contact with a finger of the patient:<br><br><br><br>"A multiplicity of single cables 11a to 11d provide connection with |

| '991 Patent Claim 4 | Stone & Pross |
|---|---|
| | physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 5 | Stone & Pross |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | **Stone** Stone discloses claim 1 as shown in the Stone anticipation chart above. **Pross** Pross discloses a sensor located in a fingerclip: "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 10 | Stone & Pross |
|---|---|
| 10. A medical system according to claim 1 wherein the sensor, the converter, the | **Stone** Stone discloses claim 1 as shown in the Stone anticipation chart above. |

528

| '991 Patent Claim 10 | Stone & Pross |
|---|---|
| transmitter, and the receiver are arranged on a mattress. | **Pross**<br><br>Pross discloses a sensor, converter, transmitter, and receiver arranged on a mattress.<br><br>"The combiner is placed or fixed near or at the bed of a patient 13."  Pross, col. 13, ll. 15-16.<br><br>"In this embodiment, its housing is provided with a clamp 32 for attachment to a rod 33 which may be positioned near, or attached to, the patient's bed."  Pross, col. 16, ll. 10-18. |

| '991 Patent Claim 56 | Stone & Pross |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | **Stone**<br><br>Stone discloses claim 53 as shown in the Stone anticipation chart above.<br><br>**Pross**<br><br>Pross discloses first sensor capable of being in contact with a finger of the patient.<br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 l c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

| '991 Patent Claim 57 | Stone & Pross |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | **Stone**<br><br>Stone discloses claim 53 as shown in the Stone anticipation chart above.<br><br>**Pross**<br><br>Pross discloses a first sensor located in a fingerclip.<br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." Pross, col. 12, ll. 23-30. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B34**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**2.   § 103 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, *et al.* ("Stone") in view of  WO 91/18550, "Pulse Responsive Drive," to Mathews ("Mathews")**

Claims 7, 8, 47-49, 59, and 60 are rendered obvious by Stone in view of Mathews. Stone discloses a system for wirelessly transmitting patient

information.   Mathews discloses a device for measuring and transmitting patient information.  It would have been obvious to one of ordinary skill

in the art to combine Stone and Matthews improve the sensing features of Stone as both relate to patient monitoring and both attempt to solve

similar issues with patient monitoring.

| '991 Patent: Claim 7 | Stone & Mathews |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | **Stone**<br><br>Stone discloses claim 1 as shown in the Stone anticipation chart above.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist.<br><br><br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35. |

| '991 Patent: Claim 7 | Stone & Mathews |
|---|---|
|  | "The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 8 | Stone & Mathews |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Stone and Mathews discloses a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation.<br><br>**Stone**<br><br>Stone discloses the subject matter of claim 1 as illustrated in a preceding section.<br><br>Stone discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation.<br><br>"An external oximeter and blood pressure measuring capability can also be accommodated."  Stone at col. 4, ll. 44-45.<br><br>One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist. One of ordinary skill in the art would understand that a pulse oximeter measures oxygen saturation. |

702913538

| '991 Patent: Claim 8 | Stone & Mathews |
|---|---|
| | "Instead, the entire pulse responsive device may be arranged for wearing on the wrist or the back of the hand." Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 47 | Stone & Mathews |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | **Stone**<br><br>Stone discloses claim 37 as shown in a preceding section.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist.<br><br>"Instead, the entire pulse responsive device may be arranged for wearing on the wrist or the back of the hand." Matthews at p.2, ll. 34-35. |

| '991 Patent: Claim 47 | Stone & Mathews |
|---|---|
|  | "The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 48 | Stone & Mathews |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Stone and Mathews disclose a sensor operable to be placed on a wrist of the patient. **Stone** Stone discloses claim 37 as illustrated in a preceding section. **Mathews** Matthews discloses a pulse oximetry device that may be worn on the wrist. "Instead, the entire pulse responsive device may be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35. "The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 49 | Stone & Mathews |
|---|---|
| 49. The medical system of | Stone and Mathews  disclose measuring oxygen saturation. |

| '991 Patent: Claim 49 | Stone & Mathews |
|---|---|
| claim 48 wherein oxygen saturation is measured. | Matthews discloses a pulse oximetry device that may be worn on the wrist. One of ordinary skill in the art would understand that a pulse oximeter measures oxygen saturation.<br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 59 | Stone & Mathews |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | **Stone**<br><br>Stone and Mathews disclose claim 58 as shown in a preceding section.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist.<br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist |

| '991 Patent: Claim 59 | Stone & Mathews |
|---|---|
|  | or the back of the hand."  Matthews at p.2, ll. 34-35. |
|  | "The pulse responsive device may be in the form of a pulse oximetry device." Mathews at p. 3, ll. 26-28. |

| '991 Patent: Claim 60 | Stone & Matthews |
|---|---|
| 60. A medical system according to claim 53 wherein the first sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Stone & Matthews disclose a first sensor placed on a wrist of a patient and wherein the medical system measures oxygen saturation. |
|  | Stone and Mathews discloses a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation. |
|  | **Stone** |
|  | Stone discloses the subject matter of claim 53 as illustrated in a preceding section. |
|  | Stone discloses an optional external pulse oximeter that connects to the sensor/transmitter unit. One of ordinary skill in the art would understand that a pulse oximeter would measure oxygen saturation. |
|  | "An external oximeter and blood pressure measuring capability can also be |

| '991 Patent: Claim 60 | Stone & Matthews |
|---|---|
| | accommodated."  Stone at col. 4, ll. 44-45.<br><br>One of ordinary skill in the art would understand that the pulse oximeter which could be attached to the wrist.<br><br>**Mathews**<br><br>Matthews discloses a pulse oximetry device that may be worn on the wrist. One of ordinary skill in the art would understand that a pulse oximeter measures oxygen saturation.<br><br>"Instead, the entire pulse responsive device may  be arranged for wearing on the wrist or the back of the hand."  Matthews at p.2, ll. 34-35.<br><br>"The pulse responsive device may be in the form of a pulse oximetry device."  Mathews at p. 3, ll. 26-28. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B35**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

3.   **§ 103 Reference: "U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone,** *et al.* **("Stone")  in view of GB 2259772, "Biological Signal Monitor and Transmitter," to Kinoshita.  ("Kinoshita")**

Claim 9 is rendered obvious by Stone in view of Kinoshita. Stone discloses a mobile patient monitoring system which includes a mobile sensor transmitting information to a base station.  Kinoshita discloses a biological signal monitor and transmitter for monitoring patients. Kinoshita, p. 1, ll. 3-18.  It would have been obvious to one of ordinary skill in the art to combine Stone and Kinoshita improve the sensing features of Stone as both relate to patient monitoring and both utilize portable devices to assist with patient monitoring and both attempt to solve similar issues with patient monitoring.  As such, Stone, when combined with Kinoshita, discloses claim  9 as illustrated in the tables below.

| '991 Patent: Claim 9 | Stone & Kinoshita |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | **Stone**<br><br>Stone discloses claim 1 as shown in the Stone anticipation chart above.<br><br>**Kinoshita**<br><br>Kinoshita discloses a sensor, converter, transmitter, and receiver arranged on a garment. |

| '991 Patent: Claim 9 | Stone & Kinoshita |
|---|---|
| | "A plurality of shirts 1 as shown in Fig. 2 are put on a plurality of persons to be monitored. As shown in Fig. 3, each shirt 1 comprises a detector 12 including a pair of electrodes 10a and 10b for detecting a biological signal, such as an electrocardiogram waveform, generated by a person to be monitored, and a transmitter 13 including a coil 2 for transmitting the biological signal detected by the detector 12 in the form of an electromagnetic induction signal."  Kinoshita, p. 13, ll. 7-15.<br><br>"A shirt main body 9 has a shape of, e.g., an athletic-style shirt . The pair of electrodes 10a and l0b are arranged at the right and left underarm positions of the shirt main body 9 and brought into contact with the skin of a person to be monitored having the shirt 1 on."  Kinoshita, p. 14, ll. 19-24. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B36**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**4.   § 103 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, *et al.* ("Stone") in view of GB 1543441, "Patient Monitoring System," to Kalman, *et al.* ("Kalman")**

Claims 2, 7, 8, 47, 48, 54, 59, and 60 are rendered obvious by Stone in view of Kalman.  Stone discloses a system for wirelessly transmitting patient information.  Kalman discloses a patient monitoring system with a plurality of monitoring stations that report to a single central station.  Kalman, p. 1, ll. 11-15.  Both Stone and Kalman relate to monitoring a patient and then transmitting patient information over a radio link.  It would have been obvious to one of ordinary skill in the art to combine Stone and Kalman improve the sensing features of Stone as both relate to patient monitoring and both attempt to solve similar issues with patient monitoring.

| '991 Patent: Claim 2 | Stone & Kalman |
|---|---|
| 2. A medical system according to claim 1 wherein the sensor, converter, transmitter, and receiver are integrated in one semiconductor chip. | **Stone**<br><br>Stone discloses claim 1 as shown in a preceding section.<br><br>**Kalman**<br><br>Kalman  discloses a sensor, converter, transmitter, and receiver integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits."  Kalman, p. 4, ll. 7-11. |

702913538

| '991 Patent: Claim 7 | Stone & Kalman |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | **Stone**<br><br>Stone discloses claim 1 as shown in the Stone anticipation chart above.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 7 | Stone & Kalman |
|---|---|
|  |  |

| '991 Patent: Claim 8 | Stone & Kalman |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Stone and Kalman discloses a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation. **Stone** Stone discloses the subject matter of claim 1 as illustrated in a preceding section. Stone discloses measuring oxygen saturation. " Although piezoelectric activity sensors are common, there are other methods of monitoring a patient's metabolic demand for oxygenated blood. For example, blood oxygen saturation may be measured directly, as disclosed in U.S. Pat. No. 4,467,807 issued to Bornzin, U.S. Pat. No. 4,807,629 issued to Baudino et al., and in U.S. Pat. No. 4,750,495 issued to Brumwell et al." Stone at col. 1, ll. 61-67. **Kalman** Kalman discloses a sensor placed on the wrist. "The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 8 | Stone & Kalman |
|---|---|
| |  |

/

| '991 Patent: Claim 47 | Stone & Kalman |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | **Stone**<br><br>Stone discloses claim 37 as shown in a preceding section.<br><br>**Kalman** |

| '991 Patent: Claim 47 | Stone & Kalman |
|---|---|
|  | Kalman discloses a converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 48 | Stone & Kalman |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Stone and Kalman disclose a sensor operable to be placed on a wrist of the patient.<br><br>**Stone**<br><br>Stone discloses claim 37 as illustrated in a preceding section.<br><br>**Kalman**<br><br>Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 49 | Stone & Kalman |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Stone and Kalman disclose measuring oxygen saturation. **Stone** Stone discloses measuring oxygen saturation. " Although piezoelectric activity sensors are common, there are other methods of monitoring a patient's metabolic demand for oxygenated blood. For example, blood oxygen saturation may be measured directly, as disclosed in U.S. Pat. No. 4,467,807 issued to Bornzin, U.S. Pat. No. 4,807,629 issued to Baudino et al., and in U.S. Pat. No. 4,750,495 issued to Brumwell et al." Stone at col. 1, ll. 61-67. |

| '991 Patent: Claim 54 | Stone & Kalman |
|---|---|
| 54. A medical system according to claim 53 wherein the first set of components is integrated in one semiconductor chip. | Stone discloses claim 53 as shown in a preceding section. **Kalman** Kalman discloses a first set of components integrated in one semiconductor chip. "The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits." Kalman, p. 4, ll. 7-11. |

| '991 Patent: Claim 59 | Stone & Kalman |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first | **Stone** Stone discloses claim 58 as shown in a preceding section. |

| '991 Patent: Claim 59 | Stone & Kalman |
|---|---|
| receiver are arranged in a bracelet. | **Kalman**<br><br>Kalman discloses a first sensor, first transmitter, and first receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."   Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 60 | Stone & Kalman |
|---|---|
| 60. A medical system according to claim 53 wherein the first sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Stone and Kalman disclose a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation.<br><br>**Stone**<br><br>Stone discloses the subject matter of claim 53 as illustrated in a preceding section.<br><br>Stone discloses measuring oxygen saturation.<br><br>" Although piezoelectric activity sensors are common, there are other methods of monitoring a patient's metabolic demand for oxygenated blood. For example, blood oxygen saturation may be measured directly, as disclosed in U.S. Pat. No. 4,467,807 issued to Bornzin, U.S. Pat. No. 4,807,629 issued to Baudino et al., and in U.S. Pat. No. 4,750,495 issued to Brumwell et al." Stone at col. 1, ll. 61-67.<br><br>**Kalman**<br><br>Kalman discloses a sensor placed on the wrist.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  Kalman, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 60 | Stone & Kalman |
|---|---|
| |  |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B37**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**5.** **§ 103 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, *et al.* ("Stone") in view of U.S. Pat. No. 4,409,594, "Apparatus for Performing Radio Frequency Pulse Modulation with Automatic Modulation Control," to Graziani ("Graziani")**

Claims 79-87 are rendered obvious by Stone in view of Graziani. Stone discloses wireless communication between a patient and a base station.  Graziani discloses an apparatus for  radio frequency pulse modulation.  Graziani, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Stone and Graziani improve the reliability of Stone as Stone uses radio frequency communication for which Graziani discloses an apparatus and improved techniques for communicating reliably.  As such, Stone, when combined with Graziani, discloses claims 79-87 as illustrated in the tables below.

| '991 Patent: Claim 79 | Stone & Graziani |
| --- | --- |
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Stone**<br><br>Stone discloses claim 37 as shown in the Stone anticipation chart above.<br><br>**Graziani**<br><br>Even if Stone did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency ***input to a pulse-modulated carrier signal*** and to a further frequency video |

550

| '991 Patent: Claim 79 | Stone & Graziani |
|---|---|
|  | pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 80 | Stone & Graziani |
|---|---|
| 80. The medical system of claim 79 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | <u>Graziani</u><br><br>Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-*frequency input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude* |

| '991 Patent: Claim 80 | Stone & Graziani |
|---|---|
|  | *level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 81 | Stone & Graziani |
|---|---|
| 81. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **Stone**<br><br>Stone discloses claim 1 as shown in the Stone anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses at least one transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-*frequency input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous |

| '991 Patent: Claim 81 | Stone & Graziani |
|---|---|
|  | with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; ***fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;*** and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 82 | Stone & Graziani |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | **Stone**<br><br>Stone discloses claim 37 as shown in the Stone anticipation chart above.<br><br>**Graziani**<br><br>Even if Stone did not disclose this limitation, Graziani discloses a transmitter operable to wirelessly transmit the digital data with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency ***input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier |

| '991 Patent: Claim 82 | Stone & Graziani |
|---|---|
|  | signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 83 | Stone & Graziani |
|---|---|
| 83. The medical system of claim 82 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | **Graziani**<br><br>Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of* |

| '991 Patent: Claim 83 | Stone & Graziani |
|---|---|
| | *said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means*; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 84 | Stone & Graziani |
|---|---|
| 84. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with discrete pulse modulation. | **Stone**<br><br>Stone discloses claim 37 as shown in the Stone anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses a transmitter operable to wirelessly transmit the digital data with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse |

| '991 Patent: Claim 84 | Stone & Graziani |
|---|---|
|  | as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse." Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 85 | Stone & Graziani |
|---|---|
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | **Stone**<br><br>Stone discloses claim 53 as shown in the Stone anticipation chart above.<br><br>**Graziani**<br><br>Even if Stone did not disclose this limitation, Graziani discloses a first transmitter operable to wirelessly transmit with digital modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including at least one radio-frequency amplifier responsive on a radio-frequency *input to a pulse-modulated carrier signal* and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; *second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth |

| '991 Patent: Claim 85 | Stone & Graziani |
|---|---|
| | means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 86 | Stone & Graziani |
|---|---|
| 86. The medical system of claim 85 wherein the digital modulation comprises frequency variation, phase variation, amplitude variation or combinations thereof. | Graziani discloses digital modulation comprising frequency variation, phase variation, amplitude variation or combinations thereof: <br><br> "1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including *at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;* third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; *fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means;* and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

| '991 Patent: Claim 87 | Stone & Graziani |
|---|---|
| 87. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with discrete pulse modulation. | **Stone**<br><br>Stone discloses claim 53 as shown in the Stone anticipation chart above.<br><br>**Graziani**<br><br>Graziani discloses a first transmitter operable to wirelessly transmit with discrete pulse modulation:<br><br>"1. A radio-frequency pulse transmitting system such as DME or Tacan comprising: first means including ***at least one radio-frequency amplifier responsive on a radio-frequency input to a pulse-modulated carrier signal*** and to a further frequency video pulse on a control terminal for producing radio-frequency output pulses having predetermined envelope characteristics; ***second means for discretely sampling said radio-frequency output pulses at a plurality of amplitude levels and for generating discrete modulation control signals each representing the duration of the envelope of said radio-frequency output pulses at a predetermined corresponding amplitude level;*** third means for generating a plurality of separate video pulse trains synchronous with and of pulse duration not exceeding the pulses of said pulse modulated carrier signal; fourth means comprising a separate gain-controllable amplifier responsive to each of said second means modulation control signals and to a corresponding one of said third means video pulses to adjust the amplitude of said corresponding video pulse as a function of the corresponding control signal from said second means; and fifth means for combining said video pulses from said third means to provide a train of pulses having peak amplitude substantially equal to the sum of the amplitudes of said video pulses from said third means, said combined pulse train being applied at said radio-frequency amplifier as said further modulating pulse."  Graziani, col. 4, ll. 25-56. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B38**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,372,607, "Method and Apparatus for Monitoring Pacemaker Intervals," to Stone, *et al.* ("Stone") in view of U.S. Pat. No. 5,348,008, "Cardiorespiratory Alert System," to Bornn, *et al*, ("Bornn") in further view of U.S. Pat. No. 5,091,945, "Source Dependent Channel Coding with Error Protection," to Kleijn, ("Kleijn")**

Claim 16 is rendered obvious by Stone in view of Bornn in further view of Kleijn.   Stone  and Bornn disclose  mobile patient monitoring systems which include a mobile devices wirelessly transmitting information to a monitor.   Kleijn discloses channel coding across a communication link.  Kleijn, Abstract.  It would have been obvious to one of ordinary skill in the art to combine Stone, Bornn, and Kleijn improve the reliability of Stone as Stone and Bornn use a communication link and Kleijn discloses an improved implementation for a communication link. As such, Stone  and Bornn, when combined with Kleijn, disclose claim 16 as illustrated in the tables below.

| **'991 Patent: Claim 16** | **Stone Bornn & Kleijn** |
|---|---|
| 16. A medical system according to claim 14 wherein the channel coding comprises stochastic code. | **Stone &Bornn**<br><br>Stone and Bornn disclose claim 14 as shown in a preceding section.<br><br><br>**Kleijn** |

| '991 Patent: Claim 16 | Stone Bornn & Kleijn |
|---|---|
|  | Kleijn discloses channel coding comprising a stochastic code.<br><br>    "5.2. Results for the Stochastic Codebook The behavior of the mean distance function Di(rij) of the stochastic codebook does not show regularity like that of the adaptive codebook index. The mean distance of the candidate vectors to the target vector given that a certain sequence (D127(R127j)) provides the best match is illustrated in FIG. 14. The only structure which is clear in this figure results from the overlapping nature of the stochastic codebook (neighboring candidates are shifted by two samples); direct neighbors are often preferred candidates for single bit reversals of the label."  See, e.g., Kleijn at col. 3, l. 60 – col. 4, l. 3; col. 21, ll. 9-40. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B39**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Pat. No. 4,562,841, "Programmable Multi-Mode Cardiac Pacemaker to Brockway, et al ("Brockway")**

| '991 Patent: Claim 1 | Brockway |
|---|---|
| 1. A medical system for monitoring body functions of a patient comprising: | "A programmable cardiac pacemaker that is selectively programmable via a radio frequency communications link into one of a plurality of a single and dual chamber pacing modes. Depending upon the mode selected, an associated plurality of pacing parameters may be programmed, each within a predetermined range of possible magnitudes. The pacemaker includes a rate smoothing function for preventing the rate interval from changing by more than a predetermined percentage on a cycle-to-cycle basis; and a graceful degradation function for causing the ventricular pacing rate to decay when the atrial rate exceeds a programmed upper rate limit for a predetermined length of time. A graceful degration onset time and rate of decay are also programmable. Additionally, the pacemaker contains a set of pre-programmed alternative pacing parameters for at least one mode and which can be independently reverted to. The pacemaker control circuitry is organized about a central bus into an I/O controller and a pacing controller. Pacing control is continuous and its I/O communications operate on a prioritized basis. I/O control permits the programming of any register and the interrogation of a variety of analog parameters associated therewith."  Abstract. |
|  | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate. |
|  | The pulse generator control circuitry is generally configured in the form of input/output (I/O) controller circuitry and pulse generator (PG) or pacing controller circuit and each of which operate independently of one another so as to permit the PG controller to pace the heart in the selected mode, independent of any concurrent communications between an external programmer and the I/O controller. The I/O and |

| '991 Patent: Claim 1 | Brockway |
|---|---|
| | PG controller, in turn, communicate with one another via a three bus, paged system employing an arithmetic logic unit, interrupt vector logic circuitry, priority arbitration circuitry, branch control circuitry and associated decoding and timing circuitry." 2:1-30. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>*See also* 4:8-42. |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | "Continuing on with the description of the I/O controller circuitry, attention is next directed to the digital to-analog (D/A) interface circuitry that is used to decode the various programmed parameters and sense and/or pace the proper heart chambers. In particular, attention is directed to the two, 4 bit digital-to-analog (D/A) converters 132 and 134 and to the two, 6 bit D/A converters 136 and 138, see FIGS. 5.14 and 5.18. These D/A converters are used to control the atrial and ventricular pacing pulse amplitudes and the atrial and ventricular sensitivity thresholds. The pacing amplitude is determined in part by selecting and coupling the four least significant of the eight bits of data stored in the PACE AMPL register 56 to the D/A converter 108. The other four bits of the PACE AMPL register 56 are then selected and coupled via the multiplexer 140 to the converter 134, as opposed to the corresponding nominal ventricular sensitivity bits that are also coupled to multiplexer 140, via conductor 142 and the MODE 1 register 94. The four bit outputs from the two D/A convertors 132 and 134 are then wire OR'ed together and the subsequent sum of the two analog currents determines the pacing amplitude established by the analog chip and which for the presently preferred embodiment is established to be the same." 17:6-30.<br><br>"Next, attention is directed to the analog-to-digital (A/D) converter circuitry 118, which is shown in greater detail in FIGS. 5.16 and 5.17, and which contains circuitry for monitoring various sensed of heart functions as well as various other body functions. These functions can thereby be individually sensed and converted into digital values which, in turn, can be evaluated by the operator or external programmer 10. At present, however, the A/D converter circuitry 118 is used primarily for interrogating the battery to determine its remaining life, such as during the MAG RATE or batter check conditions, but the circuitry has been designed to permit the expansion of the pulse generator 14's |

| '991 Patent: Claim 1 | Brockway |
|---|---|
| | capabilities to sense additional body functions." 17:59-18:4. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.

"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.

*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17.

"Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted |

| '991 Patent: Claim 1 | Brockway |
|---|---|
| | that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64. <br><br> "Immediately following the establishment of synchronization and referring to FIGS. 3b to 3c the programmer 10 typically transmits a command sequence that specifies the pulse generator type, the command type (see Table 2) and a sub-system address. For instance, the programmer 10 may transmit a WRITE command, followed by a cyclic redundancy check (CRC) word which generally accompanies every transmission and confirms the accuracy thereof. The pulse generator 14 then responds with another flag word, a response word that contains its own error information, a pulse generator status word (e.g. buffer ready) and the internal address of the responding sub-system. On the other hand, the pulse generator 14 may transmit a READ command and to which the pulse generator 14 would respond with the requested data along with another CRC word. Alternatively, if an error was detected by the pulse generator 14, it would respond with a flag word and an appropriate response indicating the type of error and its own CRC word." 5:67-6:18. <br><br> "Prior to referring to the individual fields of the command and response words, it is to be recalled that the programmer 10 and pulse generator 14, each transmit a CRC word, see FIGS. 3b, 3c and 3d, with each transmission. The CRC word is an error control word that is used in all modes of transmission, except "IDLE", to confirm the accuracy of the transmission. It is comprised of a 16 bit remainder from a long division operation that is performed by the CRC check/generator circuitry 48, see FIG. 5.6, and which uses all the words in a transmission, except the flag word, as a binary dividend and the CRC generator polynomial (i.e. $X^{16} + X^{12} + X^5 + 1$) 1 as a divisor. Thus, for each transmission, the transmitter, whoever it is, includes its CRC word in its transmission and the receiver performs a similar division, upon receipt, using all the words of the transmission (again excluding the flag word, |

| '991 Patent: Claim 1 | Brockway |
|---|---|
| | but including the received CRC word) to calculate another CRC word. If a non-zero result is obtained from the receiver's division operation, a transmission error is indicated. If, however, the result of the division is zero, then no error is deemed to have occurred during the transmission. It is to be noted too that this division process is essentially performed by logic manipulations within the I/O controller circuitry and thus does not require arithmetic processing time." 11:43-68.<br><br>*See also* 12:43-62; 13:62-14:5; 25:7-42; Fig. 1a, 3a-d, 4a-d, 5.1-5.22, 10a- |

| '991 Patent: Claim 12 | Brockway |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>*See also* 4:8-42. |

| '991 Patent: Claim 17 | Brockway |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform error correction. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17.<br><br>"Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one |

| '991 Patent: Claim 17 | Brockway |
|---|---|
|  | of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64.<br><br>*See also* 5:67-6:18; 11:43-68; 12:43-62; 13:62-14:5; 25:7-42. |

| '991 Patent: Claim 18 | Brockway |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17.<br><br>"Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. |

| '991 Patent: Claim 18 | Brockway |
|---|---|
|  | Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64.<br><br>*See also* 5:67-6:18; 11:43-68; 12:43-62; 13:62-14:5; 25:7-42. |

| '991 Patent: Claim 19 | Brockway |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |

| '991 Patent: Claim 22 | Brockway |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the |

| '991 Patent: Claim 22 | Brockway |
|---|---|
| operable to transmit digital data from the patient. | pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.

"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.

*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |

| '991 Patent: Claim 25 | Brockway |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate."
2:1-17;

"Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted |

| '991 Patent: Claim 25 | Brockway |
|---|---|
|  | that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64.<br><br>*See also* 5:67-6:18; 11:43-68; 12:43-62; 13:62-14:5; 25:7-42. |
| '991 Patent: Claim 26 | Brockway |
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | *See* Fig. 1b. |

| '991 Patent: Claim 27 | Brockway |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | *See* Fig. 1b. |

| '991 Patent: Claim 30 | Brockway |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should |

| '991 Patent: Claim 30 | Brockway |
|---|---|
|  | circumstances dictate." 2:1-17. "Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers."  4:43-64. "Immediately following the establishment of synchronization and referring to FIGS. 3b to 3c the programmer 10 typically transmits a command sequence that specifies the pulse generator type, the command type (see Table 2) and a sub-system address. For instance, the programmer 10 may transmit a WRITE command, followed by a cyclic redundancy check (CRC) word which generally accompanies every transmission and confirms the accuracy thereof. The pulse generator 14 then responds with another flag word, a response word that contains its own error information, a pulse generator status word (e.g. buffer ready) and the internal address of the responding sub-system. On the other hand, the pulse generator 14 may transmit a READ command and to which the pulse generator 14 would respond with the requested data along with another CRC word. Alternatively, if an error was detected by the pulse generator 14, it would respond with a flag word and an appropriate response indicating the type of error and its own CRC word."  5:67-6:18. "Prior to referring to the individual fields of the command and response words, it is to be recalled that the programmer 10 and pulse generator 14, each transmit a CRC word, see FIGS. 3b, 3c and 3d, with each transmission. The CRC word is an error control word that is used in all modes of transmission, except "IDLE", to confirm the accuracy of the transmission. It is comprised of a 16 bit remainder from a long division operation that is performed by the CRC check/generator circuitry 48, see FIG. 5.6, and which uses all the words in a transmission, except the flag word, as a binary dividend and the CRC generator polynomial (i.e. $X.sup.16 + X.sup.12 + X.sup.5 + 1$) 1 as a divisor. Thus, for each transmission, |

| '991 Patent: Claim 30 | Brockway |
|---|---|
|  | the transmitter, whoever it is, includes its CRC word in its transmission and the receiver performs a similar division, upon receipt, using all the words of the transmission (again excluding the flag word, but including the received CRC word) to calculate another CRC word. If a non-zero result is obtained from the receiver's division operation, a transmission error is indicated. If, however, the result of the division is zero, then no error is deemed to have occurred during the transmission. It is to be noted too that this division process is essentially performed by logic manipulations within the I/O controller circuitry and thus does not require arithmetic processing time." 11:43-68.<br><br>*See also* 12:43-62; 13:62-14:5; 25:7-42; Fig. 1a, 3a-d, 4a-d, 5.1-5.22, 10a-g |

| '991 Patent: Claim 31 | Brockway |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate."<br>2:1-17.<br><br>"Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers."<br>4:43-64. |

702913538

| '991 Patent: Claim 31 | Brockway |
|---|---|
|  | "Immediately following the establishment of synchronization and referring to FIGS. 3b to 3c the programmer 10 typically transmits a command sequence that specifies the pulse generator type, the command type (see Table 2) and a sub-system address. For instance, the programmer 10 may transmit a WRITE command, followed by a cyclic redundancy check (CRC) word which generally accompanies every transmission and confirms the accuracy thereof. The pulse generator 14 then responds with another flag word, a response word that contains its own error information, a pulse generator status word (e.g. buffer ready) and the internal address of the responding sub-system. On the other hand, the pulse generator 14 may transmit a READ command and to which the pulse generator 14 would respond with the requested data along with another CRC word. Alternatively, if an error was detected by the pulse generator 14, it would respond with a flag word and an appropriate response indicating the type of error and its own CRC word." 5:67-6:18. <br><br> "Prior to referring to the individual fields of the command and response words, it is to be recalled that the programmer 10 and pulse generator 14, each transmit a CRC word, see FIGS. 3b, 3c and 3d, with each transmission. The CRC word is an error control word that is used in all modes of transmission, except "IDLE", to confirm the accuracy of the transmission. It is comprised of a 16 bit remainder from a long division operation that is performed by the CRC check/generator circuitry 48, see FIG. 5.6, and which uses all the words in a transmission, except the flag word, as a binary dividend and the CRC generator polynomial (i.e. $X.sup.16 + X.sup.12 + X.sup.5 + 1$) 1 as a divisor. Thus, for each transmission, the transmitter, whoever it is, includes its CRC word in its transmission and the receiver performs a similar division, upon receipt, using all the words of the transmission (again excluding the flag word, but including the received CRC word) to calculate another CRC word. If a non-zero result is obtained from the receiver's division operation, a transmission error is indicated. If, however, the result of the division is zero, then no error is deemed to have occurred during the transmission. It is to be noted too that this division process is essentially performed by logic manipulations within the I/O controller circuitry and thus does not require arithmetic processing time." 11:43-68. <br><br> *See also* 12:43-62; 13:62-14:5; 25:7-42; Fig. 1a, 3a-d, 4a-d, 5.1-5.22, 10a-g |

| '991 Patent: Claim 33 | Brockway |
|---|---|
| 33. The medical system of claim 1 | "Returning next to the of the external programmer 10, it is to be noted that it typically contains a |

| '991 Patent: Claim 33 | Brockway |
|---|---|
| wherein the evaluator station comprises a display operable to display the digital data | keyboard (not shown) for permitting the operator to enter desired communications; a display (not shown) for visually displaying the communications; and various dedicated switches (not shown) for controlling certain pulse generator actions such as restart, identification of pacemaker type, and battery check, among various other automatic functions that the operator may desire. For more information with respect to the present programmer 10, attention is directed to available product literature descriptive of the present Assignee's Mode 2000 Programmer. The model 2000 programmer is of the same general type as the present programmer 10, albeit it employs an electro-magnetic field and does not contain as much functionality as the present programmer 10." 3:59-47. |

| '991 Patent: Claim 34 | Brockway |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.

*See also* 4:8-42. |

| '991 Patent: Claim 35 | Brockway |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | "Continuing on with the description of the I/O controller circuitry, attention is next directed to the digital-to-analog (D/A) interface circuitry that is used to decode the various programmed parameters and sense and/or pace the proper heart chambers. In particular, attention is directed to the two, 4 bit digital-to-analog (D/A) converters 132 and 134 and to the two, 6 bit D/A converters 136 and 138, see FIGS. 5.14 and 5.18. These D/A converters are used to control the atrial and ventricular pacing pulse amplitudes and the atrial and ventricular sensitivity thresholds. The pacing amplitude is determined in part by selecting and coupling the four least significant of the eight bits of data stored in the PACE AMPL register 56 to the D/A converter 108. The other four bits of the PACE AMPL register 56 are then selected and coupled via the multiplexer 140 to the converter 134, as opposed to the corresponding nominal ventricular sensitivity bits that are also coupled to multiplexer 140, via conductor 142 and the MODE 1 register 94. The four bit outputs from the two D/A convertors 132 and 134 are then wire |

| '991 Patent: Claim 35 | Brockway |
|---|---|
| | OR'ed together and the subsequent sum of the two analog currents determines the pacing amplitude established by the analog chip and which for the presently preferred embodiment is established to be the same." 17:6-30.<br><br>"Next, attention is directed to the analog-to-digital (A/D) converter circuitry 118, which is shown in greater detail in FIGS. 5.16 and 5.17, and which contains circuitry for monitoring various sensed of heart functions as well as various other body functions. These functions can thereby be individually sensed and converted into digital values which, in turn, can be evaluated by the operator or external programmer 10. At present, however, the A/D converter circuitry 118 is used primarily for interrogating the battery to determine its remaining life, such as during the MAG RATE or batter check conditions, but the circuitry has been designed to permit the expansion of the pulse generator 14's capabilities to sense additional body functions." 17:59-18:4. |

| '991 Patent: Claim 36 | Brockway |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | "Continuing on with the description of the I/O controller circuitry, attention is next directed to the digital-to-analog (D/A) interface circuitry that is used to decode the various programmed parameters and sense and/or pace the proper heart chambers. In particular, attention is directed to the two, 4 bit digital-to-analog (D/A) converters 132 and 134 and to the two, 6 bit D/A converters 136 and 138, see FIGS. 5.14 and 5.18. These D/A converters are used to control the atrial and ventricular pacing pulse amplitudes and the atrial and ventricular sensitivity thresholds. The pacing amplitude is determined in part by selecting and coupling the four least significant of the eight bits of data stored in the PACE AMPL register 56 to the D/A converter 108. The other four bits of the PACE AMPL register 56 are then selected and coupled via the multiplexer 140 to the converter 134, as opposed to the corresponding nominal ventricular sensitivity bits that are also coupled to multiplexer 140, via conductor 142 and the MODE 1 register 94. The four bit outputs from the two D/A convertors 132 and 134 are then wire OR'ed together and the subsequent sum of the two analog currents determines the pacing amplitude established by the analog chip and which for the presently preferred embodiment is established to be the same." 17:6-30.<br><br>"Next, attention is directed to the analog-to-digital (A/D) converter circuitry 118, which is shown in greater detail in FIGS. 5.16 and 5.17, and which contains circuitry for monitoring various sensed of heart functions as well as various other body functions. These functions can thereby be individually sensed and converted into digital values which, in turn, can be evaluated by the operator or external programmer 10. At present, however, the A/D converter circuitry 118 is used primarily for |

| '991 Patent: Claim 36 | Brockway |
|---|---|
|  | interrogating the battery to determine its remaining life, such as during the MAG RATE or batter check conditions, but the circuitry has been designed to permit the expansion of the pulse generator 14's capabilities to sense additional body functions." 17:59-18:4. |

| '991 Patent: Claim 37 | Brockway |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | "A programmable cardiac pacemaker that is selectively programmable via a radio frequency communications link into one of a plurality of a single and dual chamber pacing modes. Depending upon the mode selected, an associated plurality of pacing parameters may be programmed, each within a predetermined range of possible magnitudes. The pacemaker includes a rate smoothing function for preventing the rate interval from changing by more than a predetermined percentage on a cycle-to-cycle basis; and a graceful degradation function for causing the ventricular pacing rate to decay when the atrial rate exceeds a programmed upper rate limit for a predetermined length of time. A graceful degration onset time and rate of decay are also programmable. Additionally, the pacemaker contains a set of pre-programmed alternative pacing parameters for at least one mode and which can be independently reverted to. The pacemaker control circuitry is organized about a central bus into an I/O controller and a pacing controller. Pacing control is continuous and its I/O communications operate on a prioritized basis. I/O control permits the programming of any register and the interrogation of a variety of analog parameters associated therewith." Abstract.

"The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate.

The pulse generator control circuitry is generally configured in the form of input/output (I/O) controller circuitry and pulse generator (PG) or pacing controller circuit and each of which operate independently of one another so as to permit the PG controller to pace the heart in the selected mode, independent of any concurrent communications between an external programmer and the I/O controller. The I/O and PG controller, in turn, communicate with one another via a three bus, paged system employing an arithmetic logic unit, interrupt vector logic circuitry, priority arbitration circuitry, branch control |

| '991 Patent: Claim 37 | Brockway |
|---|---|
| | circuitry and associated decoding and timing circuitry." 2:1-30. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulses." 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>*See also* 4:8-42. |
| a converter coupled to the sensor, the | "Continuing on with the description of the I/O controller circuitry, attention is next directed to the |

| '991 Patent: Claim 37 | Brockway |
|---|---|
| converter operable to convert the electric signal generated by the sensor into digital data; and | digital to-analog (D/A) interface circuitry that is used to decode the various programmed parameters and sense and/or pace the proper heart chambers. In particular, attention is directed to the two, 4 bit digital-to-analog (D/A) converters 132 and 134 and to the two, 6 bit D/A converters 136 and 138, see FIGS. 5.14 and 5.18. These D/A converters are used to control the atrial and ventricular pacing pulse amplitudes and the atrial and ventricular sensitivity thresholds. The pacing amplitude is determined in part by selecting and coupling the four least significant of the eight bits of data stored in the PACE AMPL register 56 to the D/A converter 108. The other four bits of the PACE AMPL register 56 are then selected and coupled via the multiplexer 140 to the converter 134, as opposed to the corresponding nominal ventricular sensitivity bits that are also coupled to multiplexer 140, via conductor 142 and the MODE 1 register 94. The four bit outputs from the two D/A convertors 132 and 134 are then wire OR'ed together and the subsequent sum of the two analog currents determines the pacing amplitude established by the analog chip and which for the presently preferred embodiment is established to be the same." 17:6-30.

"Next, attention is directed to the analog-to-digital (A/D) converter circuitry 118, which is shown in greater detail in FIGS. 5.16 and 5.17, and which contains circuitry for monitoring various sensed of heart functions as well as various other body functions. These functions can thereby be individually sensed and converted into digital values which, in turn, can be evaluated by the operator or external programmer 10. At present, however, the A/D converter circuitry 118 is used primarily for interrogating the battery to determine its remaining life, such as during the MAG RATE or batter check conditions, but the circuitry has been designed to permit the expansion of the pulse generator 14's capabilities to sense additional body functions." 17:59-18:4. |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.

"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF |

| '991 Patent: Claim 37 | Brockway |
|---|---|
| | antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |
| a receiver operable to receive information from the evaluator station through wireless communication; | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26;<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |
| wherein the evaluator station is operable | "The present invention comprises an implantable cardiac pacemaker, that may be selectively |

| '991 Patent: Claim 37 | Brockway |
|---|---|
| to change the format of the digital data transmitted from the transmitter to the evaluator station. | programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17.<br><br>"Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64.<br><br>"Immediately following the establishment of synchronization and referring to FIGS. 3b to 3c the programmer 10 typically transmits a command sequence that specifies the pulse generator type, the command type (see Table 2) and a sub-system address. For instance, the programmer 10 may transmit a WRITE command, followed by a cyclic redundancy check (CRC) word which generally accompanies every transmission and confirms the accuracy thereof. The pulse generator 14 then responds with another flag word, a response word that contains its own error information, a pulse generator status word (e.g. buffer ready) and the internal address of the responding sub-system. On the other hand, the pulse generator 14 may transmit a READ command and to which the pulse generator 14 would respond with the requested data along with another CRC word. Alternatively, if an error was detected by the pulse generator 14, it would respond with a flag word and an appropriate response indicating the type of error and its own CRC word." 5:67-6:18. |

579

| '991 Patent: Claim 37 | Brockway |
|---|---|
| | "Prior to referring to the individual fields of the command and response words, it is to be recalled that the programmer 10 and pulse generator 14, each transmit a CRC word, see FIGS. 3b, 3c and 3d, with each transmission. The CRC word is an error control word that is used in all modes of transmission, except "IDLE", to confirm the accuracy of the transmission. It is comprised of a 16 bit remainder from a long division operation that is performed by the CRC check/generator circuitry 48, see FIG. 5.6, and which uses all the words in a transmission, except the flag word, as a binary dividend and the CRC generator polynomial (i.e. $X.\text{sup}.16 + X.\text{sup}.12 + X.\text{sup}.5 + 1$) 1 as a divisor. Thus, for each transmission, the transmitter, whoever it is, includes its CRC word in its transmission and the receiver performs a similar division, upon receipt, using all the words of the transmission (again excluding the flag word, but including the received CRC word) to calculate another CRC word. If a non-zero result is obtained from the receiver's division operation, a transmission error is indicated. If, however, the result of the division is zero, then no error is deemed to have occurred during the transmission. It is to be noted too that this division process is essentially performed by logic manipulations within the I/O controller circuitry and thus does not require arithmetic processing time." 11:43-68.<br><br>*See also* 12:43-62; 13:62-14:5; 25:7-42; Fig. 1a, 3a-d, 4a-d, 5.1-5.22, 10a-g. |

| '991 Patent: Claim 38 | Brockway |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present |

| '991 Patent: Claim 38 | Brockway |
|---|---|
| | apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |

| '991 Patent: Claim 39 | Brockway |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patients | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26;<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |

581

| '991 Patent: Claim 45 | Brockway |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17. |
| | "Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64. |
| | "Immediately following the establishment of synchronization and referring to FIGS. 3b to 3c the programmer 10 typically transmits a command sequence that specifies the pulse generator type, the command type (see Table 2) and a sub-system address. For instance, the programmer 10 may transmit a WRITE command, followed by a cyclic redundancy check (CRC) word which generally accompanies every transmission and confirms the accuracy thereof. The pulse generator 14 then responds with another flag word, a response word that contains its own error information, a pulse generator status word (e.g. buffer ready) and the internal address of the responding sub-system. On the other hand, the pulse generator 14 may transmit a READ command and to which the pulse generator 14 would respond with the requested data along with another CRC word. Alternatively, if an error was detected by the |

| '991 Patent: Claim 45 | Brockway |
|---|---|
| | pulse generator 14, it would respond with a flag word and an appropriate response indicating the type of error and its own CRC word." 5:67-6:18. "Prior to referring to the individual fields of the command and response words, it is to be recalled that the programmer 10 and pulse generator 14, each transmit a CRC word, see FIGS. 3b, 3c and 3d, with each transmission. The CRC word is an error control word that is used in all modes of transmission, except "IDLE", to confirm the accuracy of the transmission. It is comprised of a 16 bit remainder from a long division operation that is performed by the CRC check/generator circuitry 48, see FIG. 5.6, and which uses all the words in a transmission, except the flag word, as a binary dividend and the CRC generator polynomial (i.e. $X^{16} + X^{12} + X^5 + 1$) 1 as a divisor. Thus, for each transmission, the transmitter, whoever it is, includes its CRC word in its transmission and the receiver performs a similar division, upon receipt, using all the words of the transmission (again excluding the flag word, but including the received CRC word) to calculate another CRC word. If a non-zero result is obtained from the receiver's division operation, a transmission error is indicated. If, however, the result of the division is zero, then no error is deemed to have occurred during the transmission. It is to be noted too that this division process is essentially performed by logic manipulations within the I/O controller circuitry and thus does not require arithmetic processing time." 11:43-68. *See also* 12:43-62; 13:62-14:5; 25:7-42; Fig. 1a, 3a-d, 4a-d, 5.1-5.22, 10a-g |

| '991 Patent: Claim 46 | Brockway |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17. "Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted |

| '991 Patent: Claim 46 | Brockway |
|---|---|
|  | that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64.

"Immediately following the establishment of synchronization and referring to FIGS. 3b to 3c the programmer 10 typically transmits a command sequence that specifies the pulse generator type, the command type (see Table 2) and a sub-system address. For instance, the programmer 10 may transmit a WRITE command, followed by a cyclic redundancy check (CRC) word which generally accompanies every transmission and confirms the accuracy thereof. The pulse generator 14 then responds with another flag word, a response word that contains its own error information, a pulse generator status word (e.g. buffer ready) and the internal address of the responding sub-system. On the other hand, the pulse generator 14 may transmit a READ command and to which the pulse generator 14 would respond with the requested data along with another CRC word. Alternatively, if an error was detected by the pulse generator 14, it would respond with a flag word and an appropriate response indicating the type of error and its own CRC word." 5:67-6:18.

"Prior to referring to the individual fields of the command and response words, it is to be recalled that the programmer 10 and pulse generator 14, each transmit a CRC word, see FIGS. 3b, 3c and 3d, with each transmission. The CRC word is an error control word that is used in all modes of transmission, except "IDLE", to confirm the accuracy of the transmission. It is comprised of a 16 bit remainder from a long division operation that is performed by the CRC check/generator circuitry 48, see FIG. 5.6, and which uses all the words in a transmission, except the flag word, as a binary dividend and the CRC generator polynomial (i.e. $X.sup.16 + X.sup.12 + X.sup.5 + 1$) 1 as a divisor. Thus, for each transmission, the transmitter, whoever it is, includes its CRC word in its transmission and the receiver performs a similar division, upon receipt, using all the words of the transmission (again excluding the flag word, |

| '991 Patent: Claim 46 | Brockway |
|---|---|
| | but including the received CRC word) to calculate another CRC word. If a non-zero result is obtained from the receiver's division operation, a transmission error is indicated. If, however, the result of the division is zero, then no error is deemed to have occurred during the transmission. It is to be noted too that this division process is essentially performed by logic manipulations within the I/O controller circuitry and thus does not require arithmetic processing time. " 11:43-68.  *See also* 12:43-62; 13:62-14:5; 25:7-42; Fig. 1a, 3a-d, 4a-d, 5.1-5.22, 10a-g |

| '991 Patent: Claim 49 | Brockway |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.  *See also* 4:8-42. |

| '991 Patent: Claim 51 | Brockway |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | "Returning next to the of the external programmer 10, it is to be noted that it typically contains a keyboard (not shown) for permitting the operator to enter desired communications; a display (not shown) for visually displaying the communications; and various dedicated switches (not shown) for controlling certain pulse generator actions such as restart, identification of pacemaker type, and battery check, among various other automatic functions that the operator may desire. For more information with respect to the present programmer 10, attention is directed to available product literature descriptive of the present Assignee's Mode 2000 Programmer. The model 2000 programmer is of the same general type as the present programmer 10, albeit it employs an electro-magnetic field and does not contain as much functionality as the present programmer 10. " 3:59-47. |

| '991 Patent: Claim 52 | Brockway |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>*See also* 4:8-42. |

| '991 Patent: Claim 53 | Brockway |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | "A programmable cardiac pacemaker that is selectively programmable via a radio frequency communications link into one of a plurality of a single and dual chamber pacing modes. Depending upon the mode selected, an associated plurality of pacing parameters may be programmed, each within a predetermined range of possible magnitudes. The pacemaker includes a rate smoothing function for preventing the rate interval from changing by more than a predetermined percentage on a cycle-to-cycle basis; and a graceful degradation function for causing the ventricular pacing rate to decay when the atrial rate exceeds a programmed upper rate limit for a predetermined length of time. A graceful degration onset time and rate of decay are also programmable. Additionally, the pacemaker contains a set of pre-programmed alternative pacing parameters for at least one mode and which can be independently reverted to. The pacemaker control circuitry is organized about a central bus into an I/O controller and a pacing controller. Pacing control is continuous and its I/O communications operate on a prioritized basis. I/O control permits the programming of any register and the interrogation of a variety of analog parameters associated therewith." Abstract.<br><br>"The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate. |

702913538

| '991 Patent: Claim 53 | Brockway |
|---|---|
| | The pulse generator control circuitry is generally configured in the form of input/output (I/O) controller circuitry and pulse generator (PG) or pacing controller circuit and each of which operate independently of one another so as to permit the PG controller to pace the heart in the selected mode, independent of any concurrent communications between an external programmer and the I/O controller. The I/O and PG controller, in turn, communicate with one another via a three bus, paged system employing an arithmetic logic unit, interrupt vector logic circuitry, priority arbitration circuitry, branch control circuitry and associated decoding and timing circuitry." 2:1-30. |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulse" 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of |

| '991 Patent: Claim 53 | Brockway |
|---|---|
| and the first receiver, second data transmitted from the second transmitter is operable to control and transmitter | the individual elements of the system. In particular, attention is first directed to the external programmer manipulate first data transmitted by the first 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulses." 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |

| '991 Patent: Claim 61 | Brockway |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>*See also* 4:8-42. |

| '991 Patent: Claim 62 | Brockway |
|---|---|
| 62. The medical system of claim 53 wherein pulse of the patient is monitored. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26. *See also* 4:8-42. |


| '991 Patent: Claim 65 | Brockway |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17. "Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64. |

589

| '991 Patent: Claim 65 | Brockway |
|---|---|
| | *See also* 5:67-6:18; 11:43-68; 12:43-62; 13:62-14:5; 25:7-42. |

| '991 Patent: Claim 66 | Brockway |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17. <br><br> "Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64. <br><br> *See also* 5:67-6:18; 11:43-68; 12:43-62; 13:62-14:5; 25:7-42. |

| '991 Patent: Claim 67 | Brockway |
|---|---|
| 67. A medical system according to | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various |

| '991 Patent: Claim 67 | Brockway |
|---|---|
| claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption and as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulses." 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |

| '991 Patent: Claim 69 | Brockway |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>"As mentioned, the external programmer 10 and pulse generator 14 communicate with one another via |

591

| '991 Patent: Claim 69 | Brockway |
|---|---|
|  | the RF data link 12 and the I/O controller circuitry. The RF data link 12 is established upon placing an external antenna (not shown) over the skin of a patient within whom the pulse generator 14 is implanted and in proximity thereto. The RF signals are detected and the link 12 is completed by a subjacent RF antenna (not shown) that is contained within or coupled to the pulse generator 14. In the present apparatus, the circuitry is configured to operate in parallel, with I/O communications between the programmer 10 and pulse generator 14 occurring, independent of on-going pacing activities. Once the pacemaker is initiated, pacing pulses are produced without interruption as required by the heart's activity and the mode in process and are transmitted to the heart via the ventricular and atrial leads 16A and 16B. I/O communications are thus interleaved with the pacing activities on a non-interference basis so as to permit the changing of the pacing mode or parameters, as necessary, without affecting the delivery of pacing pulses." 4:8-29.<br><br>*See also* 7:40-8:9; Figs. 1a-b; 4a-d. |

| '991 Patent: Claim 72 | Brockway |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter | "The present invention comprises an implantable cardiac pacemaker, that may be selectively programmed via a radio frequency link to operate in anyone of the following modes: (1) ventricular demand (VVI), (2) atrial demand (AAI), (3) R-wave synchronous (VVT), (4) P-wave synchronous (AAT), (5) P-wave synchronous demand (VDD), (6) double demand synchronous (DDD) (7) A-V sequential (DVI) and (8) asynchronous. Necessary pacing parameters for each of these modes may also be individually programmed within established ranges or the pacemaker may be operated in a nominal parameter mode (i.e. ventricular demand) using related preprogrammed pacing parameters, should circumstances dictate." 2:1-17.<br><br>"Prior to next describing in detail the operation and circuitry of the pulse generator 14, it is to be noted that one important feature of the present pacemaker system is its ability to be programmed into any one of the plurality of generally accepted modes of operation, with only the one pulse generator. As mentioned, any one of the following modes may be selectively programmed: ventricular demand (VVI), atrial demand (AAI), R-wave synchronous (VVT), P-wave synchronous (AAT), P-wave synchronous demand (VDD), double demand synchronous (DDD) or A-V sequential (DV) along with single or dual chamber asynchronous operation. The specific mode selected is only dependent upon the requirements of the patient; and thus the present pulse generator 14 provides a great step forward in patient care and towards standardization, since the mode and not the pacemaker can now be changed to |

| '991 Patent: Claim 72 | Brockway |
|---|---|
| | accommodate changes in the patient's needs and only one pulse generator need now be inventoried. Further, the operator need now only be familiar the operation of the one pulse generator and not a number of special mode pacers." 4:43-64.<br><br>*See also* 5:67-6:18; 11:43-68; 12:43-62; 13:62-14:5; 25:7-42. |

| '991 Patent: Claim 73 | Brockway |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | *See* Fig. 1b. |

| '991 Patent: Claim 78 | Brockway |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | "Referring to FIG. 1, a system diagram is shown of the present pacemaker system and the various elements thereof. Specifically, these elements are the external programmer 10, the RF data link 12, the pulse generator 14 and the pacing leads 16A and 16B. While only the control circuitry of the pulse generator 14 will be described in any great detail hereinafter, brief mention will now be made to each of the individual elements of the system. In particular, attention is first directed to the external programmer 10 and which is essentially comprised of apparatus for transmitting pulses of radio frequency at 100 kilohertz. These pulses and the period between pulses have been respectively defined as sync pulses and data pulses." 3:13-26.<br><br>*See also* 4:8-42. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B40**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Patent No. 4,681,111 "Analog and Digital Telemetry System for an Implantable Device," to Sergiu Silvian. ("Silvian")**

Claims [insert claims] are anticipated and/or rendered obvious by Silvian.

| '991 Patent: Claim 1 | Silvian |
|---|---|
| 1. A medical system for monitoring body functions of a patient comprising: | Silvian discloses a medical system for monitoring body functions of a patient. *See, e.g.*, Silvian at Title, Fig 1, Fig 12, Fig 17, 1:6-13. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Silvian discloses at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal. *See, e.g.*, Silvian at 1:6-26, 7:48-62. |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Silvian discloses at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data. *See, e.g.*, Silvian at 1:41-46, 5:43-56. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | Silvian discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, 9:33-51. |

| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Silvian discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, 9:33-51. |
|---|---|

| **'991 Patent: Claim 3** | **Silvian** |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Silvian discloses a sensor capable of being fastened to a surface of a skin of the patient. *See, e.g.*, Silvian at Abstract, 1:6-26, 7:48-62. |

| **'991 Patent: Claim 4** | **Silvian** |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Silvian discloses a sensor capable of being in contact with a finger of the patient. *See, e.g.*, Silvian at Abstract, 1:6-26, 7:48-62. |

| **'991 Patent: Claim 5** | **Silvian** |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Silvian discloses sensor located in a fingerclip. *See, e.g.*, Silvian at 1:9-13. |

| **'991 Patent: Claim 6** | **Silvian** |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on | Silvian discloses the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 12, Fig 13, Fig 17, 1:6-13, 3:37, 4:6-20, 10:31-37. |

595

| '991 Patent: Claim 6 | Silvian |
|---|---|
| a body of the patient with the sensor in contact with the body. | |

| '991 Patent: Claim 12 | Silvian |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Silvian discloses monitoring the pulse of the patient. *See, e.g.*, Silvian at 1:6-26, 7:48-62. |

| '991 Patent: Claim 17 | Silvian |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Silvian discloses an evaluator station operable to perform forward error correction. *See, e.g.*, Silvian at 11:9-15. |

| '991 Patent: Claim 18 | Silvian |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Silvian discloses an error correction unit operable to perform error correction on the information received by the at least one receiver. *See, e.g.*, Silvian at 11:9-15. |

| '991 Patent: Claim 19 | Silvian |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Silvian discloses a second receiver is operable to receive information from the evaluator station. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, 9:33-51. |

| '991 Patent: Claim 22 | Silvian |
|---|---|
| 22. A medical system according to claim 1 wherein a second | Silvian discloses a second transmitter is operable to transmit digital data from the patient. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, |

| '991 Patent: Claim 22 | Silvian |
|---|---|
| transmitter is operable to transmit digital data from the patient. | 9:33-51. |

| '991 Patent: Claim 25 | Silvian |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Silvian discloses an evaluator station operable to perform error correction on the digital data transmitted by the at least one transmitter.  *See, e.g.*, Silvian at 11:9-15. |

| '991 Patent: Claim 26 | Silvian |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Silvian discloses a cover at least partially covering the receiver, the transmitter, and the converter. *See, e.g.*, Silvian at 2:1, 2:33. |

| '991 Patent: Claim 27 | Silvian |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Silvian discloses adapting the converter, the transmitter, and the receiver to be at least partially under a cover. *See, e.g.*, Silvian at 2:1, 2:33. |

| '991 Patent: Claim 30 | Silvian |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Silvian discloses a transmitter responsive to the received information, the received information operative to manipulate the digital data. *See, e.g.*, Silvian at 4:6-20, 9:33-51. |

597

| '991 Patent: Claim 31 | Silvian |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Silvian discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter. *See, e.g.*, Silvian at 10:37-11:8. |

| '991 Patent: Claim 34 | Silvian |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Silvian discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. *See, e.g.*, Silvian at 1:6-26, 7:48-62. |

| '991 Patent: Claim 35 | Silvian |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Silvian discloses digital data transmitted by the transmitter representing the electrical signal. *See, e.g.*, Silvian at 1:13-26, 2:62-68, 5:43-56. |

| '991 Patent: Claim 36 | Silvian |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Silvian discloses the digital data transmitted by the transmitter represents processed information. *See, e.g.*, Silvian at 1:13-26, 5:46. |

598

702913538

| '991 Patent: Claim 37 | Silvian |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Silvian discloses a medical system for monitoring body functions of a patient. *See, e.g.*, Silvian at Title, Fig 1, Fig 12, Fig 17, 1:6-13. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Silvian discloses an evaluator station located remotely from the patient and operable for wireless data communication. *See, e.g.*, Silvian at Fig 1, Fig 4, Fig 12, Fig 13, Fig 17, 1:23-35, 4:10-20. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Silvian discloses a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal. *See, e.g.*, Silvian at 1:6-26, 7:48-62. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | Silvian discloses a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data. *See, e.g.*, Silvian at 1:41-46, 5:43-56. |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Silvian discloses a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, 9:33-51. |
| a receiver operable to receive information from the evaluator station through wireless communication; | Silvian discloses a receiver operable to receive information from the evaluator station through wireless communication. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, 9:33-51. |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Silvian discloses a receiver operable to receive information from the evaluator station through wireless communication. *See, e.g.*, Silvian at 4:6-20, 9:33-51. |

| '991 Patent: Claim 39 | Silvian |
|---|---|
| 39. The medical system of claim 38 wherein the first and second | Silvian discloses a first and second arrangements positionable adjacent to the patients. *See, e.g.*, Silvian at Abstract, 1:6-26, 7:48-62. |

| '991 Patent: Claim 39 | Silvian |
|---|---|
| arrangements are positionable adjacent to the patients. | |

| '991 Patent: Claim 45 | Silvian |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Silvian discloses an evaluator station operable to manipulate the digital data. *See, e.g.*, Silvian at 4:6-20, 9:33-51. |

| '991 Patent: Claim 46 | Silvian |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Silvian discloses an evaluator station operable to control the transmitter. *See, e.g.*, Silvian at 10:37-11:8. |

| '991 Patent: Claim 48 | Silvian |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Silvian discloses a sensor operable to be placed on a wrist of the patient. *See, e.g.*, Silvian at 1:9-13. |

| '991 Patent: Claim 49 | Silvian |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Silvian discloses measuring oxygen saturation. *See, e.g.*, Silvian at 1:9-13. |

| '991 Patent: Claim 52 | Silvian |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the | Silvian discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. |

600

| '991 Patent: Claim 52 | Silvian |
|---|---|
| group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | *See, e.g.*, Silvian at 1:6-26, 7:48-62. |

| '991 Patent: Claim 53 | Silvian |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Silvian discloses a medical system for acquiring measured data, including measuring body functions. *See, e.g.*, Silvian at Title, Fig 1, Fig 12, Fig 17, 1:6-13. |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | Silvian discloses a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:6-26, 3:40, 4:6-20, 7:48-62, 9:33-51. |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Silvian discloses an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. *See, e.g.*, Silvian at Fig 1, Fig 4, Fig 12, Fig 13, Fig 17, 1:23-35, 4:6-20, 9:33-51, 10:37-11:8. |

| '991 Patent: Claim 55 | Silvian |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a | Silvian discloses a first sensor capable of being fastened to a surface of a skin of the patient. *See, e.g.*, Silvian at Abstract, 1:6-26, 7:48-62. |

601

702913538

| '991 Patent: Claim 55 | Silvian |
|---|---|
| surface of a skin of the patient. | |

| '991 Patent: Claim 56 | Silvian |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | Silvian discloses the first sensor capable of being in contact with a finger of the patient. *See, e.g.*, Silvian at 1:9-13. |

| '991 Patent: Claim 57 | Silvian |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Silvian discloses the first sensor located in a fingerclip. *See, e.g.*, Silvian at 1:9-13. |

| '991 Patent: Claim 58 | Silvian |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Silvian discloses the first sensor, the first transmitter, and the first receiver operable to be worn on a body of the patient with the first sensor in contact with the body. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 12, Fig 13, Fig 17, 1:6-26, 7:48-62. |

| '991 Patent: Claim 61 | Silvian |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Silvian discloses measuring oxygen saturation. *See, e.g.*, Silvian at 1:9-13. |

| '991 Patent: Claim 62 | Silvian |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Silvian discloses monitoring the pulse of the patient. *See, e.g.*, Silvian at 1:6-26, 7:48-62. |

702913538

| '991 Patent: Claim 65 | Silvian |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Silvian discloses an evaluator station operable to perform forward error correction. *See, e.g.*, Silvian at 11:9-15. |

| '991 Patent: Claim 66 | Silvian |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Silvian discloses an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. *See, e.g.*, Silvian at 11:9-15. |

| '991 Patent: Claim 67 | Silvian |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Silvian discloses a third receiver operable to receive third data from the second transmitter. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, 9:33-51. |

| '991 Patent: Claim 69 | Silvian |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Silvian discloses an evaluator station operable to communicate with both the first receiver and the third receiver. *See, e.g.*, Silvian at Abstract, Fig 1, Fig 4, Fig 11, Fig 12, Fig 13, Fig 15, Fig 17, 1:19, 1:25-26, 3:40, 4:6-20, 9:33-51. |

| '991 Patent: Claim 72 | Silvian |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is | Silvian discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter. *See, e.g.*, Silvian at 11:9-15. |

| '991 Patent: Claim 72 | Silvian |
|---|---|
| operable to perform error correction on the first data transmitted by the first transmitter. | |

| '991 Patent: Claim 73 | Silvian |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Silvian discloses a cover at least partially covering the first set of components.  *See, e.g.*, Silvian at 2:1, 2:33. |

| '991 Patent: Claim 78 | Silvian |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Silvian discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. *See, e.g.*, Silvian at  1:6-26, 7:48-62. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

## EXHIBIT B41

### Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991

**§ 102 Reference: [U.S. Pat. No. 5,113,869, "Implantable Ambulatory Electrocardiogram Monitor," to Nappholz, *et al.*  ("Nappholz")**

Claims 1, 3-6, 12, 17-19, 22, 25-27, 30, 31, 33-39, 45, 46, 48, 49, 51-53, 55-58, 61, 62, 65, 66, 67, 69, 72, 73, and 78 are anticipated and/or rendered obvious by Nappholz.

| 991 Patent: Claim 1 | Nappholz 5,113,869 |
|---|---|
| 1.  A medical system for monitoring body functions of a patient comprising: | This invention is most closely related to.  that of prior art ambulatory electrocardiography (AECG) devices which sense and store electrocardiogram (ECG) signals and perform some real-time signal processing, primarily to reduce the amount of stored data.  Early AECG systems collected data in full disclosure mode by storing all ECG information recorded within a time period determined by each particular system's storage capacity.<br><br>Data compression and reduction techniques enable current AECG systems to collect full disclosure mode data for about 24 hours.  Medical diagnosis of full disclosure mode data is performed by a medical professional using visual or semi-automatic (computer) analysis.  1:11-23.  See also Abstract. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | abstract;<br><br>Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |

| 991 Patent: Claim 1 | Nappholz 5,113,869 |
|---|---|
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | "The Microprocessor 100 controls operations of the other circuitry blocks by reading from and writing to the UART 110, the A/D converter 140, the real-time clock 160 and data RAM 170 by means of the control and address bus 180 and the data bus 190.  (The control and address bus 180 combines the control and address functions for illustrative purposes only.  The control and address lines act independently as is standard in the art of microprocessor communications.) Within the microprocessor there are maskable wakeup circuitry in the form of a data register which enables and disables the ability of the microprocessor to detect wakeup signals from the ECG amplifier 150 (the sense event line 210) and the real-time clock 160 (timer wakeup line 220).  Timers within microprocessor 100, the telemetry transmitter/receiver, the ECG amplifier 150 and the real-time clock 160 generate signals which signify pertinent events.  The microprocessor determines when and how to respond to these events by means of mask registers which selectively allow the microprocessor to ignore or respond to such events." 15:48-67;

"Data from the ECG amplifier 150 is converted from analog to digital form by analog to digital conversion circuitry 140.  The ECG amplifier circuitry includes an anti-aliasing filter to minimize the artifact caused by digitization of the signal.  Programming within the microprocessor controls the conversion rate within the range from 64 to 1000 samples per second.  Programming of the microprocessor also directs the digital output of the ECG amplifier to one or more destinations (to the rf transmitter to allow transmission of raw data, to memory 170 or 180, or to the microprocessor itself for data storage and analysis).  Data acquisition control by the microprocessor allows the implanted AECG monitor to constantly analyze data and, in response to that analysis, to perform intelligent data acquisition.  For example, the monitor may increase the sample rate or amplifier bandwidth or begin sampling after a pause in response to a particular sensed event." 19:7-54.

See also Fig. 11 (140) |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external communicator and send warning messages to the communicator to begin medical intervention.  The external communicator should always be accessible to the implant.  No known prior art pacemakers initiate communication but rather respond to requests of the external device.  The implanted AECG device provides for the capability of communicating with multiple and different external devices.  These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines.  7:12-25

The implantable AECG monitoring system of the preferred embodiment of the invention includes a |

| 991 Patent: Claim 1 | Nappholz 5,113,869 |
|---|---|
| | number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators.  Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor.  The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy.  4:61-5:2<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 15:48-67; 16:1-24; 19:54-20:17; 20:39-59 |

607

| 991 Patent: Claim 3 | Nappholz 5,113,869 |
|---|---|
| 3.  A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47

The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time.  6:64-7:11 |

| 991 Patent: Claim 4 | Nappholz 5,113,869 |
|---|---|
| 4.  A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia |

| 991 Patent: Claim 4 | Nappholz 5,113,869 |
|---|---|
|  | threshold to a higher heart rate level.  4:30-47<br><br>The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time.  6:64-7:11 |

| 991 Patent: Claim 5 | Nappholz 5,113,869 |
|---|---|
| 5.  A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47<br><br>The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design |

| 991 Patent: Claim 5 | Nappholz 5,113,869 |
|---|---|
|  | time.  6:64-7:11 |

| 991 Patent: Claim 6 | Nappholz 5,113,869 |
|---|---|
| 6.  A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47<br><br>The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time.  6:64-7:11 |

| 991 Patent: Claim 12 | Nappholz 5,113,869 |
|---|---|
| 12.  The medical system of claim 1 wherein a pulse of the patient is monitored. | abstract;<br><br>Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of |

610

| 991 Patent: Claim 12 | Nappholz 5,113,869 |
|---|---|
|  | electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |

| 991 Patent: Claim 17 | Nappholz 5,113,869 |
|---|---|
| 17.  A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | The telemetry receiver/transmitter performs two-way, digital telemetry to transfer data and programs between the implant and an external device.  While performing normal operations the implant will receive from the external programmer and analyzer 20 (Fig. 10) downloaded program object code and other control information to govern data acquisition by the implant.  Under the direction of commands from the external programmer and analyzer, the implant will reply with acquired and processed physiological data.  It also is a normal operation for the implant to acquire and process the physiological data and from this data analysis to detect warning conditions.  In this mode of operation, determined by and under the direction of the downloaded program code, the implant may initiate communication with an external device to warn of abnormal physiological conditions.  (The implant may also warn the external device of a malfunction within the implanted AECG monitor in response to an attempt and failure of a self-diagnostic test.) The telemetry receiver/transmitter 120 is made up of the rf transmitter, the rf receiver, and the UART 110 which directs data flow from the rf circuits to the data bus under the control of the microprocessor 100.  The implantable AECG monitor transmits information to an external device with a range of at least 20 feet at a telemetric data transmission frequency of 40 to 200 Mhz.  The rf receiver operates at the telemetric frequency on the order of about 2 MHz.  UART 110 controls data communications in response to input/output commands from microprocessor 100 which configure the UART to perform reception or transmission.  It includes a standard serial interface, a data buffer, and circuitry for error detection coding and decoding.  16:25-57. |

| 991 Patent: Claim 18 | Nappholz 5,113,869 |
|---|---|
| 18.  A medical system according to | The telemetry receiver/transmitter performs two-way, digital telemetry to transfer data and programs |

| 991 Patent: Claim 18 | Nappholz 5,113,869 |
|---|---|
| claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | between the implant and an external device.  While performing normal operations the implant will receive from the external programmer and analyzer 20 (Fig. 10) downloaded program object code and other control information to govern data acquisition by the implant.  Under the direction of commands from the external programmer and analyzer, the implant will reply with acquired and processed physiological data.  It also is a normal operation for the implant to acquire and process the physiological data and from this data analysis to detect warning conditions.  In this mode of operation, determined by and under the direction of the downloaded program code, the implant may initiate communication with an external device to warn of abnormal physiological conditions.  (The implant may also warn the external device of a malfunction within the implanted AECG monitor in response to an attempt and failure of a self-diagnostic test.) The telemetry receiver/transmitter 120 is made up of the rf transmitter, the rf receiver, and the UART 110 which directs data flow from the rf circuits to the data bus under the control of the microprocessor 100.  The implantable AECG monitor transmits information to an external device with a range of at least 20 feet at a telemetric data transmission frequency of 40 to 200 Mhz.  The rf receiver operates at the telemetric frequency on the order of about 2 MHz.  UART 110 controls data communications in response to input/output commands from microprocessor 100 which configure the UART to perform reception or transmission.  It includes a standard serial interface, a data buffer, and circuitry for error detection coding and decoding.  16:25-57. |

| 991 Patent: Claim 19 | Nappholz 5,113,869 |
|---|---|
| 19.  A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external communicator and send warning messages to the communicator to begin medical intervention.  The external communicator should always be accessible to the implant.  No known prior art pacemakers initiate communication but rather respond to requests of the external device.  The implanted AECG device provides for the capability of communicating with multiple and different external devices.  These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines.  7:12-25

The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal |

| **991 Patent: Claim 19** | **Nappholz 5,113,869** |
|---|---|
| | communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other system components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |

| **991 Patent: Claim 22** | **Nappholz 5,113,869** |
|---|---|
| 22.  A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external communicator and send warning messages to the communicator to begin medical intervention.  The external communicator should always be accessible to the implant.  No known prior art pacemakers initiate communication but rather respond to requests of the external device.  The implanted AECG device provides for the capability of communicating with multiple and different external devices.  These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines.  7:12-25<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other system components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |

| 991 Patent: Claim 25 | Nappholz 5,113,869 |
|---|---|
| 25.  The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | The telemetry receiver/transmitter performs two-way, digital telemetry to transfer data and programs between the implant and an external device.  While performing normal operations the implant will receive from the external programmer and analyzer 20 (Fig. 10) downloaded program object code and other control information to govern data acquisition by the implant.  Under the direction of commands from the external programmer and analyzer, the implant will reply with acquired and processed physiological data.  It also is a normal operation for the implant to acquire and process the physiological data and from this data analysis to detect warning conditions.  In this mode of operation, determined by and under the direction of the downloaded program code, the implant may initiate communication with an external device to warn of abnormal physiological conditions.  (The implant may also warn the external device of a malfunction within the implanted AECG monitor in response to an attempt and failure of a self-diagnostic test.) The telemetry receiver/transmitter 120 is made up of the rf transmitter, the rf receiver, and the UART 110 which directs data flow from the rf circuits to the data bus under the control of the microprocessor 100.  The implantable AECG monitor transmits information to an external device with a range of at least 20 feet at a telemetric data transmission frequency of 40 to 200 Mhz.  The rf receiver operates at the telemetric frequency on the order of about 2 MHz.  UART 110 controls data communications in response to input/output commands from microprocessor 100 which configure the UART to perform reception or transmission.  It includes a standard serial interface, a data buffer, and circuitry for error detection coding and decoding.  16:25-57. |

| 991 Patent: Claim 26 | Nappholz 5,113,869 |
|---|---|
| 26.  A medical system according to claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | See Fig. 10 |

| 991 Patent: Claim 27 | Nappholz 5,113,869 |
|---|---|
| 27.  A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are | See Fig. 10 |

614

| 991 Patent: Claim 27 | Nappholz 5,113,869 |
|---|---|
| adapted to be at least partially under a cover. | |

| 991 Patent: Claim 30 | Nappholz 5,113,869 |
|---|---|
| 30.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators.  Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor.  The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy.  4:61-5:2<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 15:48-67; 16:1-24; 19:54-20:17; 20:39-59 |

| 991 Patent: Claim 31 | Nappholz 5,113,869 |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators.  Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor.  The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy.  4:61-5:2<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 15:48-67; 16:1-24; 19:54-20:17; 20:39-59 |

| 991 Patent: Claim 33 | Nappholz 5,113,869 |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | ""The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators.  Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor.  The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy.  4:60-5:2.<br><br>See also 14:67-15:18; 20:18-39. |

| 991 Patent: Claim 34 | Nappholz 5,113,869 |
|---|---|
| 34.  The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | abstract;<br><br>Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |

| 991 Patent: Claim 35 | Nappholz 5,113,869 |
|---|---|
| 35.  The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | "The Microprocessor 100 controls operations of the other circuitry blocks by reading from and writing to the UART 110, the A/D converter 140, the real-time clock 160 and data RAM 170 by means of the control and address bus 180 and the data bus 190.  (The control and address bus 180 combines the control and address functions for illustrative purposes only.  The control and address lines act independently as is standard in the art of microprocessor communications.) Within the microprocessor there are maskable wakeup circuitry in the form of a data register which enables and disables the ability of the microprocessor to detect wakeup signals from the ECG amplifier 150 (the sense event line 210) and the real-time clock 160 (timer wakeup line 220).  Timers within microprocessor 100, the telemetry transmitter/receiver, the ECG amplifier 150 and the real-time clock 160 generate signals which signify pertinent events.  The microprocessor determines when and how to respond to these events by means of mask registers which selectively allow the microprocessor to ignore or respond to such events." 15:48-67;<br><br>"Data from the ECG amplifier 150 is converted from analog to digital form by analog to digital conversion circuitry 140.  The ECG amplifier circuitry includes an anti-aliasing filter to minimize the artifact caused by digitization of the signal.  Programming within the microprocessor controls the conversion rate within the range from 64 to 1000 samples per second.  Programming of the microprocessor also directs the digital output of the ECG amplifier to one or more destinations (to the rf |

| 991 Patent: Claim 35 | Nappholz 5,113,869 |
|---|---|
| | transmitter to allow transmission of raw data, to memory 170 or 180, or to the microprocessor itself for data storage and analysis).  Data acquisition control by the microprocessor allows the implanted AECG monitor to constantly analyze data and, in response to that analysis, to perform intelligent data acquisition.  For example, the monitor may increase the sample rate or amplifier bandwidth or begin sampling after a pause in response to a particular sensed event." 19:7-54.<br><br>See also Fig. 11 (140) |

<br>

| 991 Patent: Claim 36 | Nappholz 5,113,869 |
|---|---|
| 36.  The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | "The Microprocessor 100 controls operations of the other circuitry blocks by reading from and writing to the UART 110, the A/D converter 140, the real-time clock 160 and data RAM 170 by means of the control and address bus 180 and the data bus 190.  (The control and address bus 180 combines the control and address functions for illustrative purposes only.  The control and address lines act independently as is standard in the art of microprocessor communications.) Within the microprocessor there are maskable wakeup circuitry in the form of a data register which enables and disables the ability of the microprocessor to detect wakeup signals from the ECG amplifier 150 (the sense event line 210) and the real-time clock 160 (timer wakeup line 220).  Timers within microprocessor 100, the telemetry transmitter/receiver, the ECG amplifier 150 and the real-time clock 160 generate signals which signify pertinent events.  The microprocessor determines when and how to respond to these events by means of mask registers which selectively allow the microprocessor to ignore or respond to such events." 15:48-67;<br><br>"Data from the ECG amplifier 150 is converted from analog to digital form by analog to digital conversion circuitry 140.  The ECG amplifier circuitry includes an anti-aliasing filter to minimize the artifact caused by digitization of the signal.  Programming within the microprocessor controls the conversion rate within the range from 64 to 1000 samples per second.  Programming of the microprocessor also directs the digital output of the ECG amplifier to one or more destinations (to the rf transmitter to allow transmission of raw data, to memory 170 or 180, or to the microprocessor itself for data storage and analysis).  Data acquisition control by the microprocessor allows the implanted AECG monitor to constantly analyze data and, in response to that analysis, to perform intelligent data acquisition.  For example, the monitor may increase the sample rate or amplifier bandwidth or begin sampling after a pause in response to a particular sensed event." 19:7-54. |

| **991 Patent: Claim 36** | **Nappholz 5,113,869** |
|---|---|
|  | See also Fig. 11 (140) |

| **991 Patent: Claim 37** | **Nappholz 5,113,869** |
|---|---|
| 37.  A medical system for monitoring body functions of a patient comprising: | abstract;<br><br>This invention is most closely related to. that of prior art ambulatory electrocardiography (AECG) devices which sense and store electrocardiogram (ECG) signals and perform some real-time signal processing, primarily to reduce the amount of stored data.  Early AECG systems collected data in full disclosure mode by storing all ECG information recorded within a time period determined by each particular system's storage capacity.<br><br>Data compression and reduction techniques enable current AECG systems to collect full disclosure mode data for about 24 hours.  Medical diagnosis of full disclosure mode data is performed by a medical professional using visual or semi-automatic (computer) analysis. 1:11-23. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10. 14:67-15:18<br><br>The personal communicator alarm 30 acts as the human interface between the implantable AECG monitor 10 and the patient.  The alarm responds to application-dependent messages from the monitor.  Programs loaded from the external programmer and analyzer into the implantable device include message output routines which are triggered by physiological or diagnostic events sensed by the monitor.  Electronic components of the personal communicator and alarm 30 are a subset of those comprising the external programmer and analyzer.  These components may include a microprocessor, communication circuitry, and an audio or visual alarm signal for notifying the patient of triggering events.  The telemetry |

| 991 Patent: Claim 37 | Nappholz 5,113,869 |
|---|---|
| | receiver within the personal communicator alarm 30 is similar to and compatible with that of the implantable AECG monitor.  The implantable AECG monitor sends message codes to the alarm, causing the alarm to respond by activating a light emitting diode or audio alarm.  In this manner the monitor warns the patient to take medication or otherwise seek medical intervention.  20:18-37.<br><br>See also Fig. 10, 16:1-58 |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | abstract;<br><br>Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | "The Microprocessor 100 controls operations of the other circuitry blocks by reading from and writing to the UART 110, the A/D converter 140, the real-time clock 160 and data RAM 170 by means of the control and address bus 180 and the data bus 190.  (The control and address bus 180 combines the control and address functions for illustrative purposes only.  The control and address lines act independently as is standard in the art of microprocessor communications.) Within the microprocessor there are maskable wakeup circuitry in the form of a data register which enables and disables the ability of the microprocessor to detect wakeup signals from the ECG amplifier 150 (the sense event line 210) and the real-time clock 160 (timer wakeup line 220).  Timers within microprocessor 100, the telemetry transmitter/receiver, the ECG amplifier 150 and the real-time clock 160 generate signals which signify pertinent events.  The microprocessor determines when and how to respond to these events by means of mask registers which selectively allow the microprocessor to ignore or respond to such events." 15:48-67;<br><br>"Data from the ECG amplifier 150 is converted from analog to digital form by analog to digital conversion circuitry 140.  The ECG amplifier circuitry includes an anti-aliasing filter to minimize the artifact caused by digitization of the signal.  Programming within the microprocessor controls the |

| 991 Patent: Claim 37 | Nappholz 5,113,869 |
|---|---|
|  | conversion rate within the range from 64 to 1000 samples per second.  Programming of the microprocessor also directs the digital output of the ECG amplifier to one or more destinations (to the rf transmitter to allow transmission of raw data, to memory 170 or 180, or to the microprocessor itself for data storage and analysis).  Data acquisition control by the microprocessor allows the implanted AECG monitor to constantly analyze data and, in response to that analysis, to perform intelligent data acquisition.  For example, the monitor may increase the sample rate or amplifier bandwidth or begin sampling after a pause in response to a particular sensed event." 19:7-54.<br><br>See also Fig. 11 (140) |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external communicator and send warning messages to the communicator to begin medical intervention.  The external communicator should always be accessible to the implant.  No known prior art pacemakers initiate communication but rather respond to requests of the external device.  The implanted AECG device provides for the capability of communicating with multiple and different external devices.  These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines.  7:12-25<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |
| a receiver operable to receive information from the evaluator station through wireless | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external communicator and send warning messages to the communicator to begin medical intervention.  The |

| 991 Patent: Claim 37 | Nappholz 5,113,869 |
|---|---|
| communication; | external communicator should always be accessible to the implant.  No known prior art pacemakers initiate communication but rather respond to requests of the external device.  The implanted AECG device provides for the capability of communicating with multiple and different external devices.  These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines.  7:12-25<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators.  Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor.  The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy.  4:61-5:2<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical |

622

| 991 Patent: Claim 37 | Nappholz 5,113,869 |
|---|---|
|  | application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 15:48-67; 16:1-24; 19:54-20:17; 20:39-59 |

| 991 Patent: Claim 38 | Nappholz 5,113,869 |
|---|---|
| 38.  The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external communicator and send warning messages to the communicator to begin medical intervention.  The external communicator should always be accessible to the implant.  No known prior art pacemakers initiate communication but rather respond to requests of the external device.  The implanted AECG device provides for the capability of communicating with multiple and different external devices.  These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines.  7:12-25<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |

| 991 Patent: Claim 39 | Nappholz 5,113,869 |
|---|---|
| 39.  The medical system of claim 38 wherein the first and second | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external |

| 991 Patent: Claim 39 | Nappholz 5,113,869 |
|---|---|
| arrangements are positionable adjacent to the patients. | communicator and send warning messages to the communicator to begin medical intervention. The external communicator should always be accessible to the implant. No known prior art pacemakers initiate communication but rather respond to requests of the external device. The implanted AECG device provides for the capability of communicating with multiple and different external devices. These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines. 7:12-25<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components. In a particular application, some of the components may not be clinically necessary and are optical. Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown). The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components. The need for other components depends on the medical application at hand or objectives of a clinical investigation. All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10. 14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |

| 991 Patent: Claim 45 | Nappholz 5,113,869 |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators. Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor. The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy. 4:61-5:2<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components. In a particular application, some of the components may not be clinically necessary and are optical. Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal |

| 991 Patent: Claim 45 | Nappholz 5,113,869 |
|---|---|
| | communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 15:48-67; 16:1-24; 19:54-20:17; 20:39-59 |

| 991 Patent: Claim 46 | Nappholz 5,113,869 |
|---|---|
| 46.  The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators.  Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor.  The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy.  4:61-5:2<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 15:48-67; 16:1-24; 19:54-20:17; 20:39-59 |

| 991 Patent: Claim 48 | Nappholz 5,113,869 |
|---|---|
| 48.  The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47

The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time.  6:64-7:11 |

| 991 Patent: Claim 49 | Nappholz 5,113,869 |
|---|---|
| 49.  The medical system of claim 48 wherein oxygen saturation is measured. | abstract;

Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal |

| 991 Patent: Claim 49 | Nappholz 5,113,869 |
|---|---|
| | cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |

| 991 Patent: Claim 51 | Nappholz 5,113,869 |
|---|---|
| 51.  The medical system of claim 37 wherein the evaluator station includes a display. | ""The implantable AECG monitor communicates with multiple components including programmer/analyzer devices, warning alarms, telephonic communicators, data recorders, and defibrillators.  Communication allows the external programming device to set control variables to determine the behavior, response, functions and operations performed by the implantable monitor.  The external programming device may download control programs into the implantable device memory to tailor its execution for the desired cardiac therapy.  4:60-5:2.<br><br>See also 14:67-15:18; 20:18-39. |

| 991 Patent: Claim 52 | Nappholz 5,113,869 |
|---|---|
| 52.  The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | abstract;<br><br>Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |

| 991 Patent: Claim 53 | Nappholz 5,113,869 |
|---|---|

627

| 991 Patent: Claim 53 | Nappholz 5,113,869 |
|---|---|
| 53.  A medical system for acquiring measured data, including measuring body functions, comprising: | abstract;<br><br>This invention is most closely related to.  that of prior art ambulatory electrocardiography (AECG) devices which sense and store electrocardiogram (ECG) signals and perform some real-time signal processing, primarily to reduce the amount of stored data.  Early AECG systems collected data in full disclosure mode by storing all ECG information recorded within a time period determined by each particular system's storage capacity.<br><br>Data compression and reduction techniques enable current AECG systems to collect full disclosure mode data for about 24 hours.  Medical diagnosis of full disclosure mode data is performed by a medical professional using visual or semi-automatic (computer) analysis.  1:11-23. |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | While both the internal AECG monitor and the pacemaker communicate with external devices over a communication link, the AECG monitor is intended to initiate communication to a dedicated external communicator and send warning messages to the communicator to begin medical intervention.  The external communicator should always be accessible to the implant.  No known prior art pacemakers initiate communication but rather respond to requests of the external device.  The implanted AECG device provides for the capability of communicating with multiple and different external devices.  These devices can warn the patient of dangerous conditions or alert the patient's physician over standard telephone lines.  7:12-25<br><br>The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:66-15:18.<br><br>See also 16:25-58; Fig. 10 |

| 991 Patent: Claim 53 | Nappholz 5,113,869 |
|---|---|
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:67-15:18 <br><br> The personal communicator alarm 30 acts as the human interface between the implantable AECG monitor 10 and the patient.  The alarm responds to application-dependent messages from the monitor.  Programs loaded from the external programmer and analyzer into the implantable device include message output routines which are triggered by physiological or diagnostic events sensed by the monitor.  Electronic components of the personal communicator and alarm 30 are a subset of those comprising the external programmer and analyzer.  These components may include a microprocessor, communication circuitry, and an audio or visual alarm signal for notifying the patient of triggering events.  The telemetry receiver within the personal communicator alarm 30 is similar to and compatible with that of the implantable AECG monitor.  The implantable AECG monitor sends message codes to the alarm, causing the alarm to respond by activating a light emitting diode or audio alarm.  In this manner the monitor warns the patient to take medication or otherwise seek medical intervention.  20:18-37. <br><br> See also Fig. 10, 16:1-58 |

| 991 Patent: Claim 55 | Nappholz 5,113,869 |
|---|---|
| 55.  A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration |

| 991 Patent: Claim 55 | Nappholz 5,113,869 |
|---|---|
| | rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47<br><br>The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time.  6:64-7:11 |

| 991 Patent: Claim 56 | Nappholz 5,113,869 |
|---|---|
| 56.  A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47<br><br>The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the |

| 991 Patent: Claim 56 | Nappholz 5,113,869 |
|---|---|
| | classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time.  6:64-7:11 |

| 991 Patent: Claim 57 | Nappholz 5,113,869 |
|---|---|
| 57.  A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47

The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time. 6:64-7:11 |

| 991 Patent: Claim 58 | Nappholz 5,113,869 |
|---|---|
| 58.  A medical system according to | Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this |

| 991 Patent: Claim 58 | Nappholz 5,113,869 |
|---|---|
| claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47<br><br>The signals analyzed by the implanted AECG monitoring device are more similar to external electrocardiograms than intracardiograms.  In fact, a physician is likely to position the implanted leads of the AECG system to correspond to one of the precordial positions standard in electrocardiography.  In contrast, cardiac pacemakers sense intracardiograms which are not standardized according to the classical lead positions known in electrocardiography.  This difference is important because the research in ECG analysis for identifying arrhythmia precursors is based on standard lead positioning.  Analysis of arrhythmia precursors using intracardiograms would require an entirely new data base.  Our invention allows standard, well-developed, analytical techniques to be used, thus saving perhaps years of design time.  6:64-7:11 |

| 991 Patent: Claim 61 | Nappholz 5,113,869 |
|---|---|
| 61.  The medical system of claim 53 wherein oxygen saturation is measured. | abstract;<br><br>Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia |

| **991 Patent: Claim 61** | **Nappholz 5,113,869** |
|---|---|
| | threshold to a higher heart rate level.  4:30-47. |

| **991 Patent: Claim 62** | **Nappholz 5,113,869** |
|---|---|
| 62.  The medical system of claim 53 wherein a pulse of the patient is monitored. | abstract; Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |

| **991 Patent: Claim 65** | **Nappholz 5,113,869** |
|---|---|
| 65.  A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | The telemetry receiver/transmitter performs two-way, digital telemetry to transfer data and programs between the implant and an external device.  While performing normal operations the implant will receive from the external programmer and analyzer 20 (Fig. 10) downloaded program object code and other control information to govern data acquisition by the implant.  Under the direction of commands from the external programmer and analyzer, the implant will reply with acquired and processed physiological data.  It also is a normal operation for the implant to acquire and process the physiological data and from this data analysis to detect warning conditions.  In this mode of operation, determined by and under the direction of the downloaded program code, the implant may initiate communication with an external device to warn of abnormal physiological conditions.  (The implant may also warn the external device of a malfunction within the implanted AECG monitor in response to an attempt and failure of a self-diagnostic test.) The telemetry receiver/transmitter 120 is made up of the rf transmitter, the rf receiver, and the UART 110 which directs data flow from the rf circuits to the data bus under the control of the microprocessor 100.  The implantable AECG monitor transmits information to an external |

| 991 Patent: Claim 65 | Nappholz 5,113,869 |
|---|---|
| | device with a range of at least 20 feet at a telemetric data transmission frequency of 40 to 200 Mhz. The rf receiver operates at the telemetric frequency on the order of about 2 MHz. UART 110 controls data communications in response to input/output commands from microprocessor 100 which configure the UART to perform reception or transmission. It includes a standard serial interface, a data buffer, and circuitry for error detection coding and decoding. 16:25-57. |

| 991 Patent: Claim 66 | Nappholz 5,113,869 |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | The telemetry receiver/transmitter performs two-way, digital telemetry to transfer data and programs between the implant and an external device. While performing normal operations the implant will receive from the external programmer and analyzer 20 (Fig. 10) downloaded program object code and other control information to govern data acquisition by the implant. Under the direction of commands from the external programmer and analyzer, the implant will reply with acquired and processed physiological data. It also is a normal operation for the implant to acquire and process the physiological data and from this data analysis to detect warning conditions. In this mode of operation, determined by and under the direction of the downloaded program code, the implant may initiate communication with an external device to warn of abnormal physiological conditions. (The implant may also warn the external device of a malfunction within the implanted AECG monitor in response to an attempt and failure of a self-diagnostic test.) The telemetry receiver/transmitter 120 is made up of the rf transmitter, the rf receiver, and the UART 110 which directs data flow from the rf circuits to the data bus under the control of the microprocessor 100. The implantable AECG monitor transmits information to an external device with a range of at least 20 feet at a telemetric data transmission frequency of 40 to 200 Mhz. The rf receiver operates at the telemetric frequency on the order of about 2 MHz. UART 110 controls data communications in response to input/output commands from microprocessor 100 which configure the UART to perform reception or transmission. It includes a standard serial interface, a data buffer, and circuitry for error detection coding and decoding. 16:25-57. |

| 991 Patent: Claim 67 | Nappholz 5,113,869 |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from | The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components. In a particular application, some of the components may not be clinically necessary and are optical. Referring to Fig. 10, system components are the implantable AECG monitor |

| 991 Patent: Claim 67 | Nappholz 5,113,869 |
|---|---|
| the second transmitter. | 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:67-15:18<br><br>The personal communicator alarm 30 acts as the human interface between the implantable AECG monitor 10 and the patient.  The alarm responds to application-dependent messages from the monitor. Programs loaded from the external programmer and analyzer into the implantable device include message output routines which are triggered by physiological or diagnostic events sensed by the monitor. Electronic components of the personal communicator and alarm 30 are a subset of those comprising the external programmer and analyzer.  These components may include a microprocessor, communication circuitry, and an audio or visual alarm signal for notifying the patient of triggering events.  The telemetry receiver within the personal communicator alarm 30 is similar to and compatible with that of the implantable AECG monitor.  The implantable AECG monitor sends message codes to the alarm, causing the alarm to respond by activating a light emitting diode or audio alarm.  In this manner the monitor warns the patient to take medication or otherwise seek medical intervention.  20:18-37.<br><br>See also Fig. 10, 16:1-58 |

| 991 Patent: Claim 69 | Nappholz 5,113,869 |
|---|---|
| 69.  The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | The implantable AECG monitoring system of the preferred embodiment of the invention includes a number of components.  In a particular application, some of the components may not be clinically necessary and are optical.  Referring to Fig. 10, system components are the implantable AECG monitor 10 including the transmitter/receiver 15, an external programmer and analyzer 20, a personal communicator alarm device 30, a telephonic communicator 40 which communicates with an external programmer and analyzer 80 in a health care provider's office using modem 70, a full disclosure recorder 50, an external antitachycardia pacemaker or defibrillator 60, and a percutaneous or external drug infusion pump (not shown).  The implantable AECG monitor 10 and the external programmer and analyzer 20 are mandatory system components.  The need for other components depends on the medical |

| 991 Patent: Claim 69 | Nappholz 5,113,869 |
|---|---|
| | application at hand or objectives of a clinical investigation.  All components include at least a telemetry receiver for receiving data and control signals from the implantable AECG monitor 10.  14:67-15:18

The personal communicator alarm 30 acts as the human interface between the implantable AECG monitor 10 and the patient.  The alarm responds to application-dependent messages from the monitor.  Programs loaded from the external programmer and analyzer into the implantable device include message output routines which are triggered by physiological or diagnostic events sensed by the monitor.  Electronic components of the personal communicator and alarm 30 are a subset of those comprising the external programmer and analyzer.  These components may include a microprocessor, communication circuitry, and an audio or visual alarm signal for notifying the patient of triggering events.  The telemetry receiver within the personal communicator alarm 30 is similar to and compatible with that of the implantable AECG monitor.  The implantable AECG monitor sends message codes to the alarm, causing the alarm to respond by activating a light emitting diode or audio alarm.  In this manner the monitor warns the patient to take medication or otherwise seek medical intervention.  20:18-37.

See also Fig. 10, 16:1-58 |

| 991 Patent: Claim 72 | Nappholz 5,113,869 |
|---|---|
| 72.  The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | The telemetry receiver/transmitter performs two-way, digital telemetry to transfer data and programs between the implant and an external device.  While performing normal operations the implant will receive  from the external programmer and analyzer 20 (Fig. 10) downloaded program object code and other control information to govern data acquisition by the implant.  Under the direction of commands from the external programmer and analyzer, the implant will reply with acquired and processed physiological data.  It also is a normal operation for the implant to acquire and process the physiological data and from this data analysis to detect warning conditions.  In this mode of operation, determined by and under the direction of the downloaded program code, the implant may initiate communication with an external device to warn of abnormal physiological conditions.  (The implant may also warn the external device of a malfunction within the implanted AECG monitor in response to an attempt and failure of a self-diagnostic test.) The telemetry receiver/transmitter 120 is made up of the rf transmitter, the rf receiver, and the UART 110 which directs data flow from the rf circuits to the data bus under the control of the microprocessor 100.  The implantable AECG monitor transmits information to an external device with a range of at least 20 feet at a telemetric data transmission frequency of 40 to 200 Mhz.  The rf receiver operates at the telemetric frequency on the order of about 2 MHz.  UART 110 controls data |

| **991 Patent: Claim 72** | **Nappholz 5,113,869** |
|---|---|
| | communications in response to input/output commands from microprocessor 100 which configure the UART to perform reception or transmission.  It includes a standard serial interface, a data buffer, and circuitry for error detection coding and decoding.  16:25-57. |

| **991 Patent: Claim 73** | **Nappholz 5,113,869** |
|---|---|
| 73.  The medical system of claim 53 further including a cover at least partially covering the first set of components. | See Fig. 10 |

| **991 Patent: Claim 78** | **Nappholz 5,113,869** |
|---|---|
| 78.  The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | abstract;<br><br>Beyond the sensing and analysis of electrocardiograms, the implanted electrodes embodied in this invention are capable of measuring other physiological parameters not normally sensed by traditional AECG systems.  The electrodes, or supplemental electrodes across the chest, enable the measurement of electrical impedance (for example, using techniques disclosed in U.S. Pat. No. 4,702,253).  From impedance measurements the implanted device can derive respiratory parameters such as respiration rate, tidal volume and minute ventilation.  Respiratory parameters reliably reflect patient activity, allowing the monitor to correlate cardiac activity with the influences of physical exertion and psychological stress.  The ability to monitor patient activity is important for distinguishing normal cardiac rhythms from arrhythmia.  When a patient is exercising, the monitor may set the arrhythmia threshold to a higher heart rate level.  4:30-47. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B42**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Pat No. 5,319,363, "Network for Portable Monitoring Devices," to Welch, *et al*. ("Welch")**

Claims 1, 3, 4, 5, 6, 12, 19, 22, 26, 30, 31, 33, 34, 35, 36, 37, 38, 39, 40, 45, 46, 49, 51, 52, 53, 55, 56, 57, 58, and 61 are anticipated and/or rendered obvious by Welch.

| '991 Patent: Claim 1 | Welch |
|---|---|
| 1. A medical system for monitoring body functions of a patient comprising: | A general aspect of the invention is managing multiple devices that are each suitable for use at a selected one of multiple locations using a network of links that are each assigned to one of the locations; each link is selectable between a state in which a device is not using the link and a state in which one or more devices are using the link. Links that are in use by the devices are identified and the locations at which the devices are used are determined based on the identities of the links that are in use. Abstract; 2:10-19. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs. 1:12-22.<br><br>See also 2:10-19; 13:7-29; Fig. 1 |

| | |
|---|---|
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | "A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs." 1:8-22;<br><br>"Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records." 9:4-26.<br><br>See also Figs. 1, 5, 10 and 14 |

| | |
|---|---|
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices are determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36 |
| | A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell). |
| | Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 and receives signals 405 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |

| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Other links are cellular in nature and adapted to communicate over a wireless transmission medium with cellular devices disposed in a predetermined area. Multiple transceivers are arranged on the link and each transceiver communicates with a device located in a regional cell within the area that is assigned to the transceiver. Each cellular device transmits messages that identify the device, and each transceiver relays messages received from a device located in the transceiver's cell and identifies itself as part of the relaying process. The cellular location of a device is determined based at least in part on the identity of the transceiver with which the device is communicating. 2:57-3:2

Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address.

Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records. 9:4-26

Floor plan 101 also includes one or more icons 102 in each room and in the hallways and common areas to designate the bed or beds in the room, indicate the beds that are equipped with PCDs 16 connected to network 10, and show the approximate locations of active cellular PCDs 16a. The "waveform" display mode 150 shown in FIG. 5 permits the user to visualize in real time up to eight virtual images of front panels of PCDs 16, 16a being used on network 10. A third, "bedside" display mode (shown in FIG. 6) shows the user a virtual image of a selected bedside and displays icons that identify one or more PCDs 16 connected to network 10 at the bedside and indicate the status of each PCD. 12:18-30 |

| '991 Patent: Claim 3 | Welch |
|---|---|
| 3. A medical system according to | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, |

| '991 Patent: Claim 3 | Welch |
|---|---|
| claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 4 | Welch |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 5 | Welch |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 6 | Welch |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 12 | Welch |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of |

| '991 Patent: Claim 12 | Welch |
|---|---|
| | course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs. 1:12-22.<br><br>See also 2:10-19; 13:7-29; Fig. 1 |

| '991 Patent: Claim 19 | Welch |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices are determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36<br><br>A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell).<br><br>Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 and receives signals 405 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |

| '991 Patent: Claim 22 | Welch |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices are determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device |

| '991 Patent: Claim 22 | Welch |
|---|---|
| | type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36 <br><br> A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell). <br><br> Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 and receives signals 405 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |

| '991 Patent: Claim 26 | Welch |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | *See* Fig. 2. |

| '991 Patent: Claim 27 | Welch |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | *See* Fig. 2. |

644

| '991 Patent: Claim 30 | Welch |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Other links are cellular in nature and adapted to communicate over a wireless transmission medium with cellular devices disposed in a predetermined area. Multiple transceivers are arranged on the link and each transceiver communicates with a device located in a regional cell within the area that is assigned to the transceiver. Each cellular device transmits messages that identify the device, and each transceiver relays messages received from a device located in the transceiver's cell and identifies itself as part of the relaying process. The cellular location of a device is determined based at least in part on the identity of the transceiver with which the device is communicating. 2:57-3:2<br><br>Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records. 9:4-26<br><br>Floor plan 101 also includes one or more icons 102 in each room and in the hallways and common areas to designate the bed or beds in the room, indicate the beds that are equipped with PCDs 16 connected to network 10, and show the approximate locations of active cellular PCDs 16a. The "waveform" display mode 150 shown in FIG. 5 permits the user to visualize in real time up to eight virtual images of front panels of PCDs 16, 16a being used on network 10. A third, "bedside" display mode (shown in FIG. 6) shows the user a virtual image of a selected bedside and displays icons that identify one or more PCDs 16 connected to network 10 at the bedside and indicate the status of each PCD. 12:18-30 |

| '991 Patent: Claim 31 | Welch |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is | Other links are cellular in nature and adapted to communicate over a wireless transmission medium with cellular devices disposed in a predetermined area. Multiple transceivers are arranged on the |

| '991 Patent: Claim 31 | Welch |
|---|---|
| responsive to the received information, the received information operative to control operation of the transmitter. | link and each transceiver communicates with a device located in a regional cell within the area that is assigned to the transceiver. Each cellular device transmits messages that identify the device, and each transceiver relays messages received from a device located in the transceiver's cell and identifies itself as part of the relaying process. The cellular location of a device is determined based at least in part on the identity of the transceiver with which the device is communicating. 2:57-3:2

Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records. 9:4-26

Floor plan 101 also includes one or more icons 102 in each room and in the hallways and common areas to designate the bed or beds in the room, indicate the beds that are equipped with PCDs 16 connected to network 10, and show the approximate locations of active cellular PCDs 16a. The "waveform" display mode 150 shown in FIG. 5 permits the user to visualize in real time up to eight virtual images of front panels of PCDs 16, 16a being used on network 10. A third, "bedside" display mode (shown in FIG. 6) shows the user a virtual image of a selected bedside and displays icons that identify one or more PCDs 16 connected to network 10 at the bedside and indicate the status of each PCD. 12:18-30 |

| '991 Patent: Claim 33 | Welch |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | The system also includes a processor (such as a workstation) located remotely from the locations of the devices (e.g., at a nurses' station) for communicating with the devices via the network links. The processor displays to a user information about the devices based on data received from the devices over the network. The display enables the user to visualize at a glance the locations of all |

646

| '991 Patent: Claim 33 | Welch |
|---|---|
|  | devices that are in use on the network and the status of these devices. Several display formats are available to allow the user to view, for example, a hospital floor at various levels of detail. |
|  | For example, one format displays a floor map to the user; icons on the map indicate the locations of the devices currently in use on the network. The appearance of each icon (e.g., its color) designates the status of the corresponding device (such as whether it is functioning normally or is in an alarm condition). |
|  | Another display format allows the user to visualize virtual images of the front panels of numerous (e.g., up to eight) devices. This is an invaluable tool that permits the user to monitor the operation of the device from the workstation without having to travel to the physical location of the device. |
|  | In yet another format, the area around a particular location (e.g., a patient's bedside) is displayed to enable the user to rapidly identify the number and types of devices in use at that location, as well as the status of each device. If desired, the user can also monitor the virtual images of the front panels of the devices. |
|  | A sophisticated user interface allows the user (i.e., a health care provider) to control the operation of any device on the network. For example, alarm limits may be set or modified and alarm conditions may be disabled from the workstation without requiring the user to travel to the device. Devices are selected for control using any one of the display formats described above. |
|  | The system also includes multiple alarm annunciators disposed at various locations (e.g., throughout a hospital floor) for displaying messages that identify devices that enter an alarm condition and sounding alarm tones to warn health care providers of the existence of the alarm. The annunciators are also controlled (e.g., to silence the alarm tone) from the workstation via the user interface. 3:9-52 |

| '991 Patent: Claim 34 | Welch |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG | A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs. 1:12-22. |

| '991 Patent: Claim 34 | Welch |
|---|---|
| signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | See also 2:10-19; 13:7-29; Fig. 1 |

| '991 Patent: Claim 35 | Welch |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs." 1:8-22;<br><br>"Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records." 9:4-26.<br><br>See also Figs. 1, 5, 10 and 14. |

| '991 Patent: Claim 36 | Welch |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents | "A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed |

| '991 Patent: Claim 36 | Welch |
|---|---|
| processed information. | beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs." 1:8-22; <br><br> "Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records." 9:4-26. <br><br> See also Figs. 1, 5, 10 and 14 |

| '991 Patent: Claim 37 | Welch |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | abstract; A general aspect of the invention is managing multiple devices that are each suitable for use at <br> a selected one of multiple locations using a network of links that are each assigned to one of the locations; each link is selectable between a state in which a device is not using the link and a state in which one or more devices are using the link. Links that are in use by the devices are identified and the locations at which the devices are used are determined based on the identities of the links that are in use. <br><br> 2:10-19. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 37 | Welch |
|---|---|
| | It will be appreciated that often a single nurses' station 26 serves several rooms 15 (which each include one or more patient beds), and that PCDs 16 located in various rooms 15 (or PCDs 16a located in the hallways of the floor) typically cannot be seen or alarms generated by the PCDs heard at the nurses' station. But as described in detail below, bedside network 10 allows the health care provider to both monitor the status of and control the operation of any PCD 16, 16a on network 10 via workstation 24. 5:52-61.<br><br>See also 6:24-40. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs. 1:12-22.<br><br>See also 2:10-19; 13:7-29; Fig. 1 |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | "A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs." 1:8-22;<br><br>"Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and |

| '991 Patent: Claim 37 | Welch |
|---|---|
| | serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records." 9:4-26.<br><br>See also Figs. 1, 5, 10 and 14 |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices are determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36<br><br>A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell).<br><br>Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 and receives signals 405 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |
| a receiver operable to receive information from the evaluator station through wireless communication; | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices are determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36<br><br>A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would |

| '991 Patent: Claim 37 | Welch |
|---|---|
|  | occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell).<br><br>Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 and receives signals 405 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Other links are cellular in nature and adapted to communicate over a wireless transmission medium with cellular devices disposed in a predetermined area. Multiple transceivers are arranged on the link and each transceiver communicates with a device located in a regional cell within the area that is assigned to the transceiver. Each cellular device transmits messages that identify the device, and each transceiver relays messages received from a device located in the transceiver's cell and identifies itself as part of the relaying process. The cellular location of a device is determined based at least in part on the identity of the transceiver with which the device is communicating. 2:57-3:2<br><br>Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records. 9:4-26<br><br>Floor plan 101 also includes one or more icons 102 in each room and in the hallways and common areas to designate the bed or beds in the room, indicate the beds that are equipped with PCDs 16 |

| '991 Patent: Claim 37 | Welch |
|---|---|
| | connected to network 10, and show the approximate locations of active cellular PCDs 16a. The "waveform" display mode 150 shown in FIG. 5 permits the user to visualize in real time up to eight virtual images of front panels of PCDs 16, 16a being used on network 10. A third, "bedside" display mode (shown in FIG. 6) shows the user a virtual image of a selected bedside and displays icons that identify one or more PCDs 16 connected to network 10 at the bedside and indicate the status of each PCD. 12:18-30 |

| '991 Patent: Claim 38 | Welch |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices are determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36

A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell).

Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 and receives signals 405 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |

| '991 Patent: Claim 39 | Welch |
|---|---|
| 39. The medical system of claim 38 wherein the first and second | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices |

| '991 Patent: Claim 39 | Welch |
|---|---|
| arrangements are positionable adjacent to the patients. | are determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36

A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell).

Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 and receives signals 405 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |

| '991 Patent: Claim 40 | Welch |
|---|---|
| 40. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to different patients. | Welch discloses a first and second arrangements positionable adjacent to different patients. See, e.g., Welch at |

| '991 Patent: Claim 45 | Welch |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Other links are cellular in nature and adapted to communicate over a wireless transmission medium with cellular devices disposed in a predetermined area. Multiple transceivers are arranged on the link and each transceiver communicates with a device located in a regional cell within the area that is assigned to the transceiver. Each cellular device transmits messages that identify the device, and each transceiver relays messages received from a device located in the transceiver's cell and identifies itself as part of the relaying process. The cellular location of a device is determined based |

| '991 Patent: Claim 45 | Welch |
|---|---|
| | at least in part on the identity of the transceiver with which the device is communicating. 2:57-3:2<br><br>Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records. 9:4-26<br><br>Floor plan 101 also includes one or more icons 102 in each room and in the hallways and common areas to designate the bed or beds in the room, indicate the beds that are equipped with PCDs 16 connected to network 10, and show the approximate locations of active cellular PCDs 16a. The "waveform" display mode 150 shown in FIG. 5 permits the user to visualize in real time up to eight virtual images of front panels of PCDs 16, 16a being used on network 10. A third, "bedside" display mode (shown in FIG. 6) shows the user a virtual image of a selected bedside and displays icons that identify one or more PCDs 16 connected to network 10 at the bedside and indicate the status of each PCD. 12:18-30 |

| '991 Patent: Claim 46 | Welch |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Other links are cellular in nature and adapted to communicate over a wireless transmission medium with cellular devices disposed in a predetermined area. Multiple transceivers are arranged on the link and each transceiver communicates with a device located in a regional cell within the area that is assigned to the transceiver. Each cellular device transmits messages that identify the device, and each transceiver relays messages received from a device located in the transceiver's cell and identifies itself as part of the relaying process. The cellular location of a device is determined based at least in part on the identity of the transceiver with which the device is communicating. 2:57-3:2 |

702913538

| '991 Patent: Claim 46 | Welch |
|---|---|
|  | Each message is arranged as a packet that includes the source address of the message (e.g., the unique network address 72 of a PCD 16 or the unique address 77 of a PCD 16a), the destination address of the message (e.g., the network address of workstation 24), and data. In addition, repeater 14 inserts into the packet a specific identification stamp that identifies the address of the port 13 which received the packet from link 12. Other devices (such as other PCDs 16, 16a) that receive the message after it is retransmitted by repeater 14 simply ignore it unless their network addresses match the message's destination address. Thus, messages sent by a PCD 16, 16a to workstation 24 are accepted by workstation 24 and ignored by the other PCDs on the network, and messages sent by workstation 24 to a given PCD 16, 16a are accepted by that PCD only. Database 36 (or workstation memory 58) stores, among other information, records that associate each network address 72, 75, 77 with a PCD type (e.g., vital signs monitor, ventilator, infusion pump, etc.) and serial number, thereby enabling workstation 24 to identify the type of PCD from which an incoming message originated simply by inspecting the database records. 9:4-26<br><br>Floor plan 101 also includes one or more icons 102 in each room and in the hallways and common areas to designate the bed or beds in the room, indicate the beds that are equipped with PCDs 16 connected to network 10, and show the approximate locations of active cellular PCDs 16a. The "waveform" display mode 150 shown in FIG. 5 permits the user to visualize in real time up to eight virtual images of front panels of PCDs 16, 16a being used on network 10. A third, "bedside" display mode (shown in FIG. 6) shows the user a virtual image of a selected bedside and displays icons that identify one or more PCDs 16 connected to network 10 at the bedside and indicate the status of each PCD. 12:18-30 |

| '991 Patent: Claim 49 | Welch |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 51 | Welch |
|---|---|
| 51. The medical system of claim 37 | The system also includes a processor (such as a workstation) located remotely from the locations of |

| '991 Patent: Claim 51 | Welch |
|---|---|
| wherein the evaluator station includes a display. | the devices (e.g., at a nurses' station) for communicating with the devices via the network links. The processor displays to a user information about the devices based on data received from the devices over the network. The display enables the user to visualize at a glance the locations of all devices that are in use on the network and the status of these devices. Several display formats are available to allow the user to view, for example, a hospital floor at various levels of detail.<br><br>For example, one format displays a floor map to the user; icons on the map indicate the locations of the devices currently in use on the network. The appearance of each icon (e.g., its color) designates the status of the corresponding device (such as whether it is functioning normally or is in an alarm condition).<br><br>Another display format allows the user to visualize virtual images of the front panels of numerous (e.g., up to eight) devices. This is an invaluable tool that permits the user to monitor the operation of the device from the workstation without having to travel to the physical location of the device.<br><br>In yet another format, the area around a particular location (e.g., a patient's bedside) is displayed to enable the user to rapidly identify the number and types of devices in use at that location, as well as the status of each device. If desired, the user can also monitor the virtual images of the front panels of the devices.<br><br>A sophisticated user interface allows the user (i.e., a health care provider) to control the operation of any device on the network. For example, alarm limits may be set or modified and alarm conditions may be disabled from the workstation without requiring the user to travel to the device. Devices are selected for control using any one of the display formats described above.<br><br>The system also includes multiple alarm annunciators disposed at various locations (e.g., throughout a hospital floor) for displaying messages that identify devices that enter an alarm condition and sounding alarm tones to warn health care providers of the existence of the alarm. The annunciators are also controlled (e.g., to silence the alarm tone) from the workstation via the user interface. 3:9-52 |

| '991 Patent: Claim 52 | Welch |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the | A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed |

| '991 Patent: Claim 52 | Welch |
|---|---|
| group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs. 1:12-22.<br><br>See also 2:10-19; 13:7-29; Fig. 1. |

| '991 Patent: Claim 53 | Welch |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | abstract; A general aspect of the invention is managing multiple devices that are each suitable for use at a selected one of multiple locations using a network of links that are each assigned to one of the locations; each link is selectable between a state in which a device is not using the link and a state in which one or more devices are using the link. Links that are in use by the devices are identified and the locations at which the devices are used are determined based on the identities of the links that are in use. 2:10-19. |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | The devices send and receive messages to other devices on the network via the links. Each link is associated with a port of a multiport repeater (or terminal server), and the locations of the devices are<br>determined based on the identities of the ports that are associated with links on which the messages appear. The messages sent by a particular device identify that device (e.g., by device type) so that a device's location is correlated with its identity (e.g., as a vital signs monitor, an infusion pump, a ventilator, etc.). 2:27-36<br><br>A wireless cellular transceiver 402 in each transceiver 401 transmits RF signals 405 and receives RF signals 411 via antenna 406 from a small, localized "cell" (e.g., having a 100 foot radius) to provide a wireless virtual link 12' to any cellular PCD 16a that comes within its cell (as would occur, for example, when an ambulating patient wearing a cellular PCD 16a enters the cell).<br><br>Cellular PCDs 16a (only one of which is shown in FIGS. 1 and 3) each implement NSF 17 and include a cellular transceiver 410 that transmits RF signals 411 via antenna 412. Signals 411 include, among other information, the unique address 77 that identifies the PCD 16a. The cellular transceiver 401 that receives signals 411 adds its network address 75 and forwards the signals to repeater 14 via cable 403, wireless CPU 400, and cable 20. Thus, workstation 24 can identify the status and approximate location (to an accuracy defined by the area |

| '991 Patent: Claim 53 | Welch |
|---|---|
| | of each cell) of any cellular PCD 16a that is in active communication with a network transceiver 401 by identifying the network address 75 of the network transceiver 401 that is currently receiving signals 411 from that PCD 16a. 8:34-55 |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station.  2:1-7<br><br>It will be appreciated that often a single nurses' station 26 serves several rooms 15 (which each include one or more patient beds), and that PCDs 16 located in various rooms 15 (or PCDs 16a located in the hallways of the floor) typically cannot be seen or alarms generated by the PCDs heard at the nurses' station. But as described in detail below, bedside network 10 allows the health care provider to both monitor the status of and control the operation of any PCD 16, 16a on network 10 via workstation 24. 5:52-61.<br><br>See also 6:24-40. |

| '991 Patent: Claim 55 | Welch |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 56 | Welch |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 57 | Welch |
|---|---|

659

| '991 Patent: Claim 57 | Welch |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 58 | Welch |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Ambulation is possible in stepdown units, which generally monitor, by RF medical telemetry, exclusively patients' electrocardiogram (ECG). ECG RF transmitters worn by the patients transmit ECG data to antennas connected to a central nurses' station for observation. The telemetry antenna is permanently mounted near the patients' rooms and hard-wired to the nurses' station. 2:1-7 |

| '991 Patent: Claim 61 | Welch |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | A wide variety of patient care devices (PCDs) are currently available. Examples include vital signs monitors (which measure such parameters as ECG, non-invasive and invasive blood pressure, pulse oximetry, etc.), ventilators, and infusion pumps. PCDs typically are not permanently installed beside each bed in every hospital room in the general care areas of the hospital. One reason is, of course, the expense of such an arrangement, but another, equally practical reason is that patients who are cared for in these areas generally do not require routine use of PCDs. 1:12-22.<br><br>See also 2:10-19; 13:7-29; Fig. 1 |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B43**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Pat. No. 5,350,411, "Pacemaker Telemetry System"to Ryan, *et al.* ("Ryan")**

Claims 1, 3-6, 12, 17, 18, 25, 30, 31, 33-37, 45, 46, 49, 51, 52, 53, 55, 56, 57, 61, 62, 65, 66, 72, 73, and 78 are anticipated and/or rendered obvious by Ryan.

| '411 Patent: Claim 1 | Ryan |
|---|---|
| 1.  A medical system for monitoring body functions of a patient comprising: | The Ryan references, which include U.S. Patent 5,350,411 (Ryan, et al.) Pacemaker telemetry system and the matter incorporated by reference teach a variety of cardiac (medical) telemetry (remote monitoring) methodologies which meet this preambular element. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | E.g., Ryan at 6:32-37.  "Leads 14 and 15 include one or more intracardiac electrodes, designated as 17 and 18 in FIG.1, located near their distal ends of leads 14 and 15, respectively, and positioned within the right ventricular (RV) and right atrial (RA) chambers, respectively, or heart 16."  Emphasis added.  Note also in Ryan the "activity sensor 20" which does not have to be connected to the heart.  See e.g. Hartlaub '884, items 52a-c discussed at 27:2 and shown in Fig. 5.  See also Stein at 1:51 and Sivula at 1:21. |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | "An analog-to-digital converter (ADC) and multiplexer unit 36 digitizes analog signals and voltages to provide 'real-time' telemetry intracardiac signals and battery end-of-life (EOL) replacement function."  Ryan 7:18-22.  "Analog data is first converted to digital format by an analog-to-digital converter, such that the transmission is digital data."  Wyborny abstract. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | "As used herein, the terms 'uplink' and 'uplink telemetry' will be used to denote the communications channel for conveying information from the implanted device to an external unit of some sort."  Ryan 2:38-41.  "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF telemetry circuit 33 [...]" Id. at 7:4-6. |

| '411 Patent: Claim 1 | Ryan |
|---|---|
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | "An implantable medical device telemetry system provides a means for decoding telemetry downlink information transmitted from an external unit to an implanted medical device, and for encoding telemetry uplink signals to be transmitted from the implanted device to the external unit."  Ryan abstract. "Downlink telemetry data received and demodulated by telemetry circuit 33' is shifted one bit at a time into shift register 306, as will be hereinafter described in greater detail, and then transferred in parallel from shift register 306 on bus 334 to CPU transmit/receive buffer 336, and from there to microcomputer circuit 24 on bus 30."  Id. at 25:51-57.  The ability to reprogram telemetry formats is express.  "A programmable logic array (PLA) structure that is mask programmable and which may further be partially RAM programmable serves as the basis of the telemetry subsystem."  Ryan abstract.  The use of telemetry capacity to reprogram the telemetry format via the radio link is inherent.  Note that in Fig. 1, there is no external data link to the device other than the telemetry antenna coil 23.  Hence, for the RAM programmability to be operative, it must occur through the telemetry link.  The data buss structure depicted in Fig. 1 makes this obvious to anyone skilled in microprocessor arts.  "As would be appreciated by those of ordinary skill in the art, telemetry circuit 33 of FIG. 2 can be configured to operate with many different types of telemetry for-mats by stepping from state to state via feedback state register 148. All parameters of the telemetry protocol can be adjusted by specifying the frequency of clock 136, the width of counter 134, the bit with of programmable PLA terms 224 and 226 (and/or the inclusion of more than two programmable nibbles in PLA 150), and the number of allowable state values.  For both uplink and downlink telemetry for the system of FIG. 2, more than one telemetry protocol can be programmed into a single PLA 150."  Ryan 23:58 to 24:2. |

| '411 Patent: Claim 3 | Ryan |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Hartlaub '884 items 52a-c at 27:2 and Fig. 5.  See also Stein at 1:51 and Sivula at 1:21. |

| '411 Patent: Claim 4 | Ryan |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient | Hartlaub '884, items 52a-c, at 27:2, Fig. 5.  See also Stein 1:51; Sivula 1:21 |

| '411 Patent: Claim 5 | Ryan |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Hartlaub '884, items 52a-c, at 27:2, Fig. 5. See also Stein 1:51; Sivula 1:21 |


| '411 Patent: Claim 6 | Ryan |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with sensor in contact with the body. | Hartlaub '884, items 52a-c, at 27:2, Fig. 5.  See also Stein 1:51; Sivula 1:21 |


| '411 Patent: Claim 12 | Ryan |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | See Sivula claim 1. |


| '411 Patent: Claim 17 | Ryan |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | See Wyborny at 6:34-40. |


| '411 Patent: Claim 18 | Ryan |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Ryan at 15:61-64 parity bit for error detection and correction. |

| '411 Patent: Claim 25 | Ryan |
|---|---|
| 25.  The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Ryan at 15:61-64 (parity / resend); and Wyborny 6:36. |

| '411 Patent: Claim 30 | Ryan |
|---|---|
| 30.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | As discussed above in reference to Claim 1, Ryan discloses a system with remotely configurable telemetry format.  This claim would read on the use of a digital command from the remote unit to alter the format of the transmitted sensor data in the Ryan system. |

| '411 Patent: Claim 31 | Ryan |
|---|---|
| 31.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Bidirectional telemetry was known to allow the remote unti to control the sensor unit.  "Software associated with RF uplink 26 is started at element 130, usually by a down-linked command to transfer data."  Wyborny at 7:6-9. |

| '411 Patent: Claim 33 | Ryan |
|---|---|
| 33.  The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | "[...] transmission of digitized ECG for display by external device."  Ryan 2:31-37. |

| '411 Patent: Claim 34 | Ryan |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | EKG in Hartlaub '884, Fig 5, 5:14. See various parameters in Stein 5,243,979 at 1:39-62. Also Sivula US5052388(A) at 1:7-31. |

| '411 Patent: Claim 35 | Ryan |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | "[...] transmission of digitized ECG for display by external device." Ryan 2:31-37. |

| '411 Patent: Claim 36 | Ryan |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | "[...] transmission of digitized ECG for display by external device." Ryan 2:31-37. |

| '411 Patent: Claim 37 | Ryan |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | The Ryan references, which include U.S. Patent 5,350,411 (Ryan, et al.) Pacemaker telemetry system and the matter incorporated by reference teach a variety of cardiac (medical) telemetry (remote monitoring) methodologies which meet this preambular element. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | "[...] transmission of digitized ECG for display by external device." Ryan 2:31-37. The display is an evaluator station. Telemetry is the sending of data to be evaluated. |

665

| '411 Patent: Claim 37 | Ryan |
|---|---|
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | E.g., Ryan at 6:32-37. "Leads 14 and 15 include one or more intracardiac electrodes, designated as 17 and 18 in FIG.1, located near their distal ends of leads 14 and 15, respectively, and positioned within the right ventricular (RV) and right atrial (RA) chambers, respectively, or heart 16." Emphasis added. Note also in Ryan the "activity sensor 20" which does not have to be connected to the heart. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | "An analog-to-digital converter (ADC) and multiplexer unit 36 digitizes analog signals and voltages to provide 'real-time' telemetry intracardiac signals and battery end-of-life (EOL) replacement function." Ryan 7:18-22. "Analog data is first converted to digital format by an analog-to-digital converter, such that the transmission is digital data." Wyborny abstract. |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | As used herein, the terms 'uplink' and 'uplink telemetry' will be used to denote the communications channel for conveying information from the implanted device to an external unit of some sort. Ryan 2:38-41 "An antenna 23 is connected to input/output circuit 22 for purposes of uplink/downlink telemetry through an RF telemetry circuit 33 [..1" Ryan 7:4-6. Figs. 1 and 4. Also, "In particular, the present invention concerns a method and apparatus for performing telemetry of analog and digital data from an implanted medical device to an external programmer/receiver through the use of pulse position modulation technology and a framed digital data format." Wyborny at 2:33-39. |
| a receiver operable to receive information from the evaluator station through wireless communication; | An implantable medical device telemetry system provides a means for decoding telemetry downlink information transmitted from an external unit to an implanted medical device, and for encoding telemetry uplink signals to be transmitted from the implanted device to the external unit. Ryan Abstract. |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | A programmable logic array (PLA) structure that is mask programmable and which may further be partially RAM programmable serves as the basis of the telemetry subsystem. Ryan Abstract "The telemetry protocol involves processing downlink and uplink messages. Downlink messages are validated before being acted upon. The uplink consists of confirmation and confirmation replies to downlink requests." Wyborny - code example lines 386-390. |

| '411 Patent: Claim 45 | Ryan |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | "[...] transmission of digitized ECG for display by external device." Ryan 2:31-37. Ryan abstract states that data is encoded. Inherently, tt must be decoded to display properly. Software associated with RF uplink 26 is started at element 130, usually by a down-linked command to transfer data. At Wyborny at 7:6-9. |

666

| '411 Patent: Claim 46 | Ryan |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | The telemetry protocol involves processing downlink and uplink messages. Downlink messages are validated before being acted upon. The uplink consists of confirmation and confirmation replies to downlink requests. Code example lines 386-390 in Wyborny at column 42. |

| '411 Patent: Claim 49 | Ryan |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Stein 1:51; Sivula 1:21 |

| '411 Patent: Claim 51 | Ryan |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Ryan 2:31-37. |

| '411 Patent: Claim 52 | Ryan |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | EKG in Hartlaub '884, Fig 5, 5:14. See various parameters in Stein 5,243,979 at 1:39-62. Also Sivula US5052388(A) at 1:7-31. |

| '411 Patent: Claim 53 | Ryan |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | See discussion of claim 1 above. |

| '411 Patent: Claim 53 | Ryan |
|---|---|
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | See discussion of claim 1 above.  See also Wyborny Fig. 1. |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | The telemetry protocol involves processing downlink and uplink messages.  Downlink messages are validated before being acted upon.  The uplink consists of confirmation and confirmation replies to downlink requests.  Code example lines 386-390. Software associated with RF uplink 26 is started at element 130, usually by a down-linked command to transfer data.  At Wyborny at 7:6-9. |

| '411 Patent: Claim 55 | Ryan |
|---|---|
| 55.  A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | skin sensors in Hartlaub US4250884A, items 52a-c, at 27:2, Fig. 5. |

| '411 Patent: Claim 56 | Ryan |
|---|---|
| 56.  A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | skin sensors in Hartlaub US4250884A, items 52a-c, at 27:2, Fig. 5.  Stein 1:51; Sivula 1:21 |

| '411 Patent: Claim 57 | Ryan |
|---|---|
| 57.  A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Hartlaub '884, items 52a-c, at 27:2, Fig. 5.  Stein 1:51; Sivula 1:21 |

| '411 Patent: Claim 61 | Ryan |
|---|---|
| 61.  The medical system of claim 53 wherein oxygen saturation is measured. | Stein 1:51; Sivula 1:21 |

| '411 Patent: Claim 62 | Ryan |
|---|---|
| 62.  The medical system of claim 53 wherein a pulse of the patient is monitored. | Sivula claim 1. |

| '411 Patent: Claim 65 | Ryan |
|---|---|
| 65.  A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Wyborny at 6:34-40. |

| '411 Patent: Claim 66 | Ryan |
|---|---|
| 66.  A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Ryan 15:61-64 parity / resend.  Wyborny forward error detection 6:36*** CRC in Fig 4, 6:36. |

| '411 Patent: Claim 72 | Ryan |
|---|---|
| 72.  The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Ryan 15:61-64 parity / resend.  Wyborny forward error detection 6:36*** CRC in Fig 4, 6:36 |

669

| '411 Patent: Claim 78 | Ryan |
|---|---|
| 78.  The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | EKG in Hartlaub '884, Fig 5, 5:14.  See various parameters in Stein 5,243,979 at 1:39-62.  Also Sivula US5052388(A) at 1:7-31. |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B44**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: S. Serge Barold and Jacques Mugica, The Third Decade of Cardiac Pacing: Advances in Technology and Clinical Applications, Futura Publishing Co., ISBN 0-87993-159-0, 1982.  ("Barold and Mugica")**

Claims1, 3-6, 12, 17-19, 22, 25, 26, 30, 31, 33-39, 45, 46, 48, 49, 51-53, 55-58, 61, 62, 67, 69, 72, 73, and 78 are anticipated and/or rendered obvious by Barold and Mugica.

| '991 Patent Claim 1 | Barold and Mugica |
|---|---|
| 1. A medical system for monitoring body functions of a patient comprising: | Pages 61, 67, 112, 136-137, 158-159, 161-163, 299, 333-364 |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Pages 67, 159, 167, 297, 365-394, 430 |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Pages 136-137 |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | Pages 12, 18, 59, 61, 66, 107, 109, 112, 117, 125, 134, 145, 147-148, 151-152, 297, 348, 432 |

671

| '991 Patent Claim 1 | Barold and Mugica |
|---|---|
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Pages 12, 61, 66, 80, 109, 117, 128-130, 136-137, 139, 145, 148, 151, 170, 297, 348, 432 |

| '991 Patent Claim 3 | Barold and Mugica |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Pages 12, 165 |

| '991 Patent Claim 4 | Barold and Mugica |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Pages 67, 430 |

| '991 Patent Claim 5 | Barold and Mugica |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Pages 67, 430 |

| '991 Patent Claim 6 | Barold and Mugica |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the | Pages 12, 67, 159, 165, 167, 297, 365-394, 430 |

702913538

| '991 Patent Claim 6 | Barold and Mugica |
|---|---|
| converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | |

| '991 Patent Claim 12 | Barold and Mugica |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Pages 47-49, 159, 281-283 |

| '991 Patent Claim 17 | Barold and Mugica |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Pages 10, 11, 21-23,128, 129, 130-132, 136, 146-147 |

| '991 Patent Claim 18 | Barold and Mugica |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Pages 10, 11, 21-23,128, 129, 130-132, 136, 146-147 |

| '991 Patent Claim 19 | Barold and Mugica |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Page 165 |

702913538

| '991 Patent Claim 22 | Barold and Mugica |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | Page 165 |

| '991 Patent Claim 25 | Barold and Mugica |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Pages 10, 11, 21-23,128, 129, 130-132, 136, 146-147 |

| '991 Patent Claim 26 | Barold and Mugica |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Pages 165, 281, 294, 430, 447, 482, 483 |

| '991 Patent Claim 30 | Barold and Mugica |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Pages 136, 139, 148 |

| '991 Patent Claim 31 | Barold and Mugica |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received | Pages 133, 139, 148 |

674

702913538

| '991 Patent Claim 31 | Barold and Mugica |
|---|---|
| information, the received information operative to control operation of the transmitter. | |

| '991 Patent Claim 33 | Barold and Mugica |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Pages 61, 67, 112, 136, 149, 158-159, 161-163, 299 |

| '991 Patent Claim 34 | Barold and Mugica |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Pages 67, 159, 167, 297, 365-394, 430 |

| '991 Patent Claim 35 | Barold and Mugica |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Pages 61, 67, 112, 136, 149, 158, 161-163 |

| '991 Patent Claim 36 | Barold and Mugica |
|---|---|
| 36. The medical system of claim 1 wherein the digital data | Pages 24, 66, 67-68, 118, 136-137, 140-142, 147-149, 151-152, 159, 183, 334-341, 346, 350, 353, 421-428, 432, 434-442, 473 |

| '991 Patent Claim 36 | Barold and Mugica |
|---|---|
| transmitted by the transmitter represents processed information. | |

| '991 Patent Claim 37 | Barold and Mugica |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Pages 61, 67, 112, 136-137, 158-159, 161-163, 299, 333-364 |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Pages 12, 18, 59, 61, 66, 80, 105-126, 128-129, 130, 134, 145, 147-148, 151-152, 159-160, 165, 168-170, 297, 348, 432, 474 |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Pages 67, 159, 167, 297, 365-394, 430 |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | Pages 136-137 |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Pages 12, 18, 59, 61, 66, 107, 109, 112, 117, 125, 134, 145, 147-148, 151-152, 297, 348, 432 |
| a receiver operable to receive information from the evaluator station through wireless communication; | Pages 12, 61, 66, 80, 109, 117, 128-130, 136-137, 139, 145, 148, 151, 170, 297, 348, 432 |
| wherein the evaluator station is operable to change the format of the digital data transmitted from | Pages 136-137, 139, 148 |

| '991 Patent Claim 37 | Barold and Mugica |
|---|---|
| the transmitter to the evaluator station. | |

| '991 Patent Claim 38 | Barold and Mugica |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Pages 7, 12, 133, 165, 252-253, 365-394, 447 |

| '991 Patent Claim 39 | Barold and Mugica |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patients. | Pages 12, 165 |

| '991 Patent Claim 45 | Barold and Mugica |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Pages 136-137, 139, 148 |

| '991 Patent Claim 46 | Barold and Mugica |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the | Pages 133, 139, 148 |

677

| '991 Patent Claim 46 | Barold and Mugica |
|---|---|
| transmitter. | |

| '991 Patent Claim 48 | Barold and Mugica |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | |

| '991 Patent Claim 49 | Barold and Mugica |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Pages 67, 430 |

| '991 Patent Claim 51 | Barold and Mugica |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Pages 61, 67, 109, 118.119-122, 158, 160 |

| '991 Patent Claim 52 | Barold and Mugica |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Pages 67, 159, 167, 297, 365-394, 430 |

| '991 Patent Claim 53 | Barold and Mugica |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Pages 61, 67, 112, 136-137, 158-159, 161-163, 299, 333-364 |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | Pages 12, 18, 59, 61, 66-67, 80, 107, 109, 112, 117, 125, 128-129, 130, 134, 136-137, 139, 145, 148, 151-152, 159, 165, 167, 170, 297, 348, 365-394, 430, 432 |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Pages 12, 18, 59, 61, 66, 80, 105-126, 128-129, 130, 133-134, 136-137, 139, 145, 147-148, 151-152, 159-160, 165, 168-170, 297, 348, 432, 474, |

| '991 Patent Claim 55 | Barold and Mugica |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Pages 12, 165 |

| '991 Patent Claim 56 | Barold and Mugica |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in | Pages 67, 430 |

| '991 Patent Claim 56 | Barold and Mugica |
|---|---|
| contact with a finger of the patient. | |

| '991 Patent Claim 57 | Barold and Mugica |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Pages 67, 430 |

| '991 Patent Claim 58 | Barold and Mugica |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body | Pages 12, 67, 159, 165, 167, 297, 365-394, 430 |

| '991 Patent Claim 61 | Barold and Mugica |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Pages 67, 430 |

| '991 Patent Claim 62 | Barold and Mugica |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Pages 47-49, 159, 281-283 |

| '991 Patent Claim 67 | Barold and Mugica |
|---|---|
| 67. A medical system according to claim 53 wherein a third | Pages 12, 61, 66, 80, 109, 117, 128-130, 145, 148, 151, 165, 170, 297, 348, 432 |

680

| '991 Patent Claim 67 | Barold and Mugica |
|---|---|
| receiver is operable to receive third data from the second transmitter. | |

| '991 Patent Claim 69 | Barold and Mugica |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Pages 165 |

| '991 Patent Claim 72 | Barold and Mugica |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Pages 10, 11, 21-23,128, 129, 130-132, 136, 146-147 |

| '991 Patent Claim 73 | Barold and Mugica |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Pages 165, 281, 294, 430, 447, 482-483 |

| '991 Patent Claim 78 | Barold and Mugica |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, | Pages 67, 159, 167, 297, 365-394, 430 |

| '991 Patent Claim 78 | Barold and Mugica |
|---|---|
| perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B45**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: John G. Webster, Encyclopedia of Medical Devices and Instrumentation, John Wiley & Sons, 1988. ("Webster")**

Claims 1, 3-6, 12, 17-19, 22, 25, 26, 27, 30, 31, 33-39, 45, 46, 48, 49, 52-53, 55-58, 61, 62, 66, 67, 72, 73, and 78 are anticipated and/or rendered obvious by Webster.

| '991 Patent:  Claim 1 | Webster |
|---|---|
| 1.      A medical system for monitoring body functions of a patient comprising: | Title, pages 409-422 |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Pages 409-421 |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Pages 410-412, 419 |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | Pages 409-415, 418-419, 420-421 |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted | Pages 413-414, 421 |

| '991 Patent:  Claim 1 | Webster |
|---|---|
| by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | |

| '991 Patent:  Claim 3 | Webster |
|---|---|
| 3.      A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Pages 416-418 |

| '991 Patent:  Claim 4 | Webster |
|---|---|
| 4.      A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Page 421 |

| '991 Patent:  Claim 5 | Webster |
|---|---|
| 5.      A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Page 421 |

| '991 Patent:  Claim 6 | Webster |
|---|---|
| 6.      A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | Pages 413-414, 416-418 |

684

| '991 Patent: Claim 12 | Webster |
|---|---|
| 12.    The medical system of claim 1 wherein a pulse of the patient is monitored. | Pages 413, 416, 420 |

| '991 Patent: Claim 17 | Webster |
|---|---|
| 17.    A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Page 409 |

| '991 Patent: Claim 18 | Webster |
|---|---|
| 18.    A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Page 409 |

| '991 Patent: Claim 19 | Webster |
|---|---|
| 19.    A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Pages 413, 414, 421 |

| '991 Patent: Claim 22 | Webster |
|---|---|
| 22.    A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | Pages 410-414, 419, 421 |

685

| '991 Patent:  Claim 25 | Webster |
|---|---|
| 25.      The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Page 409 |

| '991 Patent:  Claim 26 | Webster |
|---|---|
| 26.      The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Pages 413-414, 418, 420 |

| '991 Patent:  Claim 27 | Webster |
|---|---|
| 27.      A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Pages 413-414, 418, 420 |

| '991 Patent:  Claim 30 | Webster |
|---|---|
| 30.      The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Pages 413-414 |

| '991 Patent:  Claim 31 | Webster |
|---|---|
| 31.      The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control | Pages 413-414 |

| '991 Patent:  Claim 31 | Webster |
|---|---|
| operation of the transmitter. | |

| '991 Patent:  Claim 33 | Webster |
|---|---|
| 33.      The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Pages 410-412 |

| '991 Patent:  Claim 34 | Webster |
|---|---|
| 34.      The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Pages 409-421 |

| '991 Patent:  Claim 35 | Webster |
|---|---|
| 35.      The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Pages 410-412 |

| '991 Patent:  Claim 36 | Webster |
|---|---|
| 36.      The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Page 412 |

702913538

| '991 Patent:  Claim 37 | Webster |
|---|---|
| 37.      A medical system for monitoring body functions of a patient comprising: | Title, pages 409-422 |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Pages 409-415, 418, 419, 420-421 |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Pages 409-421 |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | Pages 410-412, 419 |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Pages 409-415, 418-419, 420-421 |
| a receiver operable to receive information from the evaluator station through wireless communication; | Pages 413-414, 421 |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Pages 413-414 |

| '991 Patent:  Claim 38 | Webster |
|---|---|
| 38.      The medical system of claim 37 further comprising first and second | Pages 409-415, 418-419, 420-421 |

| '991 Patent:  Claim 38 | Webster |
|---|---|
| arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | |

| '991 Patent:  Claim 39 | Webster |
|---|---|
| 39.      The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patients. | 416, 417, 418 |

| '991 Patent:  Claim 45 | Webster |
|---|---|
| 45.      The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Pages 413-414, 421 |

| '991 Patent:  Claim 46 | Webster |
|---|---|
| 46.      The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Pages 413-414 |

| '991 Patent:  Claim 48 | Webster |
|---|---|
| 48.      The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Page 416 |

| '991 Patent:  Claim 49 | Webster |
|---|---|
| 49.      The medical system of claim | Pages 412, 417, 420 |

689

702913538

| '991 Patent:  Claim 49 | Webster |
|---|---|
| 48 wherein oxygen saturation is measured. | |

| '991 Patent:  Claim 51 | Webster |
|---|---|
| 51.      The medical system of claim 37 wherein the evaluator station includes a display. | Pages 410-412 |

| '991 Patent:  Claim 52 | Webster |
|---|---|
| 52.      The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Pages 409-421 |

| '991 Patent:  Claim 53 | Webster |
|---|---|
| 53.      A medical system for acquiring measured data, including measuring body functions, comprising: | Title, pages 409-422 |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | Pages 409-421 |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter | Pages 409-415, 418,      420-421 |

| '991 Patent: Claim 53 | Webster |
|---|---|
| and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | |

| '991 Patent: Claim 55 | Webster |
|---|---|
| 55.    A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Pages 416-418 |

| '991 Patent: Claim 56 | Webster |
|---|---|
| 56.    A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | Page 421 |

| '991 Patent: Claim 57 | Webster |
|---|---|
| 57.    A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Page 421 |

| '991 Patent: Claim 58 | Webster |
|---|---|
| 58.    A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Pages 413-414, 416-418 |

| '991 Patent:  Claim 61 | Webster |
|---|---|
| 61.      The medical system of claim 53 wherein oxygen saturation is measured. | Pages 412, 417, 420 |

| '991 Patent:  Claim 62 | Webster |
|---|---|
| 62.      The medical system of claim 53 wherein a pulse of the patient is monitored. | Pages 413, 416, 420 |

| '991 Patent:  Claim 65 | Webster |
|---|---|
| 65.      A medical system according to claim 53 wherein the evaluator station is operable to perform forward error. | Page 409 |

| '991 Patent:  Claim 66 | Webster |
|---|---|
| 66.      A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Page 409 |

| '991 Patent:  Claim 67 | Webster |
|---|---|
| 67.      A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Pages 413-414, 421 |

| '991 Patent:  Claim 72 | Webster |
|---|---|
| 72.      The medical system of claim | Page 409 |

692

| '991 Patent:  Claim 72 | Webster |
|---|---|
| 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | |

| '991 Patent:  Claim 73 | Webster |
|---|---|
| 73.      The medical system of claim 53 further including a cover at least partially covering the first set of components. | Pages 413-414, 418, 420 |

| '991 Patent:  Claim 78 | Webster |
|---|---|
| 78.      The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Pages 409-421 |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B46**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: [M. Mouly and M. B. Pautet, The GSM System for Mobile Communications, ISBN 2-9507190-0-7, 1992. ("Mouly and Pautet")**

Claims1, 3, 6, 17, 18, 19, 22, 25-27, 30, 35-39, 45, 46, 48, 49, 51-53, 55, 58, 65, 66, 67, 69, 72, and 73 are anticipated and/or rendered obvious by Mouly and Pautet.

| '991 Patent: Claim 1 | Mouly and Pautet |
|---|---|
| 1.  A medical system for monitoring body functions of a patient comprising: | "...nothing would fundamentally preclude an evolution of the *Specifications* to use a TCH/8 as a traffic channel, for instance for low rate data services like telemetry" (page 191) |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) ..." (page 91) |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131), p. 155, 229 |

694

702913538

| '991 Patent: Claim 1 | Mouly and Pautet |
|---|---|
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) ..." (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission ... last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors ..." (pages 228 through 230); p. 36 |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44), p. 227-230, "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements ..." (pages 385 through 387), p. 325, 391-395 |


| '991 Patent: Claim 3 | Mouly and Pautet |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | p. 89; Figure 2.6; |

695

| '991 Patent: Claim 6 | Mouly and Pautet |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | p. 89; Figure 2.6; |

| '991 Patent: Claim 17 | Mouly and Pautet |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Table 4.7, page 241-246, 272-277 |

| '991 Patent: Claim 18 | Mouly and Pautet |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230), p. 177, 241, 272-276 |

| '991 Patent: Claim 19 | Mouly and Pautet |
|---|---|
| 19.  A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Figure 2.11; p. 89-95; Figure 2.6; |

696

| '991 Patent: Claim 22 | Mouly and Pautet |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | Figure 2.11; p. 89-95; Figure 2.6; |

| '991 Patent: Claim 15 | Mouly and Pautet |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230), p. 177, 241, 272-276 |

| '991 Patent: Claim 17 | Mouly and Pautet |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Figure 2.6 (page 91), p. 90, 92 |

| '991 Patent: Claim 30 | Mouly and Pautet |
|---|---|
| 30.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements " (pages 385 through 387), p. 325, 391-395 |

| '991 Patent: Claim 31 | Mouly and Pautet |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | "Power control on both directions is managed by the BSS. The transmission power of the mobile station is chosen by the BSS, and commands to regulate it are issued to the mobile station" (page 343 through 344), p. 42, 197, 206, 223-224, 279-280, 312-320, 342-349, 353-362, 374-376, 424 |

| '991 Patent: Claim 35 | Mouly and Pautet |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) " (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits " (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230). |

| '991 Patent: Claim 36 | Mouly and Pautet |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) " (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission ... last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors ..." (pages 228 through 230). |

| '991 Patent: Claim 37 | Mouly and Pautet |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | "...nothing would fundamentally preclude an evolution of the Specifications to use a TCH/8 as a traffic channel, for instance for low rate data services like telemetry" (page 191) |

| '991 Patent: Claim 37 | Mouly and Pautet |
|---|---|
| an evaluator station located remotely from the patient and operable for wireless data communication; | "The BSS is in direct contact with mobile stations through the radio interface. ... the BSS includes two types of machines: the BTS (Base Transceiver Station), in contact with the mobile stations through the radio interface ... A BTS comprises radio transmission and reception devices" (pages 94 through 95); p. 36, 97 |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) ..." (page 91) |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131), p. 155, 229 |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) ..." (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission ... last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors ..." (pages 228 through 230). |
| a receiver operable to receive information from the evaluator station through wireless communication; | "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44), p. 227-230 |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements..." (pages 385 through 387), p. 325, 391-395 |

| '991 Patent: Claim 38 | Mouly and Pautet |
|---|---|
| 38.  The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Figure 2.11; p. 95; p. 89; Figure 2.6; |

| '991 Patent: Claim 39 | Mouly and Pautet |
|---|---|
| 39.  The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patients. | p. 89; Figure 2.5; Figure 2.6; |

| '991 Patent: Claim 45 | Mouly and Pautet |
|---|---|
| 45.  The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements ..." (pages 385 through 387), p. 325, 391-395 |

| '991 Patent: Claim 46 | Mouly and Pautet |
|---|---|
| 46.  The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | "Power control on both directions is managed by the BSS. The transmission power of the mobile station is chosen by the BSS, and commands to regulate it are issued to the mobile station" (page 343 through 344), p. 42, 197, 206, 223-224, 279-280, 312-320, 342-349, 353-362, 374-376, 424 |

700

| '991 Patent: Claim 48 | Mouly and Pautet |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | |

| '991 Patent: Claim 49 | Mouly and Pautet |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | |

| '991 Patent: Claim 51 | Mouly and Pautet |
|---|---|
| 51.  The medical system of claim 37 wherein the evaluator station includes a display. | |

| '991 Patent: Claim 52 | Mouly and Pautet |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | |

701

| '991 Patent: Claim 53 | Mouly and Pautet |
|---|---|
| 53.  A medical system for acquiring measured data, | "...nothing would fundamentally preclude an evolution of the Specifications to use a TCH/8 as a traffic |
| including measuring body functions, comprising: | channel, for instance for low rate data services like telemetry" (page 191) |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) …"   (page 91); "in dedicated mode, a bi directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); Figure 2.5, Figure 2.6, p. 89-92, p. 227-230 |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | "The BSS is in direct contact with mobile stations through the radio interface. ... the BSS includes two types of machines: the BTS (Base Transceiver Station), in contact with the mobile stations through the radio interface ... A BTS comprises radio transmission and reception devices" (pages 94 through 95); "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements ..." (pages 385 through 387); "Power control on both directions is managed by the BSS. The transmission power of the mobile station is chosen by the BSS, and commands to regulate it are issued to the mobile station" (page 343 through 344); p. 36, 42, 97, 197, 206, 223-224, 279-280, 312-320, 325, 391-395, 342-349, 353-362, 374-376, 424 |

| '991 Patent: Claim 55 | Mouly and Pautet |
|---|---|
| 55.  A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | p. 89; Figure 2.6; |

702

| '991 Patent: Claim 58 | Mouly and Pautet |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | p. 89; Figure 2.6; |

| '991 Patent: Claim 65 | Mouly and Pautet |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Table 4.7, page 241-246, 272-277 |

| '991 Patent: Claim 66 | Mouly and Pautet |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230), p. 36 |

| '991 Patent: Claim 67 | Mouly and Pautet |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Figure 2.11; p. 95; p. 89; Figure 2.6; |

| '991 Patent: Claim 69 | Mouly and Pautet |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Figure 2.11; p. 95; p. 89; Figure 2.6; |

| '991 Patent: Claim 72 | Mouly and Pautet |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230); Table 4.7, p. 177, 241, 246, 272-276 |

| '991 Patent: Claim 73 | Mouly and Pautet |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Figure 2.6 (page 91), p. 90, 92 |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B47**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: PCI Wireless System[15]**

Claims 1, 3-9, 11, 12, 17-19, 22, 25-27, 30-39, 45-53, 55-62, 65-74, and 76-78  are anticipated and/or rendered obvious by PCI Wireless System.

| '991 Patent:  Claim 1 | PCI Wireless System |
|---|---|
| 1. A medical system for monitoring body functions of a patient comprising: | PCI's wireless spread-spectrum monitoring system (the PCI wireless system) was a medical system for monitoring body functions of a patient: "Q And specifically, for example, on the second page it says, 'First to provide wireless connectivity, 1993.' And I'm reading that, and correct me if I'm wrong, to be announcing this 900 megahertz spread spectrum that's bi-directional. A   Yes, I believe that's what that was for. Q Okay. So this spread spectrum technology, is it fair to say that it's a system for monitoring body functions using wireless technologies?      yes, it's a system for monitoring patients, their vital signs, using wireless technology" (McBride: page 41, line 18 through page 42, line 5). See also Bradley: page 21, line 23 through page 22, line 8. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | The PCI wireless system comprised at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff.  Pulse oximetry was typically done with a little clip that goes on your finger. Although, there were some people that had a little sensor that you could put on your forehead. So, you know, there was different mechanisms for obtaining different types of data.   Q       If the definition of sensor was a device for detecting electric, physical, chemical or biological quantity and converting it to an electric signal -- A All of those would be sensors, then, for all of those parameters." (McBride: page 83, line 10 through line 25).  See also Bradley: page 39, line 17 through line 22. |

[15] In *Motorola, Inc. v. Nonin Medical,Inc.,* No. 04-cv-5944 (N.D.Il), Four employees of Pacific Communications, Inc (PCI) were deposed about PCI's wireless spread-spectrum technology developed, offered for sale, or sold in the United States prior to September 4th, 1993.  The deponents were Donald William Judson, William Christian McBride, Patrick Bradley, and Michael David Stoop.  This analysis draws from these depositions and their cited exhibits.

| '991 Patent:  Claim 1 | PCI Wireless System |
|---|---|
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | The PCI wireless system comprised at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data:  "Q          Again, a basic point, but the bedside monitor, that would include an A/D converter? A Correct. It has an A to D converter to convert the ECG waveform into the samples. Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor. So you would have – the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital – a digital data stream that would go across the FM to the central transceiver" (Stoop: page 39, line 18 through page 40, line 5). See also McBride: page 85, line 20 through page 86, line 3. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | The PCI wireless system comprised at least one transmitter (e.g. in the transceiver) coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station (e.g. central station): "Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor. So you would have – the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital – a digital data stream that would go across the FM to the central transceiver" (Stoop: page 39, line 22 through page 40, line 5). See also McBride: page 76, line 24 through page 77, line 9. Also, the PCI system comprised an evaluator station (e.g. central nurse's station) located remotely from the patient:  "Q I think we've discussed this to some degree, but what are the distinctions between bedside monitor, ambulatory patients, and central stations?  A. A bedside monitor is typically the monitor that's connected to a patient in bed. Ambulatory patients are patients that are being monitored but can get up and walk around and carry their monitoring device with them, such as an ECG transmitter or there are other ones on the market today, pulse oximeters, you know, infusion pumps. Some of these things are ambulatory. And central station would mean the central nurse's station that's at the nurse's station in a hospital." (Bradley: page 52, line 20 through page 53, line 6). See also McBride: page 61, line 8 though line 16 and page 71, line 4 through line 11, Bradley: page 61, line 22 through page 62, line 4, and Judson17: page 15, line 22 through page 16, line 16. |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data | The PCI wireless system comprised at least one receiver (e.g. in the transceiver) operable to receive information through wireless communication: "Q Mr. McBride, did the PCI central station as it existed in 1993 include a remote transceiver for receiving data from the central station? A Yes." (McBride: page 80, line 2 through line 5)[16].  See also McBride: page 76, line 24 through page 77, line 9. This received information included formatting data transmitted by the evaluator station, the formatting data |

[16] Since Stoop states that the "outbound" data was not sample-based, it is apparent that he is referring to transmissions by the central station since the central station did not transmit data samples to the remote units

| '991 Patent:  Claim 1 | PCI Wireless System |
|---|---|
| operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | operable to change a format of transmission of the digital data from the transmitter to the evaluator station using three disclosed methods. First, the received information could manipulate the scaling of the digital data: "Q Was the central station capable of controlling data formats?... A Well, if you're talking about scaling, it could control the -- Q     Scaling, yes.     A Scaling, yeah. When we talked about the sensor gain, there were different ways you could do that. You could control the gain at the bedside and how it sends the data or how you wanted to display it on the central monitor, so if you had a small waveform, you could expand it out. Is that what you mean? Q Yes. A Okay. Yes, we could do that.  Q Not only could you do it, but was it available in the spread spectrum system as of 1993? A Yes, yeah. Q And do you know whether that was actually done by Critikon? A Yes. ..." (Stoop: page 60, line 14 through page 61, line 13). Secondly, the received information could manipulate the sample rate of the digital data, and hence the data redundancy: "I know specifically that the transmitter ended up with 200 samples per second that it would send across, and that would represent the dots represented by the A [*referring to Exhibit 182*], and the central monitor required 80 samples per second for its display.  Q And does this allow the central station to interpolate to replace samples affected by transmission errors?  A Correct, that's what I was talking about before. Interpolation would be another word for that.    Q Could the central station command a different sample rate?  A Yes. ... A In the bi-directional, yes, it could. In that case it would tell the central – or the bedside monitor, because the bedside monitor was actually written that, what do you understand that to mean in terms of these two components, "providing a wealth of information and control"? A ... The control would be allowing -- was the two-way communication. You could send back -- you could send back information to the bedside like the patient's name. It could be entered at central and it could go back to the bedside. You could send back commands to change the alarm limits....And then there's the other level of the control, which is the user control, you know, sending information, that patient name or the alarm limits or you could tell it don't monitor Lead 2, monitor Lead 3, if the nurse wanted to send that over to us. So that kind of control is what our OEM customers would be interested in when they see "control." Q Do you know what levels of control would have been provided in the Critikon unit that's the subject matter of the 510(k) filing, I believe, marked as Exhibit 174? A ... I do know this, that Critikon was very interested in getting two-way communication and so they had certain parameters that they wanted us to send back to it. Whether it was setting alarm limits or whatever, I don't remember exactly.  Q Are those various limits sometimes referred to as physiological parameters? A Yeah. The physiological parameters would -- heart rate would be a physiological parameter. The limit would be the low heart rate and high heart rate, so you might alarm at 50 and 120.  So what they would send back is, oh, change the alarm from 50 to 40 or from 60 to 50 or 120 up to 140, depending on how they wanted to monitor the patient. Or they could send back and say, "Instead of sending us heart rate and the ECG waveform, send us blood pressure and pulse oximetry," which would be physiological parameters. Q At this time, '93, was the central station |

707

| '991 Patent:  Claim 1 | PCI Wireless System |
|---|---|
|  | capable of commanding the remote, for example, to provide more or less just data in general, you know, every -- you know, averaging, for example, or -- A Oh, you know, that's a good question and the answer is it was capable of doing it. One of the issues with a bedside and a central station is if the bedside is calculating its own heart rate, say, as an example, and central station is calculating its own heart rate, it's possible that they'll be displaying slightly different heart rates because there's different averaging algorithms as somebody's heart rate is accelerating or slowing down. And so a lot of times -- and I think we did this on the Critikon one -- we would display the Critikon heart rate on the central station, even though we were doing the arrhythmia analysis in the central station, and so it would actually -- we would have them send that over" (McBride: page 57, line 6 through page 61, line 3). See also McBride: page 34, line 13 through page 35, line 14, McBride: page 69, line 24 through page 72, line 20, and Stoop: page 55, line 20 through page 56, line 24. doing the patient sampling.  Q And specifically could the bi-directional system that's evidenced by the 1993 brochure there do that type of error correction? A Yes. Well, the error correction, what we did is we told our – the OEM manufacturer how to do this, this form of error correction, and they would actually put that into their bedside, in the two – the bedside and the transceiver together as a single unit, yes, would operate the same as what I was just describing." (Stoop: page 29, line 19 through page 31, line 4). Finally, the received information could manipulate the source of the digital data: "Q Looking at the brochure, there's an image of a central station with arrows going in and out.  A Oh, this one right here? Q       Yeah. Underneath it says: "Bi-directional Wireless Connectivity between bedside monitors and central stations provides a wealth of information and control."   Understanding that you may not have |

| '991 Patent:  Claim 3 | PCI Wireless System |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. |  The PCI wireless system included sensors that were capable of being fastened to a surface of a skin of the patient [referring to Exhibit 175]: "And what do those leads terminate with? A. An electrode. At the end of each one would be what we call an ECG electrode. Q. Could you label one of those as E-2? A. Sure. Q. Maybe connect a line to it so ... A. Yeah. Q. Okay. And do they have a sensor? A. They are a sensor. Each one is a foam substrate with some sort of gel that would be able to detect the electrical activity at the skin electrode interface. So the gel is the conductant between the two. Q. And those sensors are attached to the skin? A. Yes. And they're, you know, positioned on the chest in certain locations" (Bradley: page 39, line 10 through line 25). See also Exhibit 173, Exhibit 175, Judson: page 29, line 5 through line 13, Bradley: page 53, line 24 through page 54, line 22, and McBride: page 82, line 15 through page 83, line 20. |

| '991 Patent:  Claim 4 | PCI Wireless System |
|---|---|
| 4.  A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient | Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger" (McBride: page 83, line 10 through line 16). |

| '991 Patent:  Claim 5 | PCI Wireless System |
|---|---|
| 5.  A medical system according to claim 1 wherein the sensor is located in a fingerclip | The PCI wireless system comprised a sensor located in a fingerclip: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff.  Pulse oximetry was typically done with a little clip that goes on your finger" (McBride: page 83, line 10 through line 16). See also Bradley: page 53, line 7 through page 54, line 22. |

| '991 Patent:  Claim  6 | PCI Wireless System |
|---|---|
| 6.  A medical system according to claim **1** wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body | In the PCI wireless system, the transmitter and the receiver were operable to be worn on a body of the patient: "Q Did you have a name for the two-way telemetry that is disclosed in the brochure marked as Exhibit 173 there?  A We called them 900 megahertz transceivers, only because that was the frequency we chose to use. I think this is calling it Wireless Connectivity, which would be more of a marketing -- the OEM marketing guy's name, but internally in the engineering group, we would call it the 900 megahertz transmitter. In fact, a lot of times we would call it the 900 megahertz transmitter because of our background. We called the patient-worn thing a transmitter and the central thing a receiver, even though they were two-way, just to alleviate any confusion if I say that by accident" (Stoop: page 14, line 11 to page 15, line 1). This PCI patient-worn unit also contained a converter: "Q. Was the system disclosed in Exhibit 173 a digital system? A. Yes. Q. So within that transceiver in A, within that box, you'd have more than just the transceiver, you'd also have a digital converter? A. The A to D is in the transceiver, and so the wireless communication is digital telemetry. That was one of our major features, is we did not do analog telemetry, we did only digital telemetry. So we were transmitting zeros and ones, not analog wave forms." (Bradley: page 40, line 8 through line 18). Finally, this PCI patient-worn unit included a sensor in contact with the body [referring to Exhibit 175]: "And what do those leads terminate with? A. An electrode. At the end of each one would be what we call an ECG electrode. Q. Could you label one of those as E-2? A. Sure. Q. Maybe connect a line to it so ... A. Yeah. Q. Okay. And do they have a sensor? A. They are a sensor. Each one is a foam substrate with some sort of gel that would be able to detect the electrical activity at the skin electrode interface. So the gel is the conductant between the two. Q. And those sensors are attached to the skin? A. Yes. And they're, you |

| | know, positioned on the chest in certain locations" (Bradley: page 39, line 10 through line 25). See also Exhibits 173, 175, 176, and 179, Bradley: page 30, line 25 through page 32, line 12, McBride: page 120, line 8 through page 121, line 21, and Judson, page 14, line 10 through page 17, line 4. |
|---|---|

\

| **'991 Patent: Claim 11** | **PCI Wireless System** |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | The PCI wireless system measured oxygen saturation: "Q. Going back to Exhibit 174, the Critikon document. A. Oh, yeah. Q. Could you point out in that exhibit what enables -- well, what in that exhibit enables you to conclude that it's related to the technology of Exhibit 173, the brochure on Real-Time Spread Spectrum? A. If you -- there's probably several things. Start looking at the classification names, when it says transceiver -- or transmitter/receiver systems, physiological radio frequency. These are FDA terms, they've got numbers by them. So that's the kind of thing we're dealing with here. Physiological monitoring. Q. That's on the first page? A. That's on the first page, yeah. And if you read the first paragraph of page 2, (as read): "Using the Critikon Central Monitor connected to the DINAMAP Plus Vital Signs Monitors, the clinician can view, record and recall heart rate, ECG, oxygen saturation, invasive pressure, noninvasive pressure -- blood pressure, temperature derived from each of the monitors." That tells me that there's both patient monitors on one end and a central station monitor on the other end. And knowing that these transmitters and receivers down under Device Classification -- oh, in the second paragraph, it says, This system will utilize frequencies in the 902- to 928-megahertz band with a maximum peak power output for the monitor transmitters will be 1 watt. So that tells me that's the Spread Spectrum wireless connectivity 902 to 928. So that's exactly what wireless connectivity is, you know, based on our brochure." (Bradley: page 42, line 2 through page 43, line 11). See also Exhibit 174, McBride: page 59, line 22 through page 60, line 9, McBride: page 76, line 10 through line 19, Bradley: page 21, line 23 through page 23, line 17. |

| **'991 Patent:  Claim 12** | **PCI Wireless System** |
|---|---|
| 12.  The medical system of claim **1** wherein a pulse of the patient is monitored. | The PCI wireless system measured a pulse (e.g. heart rate) of the patient: "Q And the central station processed data that it received from the remote transceiver; is that true? A Yes. Q Depending on what the customer chose to do, could that data received from the remote transceiver either be raw data or processed data? A It's whatever data that they decide to send us. So raw data would be -- ECG heart waveforms would be raw data. Process data would be a heart rate that they calculated from the ECG. That would be a good example of that." (McBride: page 77, line 10, through line 21). See also Exhibit 174, McBride: page 59, line 4 through page 60, line 9, McBride: page 76, line 10 through line 19, McBride: page 89, line 14 through page 89, line 25, McBride: page 114, line 13 through page 115, line 11, and Bradley: page 21, line 23 through page 23, line 17. |

| '991 Patent:  Claim 17 | PCI Wireless System |
|---|---|
| 17.  A medical system according to claim **1** wherein the evaluator station is operable to perform forward error correction. | In the PCI wireless system, the evaluator station (e.g. the central monitor) was operable to perform forward error correction: "Q In that product or in that -- in that system or in that technology, did you incorporate any error detection or correction techniques or technologies?  A Yes.  Back to the -- all of the digital ones used error detection and error correction in one form or another. Q Could you describe the form that you used in the 1989 technology? A For error detection we used CRCs error detection. Error correction, we would send -- we did a variety of things. We would send redundant packets. We would also send higher waveform data and interleave the packets so that we could -- if packets were dropped out, we would reconstruct the missing samples at the required bandwidth.  I mentioned that we sent redundant packets or we would send them over twice so that we could reconstruct missing data. Q And did you describe your error correction technique? A No, so I would break those two pieces separately. That would be the error detection that we would use to know whether we needed to use the error correction. There were a lot of error correction methods. The method that we used was more of a bandwidth reduction method, where we would send a higher bandwidth than was needed. And what we would do is we would interleave the data so that samples -- if we had samples that were dropped out and we detected that there were samples missing, we could go back and reconstruct those samples at a lower bandwidth.  When we're trying to send across a patient -- a physiological waveform, we have a minimum bandwidth that we need to get across for the arrhythmia detection to work and for the display to be clinically significant enough for the docs and the nurses to understand the waveform. So what we did is because telemetry is susceptible to lots of dropouts because of interference and multipath and so forth, what we did is we sent a waveform that was two and a half times the needed bandwidth.      So what we would do is we would send more bandwidth than we needed. We also interleave the packets, so if we dropped a packet -- so if we look at this diagram, if you look at the dots, these would be samples of the waveform that we needed to send across. The lines would indicate the minimum required bandwidth. We could afford to drop these samples. We could reconstruct these samples from an interpolation algorithm back on the central monitor and still have a waveform that was clinically significant enough -- enough for the detection algorithms and for the medical staff to look at.      And that's pretty typical of error correction algorithms, where you're sending more -- enough redundant data so that you can reconstruct just enough to make the data significant." (Stoop: page 21, line 22 through page 27, line 16). A person of ordinary skill in the art would know that sending redundant packets and interpolation (e.g. bandwidth reduction) are means of performing forward error correction since errors are corrected without requesting a re-transmission of the data6. See also Stoop: page 27, line 18 through page 34, line 11, Stoop: page 58, line 23 through page 59, line 11, McBride: page 13, line 6 through page 15, line 23, McBride: page 61, line 17 through page 62, line 15, McBride: page 86, line 15 through page 88, line 17, and McBride: page 117, line 2 through page 119, line 2. |

| '991 Patent:  Claim 18 | PCI Wireless System |
|---|---|
| 18.  A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information | The PCI wireless system comprised an error correction unit operable to perform error correction on the information received by the receiver: "Q Your drawing has now become an exhibit.  I'm putting a label on it and making it Exhibit 182.  So to summarize, what were the error detection and correction techniques that were being used for information sent by the bedside to the central monitor?  A We used -- for detection we used checksums and CRCs. For correction we used a combination of interleaving samples across packets and sending more bandwidth than we needed. Q And what techniques did you use for information that was sent from the central monitor to the bedside? A Oh, I'm sorry. The other technique that we used on the outbound side, since it wasn't sample-based, we would send it twice. So we would send redundant data" (Stoop: page 34, line 2 through line 18)[17].  A person of ordinary skill in the art would know that the bedside unit must necessarily contain an error correction unit to process the redundant data received from the central station, otherwise the error correction would be inoperable. See also Stoop: page 21, line 22 through page 30, line 4. |

| '991 Patent:  Claim 19 | PCI Wireless System |
|---|---|
| 19.  A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]      A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type? A         Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q      And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?   A Yes.  They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[18]: page 46, |

---

[17] Since Stoop states that the "outbound" data was not sample-based, it is apparent that he is referring to transmissions by the central station since the central station did not transmit data samples to the remote units

[18] Deposition of Michael David Stoop, *Motorola, Inc. v. Nonin Medical,Inc.,* No. 04-cv-5944 (N.D.Il),, March 1, 2006.

| | |
|---|---|
| | line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| **'991 Patent: Claim 22** | **PCI Wireless System** |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175] A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type? A Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors? A Yes. They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[19]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human |

[19] Deposition of Michael David Stoop, *Motorola, Inc. v. Nonin Medical,Inc.*, No. 04-cv-5944 (N.D.Il),, March 1, 2006.

| | |
|---|---|
| | Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent: Claim 25 | PCI Wireless System |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | In the PCI wireless system, the evaluator station (e.g. central monitor) was operable to perform error correction on the digital data transmitted by the patient unit (e.g. bedside monitor) transmitter: "Q Your drawing has now become an exhibit. I'm putting a label on it and making it Exhibit 182. So to summarize, what were the error detection and correction techniques that were being used for information sent by the bedside to the central monitor? A We used -- for detection we used checksums and CRCs. For correction we used a combination of interleaving samples across packets and sending more bandwidth than we needed" (Stoop: page 34, line 2 through line 11) and "So what we would do is we would send more bandwidth than we needed. We also interleave the packets, so if we dropped a packet - - so if we look at this diagram, if you look at the dots, these would be samples of the waveform that we needed to send across. The lines would indicate the minimum required bandwidth. We could afford to drop these samples. We could reconstruct these samples from an interpolation algorithm back on the central monitor and still have a waveform that was clinically significant enough -- enough for the detection algorithms and for the medical staff to look at. ... And that's pretty typical of error correction algorithms, where you're sending more -- enough redundant data so that you can reconstruct just enough to make the data significant" (Stoop: page 26, line 20 through page 27, line 16). See also Stoop: page 21, line 22 through page 30, line 4, and McBride: page 13, line 20 through page 15, line 23. |

| '991 Patent: Claim 26 | PCI Wireless System |
|---|---|
| 26.  The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter | In the PCI wireless system, a cover (e.g. a box) at least partially covered the receiver, the transmitter, and the converter: "Q. Label that E. A. E. Q. And that represents? A. That represents an ECG transceiver. So it only monitored electrocardiogram. Q. What -- as we look at it, what are the -- well, what are the components that you can see on the torso? What was the language that you used to identify those various components? A. That would be a small transceiver box that also -- that's battery operated using either double A batteries or a transistor radio battery. Q. Could you label that as E-1? A. Yeah, E-1.    Q. So within that transceiver in A, within that box, you'd have more than just the transceiver, you'd also have a digital converter? A.   The A to D is in the transceiver, and so the wireless communication is digital telemetry. That was one of our major features, is we did not do analog telemetry, we did only digital telemetry" (Bradley: page 38, line 18 through page 40, line 17). See also Exhibit 173, Exhibit 175, Exhibit 176, Stoop: page 17, line 23 through page 20, line 12, McBride: page 85, line 1 through line 25, and Judson: page 15, line 22, through page 16, line 16. |

714

| '991 Patent:  Claim 27 | PCI Wireless System |
|---|---|
| 27.  A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover | In the PCI wireless system, the converter, the transmitter, and the receiver were adapted to be at least partially under a cover (e.g. a box): "Q. Label that E. A. E. Q. And that represents? A. That represents an ECG transceiver. So it only monitored electrocardiogram. Q. What -- as we look at it, what are the -- well, what are the components that you can see on the torso? What was the language that you used to identify those various components? A. That would be a small transceiver box that also -- that's battery operated using either double A batteries or a transistor radio battery. Q. Could you label that as E-1? A. Yeah, E-1.  Q. So within that transceiver in A, within that box, you'd have more than just the transceiver, you'd also have a digital converter? A. The A to D is in the transceiver, and so the wireless communication is digital telemetry. That was one of our major features, is we did not do analog telemetry, we did only digital telemetry" (Bradley: page 38, line 18 through page 40, line 17). A person of ordinary skill in the art would know that the converter, transmitter, and receiver must necessarily be adapted to be at least partially under a cover, otherwise the system would become inoperable when enclosed in a box. See also Exhibit 173, Exhibit 175, Exhibit 176, Stoop: page 17, line 23 through page 20, line 12, McBride: page 85, line 1 through line 25, and Judson: page 15, line 22, through page 16, line 16. |

| '991 Patent:  Claim 30 | PCI Wireless System |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data | In the PCI wireless system, the transmitter was responsive to the received information, the received information operative to manipulate the digital data using three disclosed methods First, the received information could manipulate the scaling of the digital data: "Q Was the central station capable of controlling data formats?... A Well, if you're talking about scaling, it could control the -- Q Scaling, yes. A Scaling, yeah. When we talked about the sensor gain, there were different ways you could do that. You could control the gain at the bedside and how it sends the data or how you wanted to display it on the central monitor, so if you had a small waveform, you could expand it out. Is that what you mean? Q Yes. A Okay. Yes, we could do that. Q Not only could you do it, but was it available in the spread spectrum system as of 1993? A Yes, yeah. Q And do you know whether that was actuallydone by Critikon? A Yes. " (Stoop: page 60, line 14 through page 61, line 13). Secondly, the received information could manipulate the sample rate of the digital data, and hence the data redundancy: "I know specifically that the transmitter ended up with 200 samples per second that it would send across, and that would represent the dots represented by the A [referring to Exhibit 182], and the central monitor required 80 samples per second for its display. Q And does this allow the central station to interpolate to replace samples affected by transmission errors? A Correct, that's what I was talking |

| '991 Patent:  Claim 30 | PCI Wireless System |
|---|---|
|  | about before. Interpolation would be another word for that. Q Could the central station command a different sample rate?  A In the bi-directional, yes, it could. In that case it would tell the central – or the bedside monitor, because the bedside monitor was actually doing the patient sampling. Q And specifically could the bi-directional system that's evidenced by the 1993 brochure there do that type of error correction? A Yes. Well, the error correction, what we did is we told our – the OEM manufacturer how to do this, this form of error correction, and they would actually put that into their bedside, in the two – the bedside and the transceiver together as a single unit, yes, would operate the same as what I was just describing." (Stoop: page 29, line 19 through page 31, line 4). Finally, the received information could manipulate the source of the digital data: "Q Looking at the brochure, there's an image of a central station with arrows going in and out. A Oh, this one right here? Q Yeah. Underneath it says: "Bi¬directional Wireless Connectivity between bedside monitors and central stations provides a wealth of information and control." Understanding that you may not have written that, what do you understand that to mean in terms of these two components, "providing a wealth of information and control"?  A The control would be allowing -- was the two-way communication. You could send back -- you could send back information to the bedside like the patient's name. It could be entered at central and it could go back to the bedside. You could send back commands to change the alarm limits.   And then there's the other level of the control, which is the user control, you know, sending information, that patient name or the alarm limits or you could tell it don't monitor Lead 2, monitor Lead 3, if the nurse wanted to send that over to us. So that kind of control is what our OEM customers would be interested in when they see "control." Q Do you know what levels of control would have been provided in the Critikon unit that's the subject matter of the 510(k) filing, I believe, marked as Exhibit 174? A     I do know this, that Critikon was very interested in getting two-way communication and so they had certain parameters that they wanted us to send back to it. Whether it was setting alarm limits or whatever, I don't remember exactly. Q Are those various limits sometimes referred to as physiological parameters? A Yeah. The physiological parameters would -- heart rate would be a physiological parameter. The limit would be the low heart rate and high heart rate, so you might alarm at 50 and 120. So what they would send back is, oh, change the alarm from 50 to 4 40 or from 60 to 50 or 120 up to 140, depending on how they wanted to monitor the patient. Or they could send back and say, "Instead of sending us heart rate and the ECG waveform, send us blood pressure and pulse oximetry," which would be physiological parameters. Q At this time, '93, was the central station capable of commanding the remote, for example, to provide more or less just data in general, you know, every -- you know, averaging, for example, or -- A Oh, you know, that's a good question and the answer is it was capable of doing it. One of the issues with a bedside and a central station is if the bedside is calculating its own heart rate, say, as an example, and central station is calculating its own heart rate, it's possible that they'll be displaying slightly different heart rates because there's different averaging algorithms as |

| '991 Patent:  Claim 30 | PCI Wireless System |
|---|---|
| | somebody's heart rate is accelerating or slowing down. And so a lot of times -- and I think we did this on the Critikon one -- we would display the Critikon heart rate on the central station, even though we were doing the arrhythmia analysis in the central station, and so it would actually -- we would have them send that over" (McBride: page 57, line 6 through page 61, line 3). See also McBride: page 34, line 13 through page 35, line 14, McBride: page 69, line 24 through page 72, line 20, and Stoop: page 55, line 20 through page 56, line 24 |

| '991 Patent:  Claim 31 | PCI Wireless System |
|---|---|
| 31.  . The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter | In the PCI wireless system, the transmitter was responsive to the received information, the received information operative to control operation of the transmitter: "Q Looking at the brochure, there's an image of a central station with arrows going in and out. [referring to Exhibit 173] A Oh, this one right here? Q Yeah. Underneath it ways: "Bi-directional wireless Connectivity between bedside monitors and central stations provides a wealth of information and control." Understanding that you may not have written that, what do you understand that to mean in terms of these two components, "providing a wealth of information and control"? A ... From the engineering perspective, there's really – there was actually two levels of control. One is controlling the remotes, as we were talking about synching them up, assigning frequencies. We also reached back and could tell them to turn up their power, turn down their power to save power" (McBride: page 57, line 6 through page 58, line 20). See also McBride: page 114, line 23 through page 117, line 1, Stoop: page 34, line 19 through page 35, line 24, and Bradley: page 55, line 10 through line 24. |

| '991 Patent: Claim 32 | PCI Wireless System |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | PCI Wireless System discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient.<br><br>"One of the following cuff errors has occurred at the bedside: measurement time out, kinked hose, air leak. no cuff detected. blocked vent, cuff calibration error, low battery, no pulses detected. valid blood pressure not found, excessive artifact, some artifact present, weak pulses- cant find sys/ dia, over pressure condition-cycle power. over pressure condition, check hose." Operator's Manual, Chapter 1. |

| '991 Patent:  Claim 33 | PCI Wireless System |
|---|---|
| 33.  The medical system of claim 1 | In the PCI wireless system, the evaluator station (e.g. the central monitor) comprised a display operable |

| wherein the evaluator station comprises a display operable to display the digital data. | to display the digital data: "Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor. So you would have -- the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital -- a digital data stream that would go across the FM to the central transceiver. It would receive it, but the data is already digitized, so the PC would just use that to display what it needed to do: (Stoop: page 39, line 22 through page 40, line 8) See also Exhibit 173, Exhibit 174, Exhibit 175, Exhibit 176, Exhibit 178, Exhibit 179, Exhibit 180, Stoop: page 21, line 10 through line 21, Stoop: page 45, line 22 through page 46, line 6, Stoop: page 58, line 23, through page 59, line 11, McBride, page 52, line 1 through line 16, McBride: page 60, line 10 through page 61, line 5, McBride, page 68, line 7 through line 22, and McBride: page 83, line 21 through page 84, line 15. |

| '991 Patent:  Claim 34 | PCI Wireless System |
|---|---|
| 34.  The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | In the PCI wireless system, at least one sensor was capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger. Although, there were some people that had a little sensor that you could put on your forehead. So, you know, there was different mechanisms for obtaining different types of data" (McBride: page 83, line 10 through line 20). See also McBride: page 76, line 10 through line 19, and Bradley: page 33, line 17 through page 36, line 22. |

| '991 Patent:  Claim 35 | PCI Wireless System |
|---|---|
| 35.  35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | In the PCI wireless system, the digital data transmitted by the transmitter (in the remote transceiver) represents the electrical signals (from the sensor): "Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor. So you would have -- the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital -- a digital data stream that would go across the FM to the central transceiver. It would receive it, but the data is already digitized, so the PC would just use that to display what it needed to do: (Stoop: page 39, line 22 through page 40, line 8). See also Stoop: page 21, line 10 through line 21. |

| '991 Patent:  Claim 36 | PCI Wireless System |
|---|---|
| 36.   The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | In the PCI wireless system, the digital data transmitted by the transmitter (in the remote transceiver) could represent processed information: "Q Depending on what the customer chose to do, could that data received from the remote transceiver either be raw data or processed data? A It's whatever data that they decide to send us. So raw data would be -- ECG heart waveforms would be raw data. Process data would be a heart rate that they calculated from the ECG. That would be a good example of that. Q For the purposes of PCI's system, it didn't make any difference to the system, whatever the customer's unit did is what would be transmitted? A Yes, that's correct. I mean a good example would be Nellcor. Their primary system originally was just a pulse oximeter. Whereas, say the system we were doing for Puritan Bennett was just monitoring ventilators for these places where they have a whole bunch of people on ventilators. And so in that case you would just be making sure that everybody's okay and if they were having a problem, they would alert the central monitor. So it -- depending on what the OEM customer's device did was what our central monitor did" (McBride: page 77, line 14 through page 78, line 10). |

| '991 Patent:  Claim 37 | PCI Wireless System |
|---|---|
| 37.   A medical system for monitoring body functions of a patient comprising: | PCI's wireless spread-spectrum monitoring system (the PCI wireless system) was a medical system for monitoring body functions of a patient: "Q And specifically, for example, on the second page it says, 'First to provide wireless connectivity, 1993.' And I'm reading that, and correct me if I'm wrong, to be announcing this 900 megahertz spread spectrum that's bi-directional. A Yes, I believe that's what that was for. Q Okay. So this spread spectrum technology, is it fair to say that it's a system for monitoring body functions using wireless technologies? yes, it's a system for monitoring patients, their vital signs, using wireless technology" (McBride: page 41, line 18 through page 42, line 5). See also Bradley: page 21, line 23 through page 22, line 8. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | The PCI wireless system comprised an evaluation station (e.g. central station) located remotely from the patient: "Q  I think we've discussed this to some degree, but what are the distinctions between bedside monitor, ambulatory patients, and central stations?        A.        A bedside monitor is typically the monitor that's connected to a patient in bed. Ambulatory patients are patients that are being monitored but can get up and walk around and carry their monitoring device with them, such as an ECG transmitter or there are other ones on the market today, pulse oximeters, you know, infusion pumps. Some of these things are ambulatory. And central station would mean the central nurse's station that's at the nurse's station in a hospital." (Bradley: page 52, line 20 through page 53, line 6).  The PCI central station was also operable for wireless data communication: "Q And the central station included a transceiver, correct?  A That's correct. Q And that transceiver was for wireless digital data transmission and receiving?  A Yes. Q Because the transceiver's function as both --        A Yes, that's |

| '991 Patent:  Claim 37 | PCI Wireless System |
|---|---|
| | what it does.    Q     -- a transmitter and a receiver? A Right" (McBride: page 76, line 24 through page 77, line 9). See also Bradley: page 40, line 1 through line 10. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | The PCI wireless system comprised a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor.  And for some of those parameters would sensors provide the physiologic data? A Well, blood  pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger. Although, there were some people that had a little sensor that you could put on your forehead.  So, you know, there was different mechanisms for obtaining different types of data.  Q If the definition of sensor was a device for detecting electric, physical, chemical or biological quantity and converting it to an electric signal -- A All of those would be sensors, then, for all of those parameters." (McBride: page 83, line 10 through line 25).  See also Bradley: page 39, line 17 through line 22. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | The PCI wireless system comprised a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data: "Q    Again, a basic point, but the bedside monitor, that would include an A/D converter? A Correct. It has an A to D converter to convert the ECG waveform into the samples. Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor.         So you would have – the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital – a digital data stream that would go across the FM to the central transceiver" (Stoop: page 39, line 18 through page 40, line 5). See also McBride: page 85, line 20 through page 86, line 3. |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | The PCI wireless system comprised a transmitter (in the transceiver) coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station (the central transceiver): "Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor. So you would have – the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital – a digital data stream that would go across the FM to the central transceiver" (Stoop: page 39, line 22 through page 40, line 5). See also McBride: page 76, line 24 through page 77, line 9. |
| a receiver operable to receive information from the evaluator station through wireless communication; | The PCI wireless system comprised a receiver (in the transceiver) operable to receive information from the evaluator station through wireless communication: "Q Mr. McBride, did the PCI central station as it existed in 1993 include a remote transceiver for receiving data from the central station? A Yes." (McBride: page 80, line 2 through line 5)5. See also McBride: page 76, line 24 through page 77, line 9. |

| '991 Patent:  Claim 37 | PCI Wireless System |
|---|---|
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | In the PCI wireless system, the evaluator station was operable to change the format of the digital data transmitted from the transmitter to the evaluator station using three disclosed methods.    First, the received information could change the scaling of the digital data: "Q Was the central station capable of controlling data formats?... A    Well, if you're talking about scaling, it could control the – Q Scaling, yes.    A Scaling, yeah. When we talked about the sensor gain, there were different ways you could do that. You could control the gain at the bedside and how it sends the data or how you wanted to display it on the central monitor, so if you had a small waveform, you could expand it out. Is that what you mean? Q Yes. A Okay. Yes, we could do that. Q Not only could you do it, but was it available in the spread spectrum system as of 1993? A Yes, yeah. Q And do you know whether that was actually done by Critikon? A Yes. " (Stoop: page 60, line 14 through page 61, line 13). Secondly, the received information could change the sample rate of the digital data, and hence the data redundancy: "I know specifically that the transmitter ended up with 200 samples per second that it would send across, and that would represent the dots represented by the A [referring to Exhibit 182], and the central monitor required 80 samples per second for its display. Q And does this allow the central station to interpolate to replace samples affected by transmission errors? A Correct, that's what I was talking about before. Interpolation would be another word for that. Q Could the central station command a different sample rate?    A In the bi-directional, yes, it could. In that case it would tell the central – or the bedside monitor, because the bedside monitor was actually doing the patient sampling. Q And specifically could the bi-directional system that's evidenced by the 1993 brochure there do that type of error correction? A Yes. Well, the error correction, what we did is we told our – the OEM manufacturer how to do this, this form of error correction, and they would actually put that into their bedside, in the two – the bedside and the transceiver together as a single unit, yes, would operate the same as what I was just describing." (Stoop: page 29, line 19 through page 31, line 4). Finally, the received information could change the source of the digital data: "Q Looking at the brochure, there's an image of a central station with arrows going in and out. A Oh, this one right here? Q Yeah. Underneath it says: "Bi-directional Wireless Connectivity between bedside monitors and central stations provides a wealth of information and control." Understanding that you may not have written that, what do you understand that to mean in terms of these two components, "providing a wealth of information and control"? A The control would be allowing -- was the two-way communication. You could send back -- you could send back information to the bedside like the patient's name. It could be entered at central and it could go back to the bedside. You could send back commands to change the alarm limits.  And then there's the other level of the control, which is the user control, you know, sending information, that patient name or the alarm limits or you could tell it don't monitor Lead 2, monitor Lead 3, if the nurse wanted to send that over to us. So that kind of control is what our OEM customers would be interested in when they see "control." Q Do you know what levels of control would have been provided in the Critikon unit that's |

| '991 Patent:  Claim 37 | PCI Wireless System |
|---|---|
|  | the subject matter of the 510(k) filing, I believe, marked as Exhibit 174?   A I do know this, that Critikon was very interested in getting two-way communication and so they had certain parameters that they wanted us to send back to it. Whether it was setting alarm limits or whatever, I don't remember exactly. Q Are those various limits sometimes referred to as physiological parameters? A Yeah. The physiological parameters would -- heart rate would be a physiological parameter. The limit would be the low heart rate and high heart rate, so you might alarm at 50 and 120. So what they would send back is, oh, change the alarm from 50 to 4 40 or from 60 to 50 or 120 up to 140, depending on how they wanted to monitor the patient. Or they could send back and say, "Instead of sending us heart rate and the ECG waveform, send us blood pressure and pulse oximetry," which would be physiological parameters. Q At this time, '93, was the central station capable of commanding the remote, for example, to provide more or less just data in general, you know, every -- you know, averaging, for example, or -- A Oh, you know, that's a good question and the answer is it was capable of doing it. One of the issues with a bedside and a central station is if the bedside is calculating its own heart rate, say, as an example, and central station is calculating its own heart rate, it's possible that they'll be displaying slightly different heart rates because there's different averaging algorithms as somebody's heart rate is accelerating or slowing down. And so a lot of times -- and I think we did this on the Critikon one -- we would display the Critikon heart rate on the central station, even though we were doing the arrhythmia analysis in the central station, and so it would actually -- we would have them send that over" (McBride: page 57, line 6 through page 61, line 3). See also McBride: page 34, line 13 through page 35, line 14, McBride: page 69, line 24 through page 72, line 20, and Stoop: page 55, line 20 through page 56, line 24. |

| '991 Patent:  Claim 38 | PCI Wireless System |
|---|---|
| 38.  The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | The PCI wireless system comprised first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver: "Q Again, a basic point, but the bedside monitor, that would include an A/D converter? A Correct. It has an A to D converter to convert the ECG waveform into the samples. Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor. So you would have – the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital – a digital data stream that would go across the FM to the central transceiver" (Stoop: page 39, line 18 through page 40, line 5). See also McBride: page 85, line 20 through page 86, line 3; "Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had |

| '991 Patent:  Claim 38 | PCI Wireless System |
|---|---|
| | a patient directly connected to that, to the central monitor. So you would have – the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital – a digital data stream that would go across the FM to the central transceiver" (Stoop: page 39, line 22 through page 40, line 5). See also McBride: page 76, line 24 through page 77, line 9; "Q Mr. McBride, did the PCI central station as it existed in 1993 include a remote transceiver for receiving data from the central station? A Yes." (McBride: page 80, line 2 through line 5)5. See also McBride: page 76, line 24 through page 77, line 9; See also: "Wireless Connectivity" by PCI Wireless System; "RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor", July 9, 1993; "Review Memorandum", VitalCom, December 23, 1994, pp.1-20; "Docu# K933404", September 9, 1993, pp. 1-6; "Document #134975", Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13- 106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent:  Claim 39 | PCI Wireless System |
|---|---|
| 39.  The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patients. | "Wireless Connectivity" by PCI Wireless System; "RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor", July 9, 1993; "Review Memorandum", VitalCom, December 23, 1994, pp.1-20; "Docu# K933404", September 9, 1993, pp. 1-6; "Document #134975", Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5- 10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. See also references to "bedside monitors" in Stoop, McBride, Bradley, and Judson. |

| '991 Patent:  Claim 45 | PCI Wireless System |
|---|---|
| 45.  The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | In the PCI wireless system, the evaluator station is operable to manipulate the digital data using three disclosed methods First, the received information could manipulate the scaling of the digital data: "Q Was the central station capable of controlling data formats?... A Well, if you're talking about scaling, it could control the -- Q Scaling, yes. A Scaling, yeah. When we talked about the sensor gain, there were different ways you could do that. You could control the gain at the bedside and how it sends the data or how you wanted to display it on the central monitor, so if you had a small waveform, you could expand it out. Is that what you mean? Q Yes. A Okay. Yes, we could do that. Q Not only could you do it, but was it available in the spread spectrum system as of 1993? A Yes, yeah. Q And do you know whether that was actually done by Critikon? A Yes. ..." (Stoop: page 60, line 14 through page 61, line 13). Secondly, the received information could manipulate the sample rate of the digital data, and hence the data redundancy: "I know specifically that the transmitter ended up with 200 samples per second that it |

| '991 Patent:  Claim 45 | PCI Wireless System |
|---|---|
|  | would send across, and that would represent the dots represented by the A [referring to Exhibit 182], and the central monitor required 80 samples per second for its display. Q And does this allow the central station to interpolate to replace samples affected by transmission errors? A Correct, that's what I was talking about before. Interpolation would be another word for that. Q Could the central station command a different sample rate? ... A In the bi-directional, yes, it could. In that case it would tell the central – or the bedside monitor, because the bedside monitor was actually doing the patient sampling. Q And specifically could the bi-directional system that's evidenced by the 1993 brochure there do that type of error correction? A Yes. Well, the error correction, what we did is we told our – the OEM manufacturer how to do this, this form of error correction, and they would actually put that into their bedside, in the two – the bedside and the transceiver together as a single unit, yes, would operate the same as what I was just describing." (Stoop: page 29, line 19 through page 31, line 4).  Finally, the received information could manipulate the source of the digital data: "Q Looking at the brochure, there's an image of a central station with arrows going in and out. A Oh, this one right here? Q Yeah. Underneath it says: "Bi-directional Wireless Connectivity between bedside monitors and central stations provides a wealth of information and control." Understanding that you may not have written that, what do you understand that to mean in terms of these two components, "providing a wealth of information and control"? A ... The control would be allowing -- was the two-way communication. You could send back -- you could send back information to the bedside like the patient's name. It could be entered at central and it could go back to the bedside. You could send back commands to change the alarm limits....And then there's the other level of the control, which is the user control, you know, sending information, that patient name or the alarm limits or you could tell it don't monitor Lead 2, monitor Lead 3, if the nurse wanted to send that over to us. So that kind of control is what our OEM customers would be interested in when they see "control." Q Do you know what levels of control would have been provided in the Critikon unit that's the subject matter of the 510(k) filing, I believe, marked as Exhibit 174? A ... I do know this, that Critikon was very interested in getting two-way communication and so they had certain parameters that they wanted us to send back to it. Whether it was setting alarm limits or whatever, I don't remember exactly. Q Are those various limits sometimes referred to as physiological parameters? A Yeah. The physiological parameters would -- heart rate would be a physiological parameter. The limit would be the low heart rate and high heart rate, so you might alarm at 50 and 120. So what they would send back is, oh, change the alarm from 50 to 4 40 or from 60 to 50 or 120 up to 140, depending on how they wanted to monitor the patient. Or they could send back and say, "Instead of sending us heart rate and the ECG waveform, send us blood pressure and pulse oximetry," which would be physiological parameters. Q At this time, '93, was the central station capable of commanding the remote, for example, to provide more or less just data in general, you know, every -- you know, averaging, for example, or -- A Oh, you know, that's a good question and the |

| '991 Patent:  Claim 45 | PCI Wireless System |
|---|---|
| | answer is it was capable of doing it. One of the issues with a bedside and a central station is if the bedside is calculating its own heart rate, say, as an example, and central station is calculating its own heart rate, it's possible that they'll be displaying slightly different heart rates because there's different averaging algorithms as somebody's heart rate is accelerating or slowing down. And so a lot of times -- and I think we did this on the Critikon one -- we would display the Critikon heart rate on the central station, even though we were doing the arrhythmia analysis in the central station, and so it would actually -- we would have them send that over" (McBride: page 57, line 6 through page 61, line 3). See also McBride: page 34, line 13 through page 35, line 14, McBride: page 69, line 24 through page 72, line 20, and Stoop: page 55, line 20 through page 56, line 24. |

| '991 Patent:  Claim 46 | PCI Wireless System |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | In the PCI wireless system, the evaluator station was operable to control the transmitter: "Q Looking at the brochure, there's an image of a central station with arrows going in and out. [referring to Exhibit 173] A Oh, this one right here? Q Yeah. Underneath it ways: "Bi-directional wireless Connectivity between bedside monitors and central stations provides a wealth of information and control." Understanding that you may not have written that, what do you understand that to mean in terms of these two components, "providing a wealth of information and control"? A        From the engineering perspective, there's really – there is actually two levels of control. One is controlling the remotes, as we were talking about synching them up, assigning frequencies. We also reached back and could tell them to turn up their power, turn down their power to save power" (McBride: page 57, line 6 through page 58, line 20). See also McBride: page 114, line 23 through page 117, line 1, Stoop: page 34, line 19 through page 35, line 24, and Bradley: page 55, line 10 through line 24. |

| '991 Patent:  Claim 48 | PCI Wireless System |
|---|---|
| 48.  The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | One embodiment of the PCI wireless device was worn near the torso and measured ECG using five sensors attached to various points about the patient's chest [referring to Exhibit 175]: "Q. Label that E. A. E. Q. And that represents? A. That represents an ECG transceiver. So it only monitored electrocardiogram. Q. What -- as we look at it, what are the -- well, what are the components that you can see on the torso? What was the language that you used to identify those various components? A. That would be a small transceiver box that also   Q. Could you label that as E-1? A. Yeah, E-1. And then on this particular picture we have -- it looks like we have five lead wires, and those would give you different leads of the electrocardiogram. Q. And what do those leads terminate with? A. An electrode. At the end of each one would be what we call an ECG electrode. Q. Could you label one of |

| | those as E-2? A. Sure. Q. Maybe connect a line to it so   A. Yeah. Q. Okay. And do they have a sensor? A. They are a sensor Q. And those sensors are attached to the skin? A. Yes. And they're, you know, positioned on the chest in certain locations. (Bradley, page 38, line 18 through page 40, line 15). Other PCI embodiments utilized sensors in a cuff and on a finger: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger" (McBride: page 83, line 10 through line 16). See also Bradley: page 53, line 7 through page 54, line 22. A person of ordinary skill in the art would have found it obvious that, in the PCI wireless system, the sensor could be placed on a wrist. That person would also understand that the PCI wireless system required no significant alternation for the sensor to be placed on the wrist since the wrist is close to the arm and finger. |
|---|---|

| **'991 Patent:  Claim 49** | **PCI Wireless System** |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Gorman's preferred embodiment utilizes chest electrodes since they provide the best measure a person's heart-rate: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). However, Gorman discloses a medical system that could monitor any life function using any sensor: "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24. These terminals 24 can be a part of the chest unit or the chest unit can be designed so that any sensor for detecting a biomedical response can be plugged into it" (column 10, line 34 through line 40) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). As such, a person of ordinary skill in the art would find it obvious that a sensor capable of measuring oxygen saturation could be used with Gorman's invention. This is particularly evident since Gorman references US Patent 4,425,921 which uses a sensor very similar to sensors for measuring oxygen saturation. |

| **'991 Patent: Claim 50** | **PCI Wireless System** |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | PCI Wireless System discloses an evaluator station including an alarm unit. |

| '991 Patent: Claim 50 | PCI Wireless System |
|---|---|
|  | "One of the following cuff errors has occurred at the bedside: measurement time out, kinked hose, air leak. no cuff detected. blocked vent, cuff calibration error, low battery, no pulses detected. valid blood pressure not found, excessive artifact, some artifact present, weak pulses- cant find sys/ dia, over pressure condition-cycle power. over pressure condition, check hose." Operator's Manual, Chapter 1. |

| '991 Patent:  Claim 51 | PCI Wireless System |
|---|---|
| 51.  The medical system of claim 37 wherein the evaluator station includes a display. | In the PCI wireless system, the evaluator station (e.g. the central monitor) included a display: "Q And the ECG, for example, also would you have an A/D converter on the central monitor side? A No. Only if you had a patient directly connected to that, to the central monitor. So you would have -- the ECG leads would be sampled via the A to D converter into the transceiver, or we're calling it a remote transceiver here. That would be encoded into digital -- a digital data stream that would go across the FM to the central transceiver. It would receive it, but the data is already digitized, so the PC would just use that to display what it needed to do: (Stoop: page 39, line 22 through page 40, line 8) See also Exhibit 173, Exhibit 174, Exhibit 175, Exhibit 176, Exhibit 178, Exhibit 179, Exhibit 180, Stoop: page 21, line 10 through line 21, Stoop: page 45, line 22 through page 46, line 6, Stoop: page 58, line 23, through page 59, line 11, McBride, page 52, line 1 through line 16, McBride: page 60, line 10 through page 61, line 5, McBride, page 68, line 7 through line 22, and McBride: page 83, line 21 through page 84, line 15. |

| '991 Patent:  Claim 52 | PCI Wireless System |
|---|---|
| 52.  The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | In the PCI wireless system, the sensor was capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger. Although, there were some people that had a little sensor that you could put on your forehead. So, you know, there was different mechanisms for obtaining different types of data" (McBride: page 83, line 10 through line 20). See also McBride: page 76, line 10 through line 19, and Bradley: page 33, line 17 through page 36, line 22. |

| '991 Patent:  Claim 53 | PCI Wireless System |
|---|---|
| 53.  A medical system for acquiring measured data, including measuring body functions, comprising: | PCI's wireless system was for acquiring measured data, including measuring body functions: "Q  So the PCI central monitor that was available at -- well, in 1993 that was spread spectrum, was that a monitor or system capable of acquiring measured data?  A       Well, I mean that's basically what the system does. It picks up -- when you're talking measured data, you're talking physiological parameters or what we've always called vital signs, that's what the system does" (McBride: page 75, line 21 through page 76, line 4) and    "Q       So this spread spectrum technology, is it fair to say that it's a system for monitoring body functions using wireless technologies?       yes, it's a system for monitoring patients, their vital signs, using wireless technology" (McBride: page 41, line 24 through page 42, line 5). See also Bradley: page 21, line 23 through page 22, line 8. |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | The PCI wireless system comprised a first sensor operable to contact a body: "Q  Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data?      A Well, blood pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger. Although, there were some people that had a little sensor that you could put on your forehead." (McBride: page 83, line 10 through line 18). Furthermore, the PCI wireless system comprised a first transmitter and a first receiver: "Q       Because the transceiver's function as both a transmitter and a receiver? A Right.  Q And the central station processed data that it received from the remote transceiver; is that true? A Yes."  (McBride: page 77, line 5 through line 13). Finally, PCI's first set of components were operable to rest close to the body: "Q  Could you -- we'll go into it in more detail, but can you briefly describe for me the technology that's being described in Exhibit 173?  A  Yeah.    Our part of the world was the wireless part.  it was to be able to send information from either the patient himself or by putting an instrument right on the patient he would carry around maybe with a neck -- sorry -- with a neck strap, or a little box that would sit next to the patient which could be moved with him, him or her, and possibly be battery-powered and send information back to the hospital staff." (Judson: page 14, line 10, through page 16, line 13). |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | The PCI wireless system comprised an evaluator station (e.g. central station) having a second transmitter and a second receiver, the evaluator station operable to wireless communicate with the first transmitter and the first receiver: "Q And the central station included a transceiver, correct? A That's correct.  Q And that transceiver was for wireless digital data transmission and receiving? A Yes. Q Because the transceiver's function as both -- A Yes, that's what it does. Q -- a transmitter and a receiver? A Right.  Q    And the central station processed data that it received from the remote transceiver; is that true?  A Yes." (McBride: page 76, line 24 through page 77, line 13).

Furthermore, in the PCI wireless system the second data transmitted from the second transmitter was operable to control and manipulate the first data transmitted by the first transmitter: "Q   Yeah. |

| '991 Patent:  Claim 53 | PCI Wireless System |
|---|---|
| | Underneath it says: "Bi-directional Wireless Connectivity between bedside monitors and central stations provides a wealth of information and control." Understanding that you may not have written that, what do you understand that to mean in terms of these two components, "providing a wealth of information and control"? A      The control would be allowing -- was the two-way communication.  … From the engineering perspective, there's really -- there was actually two levels of control. One is controlling the remotes, as we were talking about synching them up, assigning frequencies. We also reached back and could tell them to turn up their power, turn down their power to save power. And then there's the other level of the control, which is the user control, you know, sending information, that patient name or the alarm limits or you could tell it don't monitor Lead 2, monitor Lead 3, if the nurse wanted to send that over to us. So that kind of control is what our OEM customers would be interested in when they see "control." Q Do you know what levels of control would have been provided in the Critikon unit that's the subject matter of the 510(k) filing, I believe, marked as Exhibit 174? A As far as user controls, no. The -- the wireless link controls would be in just about every product, you know, going back and synching them up and putting them on the wireless link, telling them what time slot to go in. The user controls here, I believe that they had set alarm limits and the different types of data that came over, but I don't know exactly, you know. I could definitely mix systems together. I do know this, that Critikon was very interested in getting two-way communication and so they had certain parameters that they wanted us to send back to it. Whether it was setting alarm limits or whatever, I don't remember exactly. Q Are those various limits sometimes referred to as physiological parameters? A Yeah. The physiological parameters would be -- heart rate would be a physiological parameter. The limit would be the low heart rate and high heart rate, so you might alarm at 50 and 120. So what they would send back is, oh, change the alarm from 50 to 40 or from 60 to 50 or 120 up to 140, depending on how they wanted to monitor the patient. Or they could send back and say, "Instead of sending us heart rate and the ECG waveform, send us blood pressure and pulse oximetry," which would be physiological parameters. Q At this time, '93, was the central station capable of commanding the remote, for example, to provide more or less just data in general, you know, every -- you know, averaging, for example, or -- A Oh, you know, that's a good question and the answer is it was capable of doing it." (McBride: page 57, line 9 through page 60, line 15).

PCI also disclosed additional methods by which the second data transmitted was operable to manipulate the first data transmitter. First, the second data could manipulate the scaling of the first data: "Q Was the central station capable of controlling data formats?... A Well, if you're talking about scaling, it could control the -- Q Scaling, yes. A Scaling, yeah. When we talked about the sensor gain, there were different ways you could do that. You could control the gain at the bedside and how it sends the data or how you wanted to display it on the central monitor, so if you had a small waveform, you could expand |

| '991 Patent:  Claim 53 | PCI Wireless System |
|---|---|
|  | it out. Is that what you mean? Q Yes. A Okay. Yes, we could do that. Q Not only could you do it, but was it available in the spread spectrum system as of 1993? A Yes, yeah. Q And do you know whether that was actually done by Critikon? A Yes. ..." (Stoop: page 60, line 14 through 61, line 13). Secondly, the second data could manipulate the sample rate of the first data: "I know specifically that the transmitter ended up with 200 samples per second that it would send across, and that would represent the dots represented by the A [referring to Exhibit 182], and the central monitor required 80 samples per second for its display. Q And does this allow the central station to interpolate to replace samples affected by transmission errors? A Correct, that's what I was talking about before. Interpolation would be another word for that. Q Could the central station command a different sample rate? ... A In the bi-directional, yes, it could. In that case it would tell the central – or the bedside monitor, because the bedside monitor was actually doing the patient sampling. Q And specifically could the bi-directional system that's evidenced by the 1993 brochure there do that type of error correction? A Yes. Well, the error correction, what we did is we told our – the OEM manufacturer how to do this, this form of error correction, and they would actually put that into their bedside, in the two – the bedside and the transceiver together as a single unit, yes, would operate the same as what I was just describing." (Stoop: page 29, line 19 through page 31, line 4). See also McBride: page 34, line 13 through page 35, line 14, McBride: page 69, line 24 through page 72, line 20, and Stoop: page 55, line 20 through page 56, line 24. |

| '991 Patent:  Claim 55 | PCI Wireless System |
|---|---|
| 55.  A medical system according to claim **53** wherein the first sensor is capable of being fastened to a surface of a skin of the patient | In the PCI wireless system, the first sensor was capable of being fastened to a surface of a skin of the patient [referring to Exhibit 175]: "And what do those leads terminate with? A. An electrode. At the end of each one would be what we call an ECG electrode. Q. Could you label one of those as E-2? A. Sure. Q. Maybe connect a line to it so ... A. Yeah. Q. Okay. And do they have a sensor? A. They are a sensor. Each one is a foam substrate with some sort of gel that would be able to detect the electrical activity at the skin electrode interface. So the gel is the conductant between the two. Q. And those sensors are attached to the skin? A. Yes. And they're, you know, positioned on the chest in certain locations" (Bradley: page 39, line 10 through line 25). See also Exhibit 173, Exhibit 175, Judson: page 29, line 5 through line 13, Bradley: page 53, line 24 through page 54, line 22, and McBride: page 82, line 15 through page 83, line 20. |

| '991 Patent:  Claim 56 | PCI Wireless System |
|---|---|
| 56.  A medical system according to | In the PCI wireless system, the first sensor was capable of being in contact with a finger of the patient: |

| claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger" (McBride: page 83, line 10 through line 16). |

| **'991 Patent:  Claim 57** | **PCI Wireless System** |
| --- | --- |
| 57.  A medical system according to claim **53** wherein the first sensor is located in a fingerclip. | In the PCI wireless system, the first sensor is located in a fingerclip: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor.  And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff.  Pulse oximetry was typically done with a little clip that goes on your finger" (McBride: page 83, line 10 through line 16). |

| **'991 Patent:  Claim 58** | **PCI Wireless System** |
| --- | --- |
| 58.  A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | In the PCI wireless system, the first sensor, the first transmitter, and the first receiver (both in a transceiver) were operable to be worn on a body of the patient: "Q Did you have a name for the two-way telemetry that is disclosed in the brochure marked as Exhibit 173 there? A We called them 900 megahertz transceivers, only because that was the frequency we chose to use. I think this is calling it Wireless Connectivity, which would be more of a marketing -- the OEM marketing guy's name, but internally in the engineering group, we would call it the 900 megahertz transmitter. In fact, a lot of times we would call it the 900 megahertz transmitter because of our background. We called the patient-worn thing a transmitter and the central thing a receiver, even though they were two-way, just to alleviate any confusion if I say that by accident" (Stoop: page 14, line 11 to page 15, line 1). The sensor of the PCI patient-worn unit in contact with the body [referring to Exhibit 175]: "And what do those leads terminate with? A. An electrode. At the end of each one would be what we call an ECG electrode. Q. Could you label one of those as E-2? A. Sure. Q. Maybe connect a line to it so ... A. Yeah. Q. Okay. And do they have a sensor? A. They are a sensor. Each one is a foam substrate with some sort of gel that would be able to detect the electrical activity at the skin electrode interface. So the gel is the conductant between the two. Q. And those sensors are attached to the skin? A. Yes. And they're, you know, positioned on the chest in certain locations" (Bradley: page 39, line 10 through line 25). See also Exhibits 173, 175, 176, and 179, Bradley: page 30, line 25 through page 32, line 12, McBride: page 120, line 8 through page 121, line 21, and Judson, page 14, line 10 through page 17, line 4. |

| '991 Patent:  Claim 61 | PCI Wireless System |
| --- | --- |
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | The PCI wireless system measured oxygen saturation: "Q. Going back to Exhibit 174, the Critikon document. A. Oh, yeah. Q. Could you point out in that exhibit what enables -- well, what in that exhibit enables you to conclude that it's related to the technology of Exhibit 173, the brochure on Real-Time Spread Spectrum? A. If you -- there's probably several things. Start looking at the classification names, when it says transceiver -- or transmitter/receiver systems, physiological radio frequency. These are FDA terms, they've got numbers by them. So that's the kind of thing we're dealing with here. Physiological monitoring. Q. That's on the first page? A. That's on the first page, yeah. And if you read the first paragraph of page 2, (as read): "Using the Critikon Central Monitor connected to the DINAMAP Plus Vital Signs Monitors, the clinician can view, record and recall heart rate, ECG, oxygen saturation, invasive pressure, noninvasive pressure -- blood pressure, temperature derived from each of the monitors." That tells me that there's both patient monitors on one end and a central station monitor on the other end. And knowing that these transmitters and receivers down under Device Classification -- oh, in the second paragraph, it says, This system will utilize frequencies in the 902- to 928-megahertz band with a maximum peak power output for the monitor transmitters will be 1 watt. So that tells me that's the Spread Spectrum wireless connectivity 902 to 928. So that's exactly what wireless connectivity is, you know, based on our brochure." (Bradley: page 42, line 2 through page 43, line 11). See also Exhibit 174, McBride: page 59, line 22 through page 60, line 9, McBride: page 76, line 10 through line 19, Bradley: page 21, line 23 through page 23, line 17. |

| '991 Patent:  Claim 62 | PCI Wireless System |
| --- | --- |
| 62.  The medical system of claim 53 wherein a pulse of the patient is monitored. | The PCI wireless system measured a pulse (e.g. heart rate) of the patient: "Q And the central station processed data that it received from the remote transceiver; is that true? A Yes. Q Depending on what the customer chose to do, could that data received from the remote transceiver either be raw data or processed data? A It's whatever data that they decide to send us. So raw data would be -- ECG heart waveforms would be raw data. Process data would be a heart rate that they calculated from the ECG. That would be a good example of that." (McBride: page 77, line 10, through line 21). See also Exhibit 174, McBride: page 59, line 4 through page 60, line 9, McBride: page 76, line 10 through line 19, McBride: page 83, line 10 through line 25, McBride: page 89, line 14 through page 89, line 25, McBride: page 114, line 13 through page 115, line 11, and Bradley: page 21, line 23 through page 23, line 17, and Bradley: page 42, line 2 through page 43, line 11. |

| '991 Patent:  Claim 65 | PCI Wireless System |
| --- | --- |
| 65.  A medical system according to | In the PCI wireless system, the evaluator station (e.g. the central monitor) was operable to perform |

| '991 Patent:  Claim 65 | PCI Wireless System |
|---|---|
| claim **53** wherein the evaluator station is operable to perform forward error correction. | forward error correction: "Q In that product or in that -- in that system or in that technology, did you incorporate any error detection or correction techniques or technologies? A Yes. Back to the -- all of the digital ones used error detection and error correction in one form or another. Q Could you describe the form that you used in the 1989 technology? A For error detection we used CRCs error detection. Error correction, we would send -- we did a variety of things. We would send redundant packets. We would also send higher waveform data and interleave the packets so that we could -- if packets were dropped out, we would reconstruct the missing samples at the required bandwidth.  I mentioned that we sent redundant packets or we would send them over twice so that we could reconstruct missing data. Q And did you describe your error correction technique? A No, so I would break those two pieces separately. That would be the error detection that we would use to know whether we needed to use the error correction. There were a lot of error correction methods. The method that we used was more of a bandwidth reduction method, where we would send a higher bandwidth than was needed. And what we would do is we would interleave the data so that samples -- if we had samples that were dropped out and we detected that there were samples missing, we could go back and reconstruct those samples at a lower bandwidth.  When we're trying to send across a patient -- a physiological waveform, we have a minimum bandwidth that we need to get across for the arrhythmia detection to work and for the display to be clinically significant enough for the docs and the nurses to understand the waveform. So what we did is because telemetry is susceptible to lots of dropouts because of interference and multipath and so forth, what we did is we sent a waveform that was two and a half times the needed bandwidth.     So what we would do is we would send more bandwidth than we needed. We also interleave the packets, so if we dropped a packet -- so if we look at this diagram, if you look at the dots, these would be samples of the waveform that we needed to send across. The lines would indicate the minimum required bandwidth. We could afford to drop these samples. We could reconstruct these samples from an interpolation algorithm back on the central monitor and still have a waveform that was clinically significant enough -- enough for the detection algorithms and for the medical staff to look at.     And that's pretty typical of error correction algorithms, where you're sending more -- enough redundant data so that you can reconstruct just enough to make the data significant." (Stoop: page 21, line 22 through page 27, line 16). A person of ordinary skill in the art would know that sending redundant packets and interpolation (e.g. bandwidth reduction) are means of performing forward error correction since errors are corrected without requesting a re-transmission of the data6. See also Stoop: page 27, line 18 through page 34, line 11, Stoop: page 58, line 23 through page 59, line 11, McBride: page 13, line 6 through page 15, line 23, McBride: page 61, line 17 through page 62, line 15, McBride: page 86, line 15 through page 88, line 17, and McBride: page 117, line 2 through page 119, line 2. |

| '991 Patent:  Claim 66 | PCI Wireless System |
|---|---|
| 66.  A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | The PCI wireless system comprised an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data: "Q Your drawing has now become an exhibit. I'm putting a label on it and making it Exhibit 182. So to summarize, what were the error detection and correction techniques that were being used for information sent by the bedside to the central monitor? A We used -- for detection we used checksums and CRCs. For correction we used a combination of interleaving samples across packets and sending more bandwidth than we needed. Q And what techniques did you use for information that was sent from the central monitor to the bedside? A Oh, I'm sorry. The other technique that we used on the outbound side, since it wasn't sample-based, we would send it twice. So we would send redundant data" (Stoop: page 34, line 2 through line 18)[20]. A person of ordinary skill in the art would know that the bedside unit must necessarily contain an error correction unit to process the redundant data received from the central station, otherwise the error correction would be inoperable. See also Stoop: page 21, line 22 through page 30, line 4. |

| '991 Patent:  Claim 67 | PCI Wireless System |
|---|---|
| 67.   A medical system according to claim **53** wherein a third receiver is operable to receive third data from the second transmitter. | "Wireless Connectivity" by PCI Wireless System; "RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor", July 9, 1993; "Review Memorandum", VitalCom, December 23, 1994, pp.1-20; "Docu# K933404", September 9, 1993, pp. 1-6; "Document #134975", Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5- 10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent: Claim 68 | PCI Wireless System |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | PCI Wireless System discloses a third receiver on a different patient than the first receiver. The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]  A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type?  A Yes, that's the -- that was the design of the system to do it that way.: (McBride, |

[20] Since Stoop states that the "outbound" data was not sample-based, it is apparent that he is referring to transmissions by the central station since the central station did not transmit data samples to the remote units.

| '991 Patent: Claim 68 | PCI Wireless System |
|---|---|
| | page 78, line 14 through line 20), :Q    And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?    A Yes. They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[21]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp. 1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent:  Claim 69 | PCI Wireless System |
|---|---|
| 69.  The medical system of claim **67** wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | "Wireless Connectivity" by PCI Wireless System; "RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor", July 9, 1993; "Review Memorandum", VitalCom, December 23, 1994, pp.1-20; "Docu# K933404", September 9, 1993, pp. 1-6; "Document #134975", Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5- 10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent: Claim 70 | PCI Wireless System |
|---|---|
| 70. A medical system according to claim 67 wherein a third transmitter is operable to transmit third data from a second body. | PCI Wireless System discloses a third transmitter operable to transmit third data from a second body.<br><br>The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]  A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 |

---

[21]  Deposition of Michael David Stoop, Case No. 04 C 5944, March 1, 2006.

| '991 Patent: Claim 70 | PCI Wireless System |
|---|---|
| | through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type?  A Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q     And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?      A Yes.  They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[22]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent: Claim 71 | PCI Wireless System |
|---|---|
| 71. The medical system of claim 53 in which a second sensor is in contact with a second body. | PCI Wireless System discloses a second sensor in contact with a second body. |
| | The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]  A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type?  A Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q     And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?      A Yes.  They could |

---

[22]   Deposition of Michael David Stoop, Case No. 04 C 5944, March 1, 2006.

| '991 Patent: Claim 71 | PCI Wireless System |
|---|---|
| | basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[23]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent:  Claim 72 | PCI Wireless System |
|---|---|
| 72.   The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | In the PCI wireless system, the evaluator station (e.g. central monitor) was operable to perform error correction on the data transmitted by the patient unit (e.g. bedside monitor) transmitter: "Q Your drawing has now become an exhibit. I'm putting a label on it and making it Exhibit 182. So to summarize, what were the error detection and correction techniques that were being used for information sent by the bedside to the central monitor? A We used -- for detection we used checksums and CRCs. For correction we used a combination of interleaving samples across packets and sending more bandwidth than we needed" (Stoop: page 34, line 2 through line 11) and "So what we would do is we would send more bandwidth than we needed. We also interleave the packets, so if we dropped a packet - - so if we look at this diagram, if you look at the dots, these would be samples of the waveform that we needed to send across. The lines would indicate the minimum required bandwidth. We could afford to drop these samples. We could reconstruct these samples from an interpolation algorithm back on the central monitor and still have a waveform that was clinically significant enough -- enough for the detection algorithms and for the medical staff to look at. ... And that's pretty typical of error correction algorithms, where you're sending more -- enough redundant data so that you can reconstruct just enough to make the data significant" (Stoop: page 26, line 20 through page 27, line 16). See also Stoop: |

---

[23]   Deposition of Michael David Stoop, Case No. 04 C 5944, March 1, 2006.

| | |
|---|---|
| | page 21, line 22 through page 30, line 4, and McBride: page 13, line 20 through page 15, line 23. |

| '991 Patent:  Claim 73 | PCI Wireless System |
|---|---|
| 73.  The medical system of claim **53** further including a cover at least partially covering the first set of components. | The PCI wireless system included a cover (e.g. a box) at least partially covering the first set of components: "Q. Label that E. A. E. Q. And that represents? A. That represents an ECG transceiver. So it only monitored electrocardiogram. Q. What -- as we look at it, what are the -- well, what are the components that you can see on the torso? What was the language that you used to identify those various components? A. That would be a small transceiver box that also -- that's battery operated using either double A batteries or a transistor radio battery. Q. Could you label that as E-1? A. Yeah, E-1. ... Q. So within that transceiver in A, within that box, you'd have more than just the transceiver, you'd also have a digital converter? A.   The A to D is in the transceiver, and so the wireless communication is digital telemetry. That was one of our major features, is we did not do analog telemetry, we did only digital telemetry" (Bradley: page 38, line 18 through page 40, line 17). See also Exhibit 173, Exhibit 175, Exhibit 176, Stoop: page 17, line 23 through page 20, line 12, McBride: page 85, line 1 through line 25, and Judson: page 15, line 22, through page 16, line 16. |

| '991 Patent: Claim 74 | PCI Wireless System |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and | PCI Wireless System discloses a second cover at least partially covering a second set of components.<br><br>The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]  A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type?  A Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q      And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?      A Yes.  They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through |

| '991 Patent: Claim 74 | PCI Wireless System |
|---|---|
| | line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[24]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |
| a second sensor operable to contact a second human body, | PCI Wireless System discloses a second sensor operable to contact a second human body.<br><br>The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]  A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type?  A Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q      And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?      A Yes.  They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[25]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless |

[24]  Deposition of Michael David Stoop, Case No. 04 C 5944, March 1, 2006.
[25]  Deposition of Michael David Stoop, Case No. 04 C 5944, March 1, 2006.

| '991 Patent: Claim 74 | PCI Wireless System |
|---|---|
|  | System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |
| the second sensor being part of the second set of components. | PCI Wireless System discloses the second sensor being part of the second set of components.<br><br>The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]  A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type?  A Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q      And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?      A Yes.  They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[26]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

---

[26]  Deposition of Michael David Stoop, Case No. 04 C 5944, March 1, 2006.

| '991 Patent: Claim 76 | PCI Wireless System |
|---|---|
| 76. The medical system of claim 53 wherein the evaluator station further includes an alarm unit capable of operation when the first sensor is not responding properly. | PCI Wireless System discloses an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly.<br><br>"One of the following cuff errors has occurred at the bedside: measurement time out, kinked hose, air leak. no cuff detected. blocked vent, cuff calibration error, low battery, no pulses detected. valid blood pressure not found, excessive artifact, some artifact present, weak pulses- cant find sys/ dia, over pressure condition-cycle power. over pressure condition, check hose." Operator's Manual, Chapter 1. |

| '991 Patent: Claim 77 | PCI Wireless System |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | PCI Wireless System discloses an evaluator station further including a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>The PCI wireless system comprised electrodes capable of being attached to a patient: :Q What are these graphics, or what do these graphics represent? [referring to Exhibit 175]  A These are different ways to communicate with -- the concentric circles were just to indicate radio waves, and we were showing that - - in the upper left-hand corner, that's a patient worn transmitter for ECG: (Bradley: page 32, line 6 through line 12), :Q ... The PCI's spread spectrum central station in 1993, in terms of concept, provided for or could interact with two types of remote transceivers, those being the bedside monitor type and the ambulatory type?  A Yes, that's the -- that was the design of the system to do it that way.: (McBride, page 78, line 14 through line 20), :Q      And you may have answered this, but could the operator of the central station choose to display information from selected bedside monitors?      A  Yes.  They could basically select -- they could select which monitors they wanted to look at or they could select which parameters on the monitor they could look at, either of those. Q Could the central monitor be configured to display information from a single monitor? A Yes. ... it could actually go into multiple fields and you could actually do just one patient if you wanted to.: (McBride: page 52, line 1 through line 15) and :A Could the system be configured to display information just from a single monitor? A Oh, yeah. If there was only one in use, you could just display the one: (Stoop[27]: page 46, line 3 through line 6). It should be stated that the PCI deponents often refer to the patient unit as a transmitter even though it contained both a transmitter and receiver (see Stoop: page 14, line 21 through page 15, line 1). See also Stoop: page 32, line 4 through line 9, Bradley: page 37, line 25 through page 39, line 4 and Bradley: page 52, line 20 through page 53, line 6. See also: :Wireless Connectivity: by PCI Wireless |

---

[27]   Deposition of Michael David Stoop, Case No. 04 C 5944, March 1, 2006.

| '991 Patent: Claim 77 | PCI Wireless System |
|---|---|
| | System; :RE: 510(k) Premarket Notification - Cardiovascular Device Critikon Central Station Monitor:, July 9, 1993; :Review Memorandum:, VitalCom, December 23, 1994, pp.1-20; :Docu# K933404:, September 9, 1993, pp. 1-6; :Document #134975:, Department of Health & Human Services, October 27, 1995, pp. 1-6; Judson, 33:16-20, 36:5-10; McBride: 52:1-59:3, 95:20-24, 104:13-106:13, Bradley: 32:1-33:6, 42:16-43:7, 61:22-62:4; Stoop: 41:19-46:6. |

| '991 Patent:  Claim 78 | PCI Wireless System |
|---|---|
| 78.  The medical system of claim **53** wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | In the PCI wireless system, the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof: "Q Now, you said that there were other parameters that the central station in 1993 would be able to monitor. And for some of those parameters would sensors provide the physiologic data? A Well, blood pressure was typically done with a cuff. Pulse oximetry was typically done with a little clip that goes on your finger. Although, there were some people that had a little sensor that you could put on your forehead. So, you know, there was different mechanisms for obtaining different types of data" (McBride: page 83, line 10 through line 20). See also McBride: page 76, line 10 through line 19, and Bradley: page 33, line 17 through page 36, line 22. |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B48**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: North Carolina State University Papers[28]**

Claims 1, 3-9, 11, 12, 17-19, 22, 25-27, 30-39, 45-53, 55-62, 65-74, and 76-78  are anticipated and/or rendered obvious by North Carolina State University Papers.

| 991 Patent:  Claim 1 | North Carolina State University Papers |
|---|---|
| 1.  A medical system for monitoring body functions of a patient comprising: | The NCSU System was a medical system:  "A Microprocessor-Based System for the Fast Prototyping of Implantable Instruments for Biomedical Research Applications" (Fernald, title page).  A person skilled in the art would understand that "biomedical" is synonymous with "medical".  In addition, the NCSU System was designed to monitor body functions of a patient (e.g. living test subject):  "Accurate analysis of these signals in living test subjects provide researchers with a better understanding of the body's electrical interactions" (Fernald, page 1). |

---

[28]       The North Carolina State University biomedical system (the NCSU System) was developed, documented, and published in the United States prior to September 4th, 1993.  *See* Kenneth Wilson Fernald, "A Microprocessor-Based System for the Fast Prototyping of Implantable Instruments for Biomedical Research Applications", Ph.D. Thesis, North Carolina State University, 1992; Clifton Cary Powers, "A Base Station Receiver for Biomedical Telemetry", M.S. Thesis, North Carolina State University, 1991;  Blaine Allen Stackhouse, "A Transmitter Circuit Design for an Implantable Biomedical Chip Set", M.S. Thesis, North Carolina State University, 1989;
 Philips relies on these references and both ancipatory publications and descriptions of a prior art system.

| 991 Patent:  Claim 1 | North Carolina State University Papers |
|---|---|
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | The NCSU System comprised at least one sensor: "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors or internal sensors" (Fernald, page 17).  The NCSU sensors were capable of being arranged on the patient as indicated by the support of sensors which are arranged on or near the skin surface.  For example, the Doppler flowmeter in Table 7.1 was designed to be used on or near the skin surface:  "Figure 7 [*referring to a Doppler blood flowmeter*] is a schematic diagram of a device for measuring surface blood flow in the skin The light from a He-Ne laser is coupled into one of a pair of optical fibers and is transmitted to the surface of the skin" (Fernald, pages 75 and 76).  Furthermore, the NCSU sensor interface peripheral was designed to accommodate ECG sensors on the body surface:  "These numbers are in agreement with recommendations made by the American Heart Association which state that a 10 $\mu$V resolution is appropriate for ECG signals.  Assuming a full-range signal of 5 to 10 mV, this requires a 9 to 10 bit sample resolution 42" (Fernald, pages 104 and 105) and "The American Heart Association, in its recommendations on instrumentation, has suggested the use of a precision level equivalent to 10 $\mu$V referred to the electrocardiographic signal as measured on the body surface" (Fernald, page 382).  These sensors detected an electrical (e.g. "electrogram"), physical (e.g. "force"), chemical (e.g. "chemical analysis") or biological (e.g. "neural potentials") quantity as indicated in the list of supported sensors (Fernald, Table 7.1).  Furthermore, these sensors converted the detected property into an electric signal as indicated in Table 7.1 which notes that the sensors' "Signal Range" was in millivolts (e.g. "mV").  A person skilled in the art would know that millivolts represent a measure of an electric signal. |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | The NCSU System comprised at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data:  "The design [*referring to the sensor interface peripheral*] consists of eight parallel signal-conditioning channels which provide the necessary signal bandlimiting and amplification.  The resulting outputs are then multiplexed into a single, time shared analog-to-digital convertor" (Fernald, page 123) and "all signals processed by the data acquisition chip are converted into digital form" (Stackhouse, page 15).  This converter, or ADC, is shown in the architecture diagram in Figure 7.5 (Fernald, page 124). |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | The NCSU System comprised at least one transmitter (e.g. transmit circuitry):  "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the telemetry protocol discussed" (Fernald, page 75).  This transmitter is illustrated in Figure 6.9 (Fernald, page 77).  Furthermore, this transmitter was coupled to the converter (by a microprocessor and serial bus):  "The primary function of the serial bus is to pass information such as sensor data, peripheral control instructions, telemetry data, or interrupt vectors between the microprocessor and the various peripherals" (Fernald, page 27) and "The most likely application to use |

| 991 Patent: Claim 1 | North Carolina State University Papers |
|---|---|
| | this ability [*referring to the ability to transfer data directly between peripherals*] would be data acquisition, since large blocks of sensor data would be moved from the acquisition unit to the telemetry unit" (Fernald, page 27).  This coupling is further disclosed in the discussion of an example application program implemented in the implantable device which processes sampled sensor data and writes the resulting data to the telemetry device:  "It processes M channels of sampled data through identical finite-impulse response (FIR) filters of order N. The filter outputs are written into the telemetry buffer and a transmission is initiated each time the buffer becomes full" (Fernald, 48).  In addition, this transmitter was operable to transmit the digital data:  "These signals [*referring to outputs of the VCO*] are used by the Modulator to encode the digital data to be transmitted" (Fernald, page 64).  This digital data was transmitted to an evaluator station located remotely from the patient (e.g. external to the patient):  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  A person of ordinary skill in the art would also understand that the NCSU evaluator station was remotely located from the patient since the NCSU System was designed to accommodate "conscious and free-roaming subjects" (Fernald, page 1).  Finally, the NCSU System used an antenna, and thus used wireless communications:  "The telemetry unit automatically adapts to variations in the antenna's resonant  frequency thus maximizing the transmission range" (Fernald, abstract). |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | The NCSU System comprised as least one receiver (e.g. receive circuitry):  "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the telemetry protocol discussed" (Fernald, page 75).  This receiver is illustrated in Figure 6.9 (Fernald, page 77).  Furthermore, this receiver was operable to receive information through communications transmitted by the evaluator station:  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  The NCSU System used an antenna, and thus used wireless communications:  "The telemetry unit automatically adapts to variations in the antenna's resonant-frequency thus maximizing the transmission range" (Fernald, abstract).  Finally, the NCSU System received formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station.  Due to the programmable and general-purpose nature of the NCSU System, this formatting information took various forms.  First, the system's microprocessor program controlled all data formatting and transmission:  "Since the microprocessor can access and manipulate any peripheral on the bus, it can provide software control of all functions, including power consumption, peripheral configuration (e.g. sample rates, gains, pulse amplitudes), and telemetry" (Fernald, page 25), "... all signals processed by the data acquisition chip are converted into digital form. |

745

| 991 Patent:  Claim 1 | North Carolina State University Papers |
|---|---|
| | This allows acquired data to be manipulated internally by the microprocessor chip" (Stackhouse, pages 14 and 15) and "The microprocessor will run a user-defined program to control its peripherals, manipulate data, and handle all interrupts" (Stackhouse, page 15).  Second, this user-defined program consists of data transmitted by the evaluator station:  "...  all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this program data transmitted by the NCSU evaluator station controls the formatting of the data transmitted by the implantable device since the data transmitted by the device is defined by its program data. Examples of this formatting vary from signal filtering to signal selection for transmission:  " the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33). |
| | In addition, data transmitted by the NCSU evaluator station could change the format of the data transmitted by the NCSU implantable device using telemetry commands:  "Incoming transmissions [*referring to transmissions received by the device*] would be short and likely contain commands to specify sensor parameters and acquisition timing" (Fernald, page 72), " the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414).  A person skilled in the art would understand that selecting the sensor to acquire and transmit, or changes to a sensor's sample rate constitute format changes of the data transmitted by the device. |

| 991 Patent:  Claim 1 | North Carolina State University Papers |
|---|---|
|  | Finally, data transmitted by the NCSU evaluator station could change the format of the data transmitted by the NCSU implantable device by making changes to the amount of data redundancy applied by the microprocessor algorithms.  First, the device's microprocessor could implement additional data verification (and hence data redundancy):  "[*telemetry protocol capabilities include the*] ability to provide additional data verification for high-reliability applications" (Fernald, page 73) and "A typical bootstrap algorithm should perform the following steps.  perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  Since all microprocessor programs are provided as data transmitted by the evaluator station (as cited above), this program data would change the data redundancy transmitted by the device by incorporation of such algorithms in its program data.  Such algorithms are disclosed in Fernald by references to Wakerly[29] and Hamming[30] (Fernald, page 194). |

| 991 Patent:  Claim 3 | North Carolina State University Papers |
|---|---|
| 3.  A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | The NCSU System was designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors or internal sensors" (Fernald, page 17).  Furthermore, some NCSU sensors were capable of being fastened to a surface of a skin of the patient.  For example, the Doppler flowmeter in Table 7.1 was designed to be used on or near the skin surface:  "Figure 7 [*referring to a Doppler blood flowmeter*] is a schematic diagram of a device for measuring surface blood flow in the skin The light from a He-Ne laser is coupled into one of a pair of optical fibers and is transmitted to the surface of the skin" (Fernald, pages 75 and 76).  Furthermore, the NCSU sensor interface peripheral was designed to accommodate ECG sensors on the body surface:  "These numbers are in agreement with recommendations made by the American Heart Association which state that a 10 µV resolution is appropriate for ECG signals.  Assuming a full-range signal of 5 to 10 mV, this requires a 9 to 10 bit sample resolution 42" (Fernald, pages 104 and 105) and "The American Heart Association, in its recommendations on instrumentation, has suggested the use of a precision level equivalent to 10 µV referred to the electrocardiographic signal as measured on the body surface" (Fernald, page 382). |

| 991 Patent:  Claim 4 | North Carolina State University Papers |
|---|---|

---

[29]    John Wakerly, **Error Detecting Codes, Self-Checking Circuits and Applications**, Elsevier North-Holland Inc., New York, 1978.
[30]    Richard W. Hamming, **Coding and Information Theory**, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1980.

| 991 Patent:  Claim 4 | North Carolina State University Papers |
|---|---|
| 4.  A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | The NCSU System was designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors ... or internal sensors" (Fernald, page 17).  The NCSU System was also designed to accommodate a wide variety of sensors:  "Sensors typical of implantable biomedical studies vary from simple wire electrodes to hybrid sensors which perform Doppler-based flow or dimension measurements.  When designing a general-purpose [*sensor*] interface, sensor characteristics such as dynamic range, signal bandwidth, power requirements, and output format should be considered" (Fernald, page 99).  Fernald, page 119 through 120, also discloses sensors capable of being in contact with a finger of the patient.  As such, a person of ordinary skill in the art would find it obvious that such sensors could be used with the NCSU System since that system was designed to accommodate as wide a variety of biomedical applications as was practical (see Fernald, Section 4.1). |

| 991 Patent:  Claim 5 | North Carolina State University Papers |
|---|---|
| 5.  A medical system according to claim 1 wherein the sensor is located in a fingerclip. | The NCSU System was designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors ... or internal sensors" (Fernald, page 17).  The NCSU System was also designed to accommodate a wide variety of sensors:  "Sensors typical of implantable biomedical studies vary from simple wire electrodes to hybrid sensors which perform Doppler-based flow or dimension measurements.  When designing a general-purpose [*sensor*] interface, sensor characteristics such as dynamic range, signal bandwidth, power requirements, and output format should be considered" (Fernald, page 99).  Fernald, page 119 through 120, also discloses sensors capable of being in contact with a finger of the patient.  As such, a person of ordinary skill in the art would find it obvious that a sensor located in a fingerclip could be used with the NCSU System since that system was designed to accommodate as wide a variety of biomedical applications as was practical (see Fernald, Section 4.1). |

| 991 Patent:  Claim 6 | North Carolina State University Papers |
|---|---|

| **991 Patent:  Claim 6** | **North Carolina State University Papers** |
|---|---|
| 6.  A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | The primary application of the NCSU System was as an implanted device, i.e.  to be located beneath the skin surface:  "The objective of this research is to develop an implantable system amendable to a wide range of biomedical research applications" (Fernald, page 1).  As such, a person of ordinary skill in the art would understand that an implantable device would necessarily be operable to be worn on a body of the patient since the requirements of such applications are a subset of those of implantable applications.  In other words, a device which meets the requirements to be implantable will necessarily meet the requirements for use outside of the body.  The NCSU System was also designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors or internal sensors" (Fernald, page 17).  Furthermore, some NCSU sensors were designed to be in contact with the body.  For example, the Doppler flowmeter in Table 7.1 was designed to be used in contact with the skin:  "Figure 7 [*referring to a Doppler blood flowmeter*] is a schematic diagram of a device for measuring surface blood flow in the skin The light from a He-Ne laser is coupled into one of a pair of optical fibers and is transmitted to the surface of the skin" (Fernald, pages 75 and 76).  Furthermore, the NCSU sensor interface peripheral was designed to accommodate ECG sensors on the body surface:  "These numbers are in agreement with recommendations made by the American Heart Association which state that a 10 µV resolution is appropriate for ECG signals.  Assuming a full-range signal of 5 to 10 mV, this requires a 9 to 10 bit sample resolution 42" (Fernald, pages 104 and 105) and "The American Heart Association, in its recommendations on instrumentation, has suggested the use of a precision level equivalent to 10 µV referred to the electrocardiographic signal as measured on the body surface" (Fernald, page 382). |

| **'991 Patent: Claim 8** | **North Carolina State University Papers** |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | North Carolina State University Papers discloses a sensor placed on a wrist of the patient and wherein the medical system measures oxygen saturation.<br><br>The NCSU System measured oxygen saturation (e.g.  oxygen level):  "Designed as a general-purpose customizable system for medical research, the implantable biomedical system will have a wide range of applications.  Such a system could be used for cardiac monitoring and stimulation, blood flow and oxygen level measurement, and drug delivery" (Powers, page 1 through page 2).  Fernald also discloses prior-art systems which measured oxygen saturation (see Fernald, Table 2.1) and for whose application the NCSU System was designed to accommodate (see Fernald, Section 1.3).  Fernald also, page 110 through 116, discloses additional sensors for measuring oxygen saturation. |

749

| '991 Patent: Claim 11 | North Carolina State University Papers |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | North Carolina State University Papers discloses measuring oxygen saturation.<br><br>The NCSU System measured oxygen saturation (e.g. oxygen level): "Designed as a general-purpose customizable system for medical research, the implantable biomedical system will have a wide range of applications. Such a system could be used for cardiac monitoring and stimulation, blood flow and oxygen level measurement, and drug delivery" (Powers, page 1 through page 2). Fernald also discloses prior-art systems which measured oxygen saturation (see Fernald, Table 2.1) and for whose application the NCSU System was designed to accommodate (see Fernald, Section 1.3). Fernald also, page 110 through 116, discloses additional sensors for measuring oxygen saturation. |

| 991 Patent:  Claim 12 | North Carolina State University Papers |
|---|---|
| 12.  The medical system of claim 1 wherein a pulse of the patient is monitored. | The NCSU System monitored the pulse (e.g. heartbeat) of the patient: "Factors which determine the appropriate resolution of the ADC include the resolution required by various signal processing algorithms and the practical issues involved with realization of the ADC under the constraint of a low power supply voltage. Of the physiological signals listed in Table 7.1, the resolution requirements for electrograms are by far the best documented in the literature. This results from the extensive use of pattern recognition algorithms for electrocardiograms in particular. These algorithms attempt to recognize the signal patterns associated with the heartbeat " (Fernald, page 104) and "The use of on-line compression algorithms is often required prior to telemetry or data storage. Fortunately, biopotentials such as electrograms have long periods of inactivity This length is set to a value long enough to encompass all features of interest in the input series (such as a heartbeat pulse)" (Fernald, page 38 through page 39). See also Powers, page 1. |

750

| 991 Patent:  Claim 17 | North Carolina State University Papers |
| --- | --- |
| 17.  A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | The NCSU evaluator station was operable to perform forward error correction:  "[*telemetry protocol capabilities include the*] ability to provide additional data verification for high-reliability applications" (Fernald, page 73) and "A typical bootstrap algorithm should perform the following steps.  perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  A person skilled in the art would know that "parity check" refers to a class of error control algorithms which include forward error correction.  For example, a Hamming Code uses parity checks to perform single-bit forward error correction (Hamming uses the term "parity check" in his landmark paper in 1950).  In addition, Fernald, by reference to Hamming, teaches such forward error correction methods. |

| 991 Patent:  Claim 18 | North Carolina State University Papers |
| --- | --- |
| 18.  A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | The NCSU System comprised an error correction unit operable to perform error correction on the information received by the at least one receiver (referring to application firmware running in the implantable device):  "A typical bootstrap algorithm should perform the following steps. ... Move each incoming telemetry buffer to its proper location in memory (probably writing consecutively).  If an incoming block has a checksum or time-out error, transmit a retry request.  Once the proper number of blocks has been loaded, perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  See also Fernald, Section 6.1.3, Section 6.5.2, Section 6.6.1.1, and Section 6.6.1.4. |

| 991 Patent:  Claim 19 | North Carolina State University Papers |
| --- | --- |
| 19.  A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | The NCSU System comprised receivers (e.g.  receive circuitry):  "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the telemetry protocol discussed" (Fernald, page 75).  This receiver is illustrated in Figure 6.9 (Fernald, page 77).  A second receiver was operable to receive information from the evaluator station:  "The fact that a single transceiver [*referring to the evaluation station tvransceiver*] may be used to communicate with several implanted systems" (Fernald, page 68); "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187). |

| 991 Patent:  Claim 22 | North Carolina State University Papers |
|---|---|
| 22.  A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | The NCSU System comprised transmitters (e.g.  transmit circuitry):  "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the telemetry protocol discussed" (Fernald, page 75).  This transmitter is illustrated in Figure 6.9 (Fernald, page 77).  Furthermore, a second transmitter was operable to transmit digital data from the patient:  "The primary function of the serial bus is to pass information such as sensor data, peripheral control instructions, telemetry data, or interrupt vectors between the microprocessor and the various peripherals" (Fernald, page 27) and "The most likely application to use this ability [*referring to the ability to transfer data directly between peripherals*] would be data acquisition, since large blocks of sensor data would be moved from the acquisition unit to the telemetry unit" (Fernald, page 27); "It processes M channels of sampled data through identical finite-impulse response (FIR) filters of order N.  The filter outputs are written into the telemetry buffer and a transmission is initiated each time the buffer becomes full" (Fernald, 48); "These signals [*referring to outputs of the VCO*] are used by the Modulator to encode the digital data to be transmitted" (Fernald, page 64); "The fact that a single transceiver [*referring to the evaluation station transceiver*] may be used to communicate with several implanted systems" (Fernald, page 68). |

| 991 Patent:  Claim 25 | North Carolina State University Papers |
|---|---|
| 25.  The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | The NCSU System evaluator station was operable to perform error correction on the digital data transmitted by the at least one transmitter:  "Error checking is performed on both incoming and outgoing transmissions to ensure data integrity" (Stackhouse, page 17) and "This allows the external telemetry unit to request a retransmission of the packet in the event of a transmission error" (Stackhouse, page 29).  See also Fernald, Section 6.1.3, Section 6.5.2, Section 6.6.1.1, and Section 6.6.1.4. |

| 991 Patent:  Claim 26 | North Carolina State University Papers |
|---|---|
| 26.  The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | The NCSU System included a cover at least partially covering the receiver, the transmitter, and the converter:  "For flexibility, a general-purpose system should conform easily to a variety of packaging techniques (e.g.  hermetic cans, polymer sealants, or ceramic cases)" (Fernald, page 21) and "With these hazards and faults in mind, newer and more reliable packaging technology has been developed.  This technology will be used in the implementation of the system under construction at North Carolina State University.  Advanced techniques include enclosing all electronics in a biocompatible titanium package, using sealed glass feed-throughs for sensor inputs and signal outputs, and hermetically sealing the package by means of laser welding" (Stackhouse, page 22). |

| 991 Patent:  Claim 27 | North Carolina State University Papers |
|---|---|
| 27.  A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | In the NCSU System, the converter, the transmitter, and the receiver were adapted to be at least partially under a cover:  "For flexibility, a general-purpose system should conform easily to a variety of packaging techniques (e.g.  hermetic cans, polymer sealants, or ceramic cases)" (Fernald, page 21) and "With these hazards and faults in mind, newer and more reliable packaging technology has been developed.  This technology will be used in the implementation of the system under construction at North Carolina State University.  Advanced techniques include enclosing all electronics in a biocompatible titanium package, using sealed glass feed-throughs for sensor inputs and signal outputs, and hermetically sealing the package by means of laser welding" (Stackhouse, page 22).  A person of ordinary skill in the art would understand that the NCSU converter, transmitter, and receiver were necessarily adapted to be at least partially under a cover, otherwise the system would become inoperable when placed in a package. |

| 991 Patent:  Claim 30 | North Carolina State University Papers |
|---|---|
| 30.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | In the NCSU System, the transmitter was responsive to the received information, the received information operative to manipulate the digital data. First, the electrode's microprocessor program controlled all data manipulation and transmission:  "Since the microprocessor can access and manipulate any peripheral on the bus, it can provide software control of all functions, including power consumption, peripheral configuration (e.g.  sample rates, gains, pulse amplitudes), and telemetry" (Fernald, page 25), "... all signals processed by the data acquisition chip are converted into digital form.  This allows acquired data to be manipulated internally by the microprocessor chip" (Stackhouse, pages 14 and 15) and "The microprocessor will run a user-defined program to control its peripherals, manipulate data, and handle all interrupts" (Stackhouse, page 15).  Second, this user-defined program consists of program data transmitted by the evaluation station:  "... all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this received program data manipulates the digital data the data transmitted by the electrode is defined by its program data. Examples of this manipulation vary from signal filtering to signal selection for transmission:  "... the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33). |
|  | In addition, the received information was operative to manipulate the digital data by using telemetry commands:  "Incoming transmissions [*referring to transmissions received by the electrode*] would be short and likely contain commands to specify sensor parameters and acquisition timing" (Fernald, page 72), "... the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414).  A person skilled in the art would understand that selecting the sensor to acquire and transmit, or changes to a sensor's sample rate constitute manipulation of the digital data. Also, changes to a sensor's sample rate changes the amount of redundant data used to represent that signal during transmissions manipulating the digital data. |
|  | Finally, the received information was operative to manipulate the digital data by changing the amount of data redundancy applied by the microprocessor algorithms.  First, the electrode's microprocessor could implement data redundancy algorithms:  "[*telemetry protocol capabilities include the*] ability to provide additional data verification for high-reliability applications" (Fernald, page 73) and "A typical bootstrap algorithm should perform the following steps.  ...  perform any additional error checking required, such |

| 991 Patent:  Claim 30 | North Carolina State University Papers |
|---|---|
|  | as a cyclic checksum or parity check" (Fernald, page 54).  Such algorithms are disclosed in Fernald by references to Wakerly[31] and Hamming[32] (Fernald, page 194).  Second, this microprocessor program consisted of data transmitted by the NCSU evaluator station:  "...  all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this program data received by the electrode manipulated the redundancy of the digital data transmitted by the electrode since the digital data transmitted by the electrode is defined by its program data. |

[31]     John Wakerly, **Error Detecting Codes, Self-Checking Circuits and Applications**, Elsevier North-Holland Inc., New York, 1978.
[32]     Richard W. Hamming, **Coding and Information Theory**, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1980.

702913538

| 991 Patent:  Claim 31 | North Carolina State University Papers |
|---|---|
| 31.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | In the NCSU System, the transmitter was responsive to the received information, the received information operative to control operation of the transmitter.  First, the microprocessor in the NCSU electrode initiated all transmission by the device:  "The transmit procedure consists of two steps: providing the data to be transmitted (if required), and writing the word to be used as the Command field ...  Once the FIFO data is complete, the microprocessor then writes a word into the command register which has its most-significant bit set to one.  Writing the command register initiates the transmission" (Fernald, pages 81 and 82).  Second, all operations performed by the microprocessor are controlled by the NCSU evaluation station:  "One disadvantage of this addressing technique is the microprocessor's inability to know the address of an external telemetry unit prior to programming.  This is critical since all programming occurs through the telemetry link" (Fernald, page 30), "One of the unusual side-effects of using RAM for program storage is that the microprocessor must be reset and bootstrapped using the telemetry circuitry" (Fernald, page 53) and "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  Since the information received by the NCSU electrode included its program data and this program data controlled when transmissions occur, this received information was operative to control operation of the transmitter.  In addition, information received by the electrode could control operation of the transmitter using individual commands to the electrode:  "A review of these applications and their communication requirements suggests the following list of telemetry protocol capabilities.  1) The ability to transmit and receive single words to be used for handshaking, passing status information, system commands, or individual sensor samples" (Fernald, pages 72 and 73) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414). |

| '991 Patent: Claim 32 | North Carolina State University Papers |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | North Carolina State University Papers discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. |

756

702913538

| **991 Patent:  Claim 33** | **North Carolina State University Papers** |
|---|---|
| 33.  The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | The NCSU evaluation station included an IBM PC:  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller." (Fernald, page 187), "A digital circuit board and software (written in C) was designed by G. Bitar, B. Johnson, and W. Grass to interface the base station receiver to an IBM PC" (Powers, page 52) and "With the ground work for the parts of the basic system nearly completed, the next challenge is to integrate them into a complete functional system.  These parts of the system include:  the telemetry chip, data acquisition chip, microprocessor chip, base station receiver, antennas, base station transmitter, PC hardware interface, and PC software interface" (Powers, page 65).  IBM PCs, or personal computers, of the time included a display (e.g.  monitor).  A person skilled in the art would understand that this display would be operable to display the digital data, as was common in the art.  Otherwise, there would be no reason to transmit the digital data to the evaluation station. |

| **991 Patent:  Claim 34** | **North Carolina State University Papers** |
|---|---|
| 34.  The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | In the NCSU System, at least one sensor was capable of collecting data selected from the group consisting of:  respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof: "[*referring to the system requirements*] Signal Acquisition – the ability to acquire and make available information obtained from either external sensors (e.g.  biopotentials, pressure, temperature) or internal sensors (e.g.  battery voltage, temperature, moisture)" (Fernald, page 17).  See also Fernald, Table 7.1, Fernald, page 38 through page 39, and Fernald, Section 7.1. |

| **991 Patent:  Claim 35** | **North Carolina State University Papers** |
|---|---|
| 35.  The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | In the NCSU System, the digital data transmitted by the transmitter represents the electrical signal (e.g. from the sensors):  "6.5.1.  Communication Requirements ...  Outgoing transmissions [*referring to transmission from the implantable device*] consist almost entirely of acquired sensor data" (Fernald, page 71 and page 72). |

757

| 991 Patent:  Claim 36 | North Carolina State University Papers |
|---|---|
| 36.  The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | In the NCSU System, the digital data transmitted by the transmitter represents processed information: "The most likely application to use this ability [*referring to the ability to transfer data between peripherals*] would be data acquisition, since large blocks of sensor data would be moved from the acquisition unit to the telemetry unit or an external memory chip. However, to achieve the telemetry transfer rates often required, such sensor data will probably require some processing, such as compression, prior to telemetry " (Fernald, page 27). |

| 991 Patent:  Claim 37 | North Carolina State University Papers |
|---|---|
| 37.  A medical system for monitoring body functions of a patient comprising: | The NCSU System was a medical system:  "A Microprocessor-Based System for the Fast Prototyping of Implantable Instruments for Biomedical Research Applications" (Fernald, title page).  A person skilled in the art would understand that "biomedical" is synonymous with "medical".  In addition, the NCSU System was designed to monitor body functions of a patient (e.g.  living test subject):  "Accurate analysis of these signals in living test subjects provide researchers with a better understanding of the body's electrical interactions" (Fernald, page 1). |
| an evaluator station located remotely from the patient and operable for wireless data communication; | The NCSU System comprised an evaluator station located remotely from the patient and operable for wireless data communication:  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  In addition, the NCSU System used antennas, and thus was operable for wireless data communication:  "The telemetry unit automatically adapts to variations in the antenna's resonant-frequency thus maximizing the transmission range" (Fernald, abstract).  Finally, a person of ordinary skill in the art would understand that the NCSU evaluator station was remotely located from the patient since the NCSU System was designed to accommodate "conscious and free-roaming subjects" (Fernald, page 1).  See also Powers, Chapter 4. |

| 991 Patent:  Claim 37 | North Carolina State University Papers |
|---|---|
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | The NCSU System comprised a sensor:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors or internal sensors" (Fernald, page 17).  The NCSU sensors were capable of being arranged on the patient as indicated by the support of sensors which are arranged on or near the skin surface.  For example, the Doppler flowmeter in Table 7.1 was designed to be used on or near the skin surface:  "Figure 7 [*referring to a Doppler blood flowmeter*] is a schematic diagram of a device for measuring surface blood flow in the skin The light from a He-Ne laser is coupled into one of a pair of optical fibers and is transmitted to the surface of the skin" (Fernald, pages 75 and 76).  Furthermore, the NCSU sensor interface peripheral was designed to accommodate ECG sensors on the body surface:  "These numbers are in agreement with recommendations made by the American Heart Association which state that a 10 µV resolution is appropriate for ECG signals.  Assuming a full-range signal of 5 to 10 mV, this requires a 9 to 10 bit sample resolution 42" (Fernald, pages 104 and 105) and "The American Heart Association, in its recommendations on instrumentation, has suggested the use of a precision level equivalent to 10 µV referred to the electrocardiographic signal as measured on the body surface" (Fernald, page 382).  These sensors detected an electrical (e.g.  "electrogram"), physical (e.g.  "force"), chemical (e.g.  "chemical analysis") or biological (e.g.  "neural potentials") quantity as indicated in the list of supported sensors (Fernald, Table 7.1).  Furthermore, these sensors converted the detected property into an electric signal as indicated in Table 7.1 which notes that the sensors' "Signal Range" was in millivolts (e.g.  "mV").  A person skilled in the art would know that millivolts represent a measure of an electric signal. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | The NCSU System comprised a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data:  "The design [*referring to the sensor interface peripheral*] consists of eight parallel signal-conditioning channels which provide the necessary signal bandlimiting and amplification.  The resulting outputs are then multiplexed into a single, time-shared analog-to-digital convertor" (Fernald, page 123) and "all signals processed by the data acquisition chip are converted into digital form" (Stackhouse, page 15).  This converter, or ADC, is shown in the architecture diagram in Figure 7.5 (Fernald, page 124). |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | The NCSU System comprised a transmitter (e.g.  transmit circuitry):  "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the telemetry protocol discussed" (Fernald, page 75).  This transmitter is illustrated in Figure 6.9 (Fernald, page 77).  Furthermore, this transmitter was coupled to the converter (by a microprocessor and serial bus):  "The primary function of the serial bus is to pass information such as sensor data, peripheral control instructions, telemetry data, or interrupt vectors between the microprocessor and the various peripherals" (Fernald, page 27) and "The most likely application to use this ability [*referring to the* |

| 991 Patent:  Claim 37 | North Carolina State University Papers |
|---|---|
| | *ability to transfer data directly between peripherals*] would be data acquisition, since large blocks of sensor data would be moved from the acquisition unit to the telemetry unit" (Fernald, page 27).  This coupling is further disclosed in the discussion of an example application program implemented in the implantable device which processes sampled sensor data and writes the resulting data to the telemetry device:  "It processes M channels of sampled data through identical finite-impulse response (FIR) filters of order N. The filter outputs are written into the telemetry buffer and a transmission is initiated each time the buffer becomes full" (Fernald, 48).  In addition, this transmitter was operable to transmit the digital data:  "These signals [*referring to outputs of the VCO*] are used by the Modulator to encode the digital data to be transmitted" (Fernald, page 64).  This digital data was transmitted to an evaluator station located remotely from the patient (e.g.  external to the patient):  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  Finally, the NCSU System used an antenna, and thus used wireless communications:  "The telemetry unit automatically adapts to variations in the antenna's resonant-frequency thus maximizing the transmission range" (Fernald, abstract). |
| a receiver operable to receive information from the evaluator station through wireless communication; | The NCSU System comprised a receiver (e.g.  receive circuitry):  "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the telemetry protocol discussed" (Fernald, page 75).  This receiver is illustrated in Figure 6.9 (Fernald, page 77).  Furthermore, this receiver was operable to receive information through communications transmitted by the evaluator station:  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  The NCSU System used an antenna, and thus used wireless communications:  "The telemetry unit automatically adapts to variations in the antenna's resonant-frequency thus maximizing the transmission range" (Fernald, abstract). |

| 991 Patent:  Claim 37 | North Carolina State University Papers |
|---|---|
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | In the NCSU System, the evaluator station was operable to change the format of the digital data transmitted from the transmitter to the evaluator station.  Due to the programmable and general-purpose nature of the NCSU System, changes in format took various forms.  First, the system's microprocessor program controlled all data formatting and transmission:  "Since the microprocessor can access and manipulate any peripheral on the bus, it can provide software control of all functions, including power consumption, peripheral configuration (e.g. sample rates, gains, pulse amplitudes), and telemetry" (Fernald, page 25), "... all signals processed by the data acquisition chip are converted into digital form. This allows acquired data to be manipulated internally by the microprocessor chip" (Stackhouse, pages 14 and 15) and "The microprocessor will run a user-defined program to control its peripherals, manipulate data, and handle all interrupts" (Stackhouse, page 15).  Second, this user-defined program consists of data transmitted by the evaluator station:  "... all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this program data transmitted by the NCSU evaluator station controls the formatting of the data transmitted by the implantable device since the data transmitted by the device is defined by its program data. Examples of this formatting vary from signal filtering to signal selection for transmission:  "... the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33). |
|  | In addition, the evaluator station was operable to change the format of the digital data transmitted from the transmitter to the evaluator station using telemetry commands:  "Incoming transmissions [*referring to transmissions received by the device*] would be short and likely contain commands to specify sensor parameters and acquisition timing" (Fernald, page 72), "... the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414).  A person skilled in the art would understand that selecting the sensor to acquire and transmit, or changes to a sensor's sample rate constitute format changes of the data transmitted by the device. |

761

| 991 Patent:  Claim 37 | North Carolina State University Papers |
|---|---|
|  | Finally, the evaluator station was operable to change the format of the digital data transmitted from the transmitter to the evaluator station by additional changes to the amount of data redundancy applied by the microprocessor algorithms.  First, the device's microprocessor could implement additional data verification (and hence data redundancy):  "[*telemetry protocol capabilities include the*] ability to provide additional data verification for high-reliability applications" (Fernald, page 73) and "A typical bootstrap algorithm should perform the following steps.  ...  perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  Since all microprocessor programs are provided as data transmitted by the evaluator station (as cited above), this program data would change the data redundancy transmitted by the device by incorporation of such algorithms in its program data. Such algorithms are disclosed in Fernald by references to Wakerly[33] and Hamming[34] (Fernald, page 194). |

| 991 Patent:  Claim 37 | North Carolina State University Papers |
|---|---|
| 38.  The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | The NCSU System comprised arrangements of components, each including a converter, a transmitter, and a receiver:  "The design [*referring to the sensor interface peripheral*] consists of eight parallel signal-conditioning channels which provide the necessary signal bandlimiting and amplification.  The resulting outputs are then multiplexed into a single, time-shared analog-to-digital convertor" (Fernald, page 123) and "all signals processed by the data acquisition chip are converted into digital form" (Stackhouse, page 15).  This converter, or ADC, is shown in the architecture diagram in Figure 7.5 (Fernald, page 124).  See also Stackhouse, page 22; "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the; protocol discussed" (Fernald, page 75).  This transmitter and receiver are illustrated in Figure 6.9 (Fernald, page 77).  The NCSU System first and second of such arrangements:  "The fact that a single transceiver [*referring to the evaluation station transceiver*] may be used to communicate with several implanted systems" (Fernald, page 68). |

---

[33]      John Wakerly, **Error Detecting Codes, Self-Checking Circuits and Applications**, Elsevier North-Holland Inc., New York, 1978.

[34]      Richard W. Hamming, **Coding and Information Theory**, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1980.

762

| 991 Patent:  Claim 39 | North Carolina State University Papers |
|---|---|
| 39.  The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patients. | , The NCSU System was capable of being implanted in a patient, and hence was attached to the patient: "A Microprocessor-Based System for the Fast Prototyping of Implantable Instruments for Biomedical Research Applications" (Fernald, title page).  Also, a person skilled in the art would understand that an implantable device is necessarily capable of being placed adjacent to the patients since the requirements of such applications are a subset of those of implantable applications.  In other words, a device which meets the requirements to be implantable will necessarily meet the requirements for use outside of the body.  For example, the ability of the NCSU System electrode to be attached to the outside of a patient is disclosed by the support of sensors which attached to the skin surface, as identified in Table 7.1 in Fernald. |

| 991 Patent:  Claim 45 | North Carolina State University Papers |
|---|---|
| 45.  The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | In the NCSU System, the evaluator station was operable to manipulate the digital data. First, the electrode's microprocessor program controlled all data manipulation and transmission: "Since the microprocessor can access and manipulate any peripheral on the bus, it can provide software control of all functions, including power consumption, peripheral configuration (e.g.  sample rates, gains, pulse amplitudes), and telemetry" (Fernald, page 25), "...  all signals processed by the data acquisition chip are converted into digital form.  This allows acquired data to be manipulated internally by the microprocessor chip" (Stackhouse, pages 14 and 15) and "The microprocessor will run a user-defined program to control its peripherals, manipulate data, and handle all interrupts" (Stackhouse, page 15). Second, this user-defined program consists of program data transmitted by the evaluation station: "...  all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this received program data manipulates the digital data the data transmitted by the electrode is defined by its program data. Examples of this manipulation vary from signal filtering to signal selection for transmission: "...  the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33). |

763

| 991 Patent:  Claim 45 | North Carolina State University Papers |
|---|---|
|  | In addition, the evaluator station was operable to manipulate the digital data by using telemetry commands:  "Incoming transmissions [*referring to transmissions received by the electrode*] would be short and likely contain commands to specify sensor parameters and acquisition timing" (Fernald, page 72), " the microprocessor chip can process digital signal data in a number of ways before transmission. The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414).  A person skilled in the art would understand that selecting the sensor to acquire and transmit, or changes to a sensor's sample rate constitute manipulation of the digital data. Also, changes to a sensor's sample rate changes the amount of redundant data used to represent that signal during transmissions, thus manipulating the digital data. |
|  | Finally, the evaluator station is operable to manipulate the digital data by changing the amount of data redundancy applied by the microprocessor algorithms.  First, the electrode's microprocessor could implement data redundancy algorithms:  "[*telemetry protocol capabilities include the*] ability to provide additional data verification for high-reliability applications" (Fernald, page 73) and "A typical bootstrap algorithm should perform the following steps.  perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  Such algorithms are disclosed in Fernald by references to Wakerly[35] and Hamming[36] (Fernald, page 194).  Second, this microprocessor program consisted of data transmitted by the NCSU evaluator station:  " all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this program data received by the electrode manipulated the redundancy of the digital data transmitted by the electrode since the digital data transmitted by the electrode is defined by its program data. |

| 991 Patent:  Claim 46 | North Carolina State University Papers |
|---|---|
| 46.  The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | In the NCSU System, the evaluator station was operable to control the transmitter.  First, the microprocessor in the NCSU electrode initiated all transmission by the device:  "The transmit procedure consists of two steps:  providing the data to be transmitted (if required), and writing the word to be used as the Command field Once the FIFO data is complete, the microprocessor then writes a word into the |

---

[35]     John Wakerly, **Error Detecting Codes, Self-Checking Circuits and Applications**, Elsevier North-Holland Inc., New York, 1978.
[36]     Richard W. Hamming, **Coding and Information Theory**, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1980.

764

702913538

| 991 Patent:  Claim 46 | North Carolina State University Papers |
|---|---|
|  | command register which has its most-significant bit set to one.  Writing the command register initiates the transmission" (Fernald, pages 81 and 82).  Second, all operations performed by the microprocessor are controlled by the NCSU evaluation station:  "One disadvantage of this addressing technique is the microprocessor's inability to know the address of an external telemetry unit prior to programming.  This is critical since all programming occurs through the telemetry link" (Fernald, page 30), "One of the unusual side-effects of using RAM for program storage is that the microprocessor must be reset and bootstrapped using the telemetry circuitry" (Fernald, page 53) and "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  Since the information received by the NCSU electrode included its program data and this program data controlled when transmissions occur, the evaluator station was operable to control the transmitter.  In addition, the evaluator station was operable to control the transmitter using individual commands to the electrode:  "A review of these applications and their communication requirements suggests the following list of telemetry protocol capabilities.  1) The ability to transmit and receive single words to be used for handshaking, passing status information, system commands, or individual sensor samples" (Fernald, pages 72 and 73) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414). |

| 991 Patent:  Claim 48 | North Carolina State University Papers |
|---|---|
| 48.  The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | The primary application of the NCSU system was as an implanted device, i.e.  to be located beneath the skin surface:  "The objective of this research is to develop an implantable system amendable to a wide range of biomedical research applications" (Fernald, page 1).  A person skilled in the art would understand that an implantable device would necessarily be operable to be worn on a body of the patient since the requirements of such applications are a subset of those of implantable applications.  In other words, a device which meets the requirements to be implantable will necessarily meet the requirements for use outside of the body.  In addition, an object of the NCSU system was to "avoid unnecessary restrictions on packaging" (Fernald, Section 4.1.1).  As such, a person of ordinary skill in the art would find it obvious that the NCSU sensor could be placed on the wrist of the patient.  Fernald includes a reference showing a sensor placed on a wrist of a patient. |

765

| 991 Patent:  Claim 49 | North Carolina State University Papers |
|---|---|
| 49.  The medical system of claim 48 wherein oxygen saturation is measured. | The NCSU System measured oxygen saturation (e.g.  oxygen level):  "Designed as a general-purpose customizable system for medical research, the implantable biomedical system will have a wide range of applications.  Such a system could be used for cardiac monitoring and stimulation, blood flow and oxygen level measurement, and drug delivery" (Powers, page 1 through page 2).  Fernald also discloses prior-art systems which measured oxygen saturation (see Fernald, Table 2.1) and for whose application the NCSU System was designed to accommodate (see Fernald, Section 1.3).  Fernald also, page 110 through 116, discloses additional sensors for measuring oxygen saturation. |

| '991 Patent: Claim 50 | North Carolina State University Papers |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | North Carolina State University Papers discloses an evaluator station including an alarm unit.<br><br>The NCSU evaluation station included an IBM personal computer:  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller." (Fernald, page 187), "A digital circuit board and software (written in C) was designed by G. Bitar, B. Johnson, and W. Grass to interface the base station receiver to an IBM PC" (Powers, page 52) and "With the ground work for the parts of the basic system nearly completed, the next challenge is to integrate them into a complete functional system.  These parts of the system include:  the telemetry chip, data acquisition, microprocessor chip, base station receiver, antennas, base station transmitter, PC hardware interface, and PC software interface" (Powers, page 65).  IBM PCs, or personal computers, of the time included a storage unit (RAM and hard or floppy drives) and a display unit (monitor), and an alarm unit (a speaker or buzzer). |

| 991 Patent:  Claim 51 | North Carolina State University Papers |
|---|---|
| 51.  The medical system of claim 37 wherein the evaluator station includes a display. | The NCSU evaluation station included an IBM PC:  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller." (Fernald, page 187), "A digital circuit board and software (written in C) was designed by G. Bitar, B. Johnson, and W. Grass to interface the base station receiver to an IBM PC" (Powers, page 52) and "With the ground work for the parts of the basic system nearly completed, the next challenge is to integrate them into a complete functional system.  These parts of the system include:  the telemetry chip, data acquisition chip, microprocessor chip, base station |

| **991 Patent:  Claim 51** | **North Carolina State University Papers** |
|---|---|
|  | receiver, antennas, base station transmitter, PC hardware interface, and PC software interface" (Powers, page 65).  IBM PCs, or personal computers, of the time included a display (e.g.  monitor). |

| **991 Patent:  Claim 52** | **North Carolina State University Papers** |
|---|---|
| 52.  The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | In the NCSU System, at least one sensor was capable of collecting data selected from the group consisting of:  respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof: "[*referring to the system requirements*] Signal Acquisition – the ability to acquire and make available information obtained from either external sensors (e.g.  biopotentials, pressure, temperature) or internal sensors (e.g.  battery voltage, temperature, moisture)" (Fernald, page 17).  See also Fernald, Table 7.1, Fernald, page 38 through page 39, and Fernald, Section 7.1. |

| **991 Patent:  Claim 53** | **North Carolina State University Papers** |
|---|---|
| 53.  A medical system for acquiring measured data, including measuring body functions, comprising: | The NCSU System was a medical system:  "A Microprocessor-Based System for the Fast Prototyping of Implantable Instruments for Biomedical Research Applications" (Fernald, title page).  Furthermore, this system was for acquiring measured data:  "Outgoing transmissions consist almost entirely of acquired sensor data, possibly combined with some timing and status information" (Fernald, pages 71 and 72) and "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors or internal sensors" (Fernald, page 17).  Finally, the NCSU System was designed to measure body functions:  "Accurate analysis of these signals in living test subjects provide researchers with a better understanding of the body's electrical interactions" (Fernald, page 1). |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | The NCSU System comprised a first set of components (e.g.  an implantable instrument) having a first sensor:  "The purpose of this research has been to develop a general-purpose system appropriate for the fast prototyping of implantable instruments for biomedical research applications.  All external communication, including program transmission, is accomplished through a bidirectional digital telemetry chip. Sensor information is processed and acquired by an eight-channel sensor interface peripheral" (Fernald, Abstract).  In addition, the bidirectional digital telemetry chip included a first transmitter (e.g.  transmit circuitry) and a first receiver (e.g.  receive circuitry):  "A complete version of |

767

| 991 Patent:  Claim 53 | North Carolina State University Papers |
|---|---|
|  | the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the telemetry protocol discussed" (Fernald, page 75).  The transmitter and receiver are illustrated in Figure 6.9 (Fernald, page 77). |
|  | Finally, the primary application of the NCSU System was as an implanted device, i.e.  to be located beneath the skin surface:  "The objective of this research is to develop an implantable system amendable to a wide range of biomedical research applications" (Fernald, page 1).  This focus on implantable applications was due to the challenges that such applications present (see Fernald, Chapter 3).  As such, a person skilled in the art would understand that an implantable device would be operable to rest close to the body since the requirements for such an application are only a subset of those for implantable applications.  For example, the ability of the NCSU electrode to rest close to the body is evident by its support of biomedical sensors which are in contact with the exterior of the body.  For example, the Doppler flowmeter in Table 7.1 was designed to be used on the skin surface:  "Figure 7 [*referring to a Doppler blood flowmeter*] is a schematic diagram of a device for measuring surface blood flow in the skin The light from a He-Ne laser is coupled into one of a pair of optical fibers and is transmitted to the surface of the skin" (Fernald, pages 75 and 76).  Furthermore, the NCSU sensor interface peripheral was designed to accommodate ECG sensors attached to the skin surface:  "These numbers are in agreement with recommendations made by the American Heart Association which state that a $10 \, \mu V$ resolution is appropriate for ECG signals.  Assuming a full-range signal of 5 to 10 mV, this requires a 9 to 10 bit sample resolution 42" (Fernald, pages 104 and 105) and "The American Heart Association, in its recommendations on instrumentation, has suggested the use of a precision level equivalent to $10 \, \mu V$ referred to the electrocardiographic signal as measured on the body surface" (Fernald, page 382). |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | The NCSU System comprised an evaluator station having a second transmitter and a second receiver:  "The primary tasks requiring completion include the design and construction of an external transceiver station to serve as the implant controller" (Fernald, page 186) and "The implantable biomedical telemetry system being developed by North Carolina State University consists of a base station receiver/transmitter" (Powers, page 1).  This evaluator station communicated with the first transmitter and the first receiver:  "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  In addition, the NCSU System used an antenna, and as such the evaluator station was operable to wirelessly communicate with the first transmitter and the first receiver:  "The telemetry unit automatically adapts to variations in the antenna's resonant-frequency thus maximizing the transmission range" (Fernald, abstract).  See also Powers, Chapter 4. |
|  | In addition, the second data transmitted from the second transmitter was operable to control the first data |

| 991 Patent:  Claim 53 | North Carolina State University Papers |
|---|---|
|  | transmitted by the first transmitter.  First, the microprocessor in the NCSU electrode initiated all transmission by the device:  "The transmit procedure consists of two steps:  providing the data to be transmitted (if required), and writing the word to be used as the Command field Once the FIFO data is complete, the microprocessor then writes a word into the command register which has its most-significant bit set to one.  Writing the command register initiates the transmission" (Fernald, pages 81 and 82).  Second, all operations performed by the microprocessor are controlled by the NCSU evaluation station:  "One disadvantage of this addressing technique is the microprocessor's inability to know the address of an external telemetry unit prior to programming.  This is critical since all programming occurs through the telemetry link" (Fernald, page 30), "One of the unusual side-effects of using RAM for program storage is that the microprocessor must be reset and bootstrapped using the telemetry circuitry" (Fernald, page 53) and "A software package which runs on an external computer system and controls the external transceiver station will be required to act as the implanted system's communications [*sic*] partner and controller" (Fernald, page 187).  Since the second data received by the first receiver in the NCSU electrode included its program data and this program data controlled when transmissions occur, this second data transmitted from the second transmitter was operable to control first data transmitted by the first transmitter.  In addition, the second data could control operation of the first transmitter using individual commands to the electrode:  "A review of these applications and their communication requirements suggests the following list of telemetry protocol capabilities.  1) The ability to transmit and receive single words to be used for handshaking, passing status information, system commands, or individual sensor samples" (Fernald, pages 72 and 73) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414). |

769

| 991 Patent:  Claim 53 | North Carolina State University Papers |
|---|---|
| | Finally, in the NCSU System the second transmitter was operable to manipulate the first data transmitted by the first transmitter.  First, the electrode's microprocessor program controlled all data manipulation and transmission:  "Since the microprocessor can access and manipulate any peripheral on the bus, it can provide software control of all functions, including power consumption, peripheral configuration (e.g. sample rates, gains, pulse amplitudes) and telemetry" (Fernald, page 25), "...  all signals processed by the data acquisition chip are converted into digital form.  This allows acquired data to be manipulated internally by the microprocessor chip" (Stackhouse, pages 14 and 15) and "The microprocessor will run a user-defined program to control its peripherals, manipulate data, and handle all interrupts" (Stackhouse, page 15).  Second, this user-defined program consists of program data transmitted by the evaluation station:  "...  all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this received program data manipulates the digital data the data transmitted by the electrode is defined by its program data. Examples of this manipulation vary from signal filtering to signal selection for transmission:  "...  the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33). |
| | In addition, the second transmitter was operable to manipulate the first data transmitted by using telemetry commands:  "Incoming transmissions [*referring to transmissions received by the electrode*] would be short and likely contain commands to specify sensor parameters and acquisition timing" (Fernald, page 72), "...  the microprocessor chip can process digital signal data in a number of ways before transmission.  The data can be modified for use in control applications, can be digitally filtered or time-averaged, or can be selectively chosen for transmission" (Stackhouse, page 33) and "The telemetry unit might also receive commands which could instruct the microprocessor to perform specific tasks, such as changing sampling rates, acquiring specific input channels, or simply powering down until notified via the telemetry link to recommence operation" (Cook, page 414).  A person skilled in the art would understand that selecting the sensor to acquire and transmit, or changes to a sensor's sample rate constitute manipulation of the digital data. Also, changes to a sensor's sample rate changes the amount of redundant data used to represent that signal during transmissions thus manipulating the digital data. |
| | Finally, the second transmitter was operable to manipulate the first data transmitted by changing the amount of data redundancy applied by the microprocessor algorithms.  First, the electrode's microprocessor could implement data redundancy algorithms:  "[*telemetry protocol capabilities include the*] ability to provide additional data verification for high-reliability applications" (Fernald, page 73) and "A typical bootstrap algorithm should perform the following steps.  ...  perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  Such algorithms are |

| **991 Patent:  Claim 53** | **North Carolina State University Papers** |
|---|---|
|  | disclosed in Fernald by references to Wakerly[37] and Hamming[38] (Fernald, page 194).  Second, this microprocessor program consisted of data transmitted by the NCSU evaluator station: "... all programming occurs through the telemetry link" (Fernald, page 30) and "The implantable chip set of the telemetry system is to be completely programmable from the base station" (Powers, page 2).  As such, this program data received by the electrode manipulated the redundancy of the digital data transmitted by the electrode since the digital data transmitted by the electrode is defined by its program data. |

| **991 Patent:  Claim 55** | **North Carolina State University Papers** |
|---|---|
| 55.  A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | The NCSU System was designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors ... or internal sensors" (Fernald, page 17).  Furthermore, some NCSU sensors were capable of being fastened to a surface of a skin of the patient.  For example, the Doppler flowmeter in Table 7.1 was designed to be used on or near the skin surface:  "Figure 7 [*referring to a Doppler blood flowmeter*] is a schematic diagram of a device for measuring surface blood flow in the skin ... The light from a He-Ne laser is coupled into one of a pair of optical fibers and is transmitted to the surface of the skin" (Fernald, pages 75 and 76).  Furthermore, the NCSU sensor interface peripheral was designed to accommodate ECG sensors on the body surface:  "These numbers are in agreement with recommendations made by the American Heart Association which state that a 10 µV resolution is appropriate for ECG signals.  Assuming a full-range signal of 5 to 10 mV, this requires a 9 to 10 bit sample resolution 42" (Fernald, pages 104 and 105) and "The American Heart Association, in its recommendations on instrumentation, has suggested the use of a precision level equivalent to 10 µV referred to the electrocardiographic signal as measured on the body surface" (Fernald, page 382). |

| **991 Patent:  Claim 56** | **North Carolina State University Papers** |
|---|---|
| 56.  A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | The NCSU System was designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors ... or internal sensors" (Fernald, page 17).  The NCSU System was also designed to accommodate a wide variety of sensors:  "Sensors typical of implantable biomedical studies vary from simple wire electrodes to hybrid sensors which perform Doppler-based flow or dimension measurements.  When designing a |

---

[37]   John Wakerly, **Error Detecting Codes, Self-Checking Circuits and Applications**, Elsevier North-Holland Inc., New York, 1978.
[38]   Richard W. Hamming, **Coding and Information Theory**, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1980.

771

| 991 Patent:  Claim 56 | North Carolina State University Papers |
|---|---|
|  | general-purpose [*sensor*] interface, sensor characteristics such as dynamic range, signal bandwidth, power requirements, and output format should be considered" (Fernald, page 99).  Fernald, page 119 through 120, also discloses sensors capable of being in contact with a finger of the patient.  As such, a person of ordinary skill in the art would find it obvious that such sensors could be used with the NCSU System since that system was designed to accommodate as wide a variety of biomedical applications as was practical (see Fernald, Section 4.1). |

| 991 Patent:  Claim 57 | North Carolina State University Papers |
|---|---|
| 57.  A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | The NCSU System was designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors ... or internal sensors" (Fernald, page 17).  The NCSU System was also designed to accommodate a wide variety of sensors:  "Sensors typical of implantable biomedical studies vary from simple wire electrodes to hybrid sensors which perform Doppler-based flow or dimension measurements.  When designing a general-purpose [*sensor*] interface, sensor characteristics such as dynamic range, signal bandwidth, power requirements, and output format should be considered" (Fernald, page 99).  Fernald, page 119 through 120, also discloses sensors capable of being in contact with a finger of the patient.  As such, a person of ordinary skill in the art would find it obvious that a sensor located in a fingerclip could be used with the NCSU System since that system was designed to accommodate as wide a variety of biomedical applications as was practical (see Fernald, Section 4.1). |

| 991 Patent:  Claim 58 | North Carolina State University Papers |
|---|---|
| 58.  A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | The primary application of the NCSU System was as an implanted device, i.e.  to be located beneath the skin surface:  "The objective of this research is to develop an implantable system amendable to a wide range of biomedical research applications" (Fernald, page 1).  As such, a person of ordinary skill in the art would understand that an implantable device would necessarily be operable to be worn on a body of the patient since the requirements of such applications are a subset of those of implantable applications.  In other words, a device which meets the requirements to be implantable will necessarily meet the requirements for use outside of the body.  The NCSU System was also designed to accommodate external sensors:  "[*a functional requirement of the system is*] the ability to acquire and make available information obtained from either external sensors or internal sensors" (Fernald, page 17).  Furthermore, some NCSU sensors were designed to be in contact with the body.  For example, the Doppler flowmeter in Table 7.1 was designed to be used in contact with the skin:  "Figure 7 [*referring to a Doppler blood* |

| 991 Patent:  Claim 58 | North Carolina State University Papers |
|---|---|
| | *flowmeter*] is a schematic diagram of a device for measuring surface blood flow in the skin The light from a He-Ne laser is coupled into one of a pair of optical fibers and is transmitted to the surface of the skin" (Fernald, pages 75 and 76).  Furthermore, the NCSU sensor interface peripheral was designed to accommodate ECG sensors on the body surface:  "These numbers are in agreement with recommendations made by the American Heart Association which state that a 10 µV resolution is appropriate for ECG signals.  Assuming a full-range signal of 5 to 10 mV, this requires a 9 to 10 bit sample resolution 42" (Fernald, pages 104 and 105) and "The American Heart Association, in its recommendations on instrumentation, has suggested the use of a precision level equivalent to 10 µV referred to the electrocardiographic signal as measured on the body surface" (Fernald, page 382). |

| 991 Patent:  Claim 61 | North Carolina State University Papers |
|---|---|
| 61.  The medical system of claim 53 wherein oxygen saturation is measured. | The NCSU System measured oxygen saturation (e.g.  oxygen level):  "Designed as a general-purpose customizable system for medical research, the implantable biomedical system will have a wide range of applications.  Such a system could be used for cardiac monitoring and stimulation, blood flow and oxygen level measurement, and drug delivery" (Powers, page 1 through page 2).  Fernald also discloses prior-art systems which measured oxygen saturation (see Fernald, Table 2.1) and for whose application the NCSU System was designed to accommodate (see Fernald, Section 1.3).  Fernald also, page 110 through 116, discloses additional sensors for measuring oxygen saturation. |

| 991 Patent:  Claim 62 | North Carolina State University Papers |
|---|---|
| 62.  The medical system of claim 53 wherein a pulse of the patient is monitored. | The NCSU System monitored the pulse (e.g.  heartbeat) of the patient:  "Factors which determine the appropriate resolution of the ADC include the resolution required by various signal processing algorithms and the practical issues involved with realization of the ADC under the constraint of a low power supply voltage.  Of the physiological signals listed in Table 7.1, the resolution requirements for electrograms are by far the best documented in the literature.  This results from the extensive use of pattern recognition algorithms for electrocardiograms in particular.  These algorithms attempt to recognize the signal patterns associated with the heartbeat " (Fernald, page 104) and "The use of on-line compression algorithms is often required prior to telemetry or data storage.  Fortunately, biopotentials such as electrograms have long periods of inactivity This length is set to a value long enough to encompass all features of interest in the input series (such as a heartbeat pulse)" (Fernald, page 38 through page 39).  See also Powers, page 1. |

702913538

| 991 Patent:  Claim 65 | North Carolina State University Papers |
|---|---|
| 65.  A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | The NCSU evaluator station was operable to perform forward error correction:  "[*telemetry protocol capabilities include the*] ability to provide additional data verification for high-reliability applications" (Fernald, page 73) and "A typical bootstrap algorithm should perform the following steps.  perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  A person skilled in the art would know that "parity check" refers to a class of error control algorithms which include forward error correction.  For example, a Hamming Code uses parity checks to perform single-bit forward error correction (Hamming uses the term "parity check" in his landmark paper in 1950[39]).  In addition, Fernald, by reference to Hamming,[40] teaches such forward error correction methods. |

| 991 Patent:  Claim 66 | North Carolina State University Papers |
|---|---|
| 66.  A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | The NCSU System comprised an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data (referring to application firmware running in the implantable device):  "A typical bootstrap algorithm should perform the following steps.  Move each incoming telemetry buffer to its proper location in memory (probably writing consecutively).  If an incoming block has a checksum or time-out error, transmit a retry request.  Once the proper number of blocks has been loaded, perform any additional error checking required, such as a cyclic checksum or parity check" (Fernald, page 54).  See also Fernald, Section 6.1.3, Section 6.5.2, Section 6.6.1.1, and Section 6.6.1.4. |

| 991 Patent:  Claim 67 | North Carolina State University Papers |
|---|---|
| 67.  A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | The NCSU System comprised a third receiver operable to receive third data from the second transmitter:  "A complete version of the telemetry peripheral has been designed, implemented, and tested.  It incorporates the analog transmit and receive circuitry described above combined with the necessary digital logic and memory to implement the; protocol discussed" (Fernald, page 75).  This transmitter and receiver are illustrated in Figure 6.9 (Fernald, page 77); "The fact that a single transceiver [*referring to the evaluation station transceiver*] may be used to communicate with several implanted systems" (Fernald, page 68). |

---

[39]     Richard W. Hamming, **Coding and Information Theory**, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1980.

[40]     Richard W. Hamming, **Coding and Information Theory**, Prentice-Hall Inc., Englewood Cliffs, New Jersey, 1980.

| '991 Patent: Claim 68 | North Carolina State University Papers |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | North Carolina State University Papers discloses a third receiver on a different patient than the first receiver. |

| 991 Patent:  Claim 69 | North Carolina State University Papers |
|---|---|
| 69.  The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | "The fact that a single transceiver [*referring to the evaluation station transceiver*] may be used to communicate with several implanted systems" (Fernald, page 68). |

| '991 Patent: Claim 70 | North Carolina State University Papers |
|---|---|
| 70. A medical system according to claim 67 wherein a third transmitter is operable to transmit third data from a second body. | North Carolina State University Papers discloses a third transmitter operable to transmit third data from a second body. |

| '991 Patent: Claim 71 | North Carolina State University Papers |
|---|---|
| 71. The medical system of claim 53 in which a second sensor is in contact with a second body. | North Carolina State University Papers discloses a second sensor in contact with a second body.<br>It [*referring to the electrode*] consists of a custom microprocessor in control of several peripheral components via a specialized serial bus.  ...  The use of a serial bus reduces the component interconnect requirements, thereby improving reliability and reducing the implant size.  ...  By developing a set of peripheral components which implement the functions commonly required by implanted systems, instruments for various applications can be quickly and inexpensively implemented while requiring only fabrication of an appropriate hybrid substrate.  Since the microprocessor can access and manipulate any peripheral on the bus, it can provide software control of all functions, including power consumption, peripheral configuration (e.g.  sample rates, gains, pulse amplitudes), and telemetry.  It is also responsible for all data processing and system control and operation." (Fernald, page 24 through page 25; "The fact |

775

| '991 Patent: Claim 71 | North Carolina State University Papers |
|---|---|
|  | that a single transceiver [*referring to the evaluation station transceiver*] may be used to communicate with several implanted systems" (Fernald, page 68).  Furthermore, this system was capable of being implanted in a patient, and hence was attached to the patient:  "A Microprocessor-Based System for the Fast Prototyping of Implantable Instruments for Biomedical Research Applications" (Fernald, title page).  Also, a person skilled in the art would understand that an implantable device is necessarily capable of being attached to the outside of a patient since the requirements of such applications are a subset of those of implantable applications.  In other words, a device which meets the requirements to be implantable will necessarily meet the requirements for use outside of the body.  For example, the ability of the NCSU System electrode to be attached to the outside of a patient is disclosed by the support of sensors which attached to the skin surface, as identified in Table 7.1 in Fernald. |

| 991 Patent:  Claim 72 | North Carolina State University Papers |
|---|---|
| 72.  The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | The NCSU System evaluator station was operable to perform error correction on the first data transmitted by the first transmitter:  "Error checking is performed on both incoming and outgoing transmissions to ensure data integrity" (Stackhouse, page 17) and "This allows the external telemetry unit to request a retransmission of the packet in the event of a transmission error" (Stackhouse, page 29). See also Fernald, Section 6.1.3, Section 6.5.2, Section 6.6.1.1, and Section 6.6.1.4. |

| 991 Patent:  Claim 73 | North Carolina State University Papers |
|---|---|
| 73.  The medical system of claim 53 further including a cover at least partially covering the first set of components. | The NCSU System included a cover at least partially covering the first set of components:  "For flexibility, a general-purpose system should conform easily to a variety of packaging techniques (e.g. hermetic cans, polymer sealants, or ceramic cases)" (Fernald, page 21) and "With these hazards and faults in mind, newer and more reliable packaging technology has been developed.  This technology will be used in the implementation of the system under construction at North Carolina State University.  Advanced techniques include enclosing all electronics in a biocompatible titanium package, using sealed glass feed-throughs for sensor inputs and signal outputs, and hermetically sealing the package by means of laser welding" (Stackhouse, page 22). |

| '991 Patent: Claim 74 | North Carolina State University Papers |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and | North Carolina State University Papers discloses a second cover at least partially covering a second set of components. |
| a second sensor operable to contact a second human body, | North Carolina State University Papers discloses a second sensor operable to contact a second human body. |
| the second sensor being part of the second set of components. | North Carolina State University Papers discloses the second sensor being part of the second set of components. |

| '991 Patent: Claim 76 | North Carolina State University Papers |
|---|---|
| 76. The medical system of claim 53 wherein the evaluator station further includes an alarm unit capable of operation when the first sensor is not responding properly. | North Carolina State University Papers discloses an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly. |

| '991 Patent: Claim 77 | North Carolina State University Papers |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | North Carolina State University Papers discloses an evaluator station further including a display operable to display information representative of the first data transmitted by the first transmitter. |

702913538

| 991 Patent:  Claim 78 | North Carolina State University Papers |
|---|---|
| 78.  The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | In the NCSU System, the sensor was capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof:  "[*referring to the system requirements*] Signal Acquisition – the ability to acquire and make available information obtained from either external sensors (e.g.  biopotentials, pressure, temperature) or internal sensors (e.g. battery voltage, temperature, moisture)" (Fernald, page 17).  See also Fernald, Table 7.1, Fernald, page 38 through page 39, and Fernald, Section 7.1. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B49**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: Vijay K. Bhargava, Qing Yang and David J. Peterson, "Coding Theory and its Applications in Communication Systems", Defence Science Journal, Vol. 43, No. 1, January 1993, pp. 59-69. ("Bhargava")**

Claims 1, 17, 18, 19, 22, 25, 30, 31, 35, 36, 37, 38, 45, 46, 53, 65, 66, 67, 69 and 72 are anticipated and/or rendered obvious by Bhargava.

| '991 Patent: Claim 1 | Bhargava |
| --- | --- |
| 1. A medical system for monitoring body functions of a patient comprising: | |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Pages 62, 64, 66-67 |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Pages 62, 64, 66-67 |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | Pages 59-69 |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by | Pages 59-69 |

| the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | |
| --- | --- |

| **'991 Patent: Claim 17** | **Bhargava** |
| --- | --- |
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Pages 59-69 |

| **'991 Patent: Claim 18** | **Bhargava** |
| --- | --- |
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Pages 59-69 |

| **'991 Patent: Claim 19** | **Bhargava** |
| --- | --- |
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Page 60 |

| **'991 Patent: Claim 22** | **Bhargava** |
| --- | --- |
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from | Page 60 |

| the patient. | |
|---|---|

| **'991 Patent: Claim 25** | **Bhargava** |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Pages 59-69 |

| **'991 Patent: Claim 30** | **Bhargava** |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Pages 64-65 |

| **'991 Patent: Claim 31** | **Bhargava** |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Pages 64-65, 67 |

| **'991 Patent: Claim 35** | **Bhargava** |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Page 59, 62, 64, 66-67 |

| '991 Patent: Claim 36 | Bhargava |
|---|---|
| 36. The medical system of claim **1** wherein the digital data transmitted by the transmitter represents processed information. | Pages 67-68 |

| '991 Patent: Claim 37 | Bhargava |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Pages 59-69 |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Pages 62, 64, 66-67 |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | Pages 62, 64, 66-67 |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Pages 59-69 |
| a receiver operable to receive information from the evaluator station through wireless communication; | Pages 59-69 |
| wherein the evaluator station is operable to change the format of the digital data | Pages 64-65 |

| | |
|---|---|
| transmitted from the transmitter to the evaluator station. | |

| '991 Patent: Claim 38 | Bhargava |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Page 60 |

| '991 Patent: Claim 45 | Bhargava |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Pages 64-65 |

| '991 Patent: Claim 46 | Bhargava |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Pages 64-65, 67 |

| '991 Patent: Claim 53 | Bhargava |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | |

| | |
|---|---|
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first set of components operable to rest close to the body; and | Pages 59-69 |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Pages 59-69 |

| '991 Patent: Claim 65 | Bhargava |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error . | Pages 59-69 |

| '991 Patent: Claim 66 | Bhargava |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Pages 59-69 |

| '991 Patent: Claim 67 | Bhargava |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is | Page 60 |

| operable to receive third data from the second transmitter. | |
|---|---|

| **'991 Patent: Claim 69** | **Bhargava** |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Page 60 |

| **'991 Patent: Claim 72** | **Bhargava** |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Pages 59-69 |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B50**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Pat. No. 5,400,794, "Biomedical Response Monitor and Technique Using Error Correction," to Gorman, *et al.* ("Gorman")**

Claims 1, 3, 4, 5, 6, 12, 17, 18, 19 22, 25, 26, 27, 30, 31, 33-39, 45, 46, 48, 49, 51, 52, 53, 55-58, 61, 62, 65, 66, 67, 69, 72, 73, and 78 are anticipated and/or rendered obvious by Gorman.

| '991 Patent:  Claim 1 | Gorman |
|---|---|
| 1. A medical system for monitoring body functions of a patient comprising: | Gorman discloses a medical system for monitoring body functions of a patient:  "A monitor for measuring and displaying a biomedical response such as heartbeat rate" (abstract) , "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response" (column 1, line 7 through line 9), "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21) and "This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 30 through line 32). See also column 10, line 34 through line 40. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Gorman discloses a medical system comprising at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient:  "the apparatus is comprised of a sensor-transmitter unit (chest unit) adapted to be worn in contact with a person's chest and having electrodes which receive the person's ECG signal" (column 4, line 42 through line 45) and "The chest unit generally contains an input sensor means for receiving the ECG signal" (column 5, line 29 through line 30). Gorman further discloses that this sensor is operable to convert the detected property into an electric signal: "A heartbeat monitor, including: said transmitting means including sensor means for producing an electrical signal representative of a person's heartbeat" (column 15, line 41 through line 44). |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Gorman discloses a medical system comprising at least one converter operable to convert the electric signal generated by the sensor into digital data: "The chest unit generally contains an input sensor means for receiving the ECG signal, amplifying means, comparator means for producing a digital pulse train corresponding to the analog ECG pulses" (column 5, line 29 through line 32). A person skilled in the art would understand that Gorman's "comparator means" is a 1-bit analog-to-digital converter since |

| '991 Patent:  Claim 1 | Gorman |
|---|---|
| | it converts the analog electric signal into a 1-bit digital value. See also column 3, line 40 through line 46. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | Gorman discloses a medical system comprising at least one transmitter operable to wirelessly transmit the digital data to an evaluator station (e.g. receiver unit): "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21). Gorman further discloses that this transmitter is coupled to the converter: "FIG. 4 shows the various components of chest unit 12 which are used to detect an ECG signal, amplify that signal and digitize it, encode it into an identification portion and a data portion, and then to wirelessly transmit it to wrist unit 14" (column 10, line 26 through 30). Gorman also discloses that his evaluator station is located remotely from the patient: "the receiver unit can be part of exercise equipment or a small portable unit that can be free standing" (column 4, line 34 through line 36). See also column 4, line 50 through line 54, and FIG. 7. |
| at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Gorman discloses a medical system comprising at least one receiver operable to receive information through wireless communication from the evaluator station: "The chest unit generally contains … a means to receive a frequency change signal from the wrist unit" (column 5, line 29 through 37) and "wrist unit 14 contains … a transmitter 54 for the wireless transmission of frequency change signals to the chest unit" (column 11, line 62 through column 12, line 1). Gorman also discloses a medical system in which the information includes formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station (specifically by changing the amount of data redundancy). First, Gorman discloses that the amount of data redundancy transmitted and hence the error correction capability of his error detection and correction method is controlled by the parameter m: "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence.  Further, the individual digital pulses in the pulse train 20 are each encoded into m bits. … The pattern and its order will be changed if m is changed. … Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). Gorman continues to disclose that if more errors occur than can be corrected, the transmission frequency is changed: "If too many signals (>2m-1) are missing and therefore the interference is not a transient one, the frequency of the transmitter and receiver will be changed automatically (column 8, line 37 through line 40). Finally, Gorman discloses that the number of errors which will cause a frequency change can be varied by logic in the monitor: "In this embodiment, the occurrence of a certain number of errors (>2m-1) within a given time frame means that the indicated heart beat rate will be unreliable. This will result in an automatically generated request for a frequency switch that is |

| '991 Patent:  Claim 1 | Gorman |
|---|---|
|  | initiated in the wrist unit 14. … The amount of errors that will trigger a frequency change is a parameter that can be varied, according to logic incorporated in the monitor" (column 9, line 29 through line 58). A change in the number of errors that triggers a frequency change also changes the amount of data redundancy transmitted by the electrode since both depend solely on the parameter "m", as disclosed by the statements cited above. A person of ordinary skill in the art would understand that data transmitted by Gorman's evaluation station would initiate this manipulation since only the evaluation station can measure the amount of errors and determine that a change in "m" is warranted[41]. This understanding is also consistent with Gorman's goal that "non-repetitive errors in the signal wirelessly transmitted from the sensor-transmitter to the receiver-display unit do not affect the accuracy of the heartbeat displayed" (column 3, line 61 through line 64) when used in very noisy environments (such as around electrical exercise equipment). If in such an environment Gorman's system could not find a quiet transmission frequency, his design would fail to meet this goal. However, the goal is met by increasing the number of errors required to trigger a frequency change, thus increasing the ability to correct errors by manipulating the amount of data redundancy. |

| '991 Patent:  Claim 3 | Gorman |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Gorman discloses a medical system wherein the sensor is capable of being fastened to a surface of a skin of the patient (e.g. in contact with a person's chest): "the apparatus is comprised of a sensor-transmitter unit (chest unit) adapted to be worn in contact with a person's chest and having electrodes which receive the person's ECG signal" (column 4, line 42 through line 45). See also column 10, line 34 through line 40. |

| '991 Patent:  Claim 4 | Gorman |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Gorman's preferred embodiment utilizes chest electrodes since they provide the best measure a person's heart-rate: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). However, Gorman discloses a medical system that could monitor any life function using any sensor: "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24. These terminals 24 can be a part of the chest unit or the chest unit can be designed so that any sensor for detecting a biomedical response can be plugged into it" (column 10, line 34 through line 40) and "While the monitor has been |

---

[41]  The Applicants made a similar argument during prosecution of the '854 Patent (see Amendment in Response to the First Office Action, Oct 15, 1998, p. 7).

| '991 Patent:  Claim 4 | Gorman |
|---|---|
|  | illustrated in an embodiment thereof for monitoring heartbeat rate, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). As such, a person of ordinary skill in the art would find it obvious that a sensor capable of being in contact with a finger of the patient could be used with Gorman's invention. This is particularly evident since Gorman references US Patent 4,425,921 which discloses a heart-rate monitor using a sensor contained in a fingerclip. |

| '991 Patent:  Claim 5 | Gorman |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is located in a fingerclip. | Gorman's preferred embodiment utilizes chest electrodes since they provide the best measure of a person's heart-rate: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). However, Gorman discloses a medical system that could monitor any life function using any sensor: "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24. These terminals 24 can be a part of the chest unit or the chest unit can be designed so that any sensor for detecting a biomedical response can be plugged into it" (column 10, line 34 through line 40) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat rate, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). As such, a person of ordinary skill in the art would find it obvious that a sensor located in a fingerclip would be used with Gorman's invention. This is particularly evident since Gorman references US Patent 4,425,921 which discloses a heart-rate monitor using a sensor contained in a fingerclip. |

| '991 Patent:  Claim 6 | Gorman |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with | Gorman discloses a medical system wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body: "the apparatus is comprised of a sensor-transmitter unit adapted to be worn in contact with a person's chest" (column 4, line 42 through line 44) and "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode |

| '991 Patent:  Claim 6 | Gorman |
|---|---|
| the body. | terminals 24." (column 10, line 34 through line 37). FIG. 4 discloses that this transmitter unit also includes the converter 30, the transmitter 37, and the receiver 40. See also column 10, line 34 through line 40. |

| '991 Patent:  Claim 12 | Gorman |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Gorman discloses a medical system wherein a pulse (e.g. heartbeat) of the patient is monitored: "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response such as heartbeat" (column 1, line 8 through line 10). See also column 3, line 18 through line 22, column 4, line 4 through line 50, and column 7, line 21 through line 27. |

| '991 Patent:  Claim 17 | Gorman |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Gorman discloses a medical system wherein the evaluator station (e.g. wrist unit) is operable to perform forward error correction: "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits.  … The pattern and its order will be changed if m is changed.  … Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). A person of ordinary skill in the art would know that Gorman is disclosing a forward error correction method since the wrist unit corrects transmission errors without requesting additional information from the chest unit. |

| '991 Patent:  Claim 18 | Gorman |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Gorman discloses a medical system comprising an error correction unit operable to perform error correction on the information received by the receiver (in the chest unit): "The transmitter 54 will continue transmitting an electromagnetic signal 17 until a correct electromagnetic signal 16 is delivered by transmitter 37 to receiver 46 in the wrist unit" (column 13, line 17 through line 20). A person skilled in the art would know that this method constitutes a type of error correction called Automatic Repeat Request (ARQ) in which a lack of acknowledgement by the chest unit due to received errors (e.g. the unit's failure to switch to the commanded transmission frequency) causes the wrist unit to repeat its transmission. Gorman discusses the motivation for his design choice to use forward error correction in the wrist unit and ARQ error correction in the chest unit in column 13, line 5 through line 20. |

702913538

| '991 Patent:  Claim 19 | Gorman |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Gorman discloses a medical system wherein a receiver is operable to receive information from the evaluator station: "The chest unit generally contains … a means to receive a frequency change signal from the wrist unit" (column 5, line 29 through 37) and "wrist unit 14 contains … a transmitter 54 for the wireless transmission of frequency change signals to the chest unit" (column 11, line 62 through column 12, line 1). See also: Abstract; FIG. 3A; 3:23-28; 3:54-58; 4:4-8; 4:27-50; 4:57-5:2; 5:29-55; 6:28-35; 6:63-68; 8:1-3; 8:11-15; 8:41-48; 8:58-68; 9:62-68; 10:25-30; 10:54-59; 11:15-17; 11:26-37; 11:42-50; 12:7-17; See also Figs 7k through 7m in US 5,157,604 (cited on 2:59 of '794) and their associated descriptions. |

| '991 Patent:  Claim 22 | Gorman |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | Gorman discloses a medical system wherein a transmitter is operable to transmit digital data from the patient: "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21); "FIG. 4 shows the various components of chest unit 12 which are used to detect an ECG signal, amplify that signal and digitize it, encode it into an identification portion and a data portion, and then to wirelessly transmit it to wrist unit 14" (column 10, line 26 through 30). See also: Abstract; FIG. 3A; 3:23-28; 3:54-58; 4:4-8; 4:27-50; 4:57-5:2; 5:29-55; 6:28-35; 6:63-68; 8:1-3; 8:11-15; 8:41-48; 8:58-68; 9:62-68; 10:25-30; 10:54-59; 11:15-17; 11:26-37; 11:42-50; 12:7-17; See also Figs 7k through 7m in US 5,157,604 (cited on 2:59 of '794) and their associated descriptions. |

| '991 Patent:  Claim 25 | Gorman |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Gorman discloses a medical system wherein the evaluator station is operable to perform error correction on the digital data transmitted by the transmitter (in the chest unit): "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits.  … The pattern and its order will be changed if m is changed. Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). |

791

| '991 Patent:  Claim 26 | Gorman |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Gorman discloses a medical system including a cover (e.g. a package) at least partially covering the receiver, the transmitter, and the converter: "The invention is most useful in the case of personal use equipment which allows the user to have complete mobility while undergoing heartbeat monitoring. The various components of the chest and wrist units are easily provided by known microelectronic integrated circuit chips that can be packaged together in small volume and battery operated" (column 6, line 38 through line 42). |

| '991 Patent:  Claim 27 | Gorman |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Gorman discloses a medical system including a cover (e.g. a package) at least partially covering the receiver, the transmitter, and the converter: "The invention is most useful in the case of personal use equipment which allows the user to have complete mobility while undergoing heartbeat monitoring. The various components of the chest and wrist units are easily provided by known microelectronic integrated circuit chips that can be packaged together in small volume and battery operated" (column 6, line 38 through line 42). Given this disclosure, a person skilled in the art would understand that the converter, the transmitter, and the receiver are necessarily adapted to be at least partially under a cover, otherwise the system would be inoperable when "packaged together in a small volume". |

| '991 Patent:  Claim 30 | Gorman |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Gorman discloses a medical system wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data (specifically by manipulating the data redundancy). First, Gorman discloses that the amount of data redundancy transmitted and hence the error correction capability of his error detection and correction method is controlled by the parameter m: "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits.  … The pattern and its order will be changed if m is changed.  … Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). Gorman continues to disclose that if more errors occur than can be corrected, the transmission frequency is changed: "If too many signals (>2m-1) are missing and therefore the interference is not a transient one, the frequency of the transmitter and receiver will be changed automatically (column 8, line 37 through line 40). Finally, Gorman discloses that the number of errors which will cause a frequency change can be varied by logic in the monitor: "In this embodiment, the occurrence of a certain number of errors (>2m-1) within a given time frame means |

702913538

| '991 Patent:  Claim 30 | Gorman |
|---|---|
| | that the indicated heart beat rate will be unreliable. This will result in an automatically generated request for a frequency switch that is initiated in the wrist unit 14. ... The amount of errors that will trigger a frequency change is a parameter that can be varied, according to logic incorporated in the monitor" (column 9, line 29 through line 58). A change in the number of errors that triggers a frequency change also changes the amount of data redundancy transmitted by the electrode since both depend solely on the parameter "m", as disclosed by the statements cited above. A person of ordinary skill in the art would understand that data transmitted by Gorman's evaluation station would initiate this manipulation since only the evaluation station can measure the amount of errors and determine that a change in "m" is warranted[42]. This understanding is also consistent with Gorman's goal that "non-repetitive errors in the signal wirelessly transmitted from the sensor-transmitter to the receiver-display unit do not affect the accuracy of the heartbeat displayed" (column 3, line 61 through line 64) when used in very noisy environments (such as around electrical exercise equipment). If in such an environment Gorman's system could not find a quiet transmission frequency, his design would fail to meet this goal. However, the goal is met by increasing the number of errors required to trigger a frequency change, thus increasing the ability to correct errors by manipulating the amount of data redundancy. |

| '991 Patent:  Claim 31 | Gorman |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Gorman discloses a medical system wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter: "The chest unit also includes means for receiving a frequency change signal from the wrist unit that will trigger a change in transmission frequency of the outgoing signals" (column 10, line 30 through line 33). |

| '991 Patent:  Claim 33 | Gorman |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Gorman discloses a medical system wherein the evaluator station (e.g. receiving unit) comprises a display operable to display the digital data: "The monitor detects the response (heartbeat) and produces a digital pulse train representing this response. The digital pulse train is then encoded to produce an encoded digital signal having a first identification part identifying the transmitting unit and a second data part representing the person's response. This encoded digital signal is wirelessly sent to the receiving unit which reads the received signal to determine if it is from the transmitting unit. If it is |

[42]  The Applicants made a similar argument during prosecution of the '854 Patent (see Amendment in Response to the First Office Action, Oct 15, 1998, p. 7).

| '991 Patent:  Claim 33 | Gorman |
|---|---|
| | from that transmitting unit, the data part is read. ... If the errors are within a reasonable bound, the data bits representing the biomedical response are sent to a memory and/or a display" (Abstract). See also column 4, line 17 through line 50, column 6, line 54 through line 59, column 8, line 51 through column 9, line 7, and column 11, line 62 through column 12, line 2. |

| '991 Patent:  Claim 34 | Gorman |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Gorman discloses a medical system wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate (e.g. heartbeat), body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof: "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response such as heartbeat" (column 1, line 8 through line 10) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat rate, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). |

| '991 Patent:  Claim 35 | Gorman |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Gorman discloses a medical system wherein the digital data transmitted by the transmitter represents the electrical signal: "In a preferred embodiment, the apparatus is comprised of a sensor-transmitter unit (chest unit) adapted to be worn in contact with a person's chest and having electrodes which receiver the person's ECG signal. This signal is amplified and digitally encoded to contain an identification portion and a data portion. This encoded signal is transmitted in a wireless manner to a receiver-display unit (wrist unit)" (column 4, line 41 through line 49). See also the Abstract, column 3, line 40 through line 46, column 4, line 14 through line 27, column 7, line 54 through column 8, line 25, and column 10, line 26 through column 11, line 4. |

| '991 Patent:  Claim 36 | Gorman |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Gorman discloses a medical system wherein the digital data transmitted by the transmitter represents processed information: "The data portion of the transmitted encoded signal can represent a full heartbeat rate, or just a portion of it. For example, the number of ECG pulses in a 3-second interval can be represented. If this number is multiplied by 20, the approximate heartbeat rate in beats per minute |

| '991 Patent:  Claim 36 | Gorman |
|---|---|
|  | will be known. This calculation can be done in the receiver unit or in the transmitter unit if the full heartbeat rate is to be transmitted to the receiver" (column 9, line 8 through line 15). |

| '991 Patent:  Claim 37 | Gorman |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Gorman discloses a medical system for monitoring body functions of a patient: "A monitor for measuring and displaying a biomedical response such as heartbeat rate" (abstract) , "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response" (column 1, line 7 through line 9), "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21) and "This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 30 through line 32). See also column 10, line 34 through line 40. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Gorman discloses a medical system comprising an evaluation station (e.g. wrist unit) operable for wireless data communication: "In more detail, wrist unit 14 contains a receiver 46 for receiving the encoded digital signals 16 from chest unit 12, a comparator or signal evaluator 48 for analyzing the received encoded signals, a memory unit 50 in which data representing heartbeat can be stored, a display unit 52 for displaying to the user his or her heartbeat, and a transmitter 54 for the wireless transmission of frequency change signals to the chest unit in order to change the frequency of transmission" (column 11, line 62 through column 12, line 2). Gorman also discloses that his evaluator station is located remotely from the patient: "the receiver unit can be part of exercise equipment or a small portable unit that can be free standing" (column 4, line 34 through line 36). See also column 4, line 50 through line 54. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Gorman discloses a medical system comprising a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient: "the apparatus is comprised of a sensor-transmitter unit (chest unit) adapted to be worn in contact with a person's chest and having electrodes which receive the person's ECG signal" (column 4, line 42 through line 45) and "The chest unit generally contains an input sensor means for receiving the ECG signal" (column 5, line 29 through line 30). Gorman further discloses that this sensor is operable to convert the detected property into an electric signal: "A heartbeat monitor, including: said transmitting means including sensor means for producing an electrical signal representative of a person's heartbeat" (column 15, line 41 through line 44). |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor | Gorman discloses a medical system comprising a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data: "The chest unit generally contains an input sensor means for receiving the ECG signal, amplifying means, comparator |

| '991 Patent:  Claim 37 | Gorman |
|---|---|
| into digital data; and | means for producing a digital pulse train corresponding to the analog ECG pulses" (column 5, line 29 through line 32). A person skilled in the art would understand that Gorman's "comparator means" is a 1-bit analog-to-digital converter since it converts the analog electric signal into a 1-bit digital value. See also column 3, line 40 through line 46. |
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Gorman discloses a medical system comprising a transmitter, the transmitter operable to wirelessly transmit the digital data to the evaluator station (e.g. receiver unit): "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21). Gorman further discloses that this transmitter is coupled to the converter: "FIG. 4 shows the various components of chest unit 12 which are used to detect an ECG signal, amplify that signal and digitize it, encode it into an identification portion and a data portion, and then to wirelessly transmit it to wrist unit 14" (column 10, line 26 through 30). |
| a receiver operable to receive information from the evaluator station through wireless communication; | Gorman discloses a system comprising a receiver operable to receive information from the evaluator station (e.g. wrist unit) through wireless communication: "The chest unit generally contains … a means to receive a frequency change signal from the wrist unit" (column 5, line 29 through 37) and "wrist unit 14 contains a transmitter 54 for the wireless transmission of frequency change signals to the chest unit" (column 11, line 62 through column 12, line 1). |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Gorman discloses a medical system wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station (specifically by changing the amount of data redundancy). First, Gorman discloses that the amount of data redundancy transmitted and hence the error correction capability of his error detection and correction method is controlled by the parameter m: "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits. … The pattern and its order will be changed if m is changed. … Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). Gorman continues to disclose that if more errors occur than can be corrected, the transmission frequency is changed:  "If too many signals (>2m-1) are missing and therefore the interference is not a transient one, the frequency of the transmitter and receiver will be changed automatically (column 8, line 37 through line 40). Finally, Gorman discloses that the number of errors which will cause a frequency change can be varied by logic in the monitor: "In this embodiment, the occurrence of a certain number of errors (>2m-1) within a given time frame means that the indicated heart beat rate will be unreliable. This will result in an automatically generated request for a frequency switch that is initiated in the wrist unit 14.  …The amount of errors that will trigger a frequency change is a parameter that can be varied, according to logic incorporated in the |

796

| '991 Patent:  Claim 37 | Gorman |
|---|---|
| | monitor" (column 9, line 29 through line 58). A change in the number of errors that triggers a frequency change also changes the amount of data redundancy transmitted by the electrode since both depend solely on the parameter "m", as disclosed by the statements cited above. A person of ordinary skill in the art would understand that data transmitted by Gorman's evaluation station would initiate this manipulation since only the evaluation station can measure the amount of errors and determine that a change in "m" is warranted[43]. This understanding is also consistent with Gorman's goal that "non-repetitive errors in the signal wirelessly transmitted from the sensor-transmitter to the receiver-display unit do not affect the accuracy of the heartbeat displayed" (column 3, line 61 through line 64) when used in very noisy environments (such as around electrical exercise equipment). If in such an environment Gorman's system could not find a quiet transmission frequency, his design would fail to meet this goal. However, the goal is met by increasing the number of errors required to trigger a frequency change, thus increasing the ability to correct errors by manipulating the amount of data redundancy. |

| '991 Patent:  Claim 38 | Gorman |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Gorman discloses an arrangement of components (a chest unit) including a converter, a transmitter, and a receiver: "The chest unit generally contains an input sensor means for receiving the ECG signal, amplifying means, comparator means for producing a digital pulse train corresponding to the analog ECG pulses" (column 5, line 29 through line 32); "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21); "The chest unit generally contains a means to receive a frequency change signal from the wrist unit" (column 5, line 29 through line 37) and "wrist unit 14 contains … a transmitter 54 for the wireless transmission of frequency change signals to the chest unit" (column 11, line 62 through column 12, line 1). See also: Abstract; FIG. 3A; 3:23-28; 3:40-46; 3:54-58; 4:4-8; 4:27-50; 4:57-5:2; 5:29-55; 6:28-35; 6:63-68; 8:1-3; 8:11-15; 8:41-48; 8:58-68; 9:62-68; 10:25-30; 10:54-59; 11:15-17; 11:26-37; 11:42-50; 12:7-17; See also Figs 7k through 7m in US 5,157,604 (cited on 2:59 of '794) and their associated descriptions. |

| '991 Patent:  Claim 39 | Gorman |
|---|---|
| 39. The medical system of claim 38 | Gorman discloses a medical system wherein each arrangement of components are positionable adjacent |

---

[43]  The Applicants made a similar argument during prosecution of the '854 Patent (see Amendment in Response to the First Office Action, Oct 15, 1998, p. 7).

| '991 Patent: Claim 39 | Gorman |
|---|---|
| wherein the first and second arrangements are positionable adjacent to the patients. | to the patients: "the apparatus is comprised of a sensor-transmitter unit (chest unit) adapted to be worn in contact with a person's chest and having electrodes which receive the person's ECG signal" (column 4, line 42 through line 45) and "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). See also column 4, line 42 through line 45 and column 4, line 50 through 56. |

| '991 Patent: Claim 45 | Gorman |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Gorman discloses a medical system wherein the evaluator station is operable to manipulate the digital data (specifically by manipulating the amount of data redundancy). First, Gorman discloses that the amount of data redundancy transmitted and hence the error correction capability of his error detection and correction method is controlled by the parameter m: "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits. ... The pattern and its order will be changed if m is changed. ... Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). Gorman continues to disclose that if more errors occur than can be corrected, the transmission frequency is changed: "If too many signals (>2m-1) are missing and therefore the interference is not a transient one, the frequency of the transmitter and receiver will be changed automatically (column 8, line 37 through line 40). Finally, Gorman discloses that the number of errors which will cause a frequency change can be varied by logic in the monitor: "In this embodiment, the occurrence of a certain number of errors (>2m-1) within a given time frame means that the indicated heart beat rate will be unreliable. This will result in an automatically generated request for a frequency switch that is initiated in the wrist unit 14. ... The amount of errors that will trigger a frequency change is a parameter that can be varied, according to logic incorporated in the monitor" (column 9, line 29 through line 58). A change in the number of errors that triggers a frequency change also changes the amount of data redundancy transmitted by the electrode since both depend solely on the parameter "m", as disclosed by the statements cited above. A person of ordinary skill in the art would understand that data transmitted by Gorman's evaluation station would initiate this manipulation since only the evaluation station can measure the amount of errors and determine that a change in "m" is warranted[44]. This understanding is also consistent with Gorman's goal that "non-repetitive errors in the signal wirelessly transmitted from the sensor-transmitter to the receiver-display unit do not affect the accuracy of the heartbeat displayed" (column 3, |

---

[44] The Applicants made a similar argument during prosecution of the '854 Patent (see Amendment in Response to the First Office Action, Oct 15, 1998, p. 7).

| '991 Patent:  Claim 45 | Gorman |
|---|---|
|  | line 61 through line 64) when used in very noisy environments (such as around electrical exercise equipment). If in such an environment Gorman's system could not find a quiet transmission frequency, his design would fail to meet this goal. However, the goal is met by increasing the number of errors required to trigger a frequency change, thus increasing the ability to correct errors by manipulating the amount of data redundancy. |

| '991 Patent:  Claim 46 | Gorman |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Gorman discloses a medical system wherein the evaluator station (e.g. chest unit) is operable to control the transmitter: "The chest unit also includes means for receiving a frequency change signal from the wrist unit that will trigger a change in transmission frequency of the outgoing signals" (column 10, line 30 through line 33). |

| '991 Patent:  Claim 48 | Gorman |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | 4:54-56 |

| '991 Patent:  Claim 49 | Gorman |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Gorman's preferred embodiment utilizes chest electrodes since they provide the best measure a person's heart-rate: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). However, Gorman discloses a medical system that could monitor any life function using any sensor: "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24. These terminals 24 can be a part of the chest unit or the chest unit can be designed so that any sensor for detecting a biomedical response can be plugged into it" (column 10, line 34 through line 40) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). As such, a person of ordinary skill in the art would find it obvious that a sensor capable of measuring oxygen saturation could be used with Gorman's invention. This is |

| '991 Patent:  Claim 49 | Gorman |
|---|---|
| | particularly evident since Gorman references US Patent 4,425,921 which uses a sensor very similar to sensors for measuring oxygen saturation. |

| '991 Patent:  Claim 51 | Gorman |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Gorman discloses a medical system wherein the evaluation station (e.g. wrist unit) includes a display: "wrist unit 14 contains ... a display unit 52 for displaying to the user his or her heartbeat" (column 11, line 62 through line 68). |

| '991 Patent:  Claim 52 | Gorman |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Gorman discloses a medical system wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate (e.g. heartbeat), body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof: "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response such as heartbeat" (column 1, line 8 through line 10) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). |

| '991 Patent:  Claim 53 | Gorman |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Gorman discloses a medical system for acquiring measured data, including measuring body functions: "A monitor for measuring and displaying a biomedical response such as heartbeat rate" (abstract) , "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response" (column 1, line 7 through line 9), "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21) and "This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 30 through line 32). See also column 10, line 34 through line 40. |
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a first receiver, the first | Gorman discloses a medical system comprising a first set of components (e.g. sensor-transmitter unit) having a first sensor (e.g. electrode) operable to contact a body, and a first transmitter: "the apparatus is comprised of a sensor-transmitter unit (chest unit) adapted to be worn in contact with a person's chest |

| '991 Patent:  Claim 53 | Gorman |
|---|---|
| set of components operable to rest close to the body; and | and having electrodes which receive the person's ECG signal" (column 4, line 42 through line 45) and "The apparatus includes a transmitter unit for producing an encoded digital signal representing the biomedical response and for wirelessly transmitting the encoded digital signal to a receiver unit for display" (column 4, line 17 through line 21). Gorman further discloses that this first set of components has a receiver: "The chest unit generally contains a means to receive a frequency change signal from the wrist unit" (column 5, line 29 through 37). Finally, Gorman discloses that this first set of components is operable to rest close to the body: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). See also column 4, line 42 through line 45. |
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Gorman discloses an evaluation station (e.g. wrist unit) having a transmitter and a receiver operable to wirelessly communicate with the transmitter and receiver in his electrode: "In more detail, wrist unit 14 contains a receiver 46 for receiving the encoded digital signals 16 from chest unit 12, a comparator or signal evaluator 48 for analyzing the received encoded signals, a memory unit 50 in which data representing heartbeat can be stored, a display unit 52 for displaying to the user his or her heartbeat, and a transmitter 54 for the wireless transmission of frequency change signals to the chest unit in order to change the frequency of transmission" (column 11, line 62 through column 12, line 2). |
|  | Gorman also discloses that data transmitted by the evaluator station transmitter is operable to control the transmitter in his electrode: "The chest unit also includes means for receiving a frequency change signal from the wrist unit that will trigger a change in transmission frequency of the outgoing signals" (column 10, line 30 through line 33). |
|  | Furthermore, Gorman discloses a medical system wherein the evaluator station is operable to manipulate the digital data (specifically by manipulating the amount of data redundancy). First, Gorman discloses that the amount of data redundancy transmitted and hence the error correction capability of his error detection and correction method is controlled by the parameter m: "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits. … The pattern and its order will be changed if m is changed.  … Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). Gorman continues to disclose that if more errors occur than can be corrected, the transmission frequency is changed: "If too many signals (>2m-1) are missing and therefore the interference is not a transient one, the frequency of the transmitter and receiver will be changed automatically (column 8, line 37 through line 40). Finally, Gorman discloses that the number of errors |

| '991 Patent:  Claim 53 | Gorman |
|---|---|
|  | which will cause a frequency change can be varied by logic in the monitor:  "In this embodiment, the occurrence of a certain number of errors (>2m-1) within a given time frame means that the indicated heart beat rate will be unreliable. This will result in an automatically generated request for a frequency switch that is initiated in the wrist unit 14.  … The amount of errors that will trigger a frequency change is a parameter that can be varied, according to logic incorporated in the monitor" (column 9, line 29 through line 58). A change in the number of errors that triggers a frequency change also changes the amount of data redundancy transmitted by the electrode since both depend solely on the parameter "m", as disclosed by the statements cited above. A person of ordinary skill in the art would understand that data transmitted by Gorman's evaluation station would initiate this manipulation since only the evaluation station can measure the amount of errors and determine that a change in "m" is warranted[45]. This understanding is also consistent with Gorman's goal that "non-repetitive errors in the signal wirelessly transmitted from the sensor-transmitter to the receiver-display unit do not affect the accuracy of the heartbeat displayed" (column 3, line 61 through line 64) when used in very noisy environments (such as around electrical exercise equipment). If in such an environment Gorman's system could not find a quiet transmission frequency, his design would fail to meet this goal. However, the goal is met by increasing the number of errors required to trigger a frequency change, thus increasing the ability to correct errors by manipulating the amount of data redundancy. |

| '991 Patent:  Claim 55 | Gorman |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Gorman discloses a medical system wherein the first sensor is capable of being fastened to a surface of a skin of the patient: "the apparatus is comprised of a sensor-transmitter unit (chest unit) adapted to be worn in contact with a person's chest and having electrodes which receive the person's ECG signal" (column 4, line 42 through line 45). See also column 10, line 34 through line 40. |

| '991 Patent:  Claim 56 | Gorman |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | Gorman's preferred embodiment utilizes chest electrodes since they provide the best measure a person's heart-rate: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). However, Gorman discloses a medical system that could monitor any life function using any sensor: "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24. These terminals 24 can be |

---

[45]  The Applicants made a similar argument during prosecution of the '854 Patent (see Amendment in Response to the First Office Action, Oct 15, 1998, p. 7).

| '991 Patent:  Claim 56 | Gorman |
|---|---|
| | a part of the chest unit or the chest unit can be designed so that any sensor for detecting a biomedical response can be plugged into it" (column 10, line 34 through line 40) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). As such, a person of ordinary skill in the art would find it obvious that a sensor capable of being in contact with a finger of the patient could be used with Gorman's invention. This is particularly evident since Gorman references US Patent 4,425,921 which discloses a heart-rate monitor using a sensor in contact with a finger. |

| '991 Patent:  Claim 57 | Gorman |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Gorman's preferred embodiment utilizes chest electrodes since they provide the best measure of a person's heart-rate: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). However, Gorman discloses a medical system that could monitor any life function using any sensor: "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24. These terminals 24 can be a part of the chest unit or the chest unit can be designed so that any sensor for detecting a biomedical response can be plugged into it" (column 10, line 34 through line 40) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat rate, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). As such, a person of ordinary skill in the art would find it obvious that a sensor located in a fingerclip would be used with Gorman's invention. This is particularly evident since Gorman references US Patent 4,425,921 which discloses a heart-rate monitor using a sensor contained in a fingerclip. |

| '991 Patent:  Claim 58 | Gorman |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver | Gorman discloses a medical system wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body: "the apparatus is comprised of a sensor-transmitter unit adapted to be worn in contact with a person's chest" |

| '991 Patent:  Claim 58 | Gorman |
|---|---|
| are operable to be worn on a body of the patient with the first sensor in contact with the body. | (column 4, line 42 through line 44) and "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24." (column 10, line 34 through line 37). FIG. 4 discloses that this transmitter unit also includes the converter 30, the transmitter 37, and the receiver 40. See also column 10, line 34 through line 40. |

| '991 Patent:  Claim 61 | Gorman |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Gorman's preferred embodiment utilizes chest electrodes since they provide the best measure a person's heart-rate: "Further, while chest electrodes generally provide the best ECG signals, the transmitter unit could be placed elsewhere, such as on a person's wrist" (column 4, line 54 through line 56). However, Gorman discloses a medical system that could monitor any life function using any sensor: "In more detail, chest unit 12 is typically carried on the breast of the target person such that this person's ECG signal 18 can be received by the input electrode terminals 24. These terminals 24 can be a part of the chest unit or the chest unit can be designed so that any sensor for detecting a biomedical response can be plugged into it" (column 10, line 34 through line 40) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat rate, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). As such, a person of ordinary skill in the art would find it obvious that a sensor capable of measuring oxygen saturation could be used with Gorman's invention. This is particularly evident since Gorman references US Patent 4,425,921 which uses a sensor very similar to sensors for measuring oxygen saturation. |

| '991 Patent:  Claim 62 | Gorman |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Gorman discloses a medical system wherein a pulse (e.g. heartbeat) of the patient is monitored: "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response such as heartbeat" (column 1, line 8 through line 10). See also column 3, line 18 through line 22, column 4, line 4 through line 50, and column 7, line 21 through line 27. |

| '991 Patent:  Claim 65 | Gorman |
|---|---|
| 65. A medical system according to | Gorman discloses a medical system wherein the evaluator station (e.g. wrist unit) is operable to perform |

| '991 Patent:  Claim 65 | Gorman |
|---|---|
| claim 53 wherein the evaluator station is operable to perform forward error correction. | forward error correction: "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits.  … The pattern and its order will be changed if m is changed.  … Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). A person of ordinary skill in the art would know that Gorman is disclosing a forward error correction method since the wrist unit corrects transmission errors without requesting additional information from the chest unit. |

| '991 Patent:  Claim 66 | Gorman |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Gorman discloses a medical system comprising an error correction unit of the first set of components (comprising, in part, transmitter 37); the error correction unit operable to perform error correction on the second data (from the wrist unit): "The transmitter 54 will continue transmitting an electromagnetic signal 17 until a correct electromagnetic signal 16 is delivered by transmitter 37 to receiver 46 in the wrist unit" (column 13, line 17 through line 20). A person skilled in the art would know that this method constitutes a type of error correction called Automatic Repeat Request (ARQ) in which a lack of acknowledgement by transmitter 37 due to received errors (e.g. the unit's failure to switch to the commanded transmission frequency) causes the wrist unit to repeat its transmission. Gorman discusses the motivation for his design choice to use forward error correction in the wrist unit and ARQ error correction in the chest unit in column 13, line 5 through line 20. |

| '991 Patent:  Claim 67 | Gorman |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Gorman discloses a receiver operable to receive data from the transmitter in the wrist unit: "The chest unit generally contains a means to receive a frequency change signal from the wrist unit" (column 5, line 29 through 37). Gorman further discloses that this frequency change signal is transmitted by the evaluation station transmitter: "wrist unit 14 contains … a transmitter 54 for the wireless transmission of frequency change signals to the chest unit" (column 11, line 62 through column 12, line 1). See also: Abstract; FIG. 3A; 3:23-28; 3:54-58; 4:4-8; 4:27-50; 4:57-5:2; 5:29-55; 6:28-35; 6:63-68; 8:1-3; 8:11-15; 8:41-48; 8:58-68; 9:62-68; 10:25-30; 10:54-59; 11:15-17; 11:26-37; 11:42-50; 12:7-17; See also Figs 7k through 7m in US 5,157,604 (cited on 2:59 of '794) and their associated descriptions. |

805

| '991 Patent:  Claim 69 | Gorman |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Abstract; FIG. 3A; 3:23-28; 3:54-58; 4:4-8; 4:27-50; 4:57-5:2; 5:29-55; 6:28-35; 6:63-68; 8:1-3; 8:11-15; 8:41-48; 8:58-68; 9:62-68; 10:25-30; 10:54-59; 11:15-17; 11:26-37; 11:42-50; 12:7-17; See also Figs 7k through 7m in US 5,157,604 (cited on 2:59 of '794) and their associated descriptions. |

| '991 Patent:  Claim 72 | Gorman |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Gorman discloses a medical system wherein the evaluator station (e.g. wrist unit) is operable to perform error correction on the first data transmitted by the first transmitter (in the chest unit): "Prior to the transmission of a digital signal from chest unit 12 to wrist unit 14, the digital signal is given a specific binary identification sequence. Further, the individual digital pulses in the pulse train 20 are each encoded into m bits. The pattern and its order will be changed if m is changed. Since the wrist unit 14 knows the predetermined code for the data portion of the signal, the missing of up to 2m-1 continuous signals will be immediately noticed and the missing signals can be accounted for" (column 8, line 1 through line 37). See also column 4, line 8 through line 11. |

| '991 Patent:  Claim 73 | Gorman |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Gorman discloses a medical system including a cover at least partially covering (e.g. a package) the first set of components: "The invention is most useful in the case of personal use equipment which allows the user to have complete mobility while undergoing heartbeat monitoring. The various components of the chest and wrist units are easily provided by known microelectronic integrated circuit chips that can be packaged together in small volume and battery operated" (column 6, line 38 through line 42). |

| '991 Patent:  Claim 78 | Gorman |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and | Gorman discloses a medical system wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.: "This invention relates to a technique and apparatus for wirelessly monitoring a physical condition or body response such as heartbeat" (column 1, line 8 through line 10) and "While the monitor has been illustrated in an embodiment thereof for monitoring heartbeat rate, it will be understood by those of skill in the art that a signal indicative of another physical condition can be monitored. For example, an acoustical sensor can detect a pulse or a thermometer sensor can detect a |

| '991 Patent:  Claim 78 | Gorman |
|---|---|
| combinations thereof. | temperature. This type of monitor can be applied to measure and display any type of life function, in persons or animals" (column 14, line 25 through line 32). See also column 10, line 34 through line 40. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B51**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: U.S. Pat. No. 5,544,661  "Real Time Ambulatory Patient Monitor" to Davis , *et al.* ("Davis")**

U.S. Pat. No. 5,544,661 to Davis ("Davis") anticipates and/or renders obvious claims  1, 3, 6, 7, 9, 12, 17, 18, 25-27, 30, 31, 39, 45, 46, 48, 51-53,

55, 58, 62, 65, 66, 72, 73, 77, and 78  under 35 U.S.C. § 102.   Davis incorporates, and makes use of, the V.32 modem standard, as described in

the V.32 standard by the ITU/CCITT and in Bryan 1994, in its disclosure.  Davis, Col. 4, ll. 62-65.

| '991 Patent: Claim 1 | Davis |
|---|---|
| A medical system for monitoring body functions of a patient, comprising: | Davis discloses a medical system for monitoring the body functions of a patient.<br><br>     "A patient monitoring system which includes a portable device and a central station. The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus; an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded."  Davis, Abstract. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Davis discloses at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal.<br><br>     "The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40.<br>"The ECG electrodes 203A to 203E (collectively referred to as 203) are connected to a |

| '991 Patent: Claim 1 | Davis |
|---|---|
|  | RL (i.e. right leg) drive, ECG amplifier and multiplexer 511. Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 49-55.<br><br>"The photo plethysmograph transducer 208 is connected to a plethysmograph amplifier and plethysmograph driver 521 which is conventional. Circuit 521 is in turn connected to analog to digital and digital to analog circuit 512." Davis, Col. 4, ll. 56-59.<br><br>"The photo plethysmograph transducer 208 is connected to a plethysmograph amplifier and plethysmograph driver 521 which is conventional. Circuit 521 is in turn connected to analog to digital and digital to analog circuit 512." Davis, Col. 4, ll. 56-59. |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Davis discloses at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data.<br><br>"Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 51-55. |

| '991 Patent: Claim 1 | Davis |
|---|---|
| | <br>Davis, Fig. 5. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; | Davis discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient.<br><br>"FIG. 4 shows the communication paths between the portable patient unit 11 attached to patient 10 and the clinician 12 who is located at the central station 106. All of the data paths shown in FIG. 4 are multiplexed over a commercial cellular telephone link 509 and 104B which is connected to a public switched telephone network (PSTN) 105. The data paths include a data path 401 over which patient information is transferred to the central monitoring station, a two way voice channel 402 which interconnects the patient and the central monitoring station, and a data channel 403 which can be used by the clinician to send data and control signals to the portable unit 11." Davis, Col. 4, ll. 10-21. |

| '991 Patent: Claim 1 | Davis |
|---|---|
| |   Davis, Fig. 5. |
| and at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, | Davis discloses at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station.<br><br>"Finally as indicated by block 306, the clinician 12 can send instructions which activate the therapeutic apparatus 207 worn by the patient. In the preferred embodiment shown herein the therapeutic apparatus 207 comprises a defibrillator. The clinician 12 can also send a new set of parameters to the decision logic 103 or a new analysis program to the analysis logic 102."  Davis, Col. 4, ll. 4-10.<br><br>"*FIG. 4 shows the communication paths between the portable patient unit 11 attached to patient 10 and the clinician 12 who is located at the central station 106. All of the data paths shown in FIG. 4 are multiplexed over a commercial cellular telephone link 509 and 104B which is connected to a public switched telephone network (PSTN) 105.* The data paths include a data path 401 over which patient information is transferred to the central monitoring station, a two way voice channel 402 which interconnects the patient and the central monitoring station, and a data |

| '991 Patent: Claim 1 | Davis |
|---|---|
| | channel 403 *which can be used by the clinician to send data and control signals to the portable unit 11.*" *Davis, Col. 4, ll. 11-21.*<br><br>    "The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and *the central station is able to send control data and parameter data to unit 11*." Davis, Col. 7, ll. 5-11.<br><br><br><br>Davis, Fig. 4. |

| '991 Patent: Claim 1 | Davis |
|---|---|
| | <br>Davis, Fig. 5 |
| the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Davis discloses formatting data operable to change a format for transmission of digital data from the transmitter to the evaluator station.<br><br>"Next, as indicated by block 802, unit 11 makes contact with the central station 106 and (block 803) *operating programs and setup data are downloaded from the central station to unit 11*." Davis, Col. 5, ll. 58-61.<br><br>"The operations in state 4 are identical to those in state 3 except that as indicated by blocks 1001, and 1002, the cellular phone 509 is in a "standby" or powered up state. In this state the unit can receive a call from the central station. *If the unit does receive a call (block 1002), it will go to either state 5 or state 6 as directed by the call that is received*." Davis, Col. 6, l. 66-Col. 7, l. 4.<br><br>"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central |

| '991 Patent: Claim 1 | Davis |
|---|---|
| | station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28. <br><br> "The operations that take place in state 6 are shown in FIG. 12. In addition to the operations that take place in state 3, ***the control data from block 1108 is used to select data for transmission (block 1201). In response to the control data received from block 1108, either the data which is stored in the 60 minute history (block 941), the trend and strip buffer (942), or the 60 minute plethysmograph buffer (block 944) are passed through the data selector (block 1201) and transmitted to the central station (block 1110) via the cellular phone 509***. It is noted that with respect to the hardware shown in FIG. 5, all of the buffered information is stored in RAM memory 522 and the selection indicated by block 1201 is a selection made under program control by microcontroller 513. Furthermore, the various control commands are part of the data that is downloaded as indicated by block 1108." Davis, Col. 7, ll. 29-45. <br><br> "Additionally, Davis discloses that the wireless monitoring system utilizes the v.32 ETC standard.  Davis at Col. 4, ll. 63-65.  The operation of v.32 ETC standard is discussed in "Enhanced Throughput Cellular makes you forget that your data is riding on an analog connection,"  Bryan, Byte Magazine, September 1, 1994 ("Bryan").  Accordingly, one of ordinary skill in the art would understand the disclosure of Bryan to be inherently disclosed in Davis. <br><br> Bryan discloses that the transmitter changes a baud rate in response to formatting data |

| '991 Patent: Claim 1 | Davis |
|---|---|
| | received from a remote transmitter (which in Davis is in the evaluator station). One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time.<br><br>"ETC also monitors the cellular channel. Auto-rating is a technology that works in conjunction with the V.32bis standard to measure disruptive phenomena, like harmonic distortion, phase jitter, and signal-to-noise ratios. The measured figures are translated into a cumulative absolute number, which is compared to a table of acceptable levels for any given transmission speed. While V.32bis supports speeds of 4800 bps to 14.4 Kbps, ETC will let the modem drop even lower, to the V.22 standard of 1200 bps. ETC skips the V.22bis 2400-bps standard, because a quirk in the modulation algorithm causes it to yield worse results than V.32bis at 4800 bps. Auto-rating is capable of adjusting the transmission speed, in certain cases, as often as every 5 seconds, although a more realistic number is about every 15 seconds. This reduces the risk of dropped calls while simultaneously taking advantage of the fastest possible transmission rates. The net effect of this protocol is the efficient use of air time, which is the expensive component of cellular communication." Bryan at 2-3.<br><br>Bryan also discloses that the shared frequency utilized by the transmitter can be adjusted dynamically in response to a command from a remote transmitter (which in Davis is the evaluator station).<br><br>"Cellular transmission is a circuit-switched technology. In it, cellular  transceivers switch between frequencies to avoid interference as new calls come on the air or simply to acquire a better signal-to-noise ratio on a transmission channel." Bryan at 1." |

| '991 Patent: Claim 3 | Davis |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Davis discloses a sensor capable of being fastened to a surface of a skin of the patient.<br>    "…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1). |

| '991 Patent: Claim 6 | Davis |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | Davis discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br><br>    "…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1).<br><br>    "FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40. |

| '991 Patent: Claim 6 | Davis |
|---|---|
| |  Davis, Fig. 2 |

| '991 Patent: Claim 7 | Davis |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | Davis discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40. |

702913538

| '991 Patent: Claim 7 | Davis |
|---|---|
| | 
Davis, Fig. 2. |

| '991 Patent Claim 8 | Davis |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Davis discloses a sensor placed on a wrist of a patient and a medical system measures oxygen saturation:<br>"(c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A"  Davis, Col. 3, ll. 36-37.<br>One of ordinary skill in the art would understand that a photo-plethysmograph could be used to measure oxygen saturation. |

| '991 Patent: Claim 9 | Davis |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | Davis discloses a sensor, converter, transmitter, and receiver arranged on a garment.<br><br>"FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) |

702913538

| '991 Patent: Claim 9 | Davis |
|---|---|
| | photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B. Each of the devices worn by the patient 10 are connected by wires to unit 11. A conventional cellular phone antenna 204 is connected to unit 11. For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2. The exact configuration of the harness and arm strap are not particularly relevant to the present invention and they can take a wide variety of forms including simple pieces of adhesive tape or an arm strap and shoulder harness made from elastic fabric material. Defibrillation unit 207 is attached to a belt 207A which is worn around the patient's waist. |

| '991 Patent Claim 11 | Davis |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | Davis discloses that oxygen saturation is measured: "(c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A"  Davis, Col. 3, ll. 36-37. One of ordinary skill in the art would understand that a photo-plethysmograph could be used to measure oxygen saturation. |

| '991 Patent: Claim 12 | Davis |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Davis discloses monitoring the  pulse of a patient.  "The ECG data is handled in a conventional manner. First, the type of waveforms are detected and classified (block 1304). Next (block 1305) the baseline of the waveform is corrected and the beats are averaged, and finally the waveform is measured (block 1306). The baseline correction and averaging provides "average beat templates" that are used by the detection and classification process. Block 1306 provides the following data to the analysis block 1310: S-T deviation, QRS width and rate, Abnormal Beat Rate and Duration, RR interval, Q-T interval and T wave amplitude and polarity. These are all standard ECG measurements that are performed in accordance with the teaching in the prior art."  Davis, Col. 7, l. 60-Col. 8, l. 5. |

| '991 Patent: Claim 17 | Davis |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Davis discloses an evaluator station is operable to perform forward error correction.<br><br>"Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting. The microcontroller 513 controls both the cellular phone 509, the digital signal processor 507 and the defibrillator 207." Davis, Col. 4, ll. 60-67.<br><br>"The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)." Davis, Col. 7, ll. 13-17.<br><br>"ETC also breaks up data to be sent into smaller frames than most error-correcting protocols. ETC frames are 32 bytes in length, one-quarter the standard V.42 setting. (There is a modem command that enables the manual selection of smaller frame sizes, but who has ever used it?) Using smaller frames has two positive results in error correction. First, frames that the receiving modem determines need replacing are smaller and can be sent in less time than their larger predecessors. Second, a modem can send more frames before receiving an acknowledgment from the receiving device." Bryan 1994 at 3.<br><br>Davis discloses error correcting within cellular modems, including using V.32 and ETC, which implements error correction. One of ordinary skill in the art would understand that this could constitute forward error correction. |

| '991 Patent: Claim 18 | Davis |
|---|---|
| 18. A medical system according to claim 1 further comprising an error | Davis discloses an error correction unit operable to perform error correction on the information received by a receiver. |

| '991 Patent: Claim 18 | Davis |
|---|---|
| correction unit operable to perform error correction on the information received by the at least one receiver. | "Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting."  Davis, Col. 4, ll. 60-65.<br><br>        "Next (block 804) the microcontroller 513 runs a subroutine which checks the quality of the signals the system is receiving from the modem and the ECG and photo-plethysmograph sensors. If the quality is not satisfactory, the unit 11 issues an audible alarm, sends an error message to the central station and remains in state 2."  Davis, Col. 5, ll. 61-67.<br><br>        "The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)."  Davis, Col. 7, ll. 13-17. |

| '991 Patent: Claim 25 | Davis |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Davis discloses an evaluator station operable to perform error correction on the digital data transmitted by the at least one transmitter.<br><br>"Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting."  Davis, Col. 4, ll. 60-65.<br><br>        "Next (block 804) the microcontroller 513 runs a subroutine which checks the quality of the signals the system is receiving from the modem and the ECG and photo-plethysmograph sensors. If the quality is not satisfactory, the unit 11 issues an audible alarm, sends an error message to the central station and remains in state 2."  Davis, Col. 5, ll. 61-67.<br><br>        "The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error |

| '991 Patent: Claim 25 | Davis |
|---|---|
| | corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)."  Davis, Col. 7, ll. 13-17. |

| '991 Patent: Claim 26 | Davis |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Davis discloses a cover at least partially covering a receiver, transmitter, and converter.<br><br>    "For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2."  Davis, Col. 3, ll. 42-44.<br><br><br><br>Davis, Fig. 2. |

| '991 Patent: Claim 27 | Davis |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Davis discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>    "For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2."  Davis, Col. 3, ll. 42-44. |

| '991 Patent: Claim 27 | Davis |
|---|---|
| |   Davis, Fig. 2. |

| '991 Patent: Claim 30 | Davis |
|---|---|
| 30. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Davis discloses a transmitter responsive to the received information, the received information operative to manipulate the digital data.<br><br>    "Next, as indicated by block 802, unit 11 makes contact with the central station 106 and (block 803) *operating programs and setup data are downloaded from the central station to unit 11*."  Davis, Col. 5, ll. 58-61.<br><br>    "The operations in state 4 are identical to those in state 3 except that as indicated by blocks 1001, and 1002, the cellular phone 509 is in a "standby" or powered up state. *In this state the unit can receive a call from the central station. If the unit does receive a call (block 1002), it will go to either state 5 or state 6 as directed by the call that is received*."  Davis, Col. 6, l. 66-Col. 7, l. 4.<br><br>    "The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the |

| '991 Patent: Claim 30 | Davis |
|---|---|
| | cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28.<br><br>        "The operations that take place in state 6 are shown in FIG. 12. ***In addition to the operations that take place in state 3, the control data from block 1108 is used to select data for transmission (block 1201). In response to the control data received from block 1108, either the data which is stored in the 60 minute history (block 941), the trend and strip buffer (942), or the 60 minute plethysmograph buffer (block 944) are passed through the data selector (block 1201) and transmitted to the central station (block 1110) via the cellular phone 509.*** It is noted that with respect to the hardware shown in FIG. 5, all of the buffered information is stored in RAM memory 522 and the selection indicated by block 1201 is a selection made under program control by microcontroller 513. Furthermore, the various control commands are part of the data that is downloaded as indicated by block 1108." Davis, Col. 7, ll. 29-45.<br><br>Davis discloses that the transmitter changes a baud rate in response to formatting data received from the evaluator station. One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time. |

| '991 Patent: Claim 31 | Davis |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to | Davis discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter. |

| '991 Patent: Claim 31 | Davis |
|---|---|
| the received information, the received information operative to control operation of the transmitter. | "Next, as indicated by block 802, unit 11 makes contact with the central station 106 and (block 803) *operating programs and setup data are downloaded from the central station to unit 11*."  Davis, Col. 5, ll. 58-61.<br><br>"The operations in state 4 are identical to those in state 3 except that as indicated by blocks 1001, and 1002, the cellular phone 509 is in a "standby" or powered up state. *In this state the unit can receive a call from the central station. If the unit does receive a call (block 1002), it will go to either state 5 or state 6 as directed by the call that is received*."  Davis, Col. 6, l. 66-Col. 7, l. 4.<br><br>"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28.<br><br>"The operations that take place in state 6 are shown in FIG. 12. In addition to the operations that take place in state 3, the control data from block 1108 is used to select data for transmission (block 1201). *In response to the control data received from block 1108, either the data which is stored in the 60 minute history (block 941), the trend and strip buffer (942), or the 60 minute plethysmograph buffer (block 944) are passed through the data selector (block 1201) and transmitted to the central* |

| '991 Patent: Claim 31 | Davis |
|---|---|
| | ***station (block 1110) via the cellular phone 509.*** It is noted that with respect to the hardware shown in FIG. 5, all of the buffered information is stored in RAM memory 522 and the selection indicated by block 1201 is a selection made under program control by microcontroller 513. Furthermore, the various control commands are part of the data that is downloaded as indicated by block 1108." Davis, Col. 7, ll. 29-45.<br><br>"Additionally, Davis discloses that the wireless monitoring system utilizes the v.32 ETC standard.  Davis at Col. 4, ll. 63-65.  The operation of v.32 ETC standard is discussed in "Enhanced Throughput Cellular makes you forget that your data is riding on an analog connection,"  Bryan, Byte Magazine, September 1, 1994 ("Bryan"). Accordingly, one of ordinary skill in the art would understand the disclosure of Bryan to be inherently disclosed in Davis.<br><br>Bryan discloses that the transmitter changes a baud rate in response to formatting data received from a remote transmitter (which in Davis is in the evaluator station). One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time.<br><br>"ETC also monitors the cellular channel. Auto-rating is a technology that works in conjunction with the V.32bis standard to measure disruptive phenomena, like harmonic distortion, phase jitter, and signal-to-noise ratios. The measured figures are translated into a cumulative absolute number, which is compared to a table of acceptable levels for any given transmission speed. While V.32bis supports speeds of 4800 bps to 14.4 Kbps, ETC will let the modem drop even lower, to the V.22 standard of 1200 bps. ETC skips the V.22bis 2400-bps standard, because a quirk in the modulation algorithm causes it to yield worse results than V.32bis at 4800 bps. Auto-rating is capable of adjusting the transmission speed, in certain cases, as often as every 5 seconds, although a more realistic number is about every 15 seconds. This reduces the risk of dropped calls while simultaneously taking advantage of the fastest possible transmission rates. The net effect of this protocol is the efficient use of air time, which is the expensive component of cellular communication." Bryan at 2-3.<br><br>Bryan also discloses that the shared frequency utilized by the transmitter can be |

| '991 Patent: Claim 31 | Davis |
|---|---|
| | adjusted dynamically in response to a command from a remote transmitter (which in Davis is the evaluator station).<br><br>"Cellular transmission is a circuit-switched technology. In it, cellular transceivers switch between frequencies to avoid interference as new calls come on the air or simply to acquire a better signal-to-noise ratio on a transmission channel." Bryan at 1." |

| '991 Patent: Claim 32 | Davis |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | Davis discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient.<br><br>    "Next (block 804) the microcontroller 513 runs a subroutine which checks the quality of the signals the system is receiving from the modem and the ECG and photo-plethysmograph sensors. If the quality is not satisfactory, the unit 11 issues an audible alarm, sends an error message to the central station and remains in state 2."  Davis, Col. 5, ll. 61-67. |

| '991 Patent: Claim 33 | Davis |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Davis discloses an evaluator station comprising a display operable to display the digital data. |

827

| '991 Patent: Claim 33 | Davis |
|---|---|
| | <br>Davis, Fig. 15 (display of the central monitoring station). |

| '991 Patent: Claim 34 | Davis |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Davis discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"A patient monitoring system which includes a portable device and a central station. *The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus*; an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded." Davis, Abstract.<br><br>"If *the patient's data is outside the preset parameters*, cellular phone 509 is |

| '991 Patent: Claim 34 | Davis |
|---|---|
| | activated by controller logic 109. Cellular phone 509 is a conventional cellular phone which operates with cellular system 104B and through the public network 105. The cellular phone dials into the central monitoring station 106 whenever the patient's condition is outside the preset parameters. ***The patient's ECG waveform, calculated metrics, trends, measurements made by the plethysmograph, and the stored ECG and plethysmograph strips are sent to the central station 106 through the cellular phone 509 and 104B and the public network 105.*** A clinician 12 located at the central station can observe the patient's physiological data and the clinician can also voice communicate with the patient or someone proximate to the patient over the same public network 105 and cellular communication channel 509 and 104B that is transmitting the data to the central monitoring station 106." Davis, Col. 3, ll. 6-21.<br><br>"***The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B.*** Each of the devices worn by the patient 10 are connected by wires to unit 11. A conventional cellular phone antenna 204 is connected to unit 11. For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2. The exact configuration of the harness and arm strap are not particularly relevant to the present invention and they can take a wide variety of forms including simple pieces of adhesive tape or an arm strap and shoulder harness made from elastic fabric material. Defibrillation unit 207 is attached to a belt 207A which is worn around the patient's waist." Davis, Col. 3, 32-50.<br><br>"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. ***Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11.*** As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass |

| '991 Patent: Claim 34 | Davis |
|---|---|
| | filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28. |

| '991 Patent: Claim 35 | Davis |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Davis discloses digital data transmitted by the transmitter representing an electrical signal. "Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 51-55. |



| '991 Patent: Claim 35 | Davis |
|---|---|
|  | Davis, Fig. 5. |

| '991 Patent: Claim 36 | Davis |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Davis discloses digital data transmitted by the transmitter representing processed information.<br><br>"Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 51-55.<br><br><br><br>Davis, Fig. 5. |

| '991 Patent: Claim 37 | Davis |
|---|---|
| 37. A medical system for monitoring body functions of | Davis discloses a medical system for monitoring body functions of a patient. |

| '991 Patent: Claim 37 | Davis |
|---|---|
| a patient comprising: | "A patient monitoring system which includes a portable device and a central station. The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus; an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded." Davis, Abstract. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Davis discloses an evaluator station located remotely from a patient and operable for wireless data communication.<br><br>"If the patient's data is outside the preset parameters, cellular phone 509 is activated by controller logic 109. Cellular phone 509 is a conventional cellular phone which operates with cellular system 104B and through the public network 105. The cellular phone dials into the central monitoring station 106 whenever the patient's condition is outside the preset parameters. The patient's ECG waveform, calculated metrics, trends, measurements made by the plethysmograph, and the stored ECG and plethysmograph strips are sent to the central station 106 through the cellular phone 509 and 104B and the public network 105. A clinician 12 located at the central station can observe the patient's physiological data and the clinician can also voice communicate with the patient or someone proximate to the patient over the same public network 105 and cellular communication channel 509 and 104B that is transmitting the data to the central monitoring station 106." Davis, Col. 3, ll. 6-21. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, | Davis discloses a sensor capable of being arranged on a patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient.<br><br>"The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B." Davis, Col. 3, ll. 32-40.<br><br>"The ECG electrodes 203A to 203E (collectively referred to as 203) are connected to a RL (i.e. right leg) drive, ECG amplifier and multiplexer 511. Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to |

| '991 Patent: Claim 37 | Davis |
|---|---|
|  | digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 49-55.<br>"The photo plethysmograph transducer 208 is connected to a plethysmograph amplifier and plethysmograph driver 521 which is conventional. Circuit 521 is in turn connected to analog to digital and digital to analog circuit 512." Davis, Col. 4, ll. 56-59.<br><br>    "The photo plethysmograph transducer 208 is connected to a plethysmograph amplifier and plethysmograph driver 521 which is conventional. Circuit 521 is in turn connected to analog to digital and digital to analog circuit 512." Davis, Col. 4, ll. 56-59. |
| and operable to convert the detected property into an electric signal; | Davis discloses a sensor operable to convert a detected property into an electric signal.<br><br>"Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 51-55.<br><br><br><br>Davis, Fig. 5. |
| a converter coupled to the sensor, | Davis discloses a converter coupled to the sensor.<br><br>    "Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 51-55. |

| '991 Patent: Claim 37 | Davis |
|---|---|
| |  Davis, Fig. 5. |
| the converter operable to convert the electric signal generated by the sensor into digital data; | Davis discloses a converter operable to convert an electric signal generated by the sensor into digital data.<br><br>"Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional."  Davis, Col. 4, ll. 51-55. |

| '991 Patent: Claim 37 | Davis |
|---|---|
| | <br>Davis, Fig. 5. |
| and a transmitter coupled to the converter, | Davis discloses a transmitter coupled to the converter.<br><br>    FIG. 4 shows the communication paths between the portable patient unit 11 attached to patient 10 and the clinician 12 who is located at the central station 106. All of the data paths shown in FIG. 4 are multiplexed over a commercial cellular telephone link 509 and 104B which is connected to a public switched telephone network (PSTN) 105. The data paths include a data path 401 over which patient information is transferred to the central monitoring station, a two way voice channel 402 which interconnects the patient and the central monitoring station, and a data channel 403 which can be used by the clinician to send data and control signals to the portable unit 11."  Davis, Col. 4, ll. 10-21. |

| '991 Patent: Claim 37 | Davis |
|---|---|
| |  Davis, Fig. 5. |
| the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Davis discloses a transmitter operable to wirelessly transmit the digital data to the evaluator station.

FIG. 4 shows the communication paths between the portable patient unit 11 attached to patient 10 and the clinician 12 who is located at the central station 106. All of the data paths shown in FIG. 4 are multiplexed over a commercial cellular telephone link 509 and 104B which is connected to a public switched telephone network (PSTN) 105. The data paths include a data path 401 over which patient information is transferred to the central monitoring station, a two way voice channel 402 which interconnects the patient and the central monitoring station, and a data channel 403 which can be used by the clinician to send data and control signals to the portable unit 11."  Davis, Col. 4, ll. 10-21. |

| '991 Patent: Claim 37 | Davis |
|---|---|



Davis, Fig. 5.

| a receiver operable to receive information from the evaluator station through wireless communication; | Davis discloses a receiver operable to receive information from an evaluator station through wireless communication.

"Finally as indicated by block 306, the *clinician 12 can send instructions which activate the therapeutic apparatus 207 worn by the patient*. In the preferred embodiment shown herein the therapeutic apparatus 207 comprises a defibrillator. The clinician 12 can also send a new set of parameters to the decision logic 103 or a new analysis program to the analysis logic 102."  Davis, Col. 4, ll. 4-10.

"*FIG. 4 shows the communication paths between the portable patient unit 11 attached to patient 10 and the clinician 12 who is located at the central station 106. All of the data paths shown in FIG. 4 are multiplexed over a commercial cellular telephone link 509 and 104B which is connected to a public switched telephone network (PSTN) 105.* The data paths include a data path 401 over which patient information is transferred to the central monitoring station, a two way voice channel 402 which interconnects the patient and the central monitoring station, and a data channel 403 which can be used by the clinician to send data and control signals to the |

| '991 Patent: Claim 37 | Davis |
|---|---|
| | portable unit 11." Davis, Col. 4, ll. 11-21.<br><br>"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 *and the central station is able to send control data and parameter data to unit 11*." Davis, Col. 7, ll. 5-11.<br><br><br><br>Davis, Fig. 4. |

| '991 Patent: Claim 37 | Davis |
|---|---|
| | <br>Davis, Fig. 5 |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Davis discloses an evaluator station operable to change the format of the digital data transmitted from the transmitter to the evaluator station.<br><br>"Next, as indicated by block 802, unit 11 makes contact with the central station 106 and (block 803) *operating programs and setup data are downloaded from the central station to unit 11.*" Davis, Col. 5, ll. 58-61.<br><br>"The operations in state 4 are identical to those in state 3 except that as indicated by blocks 1001, and 1002, the cellular phone 509 is in a "standby" or powered up state. In this state the unit can receive a call from the central station. *If the unit does receive a call (block 1002), it will go to either state 5 or state 6 as directed by the call that is received.*" Davis, Col. 6, l. 66-Col. 7, l. 4.<br><br>"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central |

| '991 Patent: Claim 37 | Davis |
|---|---|
| | station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28.<br><br>          "The operations that take place in state 6 are shown in FIG. 12. In addition to the operations that take place in state 3, the control data from block 1108 is used to select data for transmission (block 1201). *In response to the control data received from block 1108, either the data which is stored in the 60 minute history (block 941), the trend and strip buffer (942), or the 60 minute plethysmograph buffer (block 944) are passed through the data selector (block 1201) and transmitted to the central station (block 1110) via the cellular phone 509.* It is noted that with respect to the hardware shown in FIG. 5, all of the buffered information is stored in RAM memory 522 and the selection indicated by block 1201 is a selection made under program control by microcontroller 513. Furthermore, the various control commands are part of the data that is downloaded as indicated by block 1108." Davis, Col. 7, ll. 29-45.<br><br><br>Additionally, Davis discloses that the wireless monitoring system utilizes the v.32 ETC standard.  Davis at Col. 4, ll. 63-65.  The operation of v.32 ETC standard is discussed in "Enhanced Throughput Cellular makes you forget that your data is riding on an analog connection,"  Bryan, Byte Magazine, September 1, 1994 ("Bryan"). Accordingly, one of ordinary skill in the art would understand the disclosure of Bryan to be inherently disclosed in Davis. |

| '991 Patent: Claim 37 | Davis |
|---|---|
| | Bryan discloses that the transmitter changes a baud rate in response to formatting data received from a remote transmitter (which in Davis is in the evaluator station). One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time.<br><br>"ETC also monitors the cellular channel. Auto-rating is a technology that works in conjunction with the V.32bis standard to measure disruptive phenomena, like harmonic distortion, phase jitter, and signal-to-noise ratios. The measured figures are translated into a cumulative absolute number, which is compared to a table of acceptable levels for any given transmission speed. While V.32bis supports speeds of 4800 bps to 14.4 Kbps, ETC will let the modem drop even lower, to the V.22 standard of 1200 bps. ETC skips the V.22bis 2400-bps standard, because a quirk in the modulation algorithm causes it to yield worse results than V.32bis at 4800 bps. Auto-rating is capable of adjusting the transmission speed, in certain cases, as often as every 5 seconds, although a more realistic number is about every 15 seconds. This reduces the risk of dropped calls while simultaneously taking advantage of the fastest possible transmission rates. The net effect of this protocol is the efficient use of air time, which is the expensive component of cellular communication." Bryan at 2-3.<br><br>Bryan also discloses that the shared frequency utilized by the transmitter can be adjusted dynamically in response to a command from a remote transmitter (which in Davis is the evaluator station).<br><br>"Cellular transmission is a circuit-switched technology. In it, cellular transceivers switch between frequencies to avoid interference as new calls come on the air or simply to acquire a better signal-to-noise ratio on a transmission channel." Bryan at 1." |

| '991 Patent: Claim 39 | Davis |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the | Davis discloses first and second arrangements positionable adjacent to the patient.<br><br>    "…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a |

| '991 Patent: Claim 39 | Davis |
|---|---|
| patient. | location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1).<br><br>"FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40.<br><br><br><br>Davis, Fig. 2 |

| '991 Patent: Claim 45 | Davis |
|---|---|

702913538

| '991 Patent: Claim 45 | Davis |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Davis discloses an evaluator station operable to manipulate the digital data. |

Davis discloses an evaluator station operable to manipulate the digital data.

"Next, as indicated by block 802, unit 11 makes contact with the central station 106 and (block 803) *operating programs and setup data are downloaded from the central station to unit 11*."  Davis, Col. 5, ll. 58-61.

"The operations in state 4 are identical to those in state 3 except that as indicated by blocks 1001, and 1002, the cellular phone 509 is in a "standby" or powered up state. In this state the unit can receive a call from the central station. If the unit does receive a call (block 1002), it will go to either state 5 or state 6 as directed by the call that is received."  Davis, Col. 6, l. 66-Col. 7, l. 4.

"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522."  Davis, Col. 7, ll. 5-28.

"The operations that take place in state 6 are shown in FIG. 12. In addition to the operations that take place in state 3, the control data from block 1108 is used to select data for transmission (block 1201*). In response to the control data received from block 1108, either the data which is stored in the 60 minute history (block 941), the trend and strip buffer (942), or the 60 minute plethysmograph buffer (block 944) are passed through the data selector (block 1201) and transmitted to the central*

843

| '991 Patent: Claim 45 | Davis |
|---|---|
| | ***station (block 1110) via the cellular phone 509.*** It is noted that with respect to the hardware shown in FIG. 5, all of the buffered information is stored in RAM memory 522 and the selection indicated by block 1201 is a selection made under program control by microcontroller 513. Furthermore, the various control commands are part of the data that is downloaded as indicated by block 1108." Davis, Col. 7, ll. 29-45.<br><br>"Additionally, Davis discloses that the wireless monitoring system utilizes the v.32 ETC standard. Davis at Col. 4, ll. 63-65. The operation of v.32 ETC standard is discussed in "Enhanced Throughput Cellular makes you forget that your data is riding on an analog connection," Bryan, Byte Magazine, September 1, 1994 ("Bryan"). Accordingly, one of ordinary skill in the art would understand the disclosure of Bryan to be inherently disclosed in Davis.<br><br>Bryan discloses that the transmitter changes a baud rate in response to formatting data received from a remote transmitter (which in Davis is in the evaluator station). One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time.<br><br>"ETC also monitors the cellular channel. Auto-rating is a technology that works in conjunction with the V.32bis standard to measure disruptive phenomena, like harmonic distortion, phase jitter, and signal-to-noise ratios. The measured figures are translated into a cumulative absolute number, which is compared to a table of acceptable levels for any given transmission speed. While V.32bis supports speeds of 4800 bps to 14.4 Kbps, ETC will let the modem drop even lower, to the V.22 standard of 1200 bps. ETC skips the V.22bis 2400-bps standard, because a quirk in the modulation algorithm causes it to yield worse results than V.32bis at 4800 bps. Auto-rating is capable of adjusting the transmission speed, in certain cases, as often as every 5 seconds, although a more realistic number is about every 15 seconds. This reduces the risk of dropped calls while simultaneously taking advantage of the fastest possible transmission rates. The net effect of this protocol is the efficient use of air time, which is the expensive component of cellular communication." Bryan at 2-3.<br><br>Bryan also discloses that the shared frequency utilized by the transmitter can be |

| '991 Patent: Claim 45 | Davis |
|---|---|
| | adjusted dynamically in response to a command from a remote transmitter (which in Davis is the evaluator station). "Cellular transmission is a circuit-switched technology. In it, cellular transceivers switch between frequencies to avoid interference as new calls come on the air or simply to acquire a better signal-to-noise ratio on a transmission channel." Bryan at 1." |

| '991 Patent: Claim 46 | Davis |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Davis discloses an evaluator station operable to control the transmitter. "Next, as indicated by block 802, unit 11 makes contact with the central station 106 and (block 803) *operating programs and setup data are downloaded from the central station to unit 11*." Davis, Col. 5, ll. 58-61. "The operations in state 4 are identical to those in state 3 except that as indicated by blocks 1001, and 1002, the cellular phone 509 is in a "standby" or powered up state. In this state the unit can receive a call from the central station. *If the unit does receive a call (block 1002), it will go to either state 5 or state 6 as directed by the call that is received*." Davis, Col. 6, l. 66-Col. 7, l. 4. "The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is |

| '991 Patent: Claim 46 | Davis |
|---|---|
| | noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28. |

"The operations that take place in state 6 are shown in FIG. 12. In addition to the operations that take place in state 3, the control data from block 1108 is used to select data for transmission (block 1201). ***In response to the control data received from block 1108, either the data which is stored in the 60 minute history (block 941), the trend and strip buffer (942), or the 60 minute plethysmograph buffer (block 944) are passed through the data selector (block 1201) and transmitted to the central station (block 1110) via the cellular phone 509.*** It is noted that with respect to the hardware shown in FIG. 5, all of the buffered information is stored in RAM memory 522 and the selection indicated by block 1201 is a selection made under program control by microcontroller 513. Furthermore, the various control commands are part of the data that is downloaded as indicated by block 1108." Davis, Col. 7, ll. 29-45.

"Additionally, Davis discloses that the wireless monitoring system utilizes the v.32 ETC standard. Davis at Col. 4, ll. 63-65. The operation of v.32 ETC standard is discussed in "Enhanced Throughput Cellular makes you forget that your data is riding on an analog connection," Bryan, Byte Magazine, September 1, 1994 ("Bryan"). Accordingly, one of ordinary skill in the art would understand the disclosure of Bryan to be inherently disclosed in Davis.

Bryan discloses that the transmitter changes a baud rate in response to formatting data received from a remote transmitter (which in Davis is in the evaluator station). One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time.

"ETC also monitors the cellular channel. Auto-rating is a technology that works in conjunction with the V.32bis standard to measure disruptive phenomena, like harmonic distortion, phase jitter, and signal-to-noise ratios. The measured figures are translated into a cumulative absolute number, which is compared to a table of acceptable levels

| '991 Patent: Claim 46 | Davis |
|---|---|
| | for any given transmission speed. While V.32bis supports speeds of 4800 bps to 14.4 Kbps, ETC will let the modem drop even lower, to the V.22 standard of 1200 bps. ETC skips the V.22bis 2400-bps standard, because a quirk in the modulation algorithm causes it to yield worse results than V.32bis at 4800 bps. Auto-rating is capable of adjusting the transmission speed, in certain cases, as often as every 5 seconds, although a more realistic number is about every 15 seconds. This reduces the risk of dropped calls while simultaneously taking advantage of the fastest possible transmission rates. The net effect of this protocol is the efficient use of air time, which is the expensive component of cellular communication." Bryan at 2-3.<br><br>Bryan also discloses that the shared frequency utilized by the transmitter can be adjusted dynamically in response to a command from a remote transmitter (which in Davis is the evaluator station).<br><br>"Cellular transmission is a circuit-switched technology. In it, cellular transceivers switch between frequencies to avoid interference as new calls come on the air or simply to acquire a better signal-to-noise ratio on a transmission channel." Bryan at 1." |

| '991 Patent: Claim 48 | Davis |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Davis discloses a sensor operable to be placed on a wrist of the patient.<br><br>    FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B. Each of the devices worn by the patient 10 are connected by wires to unit 11. A conventional cellular phone antenna 204 is connected to unit 11. For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2. The exact configuration of the harness and arm strap are not particularly relevant to the present invention and they can take a wide variety of forms including simple pieces of adhesive tape or an arm strap and shoulder harness made from elastic fabric material. |

| '991 Patent: Claim 48 | Davis |
|---|---|
| | Defibrillation unit 207 is attached to a belt 207A which is worn around the patient's waist. |

| '991 Patent Claim 49 | Davis |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Davis discloses that oxygen saturation is measured. "(c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A"  Davis, Col. 3, ll. 36-37. One of ordinary skill in the art would understand that a photo-plethysmograph could be used to measure oxygen saturation. |

| '991 Patent: Claim 51 | Davis |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Davis discloses an evaluator station including a display.<br><br><br><br>Davis, Fig. 15 (display of the central monitoring station). |

| '991 Patent: Claim 52 | Davis |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Davis discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"A patient monitoring system which includes a portable device and a central station. *The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus;* an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded." Davis, Abstract.<br><br>"*If the patient's data is outside the preset parameters, cellular phone 509 is activated by controller logic 109.* Cellular phone 509 is a conventional cellular phone which operates with cellular system 104B and through the public network 105. The cellular phone dials into the central monitoring station 106 whenever the patient's condition is outside the preset parameters. *The patient's ECG waveform, calculated metrics, trends, measurements made by the plethysmograph, and the stored ECG and plethysmograph strips are sent to the central station 106 through the cellular phone 509 and 104B and the public network 105.* A clinician 12 located at the central station can observe the patient's physiological data and the clinician can also voice communicate with the patient or someone proximate to the patient over the same public network 105 and cellular communication channel 509 and 104B that is transmitting the data to the central monitoring station 106." Davis, Col. 3, ll. 6-21.<br><br>"*The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B.* Each of the devices worn by the patient 10 are connected by wires to unit 11. A conventional cellular phone antenna 204 is connected to unit 11. For convenience of |

| '991 Patent: Claim 52 | Davis |
|---|---|
|  | illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2. The exact configuration of the harness and arm strap are not particularly relevant to the present invention and they can take a wide variety of forms including simple pieces of adhesive tape or an arm strap and shoulder harness made from elastic fabric material. Defibrillation unit 207 is attached to a belt 207A which is worn around the patient's waist."  Davis, Col. 3, 32-50.<br><br>        "The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. *Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11.* As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28. |

| '991 Patent: Claim 53 | Davis |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Davis discloses a medical system for acquiring measured data, including measuring body functions.<br><br>        "A patient monitoring system which includes a portable device and a central station. The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus; an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication |

| '991 Patent: Claim 53 | Davis |
|---|---|
| | device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded." Davis, Abstract. |
| a first set of components having a first sensor operable to contact a body, | Davis discloses a first set of components having a first sensor operable to contact a body.<br><br>"The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B." Davis, Col. 3, ll. 32-40.<br>"The ECG electrodes 203A to 203E (collectively referred to as 203) are connected to a RL (i.e. right leg) drive, ECG amplifier and multiplexer 511. Circuit 511 in turn supplies signals to and receives signals from analog to digital and digital to analog circuit 512. The RL drive, ECG amplifier and multiplexer 511 and the analog to digital, digital to analog circuit 512 are conventional." Davis, Col. 4, ll. 49-55.<br><br>"The photo plethysmograph transducer 208 is connected to a plethysmograph amplifier and plethysmograph driver 521 which is conventional. Circuit 521 is in turn connected to analog to digital and digital to analog circuit 512." Davis, Col. 4, ll. 56-59.<br><br>"The photo plethysmograph transducer 208 is connected to a plethysmograph amplifier and plethysmograph driver 521 which is conventional. Circuit 521 is in turn connected to analog to digital and digital to analog circuit 512." Davis, Col. 4, ll. 56-59. |
| a first transmitter, | Davis discloses a first transmitter.<br><br>"FIG. 4 shows the communication paths between the portable patient unit 11 attached to patient 10 and the clinician 12 who is located at the central station 106. All of the data paths shown in FIG. 4 are multiplexed over a commercial cellular telephone link 509 and 104B which is connected to a public switched telephone network (PSTN) 105. The data paths include a data path 401 over which patient information is transferred to the central monitoring station, a two way voice channel 402 which interconnects the patient and the central monitoring station, and a data channel 403 |

| '991 Patent: Claim 53 | Davis |
|---|---|
|  | which can be used by the clinician to send data and control signals to the portable unit 11." Davis, Col. 4, ll. 10-21.<br><br><br><br>Davis, Fig. 5. |
| and a first receiver, | Davis discloses a first receiver.<br><br>"Finally as indicated by block 306, *the clinician 12 can send instructions which activate the therapeutic apparatus 207 worn by the patient*. In the preferred embodiment shown herein the therapeutic apparatus 207 comprises a defibrillator. The clinician 12 can also send a new set of parameters to the decision logic 103 or a new analysis program to the analysis logic 102." Davis, Col. 4, ll. 4-10.<br><br>"*FIG. 4 shows the communication paths between the portable patient unit 11 attached to patient 10 and the clinician 12 who is located at the central station 106. All of the data paths shown in FIG. 4 are multiplexed over a commercial cellular telephone link 509 and 104B which is connected to a public switched telephone network (PSTN) 105.* The data paths include a data path 401 over which patient information is transferred to the central monitoring station, a two way voice channel |

| '991 Patent: Claim 53 | Davis |
|---|---|
| | 402 which interconnects the patient and the central monitoring station, and a data channel 403 which can be used by the clinician to send data and control signals to the portable unit 11." Davis, Col. 4, ll. 11-21.<br><br>    "The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and ***the central station is able to send control data and parameter data to unit 11***." Davis, Col. 7, ll. 5-11.<br><br><br><br>Davis, Fig. 4. |

| '991 Patent: Claim 53 | Davis |
|---|---|
| |   Davis, Fig. 5 |
| the first set of components operable to rest close to the body; | Davis discloses a first set of components operable to rest close to the body.<br><br>"…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1).<br><br>"FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40. |

| '991 Patent: Claim 53 | Davis |
|---|---|
| | <br>Davis, Fig. 2 |
| and an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, | Davis discloses an evaluator station having a second transmitter and a second receiver.<br><br>"If the patient's data is outside the preset parameters, cellular phone 509 is activated by controller logic 109. Cellular phone 509 is a conventional cellular phone which operates with cellular system 104B and through the public network 105. The cellular phone dials into the central monitoring station 106 whenever the patient's condition is outside the preset parameters. The patient's ECG waveform, calculated metrics, trends, measurements made by the plethysmograph, and the stored ECG and plethysmograph strips are sent to the central station 106 through the cellular phone 509 and 104B and the public network 105. A clinician 12 located at the central station can observe the patient's physiological data and the clinician can also voice communicate with the patient or someone proximate to the patient over the same public network 105 |

| '991 Patent: Claim 53 | Davis |
|---|---|
| | and cellular communication channel 509 and 104B that is transmitting the data to the central monitoring station 106." Davis, Col. 3, ll. 6-21. |
| second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Davis discloses second data transmitted from the second transmitter operable to control and manipulate first data transmitted by the first transmitter.

    "Next, as indicated by block 802, unit 11 makes contact with the central station 106 and (block 803) *operating programs and setup data are downloaded from the central station to unit 11*." Davis, Col. 5, ll. 58-61.

"The operations in state 4 are identical to those in state 3 except that as indicated by blocks 1001, and 1002, the cellular phone 509 is in a "standby" or powered up state. In this state the unit can receive a call from the central station. *If the unit does receive a call (block 1002), it will go to either state 5 or state 6 as directed by the call that is received.*" Davis, Col. 6, l. 66-Col. 7, l. 4.

"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28.

    "The operations that take place in state 6 are shown in FIG. 12. In addition to the operations that take place in state 3, the control data from block 1108 is used to |

| '991 Patent: Claim 53 | Davis |
|---|---|
|  | select data for transmission (block 1201). ***In response to the control data received from block 1108, either the data which is stored in the 60 minute history (block 941), the trend and strip buffer (942), or the 60 minute plethysmograph buffer (block 944) are passed through the data selector (block 1201) and transmitted to the central station (block 1110) via the cellular phone 509.*** It is noted that with respect to the hardware shown in FIG. 5, all of the buffered information is stored in RAM memory 522 and the selection indicated by block 1201 is a selection made under program control by microcontroller 513. Furthermore, the various control commands are part of the data that is downloaded as indicated by block 1108." Davis, Col. 7, ll. 29-45.<br><br>"Additionally, Davis discloses that the wireless monitoring system utilizes the v.32 ETC standard. Davis at Col. 4, ll. 63-65. The operation of v.32 ETC standard is discussed in "Enhanced Throughput Cellular makes you forget that your data is riding on an analog connection," Bryan, Byte Magazine, September 1, 1994 ("Bryan"). Accordingly, one of ordinary skill in the art would understand the disclosure of Bryan to be inherently disclosed in Davis.<br><br>Bryan discloses that the transmitter changes a baud rate in response to formatting data received from a remote transmitter (which in Davis is in the evaluator station). One of ordinary skill in the art would understand that a change in baud rate would require a change in the formatting and arrangement of data as a larger number of bits would be included in any given subsection of time.<br><br>"ETC also monitors the cellular channel. Auto-rating is a technology that works in conjunction with the V.32bis standard to measure disruptive phenomena, like harmonic distortion, phase jitter, and signal-to-noise ratios. The measured figures are translated into a cumulative absolute number, which is compared to a table of acceptable levels for any given transmission speed. While V.32bis supports speeds of 4800 bps to 14.4 Kbps, ETC will let the modem drop even lower, to the V.22 standard of 1200 bps. ETC skips the V.22bis 2400-bps standard, because a quirk in the modulation algorithm causes it to yield worse results than V.32bis at 4800 bps. Auto-rating is capable of adjusting the transmission speed, in certain cases, as often as every 5 seconds, although a more realistic number is about every 15 seconds. This reduces the risk of dropped calls while simultaneously taking advantage of the fastest possible transmission rates. |

857

| '991 Patent: Claim 53 | Davis |
|---|---|
|  | The net effect of this protocol is the efficient use of air time, which is the expensive component of cellular communication." Bryan at 2-3.

Bryan also discloses that the shared frequency utilized by the transmitter can be adjusted dynamically in response to a command from a remote transmitter (which in Davis is the evaluator station).

"Cellular transmission is a circuit-switched technology. In it, cellular transceivers switch between frequencies to avoid interference as new calls come on the air or simply to acquire a better signal-to-noise ratio on a transmission channel." Bryan at 1." |

| '991 Patent: Claim 55 | Davis |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Davis discloses a first sensor capable of being fastened to a surface of a skin of the patient.

    "…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1). |

| '991 Patent: Claim 58 | Davis |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Davis discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body.

    "…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1).

    "FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and |

| '991 Patent: Claim 58 | Davis |
|---|---|
|  | (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40.<br><br><br><br>Davis, Fig. 2 |

| '991 Patent Claim 60 | Davis |
|---|---|
| 60. A medical system according to claim 53 wherein the first sensor is placed on a wrist of the patient and wherein the | Davis discloses that the first sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation:<br>"(c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A"  Davis, Col. 3, ll. 36-37.<br>One of ordinary skill in the art would understand that a photo-plethysmograph could be |

| '991 Patent Claim 60 | Davis |
|---|---|
| medical system measures oxygen saturation. | used to measure oxygen saturation. |

| '991 Patent Claim 61 | Davis |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Davis discloses that oxygen saturation is measured:<br>"(c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A"  Davis, Col. 3, ll. 36-37.<br>One of ordinary skill in the art would understand that a photo-plethysmograph could be used to measure oxygen saturation. |

| '991 Patent: Claim 62 | Davis |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Davis discloses the pulse of a patient is monitored.<br><br>"The ECG data is handled in a conventional manner. First, the type of waveforms are detected and classified (block 1304). Next (block 1305) the baseline of the waveform is corrected and the beats are averaged, and finally the waveform is measured (block 1306). The baseline correction and averaging provides "average beat templates" that are used by the detection and classification process. Block 1306 provides the following data to the analysis block 1310: S-T deviation, QRS width and rate, Abnormal Beat Rate and Duration, RR interval, Q-T interval and T wave amplitude and polarity. These are all standard ECG measurements that are performed in accordance with the teaching in the prior art."  Davis, Col. 7, l. 60-Col. 8, l. 5. |

| '991 Patent: Claim 65 | Davis |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Davis discloses an evaluator station operable to perform forward error correction.<br><br>"Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting. The microcontroller 513 controls |

| '991 Patent: Claim 65 | Davis |
|---|---|
| | both the cellular phone 509, the digital signal processor 507 and the defibrillator 207." Davis, Col. 4, ll. 60-67.<br><br>        "The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)."  Davis, Col. 7, ll. 13-17.<br><br>"ETC also breaks up data to be sent into smaller frames than most error-correcting protocols. ETC frames are 32 bytes in length, one-quarter the standard V.42 setting. (There is a modem command that enables the manual selection of smaller frame sizes, but who has ever used it?) Using smaller frames has two positive results in error correction. First, frames that the receiving modem determines need replacing are smaller and can be sent in less time than their larger predecessors. Second, a modem can send more frames before receiving an acknowledgment from the receiving device." Bryan 1994 at 3.<br>        Davis discloses error correcting within cellular modems, including using V.32 and ETC, which implements error correction. One of ordinary skill in the art would understand that this could constitute forward error correction. |

| '991 Patent: Claim 66 | Davis |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Davis discloses an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data.<br><br>        "Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting."  Davis, Col. 4, ll. 60-65.<br><br>        "Next (block 804) the microcontroller 513 runs a subroutine which checks the quality of the signals the system is receiving from the modem and the ECG and photo-plethysmograph sensors. If the quality is not satisfactory, the unit 11 issues an audible |

861

| '991 Patent: Claim 66 | Davis |
|---|---|
| | alarm, sends an error message to the central station and remains in state 2." Davis, Col. 5, ll. 61-67.<br><br>"The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)." Davis, Col. 7, ll. 13-17. |

| '991 Patent: Claim 72 | Davis |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Davis discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter.<br><br>"Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting. The microcontroller 513 controls both the cellular phone 509, the digital signal processor 507 and the defibrillator 207." Davis, Col. 4, ll. 60-67.<br><br>"The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)." Davis, Col. 7, ll. 13-17.<br><br>Davis discloses error correcting within cellular modems. One of ordinary skill in the art would understand that this could constitute forward error correction. |

| '991 Patent: Claim 73 | Davis |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of | Davis discloses a cover at least partially covering the first set of components.<br><br>"For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2." Davis, Col. 3, ll. 42-44. |

| '991 Patent: Claim 73 | Davis |
|---|---|
| components. | <br>Davis, Fig. 2. |

| '991 Patent: Claim 77 | Davis |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Davis discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. |

| '991 Patent: Claim 77 | Davis |
|---|---|
| | <br>Davis, Fig. 15 (display of the central monitoring station). |

| '991 Patent: Claim 78 | Davis |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Davis discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"A patient monitoring system which includes a portable device and a central station. ***The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus***; an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded."  Davis, Abstract.<br><br>"If the patient's data is outside the preset parameters, cellular phone 509 is |

| '991 Patent: Claim 78 | Davis |
|---|---|
|  | activated by controller logic 109. Cellular phone 509 is a conventional cellular phone which operates with cellular system 104B and through the public network 105. The cellular phone dials into the central monitoring station 106 whenever the patient's condition is outside the preset parameters. ***The patient's ECG waveform, calculated metrics, trends, measurements made by the plethysmograph, and the stored ECG and plethysmograph strips are sent to the central station 106 through the cellular phone 509 and 104B and the public network 105.*** A clinician 12 located at the central station can observe the patient's physiological data and the clinician can also voice communicate with the patient or someone proximate to the patient over the same public network 105 and cellular communication channel 509 and 104B that is transmitting the data to the central monitoring station 106." Davis, Col. 3, ll. 6-21.<br><br>"The apparatus worn by the patient 10 includes (***a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B.*** Each of the devices worn by the patient 10 are connected by wires to unit 11. A conventional cellular phone antenna 204 is connected to unit 11. For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2. The exact configuration of the harness and arm strap are not particularly relevant to the present invention and they can take a wide variety of forms including simple pieces of adhesive tape or an arm strap and shoulder harness made from elastic fabric material. Defibrillation unit 207 is attached to a belt 207A which is worn around the patient's waist." Davis, Col. 3, 32-50.<br><br>"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass |

| '991 Patent: Claim 78 | Davis |
|---|---|
| | filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522." Davis, Col. 7, ll. 5-28. |

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B52**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference:  "Mobimed - a telemedicine system for mobile monitoring of physiological parameters" to Thorborg *et al.* ("Thorborg")**

Thorborg  anticipates and/or renders obvious claims 1, 3, 12-14, 17, 25-27, 30, 31, 33-37, 41, 42, 44-46, 50-53, 55, 62-65, 72, 73, 77-79, 82, and 85 as illustrated in the tables below.  Thorborg  explicitly references using the Mobitex system developed by Televerket, The Swedish Telecommunications Administration.  The "Mobitex System description" by  Televerket, The Swedish Telecommunications Administration provides details on the workings of Mobitex.  One of ordinary skill in the art would have known that the system disclosed by Thorborg inherently includes all aspects of the Mobitex system, including those described by other publications.

| '991 Patent: Claim 1 | Thorborg |
|---|---|
| A medical system for monitoring body functions of a patient, comprising: | Thorborg discloses a medical system for monitoring the body functions of a patient.<br><br>     "The purpose of the project was to develop a telemedicine system where patient information, text as well as data reflecting the status of various physiological parameters,. . . .  As a first step, the project is oriented towards ECG-monitoring."  Thorborg at 32. |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Thorborg discloses at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal.<br><br>     "The PC in the ambulance also monitors the realtime ECG-signal for control of signal quality."  Thorborg at 33.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows."  Thorborg at 33. |

| '991 Patent: Claim 1 | Thorborg |
|---|---|
| | <br><br>Thorborg at Fig. 1 |
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Thorborg discloses at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different |

| '991 Patent: Claim 1 | Thorborg |
|---|---|
|  | presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves."  Thorborg at 32-33. |
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; | Thorborg discloses at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient.<br><br>   "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.<br><br>   "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33. |

869

| '991 Patent: Claim 1 | Thorborg |
|---|---|
| |  Thorborg at Fig. 1 |
| and at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station, | Thorborg discloses at least one receiver operable to receive information through wireless communication, the information including formatting data transmitted by the evaluator station.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a |

870

| '991 Patent: Claim 1 | Thorborg |
|---|---|
| | data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br><br>The Mobitex system uses a mobile terminal containing a radio unit, which contains a transmitter and receiver of the mobile unit. Mobitex at 9.<br><br>"The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots." Mobitex at 12. |
| the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | Thorborg discloses formatting data operable to change a format for transmission of digital data from the transmitter to the evaluator station.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission." Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br><br>"The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load." Mobitex at 12.<br><br>"The maximum length of a packet that can be transmitted by a mobile unit without a |

| '991 Patent: Claim 1 | Thorborg |
|---|---|
|  | special access request message can be varied by the base station. This length may be longer than the slot length."  Mobitex at 12. |
|  |  |

| '991 Patent: Claim 3 | Thorborg |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Thorborg discloses a sensor capable of being fastened to a surface of a skin of the patient.<br><br>    "Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals.  This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance personnel the possibility to devote all attention to the patient." Thorborg at 33-34.<br><br>    Thorborg discloses the use of ECG-complexes and heartbeat information.  One of ordinary skill in the art would understand that these types of information are collected using sensors fastened to the skin of the patient. |

| '991 Patent: Claim 12 | Thorborg |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Thorborg discloses monitoring the  pulse of a patient.<br><br>    "Mobimed presents information (such as ECG-complexes and heartbeat |

872

702913538

| '991 Patent: Claim 12 | Thorborg |
|---|---|
| | information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals.  This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance personnel the possibility to devote all attention to the patient." Thorborg at 33-34. |

| '991 Patent: Claim 13 | Thorborg |
|---|---|
| 13. A medical system according to claim 1 wherein the received information is operable to change an amount of redundancy in the digital data. | Thorborg discloses received information operable to change an amount of redundancy in the digital data.<br><br>    "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br><br>    Thorborg discloses the return of packages that failed to reach the addressee. One of ordinary skill in the art would understand that these failed packages were returned in order to be retransmitted and, thus, increase the redundancy in the digital data. |

| '991 Patent: Claim 14 | Thorborg |
|---|---|
| 14. A medical system according to claim 13 wherein the received information is operable to change channel coding of the digital data. | Thorborg discloses received information operable to change channel coding of the digital data.<br><br>    "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>    "The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. ***By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load.***" Mobitex at 12.<br><br>One of ordinary skill in the art would understand that by varying the number of time slots and the slot length to optimize channel throughput and mean waiting times, the base station is capable of changing the channel coding of the digital data. |

| '991 Patent: Claim 17 | Thorborg |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Thorborg discloses an evaluator station is operable to perform forward error correction.<br><br>Thorborg discloses an evaluator station using Mobitex to transmit information. Mobitex uses forward error correction.<br><br>    "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.<br><br>    "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure |

| '991 Patent: Claim 17 | Thorborg |
|---|---|
| | makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br><br>"FFSK (Fast Frequency Shift Keying) with a modulation rate of 1200 bits/sec is used on the radio path. To overcome the disturbancies caused by fading and noise, a forward-error-correcting (69,48) block code with selective ARQ (automatic request) is used. A complete radio packet consists of address and system information blocks plus additional data blocks, if needed. The longest packet contains 512 octettes of user information. All packets must be acknowledged by the receiving node or terminal. If the receiver detects a non-correctable error in one or more code blocks, the transmitter will automatically be requested by the receiver to repeat the erroneous blocks." Mobitex at 12. |

| '991 Patent: Claim 25 | Thorborg |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Thorborg discloses an evaluator station operable to perform error correction on the digital data transmitted by the at least one transmitter.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission." Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br><br>"FFSK (Fast Frequency Shift Keying) with a modulation rate of 1200 bits/sec is used on the radio path. To overcome the disturbancies caused by fading and noise, a forward-error-correcting (69,48) block code with selective ARQ (automatic request) is used. A complete radio packet consists of address and system information blocks plus additional data blocks, if needed. The longest packet contains 512 octettes of user information. |

| '991 Patent: Claim 25 | Thorborg |
|---|---|
| | "All packets must be acknowledged by the receiving node or terminal.  If the receiver detects a non-correctable error in one or more code blocks, the transmitter will automatically be requested by the receiver to repeat the erroneous blocks."  Mobitex at 12. |

| '991 Patent: Claim 26 | Thorborg |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Thorborg discloses a cover at least partially covering a receiver, transmitter, and converter.<br><br>"The ambulance is equipped with a Motorola 68020 processor in a VME-bus computer, running under the operating system VRTX, which handles realtime signal processing and communication towards the Mobitex public network. A Toshiba T1000 laptop PC is *used as* an intelligent terminal for the VME computer and data display unit, insuring the ambulance personnel access to the same information as is transmitted to the hospitals. The PC in the ambulance also monitors the realtime ECG-signal for control of signal quality."  Thorborg at 33. |

| '991 Patent: Claim 27 | Thorborg |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Thorborg discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>"The ambulance is equipped with a Motorola 68020 processor in a VME-bus computer, running under the operating system VRTX, which handles realtime signal processing and communication towards the Mobitex public network. A Toshiba T1000 laptop PC is *used as* an intelligent terminal for the VME computer and data display unit, insuring the ambulance personnel access to the same information as is transmitted to the hospitals. The PC in the ambulance also monitors the realtime ECG-signal for control of signal quality."  Thorborg at 33. |

| '991 Patent: Claim 30 | Thorborg |
|---|---|
| 30. The medical system of | Thorborg discloses a transmitter responsive to the received information, the received |

| '991 Patent: Claim 30 | Thorborg |
|---|---|
| claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | information operative to manipulate the digital data.<br><br>    "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br>"The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12.<br>    "The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length may be longer than the slot length. If a mobile unit has started to transmit at the beginning of one slot, its packet might cover also the following slots.  In order to prevent interference from a mobile unit that has chooser one of the following slots for its transmission, the base station transmits a silence order as soon as it detects the start of the transmission from the first mobile unit."  Mobitex at 12.<br><br>"The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length may be longer than the slot length."  Mobitex at 12 |

| '991 Patent: Claim 31 | Thorborg |
|---|---|
| 31. The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Thorborg discloses a transmitter responsive to the received information, the received information operative to control operation of the transmitter.<br><br>    "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br>"The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12.<br>    "The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length may be longer than the slot length. If a mobile unit has started to transmit at the beginning of one slot, its packet might cover also the following slots.  In order to prevent interference from a mobile unit that has chooser one of the following slots for its transmission, the base station transmits a silence order as soon as it detects the start of the transmission from the first mobile unit."  Mobitex at 12. |

| '991 Patent: Claim 33 | Thorborg |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display | Thorborg discloses an evaluator station comprising a display operable to display the digital data. |

| '991 Patent: Claim 33 | Thorborg |
|---|---|
| operable to display the digital data. |  Thorborg at Fig. 1. |

| '991 Patent: Claim 34 | Thorborg |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Thorborg discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals. This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance |

| '991 Patent: Claim 34 | Thorborg |
|---|---|
| | personnel the possibility to devote all attention to the patient." Thorborg at 33-34. |

| '991 Patent: Claim 35 | Thorborg |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Thorborg discloses digital data transmitted by the transmitter representing an electrical signal.<br><br>    "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital.<br><br>    "Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves."  Thorborg at 32-33. |

| '991 Patent: Claim 36 | Thorborg |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Thorborg discloses digital data transmitted by the transmitter representing processed information.<br><br>    "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. |

| '991 Patent: Claim 36 | Thorborg |
|---|---|
| | Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves."  Thorborg at 32-33. |

| '991 Patent: Claim 37 | Thorborg |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Thorborg discloses a medical system for monitoring body functions of a patient.<br><br>"The purpose of the project was to develop a telemedicine system where patient information, text as well as data reflecting the status of various physiological parameters,. . . .  As a first step, the project is oriented towards ECG-monitoring." Thorborg at 32. |
| an evaluator station located remotely from the patient and operable for wireless data communication; | Thorborg discloses an evaluator station located remotely from a patient and operable for wireless data communication.<br><br>"The project Mobimed started in 1988. The purpose of the project was to develop a telemedicine system where patient information, text as well as data reflecting the status of various physiological parameters, could be transmitted from a mobile terminal to a resident terminal at a hospital or similar place."  Thorborg at 32.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals" Thorborg at 33-34. |
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, | Thorborg discloses a sensor capable of being arranged on a patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient.<br><br>"The PC in the ambulance also monitors the realtime ECG-signal for control of signal quality."  Thorborg at 33.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, |

881

| '991 Patent: Claim 37 | Thorborg |
|---|---|
|  | arrhythmias, parameter trends, stored data etc) through different presentation windows."  Thorborg at 33.<br><br><br><br>Thorborg at Fig. 1 |
| and operable to convert the detected property into an electric signal; | Thorborg discloses a sensor operable to convert a detected property into an electric signal.<br><br>Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves."  Thorborg at 32-33. |

| '991 Patent: Claim 37 | Thorborg |
|---|---|
| |   Thorborg at Fig. 1. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Thorborg discloses a converter coupled to the sensor.  "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital.  "Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all |

| '991 Patent: Claim 37 | Thorborg |
|---|---|
|  | ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves."  Thorborg at 32-33. |
| and a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Thorborg discloses a transmitter coupled to the converter.<br><br>    "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.<br><br>    "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33. |

| '991 Patent: Claim 37 | Thorborg |
|---|---|
| |  Thorborg at Fig. 1 |
| a receiver operable to receive information from the evaluator station through wireless communication; | Thorborg discloses a receiver operable to receive information from an evaluator station through wireless communication.

"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.

"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression |

702913538

| '991 Patent: Claim 37 | Thorborg |
|---|---|
| | vital."  Thorborg at 33.<br><br>The Mobitex system uses a mobile terminal containing a radio unit, which contains a transmitter and receiver of the mobile unit.  Mobitex at 9.<br><br>    "The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station.  In the free signal there is information on the number of available time slots during that free period and the length of the time slots."  Mobitex at 12.<br><br><br>Thorborg, Fig. 5 |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Thorborg discloses an evaluator station operable to change the format of the digital data transmitted from the transmitter to the evaluator station.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32. |

702913538

| '991 Patent: Claim 37 | Thorborg |
|---|---|
| | "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br><br>    "The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12.<br><br>"The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length may be longer than the slot length."  Mobitex at 12 |

| '991 Patent: Claim 41 | Thorborg |
|---|---|
| 41. The medical system of claim 37 wherein received information is operable to change an amount of redundancy in the digital data. | Thorborg discloses received information operable to change an amount of redundancy in the digital data.<br><br>    "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br><br>    Thorborg discloses the return of packages that failed to reach the addressee. One of ordinary skill in the art would understand that these failed packages were |

887

| '991 Patent: Claim 41 | Thorborg |
|---|---|
| | returned in order to be retransmitted and, thus, increase the redundancy in the digital data. |

| '991 Patent: Claim 42 | Thorborg |
|---|---|
| 42. The medical system of claim 41 wherein the received information is operable to change channel coding of the digital data. | Thorborg discloses received information operable to change channel coding of the digital data. <br><br> "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32. <br><br> "The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12. <br><br> One of ordinary skill in the art would understand that by varying the number of time slots and the slot length to optimize channel throughput and mean waiting times, the base station is capable of changing the channel coding of the digital data. |

| '991 Patent: Claim 44 | Thorborg |
|---|---|
| 44. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with channel coding. | Thorborg discloses a transmitter operable to wirelessly transmit the digital data with channel coding. <br><br> "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32. |

888

| '991 Patent: Claim 44 | Thorborg |
|---|---|
| | "The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12. |

| '991 Patent: Claim 45 | Thorborg |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Thorborg discloses an evaluator station operable to manipulate the digital data.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br>"The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12.<br>        "The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length |

| '991 Patent: Claim 45 | Thorborg |
|---|---|
| | may be longer than the slot length. If a mobile unit has started to transmit at the beginning of one slot, its packet might cover also the following slots.  In order to prevent interference from a mobile unit that has chooser one of the following slots for its transmission, the base station transmits a silence order as soon as it detects the start of the transmission from the first mobile unit."  Mobitex at 12.<br><br>"The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length may be longer than the slot length."  Mobitex at 12 |

| '991 Patent: Claim 46 | Thorborg |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Thorborg discloses an evaluator station operable to control the transmitter.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br>"The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12.<br>"The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length |

| '991 Patent: Claim 46 | Thorborg |
|---|---|
|  | may be longer than the slot length. If a mobile unit has started to transmit at the beginning of one slot, its packet might cover also the following slots.  In order to prevent interference from a mobile unit that has chooser one of the following slots for its transmission, the base station transmits a silence order as soon as it detects the start of the transmission from the first mobile unit."  Mobitex at 12. |

| '991 Patent: Claim 50 | Thorborg |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | Thorborg discloses an evaluator station including an alarm unit.<br><br>          "Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals.  This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance personnel the possibility to devote all attention to the patient." Thorborg at 33-34.. |

| '991 Patent: Claim 51 | Thorborg |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Thorborg discloses an evaluator station including a display. |

| '991 Patent: Claim 51 | Thorborg |
|---|---|
| |  Thorborg at Fig. 1. |

| '991 Patent: Claim 52 | Thorborg |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Thorborg discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals.  This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance |

| '991 Patent: Claim 52 | Thorborg |
|---|---|
| | personnel the possibility to devote all attention to the patient." Thorborg at 33-34. |


| '991 Patent: Claim 53 | Thorborg |
|---|---|
| 53. A medical system for acquiring measured data, including measuring body functions, comprising: | Thorborg discloses a medical system for acquiring measured data, including measuring body functions.<br><br>"The purpose of the project was to develop a telemedicine system where patient information, text as well as data reflecting the status of various physiological parameters, . . . . As a first step, the project is oriented towards ECG-monitoring."  Thorborg at 32. |
| a first set of components having a first sensor operable to contact a body, | Thorborg discloses a first set of components having a first sensor operable to contact a body.<br><br>"The PC in the ambulance also monitors the realtime ECG-signal for control of signal quality."  Thorborg at 33.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows." Thorborg at 33.<br><br> |

| '991 Patent: Claim 53 | Thorborg |
|---|---|
| | Thorborg at Fig. 1 |
| a first transmitter, | Thorborg discloses a first transmitter.<br><br>    "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.<br><br>    "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br><br><br><br>Thorborg at Fig. 1 |
| and a first receiver, | Thorborg discloses a first receiver.<br><br>    "Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32. |

702913538

| '991 Patent: Claim 53 | Thorborg |
|---|---|
|  | "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br><br>The Mobitex system uses a mobile terminal containing a radio unit, which contains a transmitter and receiver of the mobile unit.  Mobitex at 9.<br><br>"The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station.  In the free signal there is information on the number of available time slots during that free period and the length of the time slots." Mobitex at 12. |
| the first set of components operable to rest close to the body; | Thorborg discloses a first set of components operable to rest close to the body.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows." Thorborg at 33. |

895

| '991 Patent: Claim 53 | Thorborg |
|---|---|
| | <br>Thorborg at Fig. 1 |
| and an evaluator station having a second transmitter and a second receiver, | Thorborg discloses an evaluator station having a second transmitter and a second receiver. |

702913538

| '991 Patent: Claim 53 | Thorborg |
|---|---|
| | <br>Thorborg, Fig. 1. |
| the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, | Thorborg discloses an evaluator station operable to wirelessly communicate with the first transmitter and the first receiver. |

| '991 Patent: Claim 53 | Thorborg |
|---|---|
| | <br>Thorborg, Fig. 1. |
| second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Thorborg discloses second data transmitted from the second transmitter operable to control and manipulate first data transmitted by the first transmitter.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br><br>"The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In a free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the |

| '991 Patent: Claim 53 | Thorborg |
|---|---|
|  | number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load." Mobitex at 12.<br><br>"The maximum length of a packet that can be transmitted by a mobile unit without a special access request message can be varied by the base station. This length may be longer than the slot length." Mobitex at 12 |

| '991 Patent: Claim 55 | Thorborg |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Thorborg discloses a first sensor capable of being fastened to a surface of a skin of the patient.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals. This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance personnel the possibility to devote all attention to the patient." Thorborg at 33-34.<br><br>Thorborg discloses the use of ECG-complexes and heartbeat information. One of ordinary skill in the art would understand that these types of information are collected using sensors fastened to the skin of the patient. |

| '991 Patent: Claim 62 | Thorborg |
|---|---|

| '991 Patent: Claim 62 | Thorborg |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Thorborg discloses the pulse of a patient is monitored.<br><br>     "Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals.  This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance personnel the possibility to devote all attention to the patient." Thorborg at 33-34. |

| '991 Patent: Claim 63 | Thorborg |
|---|---|
| 63. A medical system according to claim 53 wherein the first receiver is operable to receive the second data, the second data being operable to change an amount of redundancy in the first data. | Thorborg discloses a first receiver operable to receive second data, the second data being operable to change an amount of redundancy in the first data.<br><br>     "Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital."  Thorborg at 33.<br><br>     Thorborg discloses the return of packages that failed to reach the addressee. One of ordinary skill in the art would understand that these failed packages were returned in order to be retransmitted and, thus, increase the redundancy in the digital data. |

| '991 Patent: Claim 64 | Thorborg |
|---|---|
| 64. A medical system according to claim 63 wherein the second data is operable to change channel coding of the first data. | Thorborg discloses second data operable to change channel coding of the first data.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex* data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"The access method used in MOBITEX can be described as slotted. ALOHA with dynamic frame length control. The mobile units are permitted to start their transmissions only at specified times in relation to a free signal from the base station. In the free signal there is information on the number of available time slots during that free period and the length of the time slots. A mobile unit with a pending transmission will choose one of the time slots at random and start its transmission at the start of that time slot. By varying the number of time slots and the slot length, the base station can optimize channel throughput and mean waiting times to current traffic load."  Mobitex at 12.<br><br>One of ordinary skill in the art would understand that by varying the number of time slots and the slot length to optimize channel throughput and mean waiting times, the base station is capable of changing the channel coding of the digital data. |

| '991 Patent: Claim 65 | Thorborg |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Thorborg discloses an evaluator station operable to perform forward error correction.<br><br>Thorborg discloses an evaluator station using Mobitex to transmit information. Mobitex uses forward error correction.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the |

| '991 Patent: Claim 65 | Thorborg |
|---|---|
|  | sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br><br>"FFSK (Fast Frequency Shift Keying) with a modulation rate of 1200 bits/sec is used on the radio path.  To overcome the disturbancies caused by fading and noise, a forward-error-correcting (69,48) block code with selective ARQ (automatic request) is used.  A complete radio packet consists of address and system information blocks plus additional data blocks, if needed.  The longest packet contains 512 octettes of user information.  All packets must be acknowledged by the receiving node or terminal.  If the receiver detects a non-correctable error in one or more code blocks, the transmitter will automatically be requested by the receiver to repeat the erroneous blocks." Mobitex at 12. |

| '991 Patent: Claim 72 | Thorborg |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Thorborg discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless. If a data package does not reach its addressee it is returned to the sender. Although the bit rate in Mobitex is 1200 bits/second, the system structure makes it desirable to limit the number of data packages transmitted. The maximum size of a data package is 512 bytes, making intelligent signal extraction and compression vital." Thorborg at 33.<br><br>"FFSK (Fast Frequency Shift Keying) with a modulation rate of 1200 bits/sec is used on the radio path.  To overcome the disturbancies caused by fading and noise, a forward-error-correcting (69,48) block code with selective ARQ (automatic request) is used.  A complete radio packet consists of address and system information blocks plus additional data blocks, if needed.  The longest packet contains 512 octettes of user |

702913538

| '991 Patent: Claim 72 | Thorborg |
|---|---|
| | information.<br><br>    "All packets must be acknowledged by the receiving node or terminal.  If the receiver detects a non-correctable error in one or more code blocks, the transmitter will automatically be requested by the receiver to repeat the erroneous blocks."  Mobitex at 12. |

| '991 Patent: Claim 73 | Thorborg |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Thorborg discloses a cover at least partially covering the first set of components.<br><br> "The ambulance is equipped with a Motorola 68020 processor in a VME-bus computer, running under the operating system VRTX, which handles realtime signal processing and communication towards the Mobitex public network. A Toshiba T1000 laptop PC is *used as* an intelligent terminal for the VME computer and data display unit, insuring the ambulance personnel access to the same information as is transmitted to the hospitals. The PC in the ambulance also monitors the realtime ECG-signal for control of signal quality."  Thorborg at 33. |

| '991 Patent: Claim 77 | Thorborg |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Thorborg discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. |

| '991 Patent: Claim 77 | Thorborg |
|---|---|
| |  Thorborg at Fig. 1. |

| '991 Patent: Claim 78 | Thorborg |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Thorborg discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"Mobimed presents information (such as ECG-complexes and heartbeat information, arrhythmias, parameter trends, stored data etc) through different presentation windows. Every minute a mean ECG-complex is calculated based on all ECG-complexes during the last minute. The ECG-complex is compressed using Sklansky and Gonzales polygonal segmentation of digitized curves. This information along with heartrate information for every single heartbeat during the last minute (figure 2) and other parameters are transmitted to the hospitals.  This transmitted data package exists of less than 512 bytes. In case of instability in the heartrate, for instance an arrhythmia, a realtime sequence is immediately transmitted, using the same compression algorithm as above, and setting off an alarm when reaching the hospitals. The medical expert can then suggest adequate therapy depending on the nature of the instability. The hospitals and the ambulance also have the possibility to communicate through predefined messages as well as free text messages at all times. The application running in the computers are menu oriented and once started it does not require any special attention, except for transmitting messages. It thereby gives the ambulance |

| '991 Patent: Claim 78 | Thorborg |
|---|---|
| | personnel the possibility to devote all attention to the patient." Thorborg at 33-34. |

| '991 Patent: Claim 79 | Thorborg |
|---|---|
| 79. The medical system of claim 1 wherein the at least one transmitter is operable to wirelessly transmit the digital data with digital modulation. | Thorborg discloses at least one transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.<br><br>"Mobitex is a digital data package network guaranteeing that each received package is faultless."  Thorborg at 33.<br><br>"FFSK (Fast Frequency Shift Keying) with a modulation rate of 1200 bits/sec is used on the radio path.  To overcome the disturbancies caused by fading and noise, a forward-error-correcting (69,48) block code with selective ARQ (automatic request) is used.  A complete radio packet consists of address and system information blocks plus additional data blocks, if needed.  The longest packet contains 512 octettes of user information.<br><br>"All packets must be acknowledged by the receiving node or terminal.  If the receiver detects a non-correctable error in one or more code blocks, the transmitter will automatically be requested by the receiver to repeat the erroneous blocks."  Mobitex at 12. |

| '991 Patent: Claim 82 | Thorborg |
|---|---|
| 82. The medical system of claim 37 wherein the transmitter is operable to wirelessly transmit the digital data with digital modulation. | Thorborg discloses a transmitter operable to wirelessly transmit the digital data with digital modulation.<br><br>"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32. |

905

| '991 Patent: Claim 82 | Thorborg |
| --- | --- |
| | "Mobitex is a digital data package network guaranteeing that each received package is faultless."  Thorborg at 33.

"FFSK (Fast Frequency Shift Keying) with a modulation rate of 1200 bits/sec is used on the radio path.  To overcome the disturbancies caused by fading and noise, a forward-error-correcting (69,48) block code with selective ARQ (automatic request) is used.  A complete radio packet consists of address and system information blocks plus additional data blocks, if needed.  The longest packet contains 512 octettes of user information.

          "All packets must be acknowledged by the receiving node or terminal.  If the receiver detects a non-correctable error in one or more code blocks, the transmitter will automatically be requested by the receiver to repeat the erroneous blocks."  Mobitex at 12. |

| '991 Patent: Claim 85 | Thorborg |
| --- | --- |
| 85. The medical system of claim 53 wherein the first transmitter is operable to wirelessly transmit with digital modulation. | Thorborg discloses a first transmitter operable to wirelessly transmit with digital modulation.

"Since September 1989 a prototype system is running in Sweden, with one ambulance connected to two hospitals. This system is using the Mobitex data and speech transmission system for data transmission."  Thorborg at 32.

"Mobitex is a digital data package network guaranteeing that each received package is faultless."  Thorborg at 33.

"FFSK (Fast Frequency Shift Keying) with a modulation rate of 1200 bits/sec is used on the radio path.  To overcome the disturbancies caused by fading and noise, a forward-error-correcting (69,48) block code with selective ARQ (automatic request) is used.  A complete radio packet consists of address and system information blocks plus additional data blocks, if needed.  The longest packet contains 512 octettes of user information.

          "All packets must be acknowledged by the receiving node or terminal.  If the |

| '991 Patent: Claim 85 | Thorborg |
|---|---|
| | receiver detects a non-correctable error in one or more code blocks, the transmitter will automatically be requested by the receiver to repeat the erroneous blocks."  Mobitex at 12. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B53**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 103 Reference: Davis in view of GB 1543441 to Kalman ("Davis & Kalman")**

Claims 22, 6, 7, 12, 17, 32-35, 39, 47, 50-52, 58, 59, 62, 65, and 76-78 are rendered obvious by Davis in view of Kalman.  Davis discloses a

patient monitoring system which includes a portable device and a central station.  Davis, Abstract.  Even if Davis did not disclose this limitation,

Kalman discloses a patient monitoring system with a plurality of monitoring stations that report to a single central station.  Kalman, p. 1, ll. 11-15.

It would have been obvious to one of ordinary skill in the art to combined Davis and Kalman as both relate to patient monitoring stations and both

attempt to solve similar issues with patient monitoring.

| '991 Patent: Claim 2 | Davis & Kalman |
|---|---|
| 2. A medical system according to claim 1 wherein the sensor, converter, transmitter, and receiver are integrated in one semiconductor chip. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman  does disclose a sensor, converter, transmitter, and receiver integrated in one semiconductor chip.<br><br>    "The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits."  GB 1543441, p. 4, ll. 6-11. |

| '991 Patent: Claim 6 | Davis & Kalman |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>Davis discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br><br>    "…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1).<br><br>    "FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40. |

| '991 Patent: Claim 6 | Davis & Kalman |
|---|---|
| | 

Davis, Fig. 2

**Kalman**

Even if Davis did not disclose this limitation, Kalman discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.

"This sensor 152 suitably comprises a pressure responsive switch which is in a closed condition when the |

| '991 Patent: Claim 6 | Davis & Kalman |
|---|---|
| | wrist-unit is making suitable contact with 120 the body of the patient."  GB 1543441, p. 13, ll. 117-121. |

| '991 Patent: Claim 7 | Davis & Kalman |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>Davis discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>    "FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40. |

| '991 Patent: Claim 7 | Davis & Kalman |
|---|---|
| |  Davis, Fig. 2.<br><br>**Kalman**<br><br>Even if Davis did not disclose this limitation, Even if Davis did not disclose this limitation, Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  GB 1543441, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

702913538

| '991 Patent: Claim 7 | Davis & Kalman |
|---|---|
| |  |

| '991 Patent: Claim 12 | Davis & Kalman |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>Davis discloses monitoring the pulse of a patient.<br><br>   "The ECG data is handled in a conventional manner. First, the type of waveforms are detected and classified (block 1304). Next (block 1305) the baseline of the waveform is corrected and the beats are averaged, and finally the waveform is measured (block 1306). The baseline correction and averaging provides "average beat templates" that are used by the detection and classification process. Block 1306 provides the following data to the analysis block 1310: S-T deviation, QRS width and rate, Abnormal Beat Rate and Duration, RR interval, Q-T interval and T wave amplitude and polarity. These are all standard ECG measurements that are performed in |

| '991 Patent: Claim 12 | Davis & Kalman |
|---|---|
| | accordance with the teaching in the prior art."  Davis, Col. 7, l. 60-Col. 8, l. 5.<br><br>**Kalman**<br><br>Even if Davis did not disclose this limitation, Even if Davis did not disclose this limitation, Kalman discloses monitoring the  pulse of a patient.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist…."  GB 1543441, p. 3, ll. 84-88. |

| '991 Patent: Claim 17 | Davis & Kalman |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>Davis discloses an evaluator station is operable to perform forward error correction.<br><br>"Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting. The microcontroller 513 controls both the cellular phone 509, the digital signal processor 507 and the defibrillator 207."  Davis, Col. 4, ll. 60-67.<br><br>"The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)."  Davis, Col. 7, ll. 13-17.<br><br>Davis discloses error correcting within cellular modems. One of ordinary skill in the art would understand that this could constitute forward error correction.<br><br>**Kalman**<br><br>Even if Davis did not disclose this limitation, Kalman discloses an evaluator station is operable to perform forward error correction. |

| '991 Patent: Claim 17 | Davis & Kalman |
|---|---|
| | "Some of the eleven bits of the identifier code may be used for an error checking code." GB 1543441, p. 5, l. 129–p. 6, l. 1. |

| '991 Patent: Claim 32 | Davis & Kalman |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman does disclose, an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient.<br><br>"For functional alarm where a malfunction occurs in the monitor station the emergency signal T is transmitted a definite number of times, preferably four times, and then the transmission is terminated." GB 1543441, p. 5, ll. 68-73. |

| '991 Patent: Claim 33 | Davis & Kalman |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman does disclose an evaluator station comprising a display operable to display the digital data.<br><br>"The central station, which is attended by an operator, is effective upon receipt of a transmitted signal to produce a display or audible alarm which identifies the individual monitor station which originated the transmission." GB 1543441, p. 3, ll. 71-77. |

| '991 Patent: Claim 34 | Davis & Kalman |
|---|---|
| 34. The medical system of | **Davis** |

| '991 Patent: Claim 34 | Davis & Kalman |
|---|---|
| claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Davis discloses claim 1 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman does disclose at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to temperature."  GB 1543441, p. 3, ll. 84-90. |

| '991 Patent: Claim 35 | Davis & Kalman |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | **Davis**<br><br>Davis discloses claim 1 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman does disclose digital data transmitted by the transmitter representing an electrical signal.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to temperature."  GB 1543441, p. 3, ll. 84-90. |

| '991 Patent: Claim 39 | Davis & Kalman |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the | **Davis**<br><br>Davis discloses claim 38 as shown in the chart above. |

916

702913538

| '991 Patent: Claim 39 | Davis & Kalman |
|---|---|
| patient. | Davis discloses first and second arrangements positionable adjacent to the patient.<br><br>"…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1).<br><br>"FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40.<br><br>**Kalman**<br><br>Even if Davis did not disclose this limitation, Kalman discloses first and second arrangements positionable adjacent to the patient.<br><br>"This sensor 152 suitably comprises a pressure responsive switch which is in a closed condition when the wrist-unit is making suitable contact with 120 the body of the patient."  GB 1543441, p. 13, ll. 117-121. |

| '991 Patent: Claim 47 | Davis & Kalman |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | **Davis**<br><br>Davis discloses claim 37 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman does disclose a converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a |

702913538

| '991 Patent: Claim 47 | Davis & Kalman |
|---|---|
|  | wristwatch."  GB 1543441, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br><br><br>Fig 2<br><br><br><br>Fig. 3 |

| '991 Patent: Claim 50 | Davis & Kalman |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | **Davis**<br><br>Davis discloses claim 37 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman does disclose an evaluator station including an alarm unit.<br><br>"For functional alarm where a malfunction occurs in the monitor station the emergency signal T is |

| '991 Patent: Claim 50 | Davis & Kalman |
|---|---|
| | transmitted a definite number of times, preferably four times, and then the transmission is terminated." GB 1543441, p. 5, ll. 68-73. |

| '991 Patent: Claim 51 | Davis & Kalman |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | **Davis**<br><br>Davis discloses claim 37 as shown in the chart above.<br><br>Davis discloses an evaluator station including a display.<br><br><br><br>Davis, Fig. 15 (display of the central monitoring station).<br><br>**Kalman**<br><br>Even if Davis did not disclose this limitation, Kalman discloses an evaluator station including a display.<br><br>"The central station, which is attended by an operator, is effective upon receipt of a transmitted signal to |

| '991 Patent: Claim 51 | Davis & Kalman |
|---|---|
| | produce a display or audible alarm which identifies the individual monitor station which originated the transmission."  GB 1543441, p. 3, ll. 71-77. |

| '991 Patent: Claim 52 | Davis & Kalman |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | **Davis**<br><br>Davis discloses claim 37 as shown in the chart above.<br><br>Davis discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"A patient monitoring system which includes a portable device and a central station. The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus; an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded."  Davis, Abstract.<br><br>"If the patient's data is outside the preset parameters, cellular phone 509 is activated by controller logic 109. Cellular phone 509 is a conventional cellular phone which operates with cellular system 104B and through the public network 105. The cellular phone dials into the central monitoring station 106 whenever the patient's condition is outside the preset parameters. The patient's ECG waveform, calculated metrics, trends, measurements made by the plethysmograph, and the stored ECG and plethysmograph strips are sent to the central station 106 through the cellular phone 509 and 104B and the public network 105. A clinician 12 located at the central station can observe the patient's physiological data and the clinician can also voice communicate with the patient or someone proximate to the patient over the same public network 105 and cellular communication channel 509 and 104B that is transmitting the data to the central monitoring station 106."  Davis, Col. 3, ll. 6-21.<br><br>"The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B. Each of the devices worn by the patient 10 are connected by wires to unit 11. A conventional cellular phone antenna 204 is connected to unit 11. For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2. The exact configuration of the harness and arm strap are not particularly |

| '991 Patent: Claim 52 | Davis & Kalman |
|---|---|
| | relevant to the present invention and they can take a wide variety of forms including simple pieces of adhesive tape or an arm strap and shoulder harness made from elastic fabric material. Defibrillation unit 207 is attached to a belt 207A which is worn around the patient's waist."  Davis, Col. 3, 32-50.

      "The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522."  Davis, Col. 7, ll. 5-28.

**Kalman**

Even if Davis did not disclose this limitation, Kalman discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.

      "…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to temperature."  GB 1543441, p. 3, ll. 84-90. |

| '991 Patent: Claim 58 | Davis & Kalman |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first | **Davis**

Davis discloses claim 55 as shown in the chart above. |

| '991 Patent: Claim 58 | Davis & Kalman |
|---|---|
| receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Davis discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body.<br><br>    "…the measurement means including at least one external sensor affixable to a sensing location on the patient's skin to detect at least one physiological parameter at a location spaced from the unit…."  Davis, Col. 9, ll. 38-41 (Claim 1).<br><br>    "FIG. 2 shows the apparatus worn by the patient 10. The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B."  Davis, Col. 3, ll. 32-40. |

| '991 Patent: Claim 58 | Davis & Kalman |
|---|---|
| |  Davis, Fig. 2 <br><br> **Kalman** <br><br> Even if Davis did not disclose this limitation, Kalman discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body. <br><br> "This sensor 152 suitably comprises a pressure responsive switch which is in a closed condition when the wrist-unit is making suitable contact with 120 the body of the patient."  GB 1543441, p. 13, ll. 117-121. |

| '991 Patent: Claim 59 | Davis & Kalman |
|---|---|
| 59. A medical system | **Davis** |

| '991 Patent: Claim 59 | Davis & Kalman |
|---|---|
| according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | Davis discloses claim 58 as shown in the chart above.<br><br>**Kalman**<br><br>Davis may not disclose this limitation, however, Kalman does disclose a first sensor, first transmitter, and first receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  GB 1543441, p. 3, ll. 60-65; Fig. 2; Fig. 3.<br><br> |

| '991 Patent: Claim 62 | Davis & Kalman |
|---|---|

| '991 Patent: Claim 62 | Davis & Kalman |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | **Davis**<br><br>Davis discloses claim 53 as shown in the chart above.<br><br>Davis discloses the pulse of a patient is monitored.<br><br>"The ECG data is handled in a conventional manner. First, the type of waveforms are detected and classified (block 1304). Next (block 1305) the baseline of the waveform is corrected and the beats are averaged, and finally the waveform is measured (block 1306). The baseline correction and averaging provides "average beat templates" that are used by the detection and classification process. Block 1306 provides the following data to the analysis block 1310: S-T deviation, QRS width and rate, Abnormal Beat Rate and Duration, RR interval, Q-T interval and T wave amplitude and polarity. These are all standard ECG measurements that are performed in accordance with the teaching in the prior art."  Davis, Col. 7, l. 60-Col. 8, l. 5.<br><br>**Kalman**<br><br>Even if Davis did not disclose this limitation, Kalman discloses the pulse of a patient is monitored.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist…."  GB 1543441, p. 3, ll. 84-88. |

| '991 Patent: Claim 65 | Davis & Kalman |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | **Davis**<br><br>Davis discloses claim 53 as shown in the chart above.<br><br>Davis discloses an evaluator station operable to perform forward error correction.<br><br>"Digital Signal Processor 507 is also connected to a cellular modem 514 which in turn is connected to a cellular phone 509. These are conventional components. For example cellular modem 514 may be an ATT V.32 bis, 14.4k bit modem with enhanced thru-put cellular (ETC) error correcting. The microcontroller 513 controls both the cellular phone 509, the digital signal processor 507 and the defibrillator 207."  Davis, Col. 4, ll. 60-67.<br><br>"The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 |

| '991 Patent: Claim 65 | Davis & Kalman |
|---|---|
| | and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101)."  Davis, Col. 7, ll. 13-17. <br><br> Davis discloses error correcting within cellular modems. One of ordinary skill in the art would understand that this could constitute forward error correction. <br><br><br> **Kalman** <br><br> Even if Davis did not disclose this limitation, Kalman discloses an evaluator station operable to perform forward error correction. <br><br> "Some of the eleven bits of the identifier code may be used for an error checking code." GB 1543441, p. 5, l. 129 – p. 6, l. 1. |

| '991 Patent: Claim 76 | Davis & Kalman |
|---|---|
| 76. The medical system of claim 53 wherein the evaluator station further includes an alarm unit capable of operation when the first sensor is not responding properly. | **Davis** <br><br> Davis discloses claim 53 as shown in the chart above. <br><br> **Kalman** <br><br> Davis may not disclose this limitation, however, Kalman does disclose an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly. <br><br> "For functional alarm where a malfunction occurs in the monitor station the emergency signal T is transmitted a definite number of times, preferably four times, and then the transmission is terminated." GB 1543441, p. 5, ll. 68-73. |

| '991 Patent: Claim 77 | Davis & Kalman |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to | **Davis** <br><br> Davis discloses claim 53 as shown in the chart above. |

| '991 Patent: Claim 77 | Davis & Kalman |
|---|---|
| display information representative of the first data transmitted by the first transmitter. | Davis discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br><br><br>Davis, Fig. 15 (display of the central monitoring station).<br><br>**Kalman**<br><br>Even if Davis did not disclose this limitation, Kalman discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"The central station, which is attended by an operator, is effective upon receipt of a transmitted signal to produce a display or audible alarm which identifies the individual monitor station which originated the transmission."  GB 1543441, p. 3, ll. 71-77. |

| '991 Patent: Claim 78 | Davis & Kalman |
|---|---|
| 78. The medical system of claim 53 wherein the sensor | **Davis** |

| '991 Patent: Claim 78 | Davis & Kalman |
|---|---|
| is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Davis discloses claim 53 as shown in the chart above.<br><br>Davis discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"A patient monitoring system which includes a portable device and a central station. The portable device includes an ECG and a photoplethysmograph connected to the patient; arrhythmia analysis apparatus; an expert system for determining if a pre-established critical parameter set has been exceeded; and a wireless communication device for automatically contacting the central station via a public cellular phone network when the critical parameter set has been exceeded." Davis, Abstract.<br><br>"If the patient's data is outside the preset parameters, cellular phone 509 is activated by controller logic 109. Cellular phone 509 is a conventional cellular phone which operates with cellular system 104B and through the public network 105. The cellular phone dials into the central monitoring station 106 whenever the patient's condition is outside the preset parameters. The patient's ECG waveform, calculated metrics, trends, measurements made by the plethysmograph, and the stored ECG and plethysmograph strips are sent to the central station 106 through the cellular phone 509 and 104B and the public network 105. A clinician 12 located at the central station can observe the patient's physiological data and the clinician can also voice communicate with the patient or someone proximate to the patient over the same public network 105 and cellular communication channel 509 and 104B that is transmitting the data to the central monitoring station 106." Davis, Col. 3, ll. 6-21.<br><br>"The apparatus worn by the patient 10 includes (a) processing, data acquisition, control and cellular phone unit 11, (b) ECG pads 203A to 203E which are connected to unit 11 via a cable 203, (c) photo-plethysmograph probe 208 which is attached to the patient 10 by a wriststrap 208A, (d) a defibrillation unit 207 which has defibrillation pads 206A and 206B, and (e) a speaker 202A and (f) a microphone 202B. Each of the devices worn by the patient 10 are connected by wires to unit 11. A conventional cellular phone antenna 204 is connected to unit 11. For convenience of illustration the shoulder and arm harness which holds unit 11 on the patient's body are not shown in FIG. 2. The exact configuration of the harness and arm strap are not particularly relevant to the present invention and they can take a wide variety of forms including simple pieces of adhesive tape or an arm strap and shoulder harness made from elastic fabric material. Defibrillation unit 207 is attached to a belt 207A which is worn around the patient's waist." Davis, Col. 3, 32-50.<br><br>"The operations in state 5 are shown in FIG. 11. State 5 is a state where the patient is in two way voice contact with the central monitoring station 106. Furthermore the data from the ECG and plethysmograph measurements is being compressed and transmitted to the central monitoring station 106 and the central station is |

| '991 Patent: Claim 78 | Davis & Kalman |
|---|---|
| | able to send control data and parameter data to unit 11. As indicated by block 1110, data and voice are transmitted and received via the cellular modem 514 and the cellular phone 509. The data and voice are demultiplexed as indicated by block 1104. As indicated by blocks 1101, 1102 and 1103, the voice is decompressed and error corrected (block 1103), changed from digital to analog (block 1102), band pass filtered, volume controlled and sent to speaker 202B (block 1101). The voice signals from microphone 202A are amplified, converted to digital signals (block 1105) band pass filtered and volume controlled (block 1106) compressed and error, encoded (block 1107) multiplexed and interleaved (block 1109) and transmitted via the cellular modem 514 (block 1110). It is noted that the information received from modem 514 includes multiplexed voice and data information which is demultiplexed (block 1104). The voice is handled as previously explained. The data information includes control data and parameter data (block 1108). The parameter data is stored in RAM memory 522."  Davis, Col. 7, ll. 5-28. <br><br> **Kalman** <br><br> Even if Davis did not disclose this limitation, Kalman discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. <br><br>  "…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to temperature."  GB 1543441, p. 3, ll. 84-90. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B54**

**Philips' Invalidity Claim Chart – U.S. Patent No. 7,215,991**

**§ 103 Reference: EP 0553372 "Method and System for Monitoring Vital Signs"to Pross, *et al.* ("Pross")**

Claims 3-5, 7, 8, 11, 12, 19, 20, 33-36, 40, 47-49, 51, 52, 55-57, 59-62, 67, 68, and 77 are rendered obvious by Pross.

| '991 Patent: Claim 3 | Pross |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Pross discloses a sensor capable of being fastened to a surface of a skin of the patient.<br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  EP 0553372, 12:23-30.<br><br>"Fig. 11b depicts details of cuff 52. Pneumatic tube or hose 54 is used to inflate and deflate the cuff, as is known in the art. Various electrodes, which come into contact with the skin of the patient's arm as soon as the cuff is applied, are arranged at the inner wall of the cuff."  EP 0553372, 18:30-35. |

| '991 Patent: Claim 4 | Pross |
|---|---|
| 4. A medical system according to claim 1 wherein the sensor is capable of being in contact with a finger of the patient. | Pross discloses a sensor capable of being in contact with a finger of the patient:<br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  EP 0553372, 12:23-30. |

| '991 Patent: Claim 5 | Pross |
|---|---|
| 5. A medical system according to claim 1 wherein the sensor is | Pross discloses a sensor located in a fingerclip: |

| '991 Patent: Claim 5 | Pross |
|---|---|
| located in a fingerclip. | "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  EP 0553372, 12:23-30. |

| '991 Patent: Claim 7 | Pross |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | Pross discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The present invention relates to a method for retrieving and/or monitoring vital signs of a patient, wherein 1-122 sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient, according to the preamble of claim 1."  EP 0553372, 1:1-6.<br><br>"The invention could also be expressed as a method for retrieving and/or monitoring vital signs of a patient, wherein at least two sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient…."  EP 0553372 4:22-27. |

| '991 Patent: Claim 8 | Pross |
|---|---|
| 8. A medical system according to claim 1 wherein the sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Pross discloses a sensor placed on a wrist of a patient and wherein a medical system measures oxygen saturation:<br><br>"The present invention relates to a method for retrieving and/or monitoring vital signs of a patient, wherein 1-122 sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient, according to the preamble of claim 1."  EP 0553372, 1:1-6. |

| '991 Patent: Claim 11 | Pross |
|---|---|
| 11. The medical system of claim 1 wherein oxygen saturation is measured. | Pross discloses measuring oxygen saturation:<br><br>"Typical vital signs suited for retrieving and/or monitoring according to the present invention include:<br><br>- electrocardiogram |

| '991 Patent: Claim 11 | Pross |
|---|---|
| | - pulse<br><br>- respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure<br><br>- invasive blood pressure<br><br>- blood gases and pH<br><br>and so on."  EP 0553372, 6:20-31. |
| | |

| '991 Patent: Claim 12 | Pross |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Pross discloses monitoring the  pulse of a patient:<br><br>"Typical vital signs suited for retrieving and/or monitoring according to the present invention include:<br><br>- electrocardiogram<br><br>- pulse<br><br>- respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure<br><br>- invasive blood pressure |

| '991 Patent: Claim 12 | Pross |
|---|---|
| | - blood gases and pH<br><br>and so on."  EP 0553372, 6:20-31. |

| '991 Patent: Claim 19 | Pross |
|---|---|
| 19. A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Pross discloses a second receiver operable to receive information from the evaluator station.<br><br>"In this case, a plug (8) connected with cable (9) has simply to be inserted into connector (7), in order to start data acquisition. The same simple approach may be used to monitor the next patient, and so on."  EP 0553372, Abstract.<br><br>"Such an arrangement may be particularly useful if a multiplicity of patients are subject to monitoring, as it is not necessary to establish a cable link for any of the patients."  EP 0553372, 16:50-54. |

| '991 Patent: Claim 20 | Pross |
|---|---|
| 20. A medical system according to claim 19 wherein the second receiver is on a different patient than the at least one receiver. | Pross discloses a second receiver on a different patient than another receiver:<br><br>"In this case, a plug (8) connected with cable (9) has simply to be inserted into connector (7), in order to start data acquisition. The same simple approach may be used to monitor the next patient, and so on."  EP 0553372, Abstract.<br><br>"Such an arrangement may be particularly useful if a multiplicity of patients are subject to monitoring, as it is not necessary to establish a cable link for any of the patients."  EP 0553372, 16:50-54. |

| '991 Patent: Claim 33 | Pross |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Pross discloses an evaluator station comprising a display operable to display the digital data:<br><br>"In one preferred embodiment, the inventive method is further characterized by the step of displaying the vital signs information on a display, preferably a liquid crystal display, built in the electronic data |

| '991 Patent: Claim 33 | Pross |
|---|---|
| | acquisition unit." EP 0553372, 7:37-41.<br><br>"Fig. 3 depicts a more detailed top view of portable hand-held monitor 1. The liquid crystal display is designated as 3, as in the former figures." EP 0553372, 15:15-18, Fig. 3.<br><br><br><br>FIG.3 |

| '991 Patent: Claim 34 | Pross |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal | Pross discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof:<br><br>"Typical vital signs suited for retrieving and/or monitoring according to the present invention include:<br><br>- electrocardiogram |

| '991 Patent: Claim 34 | Pross |
|---|---|
| activity, patient position, patient motion, and combinations thereof. | - pulse<br><br>- respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure<br><br>- invasive blood pressure<br><br>- blood gases and pH<br><br>and so on."  EP 0553372, 6:20-31. |

| '991 Patent: Claim 35 | Pross |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Pross discloses digital data transmitted by the transmitter representing an electrical signal.<br><br>*See, generally,* EP 0553372. |

| '991 Patent: Claim 36 | Pross |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Pross discloses digital data transmitted by the transmitter representing processed information.<br><br>"It is understood that these vital signs need not necessarily be stored, monitored or otherwise processed as real-time waves.  Instead, it is also possible to process trend values, histograms, mean values or other derived parameters which allow a greater degree of data compression.  For example, instead of processing the electrocardiogram, the pulse (heart rate) could be used instead."  EP 0553372, 6:32-39.<br><br>"The vital signs information collected from a patient, or from a multiplicity of patients, may thus be "downloaded" to a remote computer for ***further processing***.  In particular, the remote computer may be able to calculate further derived parameters, generate a printout, and the like.  The data may further be used in a hospital information system which is also used to administer other data, e.g. diagnostic data and/or administrative data.  In case the remote computer is a personal computer, it may be |

| '991 Patent: Claim 36 | Pross |
|---|---|
|  | located in the nurse's office or the like.  It may also be a laptop computer, etc.  EP 0553372, 8:4-15 (emphasis added). |

| '991 Patent: Claim 40 | Pross |
|---|---|
| 40. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to different patients. | Pross discloses first and second arrangements positionable adjacent to different patients:<br><br>"In this case, a plug (8) connected with cable (9) has simply to be inserted into connector (7), in order to start data acquisition. The same simple approach may be used to monitor the next patient, and so on."  EP 0553372, Abstract.<br><br>"Such an arrangement may be particularly useful if a multiplicity of patients are subject to monitoring, as it is not necessary to establish a cable link for any of the patients."  EP 0553372, 16:50-54. |

| '991 Patent: Claim 47 | Pross |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | Pross discloses a converter, transmitter, and receiver arranged in a bracelet:<br><br>"The present invention relates to a method for retrieving and/or monitoring vital signs of a patient, wherein 1-122 sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient, according to the preamble of claim 1."  EP 0553372, 1:1-6.<br><br>"The invention could also be expressed as a method for retrieving and/or monitoring vital signs of a patient, wherein at least two sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient…."  EP 0553372 4:22-27. |

| '991 Patent: Claim 48 | Pross |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Pross discloses a sensor operable to be placed on a wrist of the patient.<br><br>"The present invention relates to a method for retrieving and/or monitoring vital signs of a patient, wherein 1-122 sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient, according to the preamble of claim 1."  EP 0553372, 1:1-6. |

| '991 Patent: Claim 48 | Pross |
|---|---|
|  | "The invention could also be expressed as a method for retrieving and/or monitoring vital signs of a patient, wherein at least two sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient…."  EP 0553372 4:22-27. |

| '991 Patent: Claim 49 | Pross |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Pross discloses measuring oxygen saturation:<br><br>"Typical vital signs suited for retrieving and/or monitoring according to the present invention include:<br><br>- electrocardiogram<br><br>- pulse<br><br>- respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure<br><br>- invasive blood pressure<br><br>- blood gases and pH<br><br>and so on."  EP 0553372, 6:20-31. |

| '991 Patent: Claim 51 | Pross |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Pross discloses an evaluator station including a display:<br><br>"In one preferred embodiment, the inventive method is further characterized by the step of displaying the vital signs information on a display, preferably a liquid crystal display, built in the electronic data acquisition unit."  EP 0553372, 7:37-41.<br><br>"Fig. 3 depicts a more detailed top view of portable hand-held monitor 1. The liquid crystal display is |

| '991 Patent: Claim 51 | Pross |
|---|---|
| | designated as 3, as in the former figures."  EP 0553372, 15:15-18, Fig. 3.<br><br><br><br>FIG.3 |

| '991 Patent: Claim 52 | Pross |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Pross discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"Typical vital signs suited for retrieving and/or monitoring according to the present invention include:<br><br>- electrocardiogram<br><br>- pulse |

702913538

| '991 Patent: Claim 52 | Pross |
|---|---|
| | - respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure<br><br>- invasive blood pressure<br><br>- blood gases and pH<br><br>and so on."  EP 0553372, 6:20-31. |

| '991 Patent: Claim 55 | Pross |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Pross discloses a first sensor capable of being fastened to a surface of a skin of the patient.<br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  EP 0553372, 12:23-30.<br><br>"Fig. 11b depicts details of cuff 52. Pneumatic tube or hose 54 is used to inflate and deflate the cuff, as is known in the art. Various electrodes, which come into contact with the skin of the patient's arm as soon as the cuff is applied, are arranged at the inner wall of the cuff."  EP 0553372, 18:30-35. |

| '991 Patent: Claim 56 | Pross |
|---|---|
| 56. A medical system according to claim 53 wherein the first sensor is capable of being in contact with a finger of the patient. | Pross discloses first sensor capable of being in contact with a finger of the patient.<br><br>"A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry."  EP 0553372, 12:23-30. |

| '991 Patent: Claim 57 | Pross |
|---|---|

| '991 Patent: Claim 57 | Pross |
|---|---|
| 57. A medical system according to claim 53 wherein the first sensor is located in a fingerclip. | Pross discloses a first sensor located in a fingerclip. "A multiplicity of single cables 11a to 11d provide connection with physiological transducers (not shown in Fig. 1); for example, cables 11a and 11b could be connected with ECG electrodes, cable 1 1 c could be connected with a temperature probe, and cable 11d could be in connection with a finger sensor for pulse oximetry." EP 0553372, 12:23-30. |

| '991 Patent: Claim 59 | Pross |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | Pross discloses a first sensor, first transmitter, and first receiver arranged in a bracelet. "The present invention relates to a method for retrieving and/or monitoring vital signs of a patient, wherein 1-122 sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient, according to the preamble of claim 1." EP 0553372, 1:1-6. "The invention could also be expressed as a method for retrieving and/or monitoring vital signs of a patient, wherein at least two sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient...." EP 0553372 4:22-27. |

| '991 Patent: Claim 60 | Pross |
|---|---|
| 60. A medical system according to claim 53 wherein the first sensor is placed on a wrist of the patient and wherein the medical system measures oxygen saturation. | Pross discloses a first sensor placed on a wrist of a patient and wherein the medical system measures oxygen saturation. "The present invention relates to a method for retrieving and/or monitoring vital signs of a patient, wherein 1-122 sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient, according to the preamble of claim 1." EP 0553372, 1:1-6. "The invention could also be expressed as a method for retrieving and/or monitoring vital signs of a patient, wherein at least two sensors, such as electrocardiogram electrodes, a temperature sensor or a cuff for measuring non-invasive blood pressure, are applied to a patient...." EP 0553372 4:22-27. "Typical vital signs suited for retrieving and/or monitoring according to the present invention include: |

| '991 Patent: Claim 60 | Pross |
|---|---|
| | - electrocardiogram<br><br>- pulse<br><br>- respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure<br><br>- invasive blood pressure<br><br>- blood gases and pH<br><br>and so on."  EP 0553372, 6:20-31. |

| '991 Patent: Claim 61 | Pross |
|---|---|
| 61. The medical system of claim 53 wherein oxygen saturation is measured. | Pross discloses measuring oxygen saturation.<br><br>"Typical vital signs suited for retrieving and/or monitoring according to the present invention include:<br><br>- electrocardiogram<br><br>- pulse<br><br>- respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure |

| '991 Patent: Claim 61 | Pross |
|---|---|
| | - invasive blood pressure<br><br>- blood gases and pH<br><br>and so on." EP 0553372, 6:20-31. |

| '991 Patent: Claim 62 | Pross |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Pross discloses the pulse of a patient is monitored.<br><br>"Typical vital signs suited for retrieving and/or monitoring according to the present invention include:<br><br>- electrocardiogram<br><br>- pulse<br><br>- respiration<br><br>- temperature<br><br>- oxygen saturation<br><br>- non-invasive blood pressure<br><br>- invasive blood pressure<br><br>- blood gases and pH<br><br>and so on." EP 0553372, 6:20-31. |

| '991 Patent: Claim 67 | Pross |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Pross discloses a third receiver operable to receive third data from the second transmitter.<br><br>"In this case, a plug (8) connected with cable (9) has simply to be inserted into connector (7), in order to start data acquisition. The same simple approach may be used to monitor the next patient, and so |

| '991 Patent: Claim 67 | Pross |
|---|---|
| | on."  EP 0553372, Abstract.<br><br>"Such an arrangement may be particularly useful if a multiplicity of patients are subject to monitoring, as it is not necessary to establish a cable link for any of the patients."  EP 0553372, 16:50-54. |

| '991 Patent: Claim 68 | Pross |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | Pross discloses a third receiver on a different patient than the first receiver:<br><br>"In this case, a plug (8) connected with cable (9) has simply to be inserted into connector (7), in order to start data acquisition. The same simple approach may be used to monitor the next patient, and so on."  EP 0553372, Abstract.<br><br>"Such an arrangement may be particularly useful if a multiplicity of patients are subject to monitoring, as it is not necessary to establish a cable link for any of the patients."  EP 0553372, 16:50-54. |

| '991 Patent: Claim 77 | Pross |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Pross discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"In one preferred embodiment, the inventive method is further characterized by the step of displaying the vital signs information on a display, preferably a liquid crystal display, built in the electronic data acquisition unit."  EP 0553372, 7:37-41.<br><br>"Fig. 3 depicts a more detailed top view of portable hand-held monitor 1. The liquid crystal display is designated as 3, as in the former figures."  EP 0553372, 15:15-18, Fig. 3. |

| '991 Patent: Claim 77 | Pross |
|---|---|
| |  |

FIG.3

702913538

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B55**

**Philips' Invalidity Claim Chart – U.S. Patent No. 7,215,991**

<u>**§ 103 Reference: GB 1543441 "Patient Monitoring System"to Kalman ("Kalman")**</u>

Claims 2, 6, 7, 9, 12, 17, 32-35, 39, 47, 50-52, 59, 62, and 76-78 are rendered obvious by Kalman.

| '991 Patent: Claim 2 | Kalman |
|---|---|
| 2. A medical system according to claim 1 wherein the sensor, converter, transmitter, and receiver are integrated in one semiconductor chip. | Kalman discloses a sensor, converter, transmitter, and receiver integrated in one semiconductor chip.<br><br>"The electronics assembly 38 takes the form of a large scale integrated circuit, preferably of the type known as complementary symmetry metal oxide semiconductor (CMOS) integrated circuits."  GB 1543441, p. 4, ll. 6-11. |

| '991 Patent: Claim 6 | Kalman |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | Kalman discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br><br>"This sensor 152 suitably comprises a pressure responsive switch which is in a closed condition when the wrist-unit is making suitable contact with 120 the body of the patient."  GB 1543441, p. 13, ll. 117-121. |

| '991 Patent: Claim 7 | Kalman |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | Kalman discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  GB 1543441, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 7 | Kalman |
|---|---|
| |  |

| '991 Patent: Claim 9 | Kalman |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | Kalman discloses a sensor, converter, transmitter, and receiver arranged on a garment.<br><br>*See* GB 2259772, p. 13, ll. 7-15. |

| '991 Patent: Claim 12 | Kalman |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Kalman discloses monitoring the  pulse of a patient.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the |

| '991 Patent: Claim 12 | Kalman |
|---|---|
| | form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist…."  GB 1543441, p. 3, ll. 84-88. |

| '991 Patent: Claim 17 | Kalman |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Kalman discloses an evaluator station is operable to perform forward error correction. <br><br> "Some of the eleven bits of the identifier code may be used for an error checking code." GB 1543441, p. 5, l. 129–p. 6, l. 1. |

| '991 Patent: Claim 32 | Kalman |
|---|---|
| 32. The medical system of claim 1 wherein the evaluator station is operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. | Kalman discloses an evaluator station operable to send a signal to an alarm unit when the sensor is not properly fastened to a surface of a skin of the patient. <br><br> "For functional alarm where a malfunction occurs in the monitor station the emergency signal T is transmitted a definite number of times, preferably four times, and then the transmission is terminated."  GB 1543441, p. 5, ll. 68-73. |

| '991 Patent: Claim 33 | Kalman |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Kalman discloses an evaluator station comprising a display operable to display the digital data. <br><br> "The central station, which is attended by an operator, is effective upon receipt of a transmitted signal to produce a display or audible alarm which identifies the individual monitor station which originated the transmission."  GB 1543441, p. 3, ll. 71-77. |

| '991 Patent: Claim 34 | Kalman |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse | Kalman discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. <br><br> "…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to |

947

| '991 Patent: Claim 34 | Kalman |
|---|---|
| oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | temperature." GB 1543441, p. 3, ll. 84-90. |

| '991 Patent: Claim 35 | Kalman |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Kalman discloses digital data transmitted by the transmitter representing an electrical signal.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to temperature." GB 1543441, p. 3, ll. 84-90. |

| '991 Patent: Claim 39 | Kalman |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | Kalman discloses first and second arrangements positionable adjacent to the patient.<br><br>"This sensor 152 suitably comprises a pressure responsive switch which is in a closed condition when the wrist-unit is making suitable contact with 120 the body of the patient." GB 1543441, p. 13, ll. 117-121. |

| '991 Patent: Claim 47 | Kalman |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | Kalman discloses a converter, transmitter, and receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch." GB 1543441, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 47 | Kalman |
|---|---|
| |  |

| '991 Patent: Claim 50 | Kalman |
|---|---|
| 50. The medical system of claim 37 wherein the evaluator station includes an alarm unit. | Kalman discloses an evaluator station including an alarm unit.<br><br>"For functional alarm where a malfunction occurs in the monitor station the emergency signal T is transmitted a definite number of times, preferably four times, and then the transmission is terminated."  GB 1543441, p. 5, ll. 68-73. |

| '991 Patent: Claim 51 | Kalman |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Kalman discloses an evaluator station including a display.<br><br>"The central station, which is attended by an operator, is effective upon receipt of a transmitted signal to produce a display or audible alarm which identifies the individual monitor station which originated the transmission."  GB 1543441, p. 3, ll. 71-77. |

702913538

| '991 Patent: Claim 52 | Kalman |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Kalman discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to temperature."  GB 1543441, p. 3, ll. 84-90. |

| '991 Patent: Claim 59 | Kalman |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | Kalman discloses a first sensor, first transmitter, and first receiver arranged in a bracelet.<br><br>"The monitor station may be attached in various ways such as by a wrist band or as a pendant on a neck band; in the illustrative embodiment it takes the form of a wrist-mounted unit, in the manner of a wristwatch."  GB 1543441, p. 3, ll. 60-65; Fig. 2; Fig. 3. |

| '991 Patent: Claim 59 | Kalman |
|---|---|
| |  |

| '991 Patent: Claim 62 | Kalman |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Kalman discloses the pulse of a patient is monitored.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist…."  GB 1543441, p. 3, ll. 84-88. |

| '991 Patent: Claim 65 | Kalman |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Kalman discloses an evaluator station operable to perform forward error correction.<br><br>"Some of the eleven bits of the identifier code may be used for an error checking code." GB 1543441, p. 5, l. 129 – p. 6, l. 1. |

| '991 Patent: Claim 76 | Kalman |
|---|---|
| 76. The medical system of claim 53 wherein the evaluator station further includes an alarm unit capable of operation when the first sensor is not responding properly. | Kalman discloses an evaluator station further including an alarm unit capable of operation when the first sensor is not responding properly.<br><br>"For functional alarm where a malfunction occurs in the monitor station the emergency signal T is transmitted a definite number of times, preferably four times, and then the transmission is terminated."  GB 1543441, p. 5, ll. 68-73. |

| '991 Patent: Claim 77 | Kalman |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Kalman discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"The central station, which is attended by an operator, is effective upon receipt of a transmitted signal to produce a display or audible alarm which identifies the individual monitor station which originated the transmission."  GB 1543441, p. 3, ll. 71-77. |

| '991 Patent: Claim 78 | Kalman |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Kalman discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"…a signal indicative of a physical condition; for example, the sensor 14 may be a transducer in the form of two electro-cardiograph electrodes, an acoustical transducer responsive to the pulse at a person's wrist or a thermometer adapted to produce an electrical output signal corresponding to temperature."  GB 1543441, p. 3, ll. 84-90. |

*Body Science LLC v. Philips Electronics N. Am. Corp.*, Case No. 12-cv-10536

**EXHIBIT B56**

**Philips' Invalidity Claim Chart – U.S. Patent No. 7,215,991**

**§ 103 Reference: GB 2003276 "Continuous Electrocardiogram Monitoring Method and System for Cardiac Patiants"to Karz ("Karz")**

Claims 12, 33-35, 51, 52, 62, 77 and 78 are rendered obvious by Karz.

| '991 Patent: Claim 12 | Karz |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Karz discloses monitoring the  pulse of a patient:<br><br>"The patient transmitter includes a state of other lethal arrhythmias and as a result thereof, the art telemetry transmitter apparatus which may 90 expiration. In addition thereto, such patients transmit ECG signals as indicated by the normally are under medication or exercise communication link 12 to a patient station which programs or a combination of both, and in many is in the form of a portable console or similar instances have undergone aorto-coronary apparatus. Obviously, other physiological signals saphenous vein bypass graft surgery. Little is such as blood pressure, pulse rate, respiratory rate 95 known at the present time regarding the exact and the like may also be transmitted if desired and effects of exercise, medicines and surgery upon would be useful to the attending physician."  GB 2003276, p. 3, ll. 24-32. |

| '991 Patent: Claim 33 | Karz |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Karz discloses an evaluator station comprising a display operable to display the digital data:<br><br>"The signal is also applied to a digital data detection means 74 which along with the conversion and display logic means 76 and display 78 provides patient identification and specific information regarding the patients such as total heartbeats; total VEB's, timer setting and the like."  GB 2003276, p. 5, ll. 92-98. |

| '991 Patent: Claim 34 | Karz |
|---|---|
| 34. The medical system of claim 1 | Karz discloses at least one sensor capable of collecting data selected from the group consisting of: respiration |

| '991 Patent: Claim 34 | Karz |
|---|---|
| wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The recorded ECG signals are then transmitted in a compressed time fashion to the monitoring station 18 simultaneously with the real time ECG signals."  GB 2003276, Abstract. |

| '991 Patent: Claim 35 | Karz |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Karz discloses digital data transmitted by the transmitter representing an electrical signal.<br><br>"The recorded ECG signals are then transmitted in a compressed time fashion to the monitoring station 18 simultaneously with the real time ECG signals."  GB 2003276, Abstract. |

| '991 Patent: Claim 51 | Karz |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Karz discloses an evaluator station including a display.<br><br>"The signal is also applied to a digital data detection means 74 which along with the conversion and display logic means 76 and display 78 provides patient identification and specific information regarding the patients such as total heartbeats; total VEB's, timer setting and the like."  GB 2003276, p. 5, ll. 92-98. |

| '991 Patent: Claim 52 | Karz |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Karz discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The recorded ECG signals are then transmitted in a compressed time fashion to the monitoring station 18 simultaneously with the real time ECG signals."  GB 2003276, Abstract. |

954

| '991 Patent: Claim 62 | Karz |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Karz discloses the pulse of a patient is monitored.<br><br>"The patient transmitter includes a state of other lethal arrhythmias and as a result thereof, the art telemetry transmitter apparatus which may 90 expiration. In addition thereto, such patients transmit ECG signals as indicated by the normally are under medication or exercise communication link 12 to a patient station which programs or a combination of both, and in many is in the form of a portable console or similar instances have undergone aorto-coronary apparatus. Obviously, other physiological signals saphenous vein bypass graft surgery. Little is such as blood pressure, pulse rate, respiratory rate 95 known at the present time regarding the exact and the like may also be transmitted if desired and effects of exercise, medicines and surgery upon would be useful to the attending physician."  GB 2003276, p. 3, ll. 24-32. |

| '991 Patent: Claim 77 | Karz |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Karz discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"The signal is also applied to a digital data detection means 74 which along with the conversion and display logic means 76 and display 78 provides patient identification and specific information regarding the patients such as total heartbeats; total VEB's, timer setting and the like."  GB 2003276, p. 5, ll. 92-98. |

| '991 Patent: Claim 78 | Karz |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Karz discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"The recorded ECG signals are then transmitted in a compressed time fashion to the monitoring station 18 simultaneously with the real time ECG signals."  GB 2003276, Abstract. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B57**

**Philips' Invalidity Claim Chart – U.S. Patent No. 7,215,991**

**§ 103 Reference: GB 2259772 "Biological Signal Monitor and Transmitter"to Kinoshita, *et al.* ("Kinoshita")**

Claims 3, 6, 7, 9, 12, 17, 18, 22, 25-27, 33-35, 38, 39, 47, 51, 52, 55, 58, 59, 62, 66, 68-74, 77, and 78 are rendered obvious by Kinoshita

| '991 Patent: Claim 3 | Kinoshita |
|---|---|
| 3. A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Kinoshita discloses a sensor capable of being fastened to a surface of a skin of the patient.<br><br>"A shirt main body 9 has a shape of, e.g., an 20 athletic-style shirt . The pair of electrodes 10a and l0b are arranged at the right and left underarm positions of the shirt main body 9 and brought into contact with the skin of a person to be monitored having the shirt 1 on."  GB2259772, p. 14, ll. 20-24.<br><br>"…such that a pair of electrodes 10a and l0b projecting from its surface are brought into contact with the skin of a portion immediately above the heart."  GB2259772, p. 41, ll. 2-4. |

| '991 Patent: Claim 6 | Kinoshita |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | Kinoshita discloses a sensor, converter, transmitter, and receiver operable to be worn on a body of a patient with the sensor in contact with the body.<br><br>"Still another arrangement of the present invention is a biological signal transmitter, to be put on a human 15 body…."  GB 2259772, p. 5, ll. 13-15. |

| '991 Patent: Claim 7 | Kinoshita |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | Kinoshita discloses a sensor, converter, transmitter, and receiver arranged in a bracelet.<br><br>*See, generally*, GB 2259772 ("Fig. 4 is a block diagram showing the circuit configuration of a wristwatch used in the monitor system"). |

| '991 Patent: Claim 9 | Kinoshita |
|---|---|
| 9. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged on a garment. | Kinoshita discloses a sensor, converter, transmitter, and receiver arranged on a garment.<br><br>"A plurality of shirts 1 as shown in Fig. 2 are put on a plurality of persons to be monitored. As shown in Fig. 3, each shirt 1 comprises a detector 12 including a pair of electrodes 10a and 10b for detecting a biological signal, such as an electrocardiogram waveform, generated by a person to be monitored, and a transmitter 13 including a coil 2 for transmitting the biological signal detected by the detector 12 in the form of an electromagnetic induction signal." GB 2259772, p. 13, ll. 7-15.<br><br>"A shirt main body 9 has a shape of, e.g., an 20 athletic-style shirt . The pair of electrodes 10a and 10b are arranged at the right and left underarm positions of the shirt main body 9 and brought into contact with the skin of a person to be monitored having the shirt 1 on." GB2259772, p. 14, ll. 20-24. |

| '991 Patent: Claim 12 | Kinoshita |
|---|---|
| 12. The medical system of claim 1 wherein a pulse of the patient is monitored. | Kinoshita discloses monitoring the pulse of a patient.<br><br>*See*, *generally*, GB 2259772 ("It is another object of the present invention to provide a monitor system capable of simultaneously or individually monitoring pieces of biological information, such as pulse rates, of a plurality of persons to be monitored"). |

| '991 Patent: Claim 17 | Kinoshita |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Kinoshita discloses an evaluator station is operable to perform forward error correction.<br><br>"The receiver 102 also stabilizes the heartbeat signal by performing error correction for the signal and then performs abnormality check of the heartbeat. If an 10 abnormality is detected, the receiver 102 superposes a signal indicating occurrence of the abnormality on a carrier frequency (represented by RF in Fig. 1 6 ) and transmits the signal as a radio signal." GB 2259772, p. 40, ll. 7–13. |

| '991 Patent: Claim 18 | Kinoshita |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the | Kinoshita discloses an error correction unit operable to perform error correction on the information received by a receiver.<br><br>"The receiver 102 also stabilizes the heartbeat signal by performing error correction for the signal and |

| '991 Patent: Claim 18 | Kinoshita |
|---|---|
| information received by the at least one receiver. | then performs abnormality check of the heartbeat. If an 10 abnormality is detected, the receiver 102 superposes a signal indicating occurrence of the abnormality on a carrier frequency (represented by RF in Fig. 1 6 ) and transmits the signal as a radio signal."  GB 2259772, p. 40, ll. 7–13. |

| '991 Patent: Claim 22 | Kinoshita |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | Kinoshita discloses a second transmitter operable to transmit digital data from the patient.<br><br>"Biological signals detected by detecting units (1) on a plurality of persons to be monitored are first transmitted to wristwatches (3)."  *See* GB 2259772, Abstract. |

| '991 Patent: Claim 25 | Kinoshita |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Kinoshita discloses an evaluator station operable to perform error correction on the digital data transmitted by the at least one transmitter.<br><br>"The receiver 102 also stabilizes the heartbeat signal by performing error correction for the signal and then performs abnormality check of the heartbeat. If an 10 abnormality is detected, the receiver 102 superposes a signal indicating occurrence of the abnormality on a carrier frequency (represented by RF in Fig. 16) and transmits the signal as a radio signal."  GB 2259772, p. 40, ll. 7-13. |

| '991 Patent: Claim 26 | Kinoshita |
|---|---|
| 26. The medical system of claim 1 further including a cover at least partially covering the receiver, the transmitter, and the converter. | Kinoshita discloses a cover at least partially covering a receiver, transmitter, and converter.<br><br>"In each of the wristwatches 3, specific identification (ID) code information for distinguishing a corresponding person to be monitored from another is set in an internal RAM 20 shown in Fig. 4.  On the basis of a biological signal transmitted from the shirt 1, the wristwatch 3 generates pulse rate data of a corresponding person to be monitored, converts the generated pulse rate data and the corresponding ID code data into a 5 radio signal, and transmits the radio signal from the antenna 5." GB 2259772, p. 13, l. 24–p. 14, l. 6; Fig. 4 (wristwatch). |

| '991 Patent: Claim 27 | Kinoshita |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver | Kinoshita discloses a converter, transmitter, and receiver are adapted to be at least partially under a cover.<br><br>"In each of the wristwatches 3, specific identification (ID) code information for distinguishing a |

| '991 Patent: Claim 27 | Kinoshita |
|---|---|
| are adapted to be at least partially under a cover. | corresponding person to be monitored from another is set in an internal RAM 20 shown in Fig. 4. On the basis of a biological signal transmitted from the shirt 1, the wristwatch 3 generates pulse rate data of a corresponding person to be monitored, converts the generated pulse rate data and the corresponding ID code data into a 5 radio signal, and transmits the radio signal from the antenna 5." GB 2259772, p. 13, l. 24–p. 14, l. 6; Fig. 4 (wristwatch). |

| '991 Patent: Claim 28 | Kinoshita |
|---|---|
| 28. The medical system of claim 27 further comprising: a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. | Kinoshita discloses a second cover at least partially covering a second receiver, a second converter, and a second transmitter; a second sensor capable of being in contact with a second human body and operable to record a second set of electric signals in response; the second converter operable to convert the second set of electric signals into digital data; and the second transmitter operable to transmit the digital data to the evaluator system. "In each of the wristwatches 3, specific identification (ID) code information for distinguishing a corresponding person to be monitored from another is set in an internal RAM 20 shown in Fig. 4. On the basis of a biological signal transmitted from the shirt 1, the wristwatch 3 generates pulse rate data of a corresponding person to be monitored, converts the generated pulse rate data and the corresponding ID code data into a 5 radio signal, and transmits the radio signal from the antenna 5." GB 2259772, p. 13, l. 24–p. 14, l. 6; Fig. 2; Fig. 3.; Fig. 4 (wristwatch). |

| '991 Patent: Claim 33 | Kinoshita |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Kinoshita discloses an evaluator station comprising a display operable to display the digital data. "The monitor (8) displays the biological signals in a one-to-one correspondence with the ID code data." GB 2259772, Abstract. |

| '991 Patent: Claim 34 | Kinoshita |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected | Kinoshita discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. |

| '991 Patent: Claim 34 | Kinoshita |
|---|---|
| from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | "In addition, biological data to be monitored is not limited to pulse rate data but may be electrocardiogram waveform data corresponding t o an electrocardiogram waveform signal, 5 blood pressure data, or body temperature data."  GB 2259772, p. 39, ll. 1-5. |

| '991 Patent: Claim 35 | Kinoshita |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Kinoshita discloses digital data transmitted by the transmitter representing an electrical signal.<br><br>"A serial converter 21 converts pulse rate data and ID code data delivered parallel from the controller 18 into a serial signal and sends the serial signal to a transmitter 22. The transmitter 22 converts the 5 supplied serial signal into a radio signal and transmits the radio signal from the antenna 5."  GB 2259772, p. 39, ll. 1-5. |

| '991 Patent: Claim 38 | Kinoshita |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Kinoshita discloses a first and second arrangements of components, the first arrangement including a converter, a transmitter, and areceiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver.<br><br>"Biological signals detected by detecting units (1) on a plurality of persons to be monitored are first transmitted to wristwatches (3)."  *See* GB 2259772, Abstract; Fig. 1; Fig. 4. |

| '991 Patent: Claim 38 | Kinoshita |
|---|---|
| |  |

702913538

| '991 Patent: Claim 39 | Kinoshita |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patient. | Kinoshita discloses first and second arrangements positionable adjacent to the patient.<br><br>"Still another arrangement of the present invention is a biological signal transmitter, to be put on a human 15 body…." GB 2259772, p. 5, ll. 13-15. |

| '991 Patent: Claim 47 | Kinoshita |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | Kinoshita discloses a converter, transmitter, and receiver arranged in a bracelet.<br><br>*See, generally,* GB 2259772 ("Fig. 4 is a block diagram showing the circuit configuration of a wristwatch used in the monitor system"). |

| '991 Patent: Claim 51 | Kinoshita |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Kinoshita discloses an evaluator station including a display:<br><br>"The monitor (8) displays the biological signals in a one-to-one correspondence with the ID code data." GB 2259772, Abstract. |

| '991 Patent: Claim 52 | Kinoshita |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Kinoshita discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"In addition, biological data to be monitored is not limited t o pulse rate data but may be electrocardiogram waveform data corresponding t o an electrocardiogram waveform signal, 5 blood pressure data, or body temperature data." GB 2259772, p. 39, ll. 1-5. |

| '991 Patent: Claim 55 | Kinoshita |
|---|---|
| 55. A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Kinoshita discloses a first sensor capable of being fastened to a surface of a skin of the patient.<br><br>"A shirt main body 9 has a shape of, e.g., an 20 athletic-style shirt . The pair of electrodes 10a and l0b are arranged at the right and left underarm positions of the shirt main body 9 and brought into contact |

| '991 Patent: Claim 55 | Kinoshita |
|---|---|
| | with the skin of a person to be monitored having the shirt 1 on."  GB2259772, p. 14, ll. 20-24.<br><br>"…such that a pair of electrodes 10a and l0b projecting from its surface are brought into contact with the skin of a portion immediately above the heart."  GB2259772, p. 41, ll. 2-4. |

| '991 Patent: Claim 58 | Kinoshita |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Kinoshita discloses a first sensor, first transmitter, and first receiver operable to be worn on a body of the patient with the first sensor in contact with the body.<br><br>"Still another arrangement of the present invention is a biological signal transmitter, to be put on a human 15 body…."  GB 2259772, p. 5, ll. 13-15. |

| '991 Patent: Claim 59 | Kinoshita |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | Kinoshita discloses a first sensor, first transmitter, and first receiver arranged in a bracelet.<br><br>*See, generally*, GB 2259772 ("Fig. 4 is a block diagram showing the circuit configuration of a wristwatch used in the monitor system"). |

| '991 Patent: Claim 62 | Kinoshita |
|---|---|
| 62. The medical system of claim 53 wherein a pulse of the patient is monitored. | Kinoshita discloses the pulse of a patient is monitored.<br><br>*See, generally*, GB 2259772 ("It is another object of the present invention to provide a monitor system capable of simultaneously or individually monitoring pieces of biological information, such as pulse rates, of a plurality of persons to be monitored"). |

| '991 Patent: Claim 65 | Kinoshita |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Kinoshita discloses an evaluator station operable to perform forward error correction.<br><br>"The receiver 102 also stabilizes the heartbeat signal by performing error correction for the signal and then performs abnormality check of the heartbeat. If an 10 abnormality is detected, the receiver 102 superposes a signal indicating occurrence of the abnormality on a carrier frequency (represented by RF in Fig. 1 6 ) and transmits the signal as a radio signal."  GB 2259772, p. 40, ll. 7–13. |

| '991 Patent: Claim 66 | Kinoshita |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Kinoshita discloses an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data.<br><br>"The receiver 102 also stabilizes the heartbeat signal by performing error correction for the signal and then performs abnormality check of the heartbeat. If an 10 abnormality is detected, the receiver 102 superposes a signal indicating occurrence of the abnormality on a carrier frequency (represented by RF in Fig. 1 6 ) and transmits the signal as a radio signal." GB 2259772, p. 40, ll. 7–13. |

| '991 Patent: Claim 68 | Kinoshita |
|---|---|
| 68. A medical system according to claim 67 wherein the third receiver is on a different patient than the first receiver. | Kinoshita discloses a third receiver on a different patient than the first receiver.<br><br>"Biological signals detected by detecting units (1) on a plurality of persons to be monitored are first transmitted to wristwatches (3)." *See* GB 2259772, Abstract. |

| '991 Patent: Claim 69 | Kinoshita |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Kinoshita discloses  an evaluator station operable to communicate with both the first receiver and the third receiver.<br><br>"Biological signals detected by detecting units (1) on a plurality of persons to be monitored are first transmitted to wristwatches (3)." *See* GB 2259772, Abstract. |

| '991 Patent: Claim 70 | Kinoshita |
|---|---|
| 70. A medical system according to claim 67 wherein a third transmitter is operable to transmit third data from a second body. | Kinoshita discloses a third transmitter operable to transmit third data from a second body.<br><br>"Biological signals detected by detecting units (1) on a plurality of persons to be monitored are first transmitted to wristwatches (3)." *See* GB 2259772, Abstract. |

| '991 Patent: Claim 71 | Kinoshita |
|---|---|
| 71. The medical system of claim 53 in which a second sensor is in contact with a second body. | Kinoshita discloses a second sensor in contact with a second body.<br><br>"Biological signals detected by detecting units (1) on a plurality of persons to be monitored are first transmitted to wristwatches (3)." *See* GB 2259772, Abstract. |

| '991 Patent: Claim 72 | Kinoshita |
|---|---|

| '991 Patent: Claim 72 | Kinoshita |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Kinoshita discloses an evaluator station operable to perform error correction on the first data transmitted by the first transmitter.<br><br>"The receiver 102 also stabilizes the heartbeat signal by performing error correction for the signal and then performs abnormality check of the heartbeat. If an 10 abnormality is detected, the receiver 102 superposes a signal indicating occurrence of the abnormality on a carrier frequency (represented by RF in Fig. 16) and transmits the signal as a radio signal." GB 2259772, p. 40, ll. 7-13. |

| '991 Patent: Claim 73 | Kinoshita |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Kinoshita discloses a cover at least partially covering the first set of components.<br><br>"In each of the wristwatches 3, specific identification (ID) code information for distinguishing a corresponding person to be monitored from another is set in an internal RAM 20 shown in Fig. 4.  On the basis of a biological signal transmitted from the shirt 1, the wristwatch 3 generates pulse rate data of a corresponding person to be monitored, converts the generated pulse rate data and the corresponding ID code data into a 5 radio signal, and transmits the radio signal from the antenna 5." GB 2259772, p. 13, l. 24–p. 14, l. 6; Fig. 4 (wristwatch). |

| '991 Patent: Claim 74 | Kinoshita |
|---|---|
| 74. The medical system of claim 73 further comprising: a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components. | Kinoshita discloses a second cover at least partially covering a second set of components; and a second sensor operable to contact a second human body, the second sensor being part of the second set of components.<br><br>"In each of the wristwatches 3, specific identification (ID) code information for distinguishing a corresponding person to be monitored from another is set in an internal RAM 20 shown in Fig. 4.  On the basis of a biological signal transmitted from the shirt 1, the wristwatch 3 generates pulse rate data of a corresponding person to be monitored, converts the generated pulse rate data and the corresponding ID code data into a 5 radio signal, and transmits the radio signal from the antenna 5." GB 2259772, p. 13, l. 24–p. 14, l. 6; Fig. 2; Fig. 3.; Fig. 4 (wristwatch). |

| '991 Patent: Claim 77 | Kinoshita |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data | Kinoshita discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter.<br><br>"The monitor (8) displays the biological signals in a one-to-one correspondence with the ID code data."  GB 2259772, Abstract. |

702913538

| '991 Patent: Claim 77 | Kinoshita |
|---|---|
| transmitted by the first transmitter. | |

| '991 Patent: Claim 78 | Kinoshita |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Kinoshita discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof.<br><br>"In addition, biological data to be monitored is not limited t o pulse rate data but may be electrocardiogram waveform data corresponding t o an electrocardiogram waveform signal, 5 blood pressure data, or body temperature data."  GB 2259772, p. 39, ll. 1-5. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B58**

**Philips' Invalidity Claim Chart – U.S. Patent No. 7,215,991**

**§ 103 Reference: WO 88/02237 "Portable, Multi-Channel, Physiological Data Monitoring System"to Ricks, *et al.* ("Ricks")**

Claims 7, 33-35, 47, 51, 52, 59, 77, and 78 are rendered obvious by Ricks.

| '991 Patent: Claim 7 | Ricks |
|---|---|
| 7. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are arranged in a bracelet. | Ricks discloses a sensor, converter, transmitter, and receiver arranged in a bracelet:<br><br>"A vibration piezo transducer 12 mounted on the patient's wrist by means of a bracelet 112 also provides its signal to the hybrid circuit pack 100." WO 88/02237, p. 8, ll. 14-16. |

| '991 Patent: Claim 33 | Ricks |
|---|---|
| 33. The medical system of claim 1 wherein the evaluator station comprises a display operable to display the digital data. | Ricks discloses an evaluator station comprising a display operable to display the digital data:<br><br>"The base station 44 also includes an LED display which verifies that data is being received and stored." WO/8802237, p. 7, ll. 8-10. |

| '991 Patent: Claim 34 | Ricks |
|---|---|
| 34. The medical system of claim 1 wherein the at least one sensor is capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal | Ricks discloses at least one sensor capable of collecting data selected from the group consisting of: respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof:<br><br>"The Vitalog system contains an eight-channel analog-to-digital interface and an R-wave detector. The multichannel A/D converter samples eight analog inputs. A one-channel motion sensor composed of an array of omnidirectional mercury tilt switches detects patient movement. A one-channel electrocardiogram (ECG) signal is monitored using three standard ECG electrode pads. The |

| '991 Patent: Claim 34 | Ricks |
|---|---|
| activity, patient position, patient motion, and combinations thereof. | amplified ECG signal is connected to an A/D channel and also to the R-wave detection circuit.  A temperature sensor array monitors three channels of temperature using standard probes.  Either one or two channels of respiration may be monitored.  One channel can be programmed to monitor a patient response button."  WO/8802237, p. 1, l. 33 to p. 2, l. 11. |

| '991 Patent: Claim 35 | Ricks |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Ricks discloses digital data transmitted by the transmitter representing an electrical signal:<br><br>"The Vitalog system contains an eight-channel analog-to-digital interface and an R-wave detector.  The multichannel A/D converter samples eight analog inputs.  A one-channel motion sensor composed of an array of omnidirectional mercury tilt switches detects patient movement.  A one-channel electrocardiogram (ECG) signal is monitored using three standard ECG electrode pads.  The amplified ECG signal is connected to an A/D channel and also to the R-wave detection circuit.  A temperature sensor array monitors three channels of temperature using standard probes.  Either one or two channels of respiration may be monitored.  One channel can be programmed to monitor a patient response button."  WO/8802237, p. 1, l. 33 to p. 2, l. 11. |

| '991 Patent: Claim 47 | Ricks |
|---|---|
| 47. The medical system of claim 37 wherein the converter, the transmitter, and the receiver are arranged in a bracelet. | Ricks discloses a converter, transmitter, and receiver arranged in a bracelet:<br><br>"A vibration piezo transducer 12 mounted on the patient's wrist by means of a bracelet 112 also provides its signal to the hybrid circuit pack 100."  WO 88/02237, p. 8, ll. 14-16. |

| '991 Patent: Claim 51 | Ricks |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | Ricks discloses an evaluator station including a display:<br><br>"The base station 44 also includes an LED display which verifies that data is being received and stored."  WO/8802237, p. 7, ll. 8-10. |

| '991 Patent: Claim 52 | Ricks |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, | Ricks discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof:<br><br>"The Vitalog system contains an eight-channel analog-to-digital interface and an R-wave detector. |

| '991 Patent: Claim 52 | Ricks |
|---|---|
| perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | The multichannel A/D converter samples eight analog inputs.  A one-channel motion sensor composed of an array of omnidirectional mercury tilt switches detects patient movement.  A one-channel electrocardiogram (ECG) signal is monitored using three standard ECG electrode pads.  The amplified ECG signal is connected to an A/D channel and also to the R-wave detection circuit.  A temperature sensor array monitors three channels of temperature using standard probes.  Either one or two channels of respiration may be monitored.  One channel can be programmed to monitor a patient response button."  WO/8802237, p. 1, l. 33 to p. 2, l. 11. |

| '991 Patent: Claim 59 | Ricks |
|---|---|
| 59. A medical system according to claim 58 wherein the first sensor, the first transmitter, and the first receiver are arranged in a bracelet. | Ricks discloses a first sensor, first transmitter, and first receiver arranged in a bracelet:<br><br>"A vibration piezo transducer 12 mounted on the patient's wrist by means of a bracelet 112 also provides its signal to the hybrid circuit pack 100."  WO 88/02237, p. 8, ll. 14-16. |

| '991 Patent: Claim 77 | Ricks |
|---|---|
| 77. The medical system of claim 53 wherein the evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter. | Ricks discloses evaluator station further includes a display operable to display information representative of the first data transmitted by the first transmitter:<br><br>"The base station 44 also includes an LED display which verifies that data is being received and stored."  WO/8802237, p. 7, ll. 8-10. |

| '991 Patent: Claim 78 | Ricks |
|---|---|
| 78. The medical system of claim 53 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Ricks discloses a sensor capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof:<br><br>"The Vitalog system contains an eight-channel analog-to-digital interface and an R-wave detector.  The multichannel A/D converter samples eight analog inputs.  A one-channel motion sensor composed of an array of omnidirectional mercury tilt switches detects patient movement.  A one-channel electrocardiogram (ECG) signal is monitored using three standard ECG electrode pads.  The amplified ECG signal is connected to an A/D channel and also to the R-wave detection circuit.  A temperature sensor array monitors three channels of temperature using standard probes.  Either one or |

| '991 Patent: Claim 78 | Ricks |
|---|---|
| | two channels of respiration may be monitored.  One channel can be programmed to monitor a patient response button."  WO/8802237, p. 1, l. 33 to p. 2, l. 11. |

*Body Science LLC v. Philips Electronics N. Am. Corp.,* Case No. 12-cv-10536

**EXHIBIT B59**

**Philips' Invalidity Claim Chart – U.S. Patent No. 7,215,991**

**§ 103 Reference: U.S. Pat. No. 5,091,945 "Source Dependent Channel Coding with Error Protection"to Kleijn ("Kleijn")**

Claim 16 is rendered obvious by Kleijn.

| '991 Patent: Claim 16 | Kleijn |
|---|---|
| 16. A medical system according to claim 14 wherein the channel coding comprises stochastic code. | Kleijn discloses channel coding comprising a stochastic code. *See, e.g.,* Col. 3, l. 60 – Col. 4, l. 3; Col. 21, ll. 9-40. |

**EXHIBIT B60**

**Philips' Invalidity Claim Chart– U.S. Patent No. 7,215,991**

**§ 102 Reference: Akselsen et. al, *Telemedicine and ISDN* ("Akselsen")**

Claims 1, 3, 6, 17, 18, 19, 22, 25-27, 30, 35-39, 45, 46, 48, 49, 51-53, 55, 58, 65, 66, 67, 69, 72, and 73 are anticipated and/or rendered obvious by Akselsen.

| '991 Patent: Claim 1 | Akselsen |
|---|---|
| 1.  A medical system for monitoring body functions of a patient comprising: | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."  Mouly and Pautet: "...nothing would fundamentally preclude an evolution of the *Specifications* to use a TCH/8 as a traffic channel, for instance for low rate data services like telemetry" (page 191) |
| at least one sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."  One of ordinary skill in the art would understand that in order for a patient monitoring system to provide a real-time diagnosis and tracking of dynamic physiological events such as ECG, hemodynamics, and EEG, that system must contain a sensor that is arranged on the patient and operable to detect a property of the patient, such as electrical activity of a patient's brain or heart. |

| '991 Patent: Claim 1 | Akselsen |
|---|---|
| at least one converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>Based on the fact that the signal triggered by the monitoring system is transmitted by a radiotransmitter and GSM, one of ordinary skill in the art would understand that the electric signal produced by the sensor is converted into digital data for transmission.<br><br>Mouly and Pautet: "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131), p. 155, 229<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

702913538

| '991 Patent: Claim 1 | Akselsen |
|---|---|
| at least one transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to an evaluator station located remotely from the patient; and | Akselsen, at 46: "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions. The system therefore requires that the patient is within range of the receiver, and that he does not lose consciousness. . . . Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), *a radiotransmitter* and ISDN (alternative[ly] *the mobile counterpart GSM*)). The patient can either alarm the emergency unit manually, or the alarm can be triggered by the monitoring system."<br><br>Akselsen discloses the use of a radiotransmitter that would utilize GSM. The signal produced by the monitoring system can then trigger the remote alarm. One of ordinary skill in the art would understand that in order for the monitoring system to trigger the remote alarm using GSM, it must wirelessly transmit the digital data to an evaluator station located remotely from the patient.<br><br>Mouly and Pautet: "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) ..." (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission ... last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors ..." (pages 228 through 230); p. 36<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |
| at least one receiver operable to receive information through wireless communication, the information | Akselsen, at 46: "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions. The system therefore requires that the patient is within range *of the receiver*, and that he does not lose consciousness. . . . Limitations of existing systems could be eliminated by |

| '991 Patent: Claim 1 | Akselsen |
|---|---|
| including formatting data transmitted by the evaluator station, the formatting data operable to change a format for transmission of the digital data from the transmitter to the evaluator station. | combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM)). The patient can either alarm the emergency unit manually, or ***the alarm can be triggered by the monitoring system***."<br><br>Akselsen discloses that a receiver receives the transmission produced by the monitoring system, thereby triggering an alarm.  One of ordinary skill in the art would ascertain that in order for the signal produced by the monitoring system to trigger an alarm, a evaluator station remote to the patient must interpret that signal.<br><br>Akselsen, at 47:<br><br>"The future integration of fixed (e.g. ISDN) and ***mobile (e.g. GSM) networks*** makes new applications possible for telemedicine far beyond use of today's mobile technology."<br><br>Akselson contemplates utilizing GSM to transmit data from the monitoring system to an evaluator station.  One of ordinary skill in the art would understand that in order for GSM to transmit data, it must change the format of the data.<br><br>For example, Hodges describes the encryption mechanism utilized by GSM in order to avoid an intruder from accessing exchanges on the radio path.  (Pg. 38.)  In order for encryption to be achieved, the mobile station receives a "start cipher" message from the base station, which initiates the start of the encryption system.  After receiving that message, the mobile station changes the format of the data into an encrypted form.<br><br>Similarly, Hodges describes changes in the type of bursts utilized in GSM.  (Pgs. 35-36.)  The mobile device first uses an access burst to access the system, which has an extended guard period to cater for burst transmission from a mobile that does not know the timing advance.  The mobile devices then changes to normal bursts, with the timing of the subsequent bursts varied so that they arrive at the base station at the required time.  The mobile station derives its timing from signals receives from the base station.  (Pg. 39.)  Thus, the mobile station transmitter changes the format and type of burst based on |

| '991 Patent: Claim 1 | Akselsen |
|---|---|
|  | signals received from the base station.<br><br>As Hodges demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen.<br><br>Mouly and Pautet: "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44), p. 227-230, "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements ..." (pages 385 through 387), p. 325, 391-395<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 3 | Akselsen |
|---|---|
| 3.  A medical system according to claim 1 wherein the sensor is capable of being fastened to a surface of a skin of the patient. | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would understand that in order for a patient monitoring system to provide a real-time diagnosis and tracking of dynamic physiological events such as ECG, hemodynamics, and EEG, that system must contain a sensor that is arranged on the patient and operable to detect a property of the patient, such as electrical activity of a patient's brain or heart, and that such detection would require a sensor capable of being fastened to a surface of a skin of the patient. |

| '991 Patent: Claim 6 | Akselsen |
|---|---|
| 6. A medical system according to claim 1 wherein the sensor, the converter, the transmitter, and the receiver are operable to be worn on a body of the patient with the sensor in contact with the body. | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would understand that in order for a patient monitoring system to provide a real-time diagnosis and tracking of dynamic physiological events such as ECG, hemodynamics, and EEG, that system must contain a sensor that is arranged on the patient and operable to detect a property of the patient, such as electrical activity of a patient's brain or heart, and that such a receiver should be operable to be worn on the body with the sensor in contact with the body. |

| '991 Patent: Claim 17 | Akselsen |
|---|---|
| 17. A medical system according to claim 1 wherein the evaluator station is operable to perform forward error correction. | Mouly and Pautet: Table 4.7, page 241-246, 272-277<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 18 | Akselsen |
|---|---|
| 18. A medical system according to claim 1 further comprising an error correction unit operable to perform error correction on the information received by the at least one receiver. | Mouly and Pautet: "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230), p. 177, 241, 272-276<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

702913538

| '991 Patent: Claim 19 | Akselsen |
|---|---|
| 19.  A medical system according to claim 1 wherein a second receiver is operable to receive information from the evaluator station. | Mouly and Pautet: Figure 2.11; p. 89-95; Figure 2.6;<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 22 | Akselsen |
|---|---|
| 22. A medical system according to claim 1 wherein a second transmitter is operable to transmit digital data from the patient. | Mouly and Pautet: Figure 2.11; p. 89-95; Figure 2.6;<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 15 | Akselsen |
|---|---|
| 25. The medical system of claim 1 wherein the evaluator station is operable to perform error correction on the digital data transmitted by the at least one transmitter. | Mouly and Pautet: "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230), p. 177, 241, 272-276<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 17 | Akselsen |
|---|---|
| 27. A medical system according to claim 1 wherein the converter, the transmitter, and the receiver are adapted to be at least partially under a cover. | Mouly and Pautet: Figure 2.6 (page 91), p. 90, 92<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

978

| '991 Patent: Claim 30 | Akselsen |
|---|---|
| 30.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to manipulate the digital data. | Mouly and Pautet: "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements " (pages 385 through 387), p. 325, 391-395<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 31 | Akselsen |
|---|---|
| 31.  The medical system of claim 1 wherein the transmitter is responsive to the received information, the received information operative to control operation of the transmitter. | Mouly and Pautet:  "Power control on both directions is managed by the BSS. The transmission power of the mobile station is chosen by the BSS, and commands to regulate it are issued to the mobile station" (page 343 through 344), p. 42, 197, 206, 223-224, 279-280, 312-320, 342-349, 353-362, 374-376, 424<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 35 | Akselsen |
|---|---|
| 35. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents the electrical signal. | Mouly and Pautet: "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) " (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits " (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230).<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 36 | Akselsen |
|---|---|
| 36. The medical system of claim 1 wherein the digital data transmitted by the transmitter represents processed information. | Mouly and Pautet: "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) " (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission ... last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors ..." (pages 228 through 230).<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 37 | Akselsen |
|---|---|
| 37. A medical system for monitoring body functions of a patient comprising: | Akselsen, at 46: "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>Mouly and Pautet: "...nothing would fundamentally preclude an evolution of the Specifications to use a TCH/8 as a traffic channel, for instance for low rate data services like telemetry" (page 191) |

| '991 Patent: Claim 37 | Akselsen |
|---|---|
| an evaluator station located remotely from the patient and operable for wireless data communication; | Akselsen, at 46:  "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions.  The system therefore requires that the patient is within range of the receiver, and that he does not lose consciousness. . . .  Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), ***a radiotransmitter*** and ISDN (alternative[ly] ***the mobile counterpart GSM***)).  The patient can either alarm the emergency unit manually, or the alarm can be triggered by the monitoring system."<br><br>Akselsen discloses the use of a radiotransmitter that would utilize GSM.  The signal produced by the monitoring system can then trigger the remote alarm.  One of ordinary skill in the art would understand that in order for the monitoring system to trigger the remote alarm using GSM, it must wirelessly transmit the digital data to an evaluator station located remotely from the patient, which must be operable for wireless data communication.<br><br>Mouly and Pautet: "The BSS is in direct contact with mobile stations through the radio interface. ... the BSS includes two types of machines: the BTS (Base Transceiver Station), in contact with the mobile stations through the radio interface ... A BTS comprises radio transmission and reception devices" (pages 94 through 95); p. 36, 97<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 37 | Akselsen |
|---|---|
| a sensor capable of being arranged on the patient and operable to detect an electrical, physical, chemical, or biological property associated with the patient, and operable to convert the detected property into an electric signal; | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would understand that in order for a patient monitoring system to provide a real-time diagnosis and tracking of dynamic physiological events such as ECG, hemodynamics, and EEG, that system must contain a sensor that is arranged on the patient and operable to detect a property of the patient, such as electrical activity of a patient's brain or heart, and convert that detected property into an electric signal. |
| a converter coupled to the sensor, the converter operable to convert the electric signal generated by the sensor into digital data; and | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>Based on the fact that the signal triggered by the monitoring system is transmitted by a radiotransmitter and GSM, one of ordinary skill in the art would understand that the electric signal produced by the sensor is converted into digital data for transmission.<br><br>Mouly and Pautet: "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131), p. 155, 229<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 37 | Akselsen |
|---|---|
| a transmitter coupled to the converter, the transmitter operable to wirelessly transmit the digital data to the evaluator station; | Akselsen, at 46: "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions. The system therefore requires that the patient is within range of the receiver, and that he does not lose consciousness. . . . Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), *a radiotransmitter* and ISDN (alternative[ly] *the mobile counterpart GSM*)). The patient can either alarm the emergency unit manually, or the alarm can be triggered by the monitoring system." <br><br> Akselsen discloses the use of a radiotransmitter that would utilize GSM. The signal produced by the monitoring system can then trigger the remote alarm. One of ordinary skill in the art would understand that in order for the monitoring system to trigger the remote alarm using GSM, it must wirelessly transmit the digital data to an evaluator station located remotely from the patient. <br><br> Mouly and Pautet: "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) ..." (page 91); "The transcoding between the analog signal and its digital A law representation includes an analog process (the pre-emphasis), sampling, a linear analog-to-digital conversion of the samples giving a result of 13 bits ..." (page 131); "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission ... last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors ..." (pages 228 through 230). <br><br> As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 37 | Akselsen |
|---|---|
| a receiver operable to receive information from the evaluator station through wireless communication; | Akselsen, at 46:  "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions.  The system therefore requires that the patient is within range *of the receiver*, and that he does not lose consciousness. . . .  Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM)). The patient can either alarm the emergency unit manually, or the alarm can be triggered by the monitoring system."<br><br>Mouly and Pautet: "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44), p. 227-230<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |
| wherein the evaluator station is operable to change the format of the digital data transmitted from the transmitter to the evaluator station. | Akselsen, at 46:  "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions.  The system therefore requires that the patient is within range of the receiver, and that he does not lose consciousness. . . .  Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM)). The patient can either alarm the emergency unit manually, or the alarm can be triggered by the monitoring system."<br><br>Akselsen discloses that a receiver receives the transmission produced by the monitoring system, thereby triggering an alarm.  One of ordinary skill in the art would ascertain that in order for the signal produced by the monitoring system to trigger an alarm, a evaluator station remote to the patient must change the format of the digital data.<br><br>Akselsen, at 47:<br><br>"The future integration of fixed (e.g. ISDN) and *mobile (e.g. GSM) networks* makes new applications possible for telemedicine far beyond use of today's mobile technology." |

| '991 Patent: Claim 37 | Akselsen |
|---|---|
|  | Akselson contemplates utilizing GSM to transmit data from the monitoring system to an evaluator station.  One of ordinary skill in the art would understand that in order for GSM to transmit data, it must change the format of the data.<br><br>For example, Hodges describes the encryption mechanism utilized by GSM in order to avoid an intruder from accessing exchanges on the radio path.  (Pg. 38.)  In order for encryption to be achieved, the mobile station receives a "start cipher" message from the base station, which initiates the start of the encryption system.  After receiving that message, the mobile station changes the format of the data into an encrypted form.<br><br>Similarly, Hodges describes changes in the type of bursts utilized in GSM.  (Pgs. 35-36.)  The mobile device first uses an access burst to access the system, which has an extended guard period to cater for burst transmission from a mobile that does not know the timing advance.  The mobile devices then changes to normal bursts, with the timing of the subsequent bursts varied so that they arrive at the base station at the required time.  The mobile station derives its timing from signals receives from the base station.  (Pg. 39.)  Thus, the mobile station transmitter changes the format and type of burst based on signals received from the base station.<br><br>As Hodges demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen.<br><br>Mouly and Pautet: "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements..." (pages 385 through 387), p. 325, 391-395<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 38 | Akselsen |
|---|---|
| 38. The medical system of claim 37 further comprising first and second arrangements of components, the first arrangement including the converter, the transmitter, and the receiver, the second arrangement including an additional converter, an additional transmitter, and an additional receiver. | Mouly and Pautet: Figure 2.11; p. 95; p. 89; Figure 2.6;<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 39 | Akselsen |
|---|---|
| 39. The medical system of claim 38 wherein the first and second arrangements are positionable adjacent to the patients. | Mouly and Pautet: p. 89; Figure 2.5; Figure 2.6;<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 45 | Akselsen |
|---|---|
| 45. The medical system of claim 37 wherein the evaluator station is operable to manipulate the digital data. | Mouly and Pautet: "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements ..." (pages 385 through 387), p. 325, 391-395<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

702913538

| '991 Patent: Claim 46 | Akselsen |
|---|---|
| 46. The medical system of claim 37 wherein the evaluator station is operable to control the transmitter. | Mouly and Pautet: "Power control on both directions is managed by the BSS. The transmission power of the mobile station is chosen by the BSS, and commands to regulate it are issued to the mobile station" (page 343 through 344), p. 42, 197, 206, 223-224, 279-280, 312-320, 342-349, 353-362, 374-376, 424<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 48 | Akselsen |
|---|---|
| 48. The medical system of claim 37 wherein the sensor is operable to be placed on a wrist of the patient. | Akselsen, at 46: "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time *diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)*, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would recognize that a sensor operable to be placed on the writs of the patient could be used to diagnose and track physiological events. |

| '991 Patent: Claim 49 | Akselsen |
|---|---|
| 49. The medical system of claim 48 wherein oxygen saturation is measured. | Akselsen, at 46: "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time *diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)*, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would recognize that oxygen saturation is a physiological event that could be tracked as described in Akselsen. |

| '991 Patent: Claim 51 | Akselsen |
|---|---|
| 51. The medical system of claim 37 wherein the evaluator station includes a display. | |

987

| '991 Patent: Claim 52 | Akselsen |
|---|---|
| 52. The medical system of claim 37 wherein the sensor is capable of collecting data selected from the group consisting of respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof. | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would understand that respiration rate, heart rate, body temperature, perspiration, EEG signals, EKG signals, pulse oximeter signals, electrodermal activity, patient position, patient motion, and combinations thereof are among the physiological events that can be diagnosed and tracked as described in Akselsen. |

| '991 Patent: Claim 53 | Akselsen |
|---|---|
| 53.  A medical system for acquiring measured data, | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>Mouly and Pautet: "...nothing would fundamentally preclude an evolution of the Specifications to use a TCH/8 as a traffic |
| including measuring body functions, comprising: | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>Mouly and Pautet: channel, for instance for low rate data services like telemetry" (page 191)<br><br>One of ordinary skill in the art would recognize that oxygen saturation is a physiological event that could be tracked as described in Akselsen. |

| '991 Patent: Claim 53 | Akselsen |
|---|---|
| a first set of components having a first sensor operable to contact a body, a first transmitter, and a<br>first receiver, the first set of components operable<br>to rest close to the body; and | Akselsen, at 46: "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time **diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)**, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would understand that in order for a patient monitoring system to provide a real-time diagnosis and tracking of dynamic physiological events such as ECG, hemodynamics, and EEG, that system must contain a sensor that would rest close to the body and operable to detect a property of the patient, such as electrical activity of a patient's brain or heart.<br><br>Akselsen, at 46: "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions.  The system therefore requires that the patient is within range of the **receiver**, and that he does not lose consciousness. . . .  Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), *a radiotransmitter* and ISDN (alternative[ly] *the mobile counterpart GSM*)). The patient can either alarm the emergency unit manually, or the alarm can be triggered by the monitoring system."<br><br>Mouly and Pautet: "Besides generic radio and processing functions to access the network through the radio interface, a mobile station must offer either an interface to the human user (such as a microphone, loudspeaker, display and keyboard for the management of speech calls) …" (page 91); "in dedicated mode, a bi directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); Figure 2.5, Figure 2.6, p. 89-92, p. 227-230<br><br>One of ordinary skill in the art would recognize that oxygen saturation is a physiological event that could be tracked as described in Akselsen. |

| '991 Patent: Claim 53 | Akselsen |
|---|---|
| an evaluator station having a second transmitter and a second receiver, the evaluator station operable to wirelessly communicate with the first transmitter and the first receiver, second data transmitted from the second transmitter is operable to control and manipulate first data transmitted by the first transmitter. | Akselsen, at 46: "The transmission range of a typical transmitter is approximately 60 meters, depending on building constructions. The system therefore requires that the patient is within range of the receiver, and that he does not lose consciousness. . . . Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time diagnosis and tracking of dynamic physiological events (*e.g.* ECG, hemodynamics, and EEG), *a radiotransmitter* and ISDN (alternative[ly] *the mobile counterpart GSM*)). The patient can either alarm the emergency unit manually, or the alarm can be triggered by the monitoring system."<br><br>Akselsen discloses the use of a radiotransmitter that would utilize GSM. The signal produced by the monitoring system can then trigger the remote alarm. One of ordinary skill in the art would understand that in order for the monitoring system to trigger the remote alarm using GSM, it must wirelessly transmit the digital data to an evaluator station located remotely from the patient.<br><br>Mouly and Pautet: "The BSS is in direct contact with mobile stations through the radio interface. ... the BSS includes two types of machines: the BTS (Base Transceiver Station), in contact with the mobile stations through the radio interface ... A BTS comprises radio transmission and reception devices" (pages 94 through 95); "... in dedicated mode, a bi-directional channel is allocated to the mobile station for its communications needs, allowing it to exchange point-to-point information with the infrastructure in both directions (page 44); "... the BSC triggers the reconfiguration of the mobile station by sending an RIL3-RR CHANNEL MODE MODIFY message containing the new mode to be applied ... When the mobile station receives the order, it modifies its channel/source coding/decoding according to the new requirements ..." (pages 385 through 387); "Power control on both directions is managed by the BSS. The transmission power of the mobile station is chosen by the BSS, and commands to regulate it are issued to the mobile station" (page 343 through 344); p. 36, 42, 97, 197, 206, 223-224, 279-280, 312-320, 325, 391-395, 342-349, 353-362, 374-376, 424<br><br>One of ordinary skill in the art would recognize that oxygen saturation is a physiological event that could be tracked as described in Akselsen. |

| '991 Patent: Claim 55 | Akselsen |
|---|---|
| 55.  A medical system according to claim 53 wherein the first sensor is capable of being fastened to a surface of a skin of the patient. | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would understand that in order for a patient monitoring system to provide a real-time diagnosis and tracking of dynamic physiological events such as ECG, hemodynamics, and EEG, that system must contain a sensor that is arranged on the patient and operable to detect a property of the patient, such as electrical activity of a patient's brain or heart, and that such detection would require a sensor capable of being fastened to a surface of a skin of the patient. |

| '991 Patent: Claim 58 | Akselsen |
|---|---|
| 58. A medical system according to claim 55 wherein the first sensor, the first transmitter, and the first receiver are operable to be worn on a body of the patient with the first sensor in contact with the body. | Akselsen, at 46:  "Limitations of existing systems could be eliminated by combined use of a patient monitoring system providing real-time ***diagnosis and tracking of dynamic physiological events (e.g. ECG, hemodynamics, and EEG)***, a radiotransmitter and ISDN (alternative[ly] the mobile counterpart GSM))."<br><br>One of ordinary skill in the art would understand that in order for a patient monitoring system to provide a real-time diagnosis and tracking of dynamic physiological events such as ECG, hemodynamics, and EEG, that system must contain a sensor that is arranged on the patient and operable to detect a property of the patient, such as electrical activity of a patient's brain or heart, and that such a receiver should be operable to be worn on the body with the sensor in contact with the body. |

| '991 Patent: Claim 65 | Akselsen |
|---|---|
| 65. A medical system according to claim 53 wherein the evaluator station is operable to perform forward error correction. | Mouly and Pautet: Table 4.7, page 241-246, 272-277<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 66 | Akselsen |
|---|---|
| 66. A medical system according to claim 53 further comprising an error correction unit of the first set of components; the error correction unit operable to perform error correction on the second data. | Mouly and Pautet: "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230), p. 36<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 67 | Akselsen |
|---|---|
| 67. A medical system according to claim 53 wherein a third receiver is operable to receive third data from the second transmitter. | Mouly and Pautet: Figure 2.11; p. 95; p. 89; Figure 2.6;<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 69 | Akselsen |
|---|---|
| 69. The medical system of claim 67 wherein the evaluator station is operable to communicate with both the first receiver and the third receiver. | Mouly and Pautet: Figure 2.11; p. 95; p. 89; Figure 2.6;<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

702913538

| '991 Patent: Claim 72 | Akselsen |
|---|---|
| 72. The medical system of claim 53 wherein the evaluator station is operable to perform error correction on the first data transmitted by the first transmitter. | Mouly and Pautet: "The following operations take place on the source side: channel coding introduces redundancy into the data flow, increasing its rate by adding information calculated from the source data, in order to allow the detection or even the correction of signal errors introduced during transmission last, channel decoding tries to reconstruct the source information from the output of the demodulator, using the added redundancy to detect or correct possible errors " (pages 228 through 230); Table 4.7, p. 177, 241, 246, 272-276<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

| '991 Patent: Claim 73 | Akselsen |
|---|---|
| 73. The medical system of claim 53 further including a cover at least partially covering the first set of components. | Mouly and Pautet: Figure 2.6 (page 91), p. 90, 92<br><br>As Mouly and Pautet demonstrates, one of ordinary skill in the art would recognize these to be common properties of GSM, and therefore inherent in the disclosure of Akselsen. |

993