# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: BODY SCIENCE LLC PATENT LITIGATION | ) ) ) ) ) ) | MDL No. 1:12-md-2375-FDS |

## MEMORANDUM AND ORDER ON STAY OF PROCEEDINGS

**SAYLOR, D.J.**

　　This is a patent dispute involving medical monitoring devices. Plaintiff has brought suit against multiple defendants for patent infringement; all actions have been consolidated for pretrial purposes pursuant to an order of the Judicial Panel on Multidistrict Litigation. On November 2, 2012, this Court granted defendant Philips's motion to stay the suit pending reexamination of the patents-in-suit by the United States Patent and Trademark Office. After a hearing, the Court orders that the stay is applicable to all consolidated cases, subject to subsequent motions to modify or vacate for good cause shown.

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　`/s/ F. Dennis Saylor, IV`
　　　　　　　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 19, 2012